## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: ZAERPOUR v. BANK OF AMERICA CORP.  Docket No.: 23-845

Lead Counsel of Record (name/firm) or Pro se Party (name): Soheil Zaerpour (Pro Se)

Appearance for (party/designation): SOHEIL ZAERPOUR (& THE PEOPLE OF THE UNITED STATES)

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
- [ ] Correct
- [✓] Incorrect.  See attached caption page with corrections.

**Appellate Designation** is:
- [✓] Correct
- [ ] Incorrect.  The following parties do not wish to participate in this appeal:
  Parties: _____
- [ ] Incorrect.  Please change the following parties' designations:
  Party                                              Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
- [✓] Correct
- [ ] Incorrect or Incomplete.  As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Soheil Zaerpour
Firm: United States Air Force Aux.
Address: 16-C Thormnton Pl., Clifton, New Jersey 07012, United States
Telephone: (862) 668-4036         Fax:
Email: Soheil.Zaerpour@Njwg.Cap.Gov

### RELATED CASES

- [✓] This case has not been before this Court previously.
- [ ] This case has been before this Court previously.  The short title, docket number, and citation are: _____

- [✓] Matters related to this appeal or involving the same issue have been or presently are before this Court.  The short titles, docket numbers, and citations are: (Zaerpour v. FBI, DNJ 13CV06073-ES-JAD; Zaerpour & the People of the United States v. JP Morgan Chase, et al. SDNY 21CV09680-JI Zaerpour & the People of the United States v. UBS Group AG, et al. SDNY 22CV07232-LTS; Zaerpour & the People of the United States v. UBS Group AG, et al. SDNY 23CV00040-LTS)

### CERTIFICATION

I certify that [ ] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that [ ] I applied for admission on _____ or renewal on _____.  If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _____
Type or Print Name: _____
    OR
Signature of pro se litigant: *S. Zaerpour* (signature)
Type or Print Name: SOHEIL ZAERPOUR
- [✓] I am a pro se litigant who is not an attorney.
- [ ] I am an incarcerated pro se litigant.

## Caption Correction

**Caption should read: Zaerpour & the People of the United States v. UBS Group AG, et al. (<u>Not</u> Zaerpour v. Bank of America Corp., et al.)**



Soheil Zaerpour
16 Thornton Pl. Apt. C
Clifton, NJ 07012-3360



CERTIFIED MAIL

7021 0950 0001 4165 4122

CLERK OF THE COURT

U.S. COURT OF APPEALS

40 FOLEY SQUARE

NEW YORK, N.Y. 10007



