# 23-845

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

SOHEIL ZAERPOUR

Plaintiff-Appellant,

PEOPLE OF THE UNITED STATES OF AMERICA

Plaintiffs

v.

BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BARCLAYS BANK PLC; BARCLAYS PLC; BARCLAYS CAPITAL, INC.; BNP PARIBAS GROUP; BNP PARIBAS USA, INC.; BNP PARIBAS S.A.; BNP PARIBAS SECURITIES CORP.; CITIGROUP, INC.; CITIBANK, N.A.; CITIGROUP GLOBAL MARKETS, INC.; CREDIT SUISSE GROUP AG; CREDIT SUISSE AG; CREDIT SUISSE INTERNATIONAL; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK AG; DEUTSCHE BANK SECURITIES INC.; THE GOLDMAN SACHS GROUP, INC.; GOLDMAN, SACHS & CO. LLC; HSBC HOLDINGS PLC; HSBC BANK PLC; HSBC NORTH AMERICA HOLDINGS INC.; HSBC BANK USA, N.A.; HSBC SECURITIES (USA) INC.; J.P. MORGAN CHASE & CO.; J.P. MORGAN CHASE BANK, N.A.; J.P. MORGAN SECURITIES LLC; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; MUFG BANK, LTD.; MUFG SECURITIES AMERICAS INC.; MORGAN STANLEY; MORGAN STANLEY & CO., LLC; MORGAN STANLEY & CO. INTERNATIONAL PLC; NATWEST MARKETS SECURITIES INC.; RBC CAPITAL MARKETS LLC; THE ROYAL BANK OF CANADA; ROYAL BANK OF SCOTLAND PLC; SG AMERICAS SECURITIES LLC; SOCIETE GENERALE S.A.; STANDARD CHARTERED BANK; STANDARD CHARTERED SECURITIES (NORTH AMERICA), INC.; UBS AG; UBS GROUP AG; and UBS SECURITIES LLC

Defendants-Appellees,

**Brief of Appellant Soheil Zaerpour**

# Contents

Contents ................................................................................................. 4

Summary ................................................................................................ 4

   Hard Proof ......................................................................................... 5

Jurisdiction ............................................................................................ 6

Nature of the Case .................................................................................. 6

Parties .................................................................................................. 6

   Educational and Professional Background ..................................................... 7

   Personal ............................................................................................ 7

   World Peace Activity .............................................................................. 7

   Memberships ...................................................................................... 8

   -Royal Economic Society since 2020. ........................................................... 8

   Pilot Training ...................................................................................... 8

   Volunteer Activity ................................................................................. 9

Facts .................................................................................................... 9

   Forex Facts: ....................................................................................... 10

The Crime ............................................................................................. 10

   Uniqueness: ....................................................................................... 12

   Statistical Analysis: .............................................................................. 15

Hard Proof: ........................................................................................... 17

Attribution of the Crime ........................................................................... 17

   The Large Banks: ................................................................................. 17

   Discovery: ......................................................................................... 18

   Forex Probes: ..................................................................................... 20

   Motive ............................................................................................. 20

   Statute of Limitation ............................................................................. 20

   Media .............................................................................................. 21

   Arguments ......................................................................................... 21

   The Judge (LTS): ................................................................................. 21

   Motion to Re-instate ............................................................................. 21

   Prior Judgements .................................................................................

................................................................................................................22
    Damages ...........................................................................................................23
    FBI's Inaction: ...................................................................................................23
Conclusion ...............................................................................................................24
Laws .........................................................................................................................24
    Crimes ...............................................................................................................24
    Financial Crimes ...............................................................................................24
    National Security Crime ...................................................................................24
    Other .................................................................................................................25
Authorities ..............................................................................................................26
Related Cases ..........................................................................................................26
    Appendix ...........................................................................................................

Summary

<u>**This case involves a major crime against the People of the United States**</u>. <u>At its core this case is simple, straightforward and extremely solid in terms of evidence and proof</u>. Nothing has been disputed regarding the forex manipulations against the Plaintiff by 2 Federal judges (or the FBI) who had reviewed the evidence since 2011 (see NDJ-13cv06073-ES-JAD and SDNY-21cv09680-JPC-JLC). Statistical evidence is admissible in court and must be reviewed by Court experts in an <u>**open manner**</u>. Plaintiff's integrity (or sanity) have never been questioned by anyone. Plaintiff has been a **volunteer member in good standing of C.A.P. since 2008**. Plaintiff is a trained economist from Switzerland and has obtained his Master's degree in the U.S. before immigrating to the U.S. in 2000. Plaintiff has no criminal conviction and is in good health as per his medical certificate. Plaintiff is also a US Pilot. Plaintiff requests this Court to vacate the judgement of the lower court and reconsiders this case **<u>De Novo</u>**.

Hard Proof

The Proof of this case are in 3 independent legal account statements by 2 Forex

institutions in New York who have recorded automatically and electronically all of the Plaintiff's FX trades for years since day 1. **This evidence has been reviewed multiple times and is undisputed by the FBI & 2 federal Judges (and one magistrate Judge) to-date.**

Jurisdiction and Venue

The appeal is from a final order or judgement from the Southern District court in New York. Forex manipulation cases filed by other litigants against the large banks have been heard at this lower Court in Manhattan. The value of the US dollar has been affected negatively by these manipulations where the New York FED is located. The appeal has been filed timely (i.e. within a month from the lower court's order to dismiss), according to the Federal Rules of Appeal Procedure.

## Nature of the Case

This Case is important and relates to National Security as demonstrated in court documents. This crime involves the large international banks where Forex Bank rates are decided and they have been manipulated for years as per US DoJ's probe. Plaintiff has been the target of this "banking cartel". The Proof of this affirmation is his 2 brokers account statements, which have recorded all his trades since day 1. These records are legally admissible and undisputed by the FBI who has reviewed them since 2005. The FBI neither disputes the logic behind this conclusion nor do they dispute the authenticity of the account statements. Moreover this crime affects all US citizens through their pension funds valuation (and other investments) negatively.

## Parties

### Educational and Professional Background

Plaintiff has obtained the following degrees:

-Baccalaureate in Math-Sciences (Switzerland/1986)

-Bachelor of Science in Economics (Switzerland/1989)

-Master of Science (USA/10.1992-5.1993)

-General Securities License/Series 24 License (USA/2001). Plaintiff obtained all his securities licenses between 2000 and 2001 in New York via an Investment

Bank's sponsorship. This qualified him to manage and supervise the member's investment banking or securities business for corporate securities, direct participation programs, and investment company products/variable contracts.

-Plaintiff has a clean record as attested by his NASD-CRD record (Central Registration Depositary).

Personal

-Law Abiding:

Plaintiff is a law abiding citizen and has never worked against any government.

World Peace Activity

-W.H. Visit (2000):

Plaintiff, on his own initiative, visited the White House in 2000 to share the Baha'i message of World Peace with the US President (ECF no. 50-2 SDNY 21cv09680).

-M.E. Peace Tour (2011):

Plaintiff visited the Middle East in 2011 (including the Baha'i World Centre in Haifa, Israel) to share the same message (See FAQ document in Exhibit section).

Plaintiff did not encounter any difficulty during his trip in Iran either.

Memberships

Plaintiff has been a member in good standing of C.A.P. since 2008:

-Plaintiff was invited to join C.A.P (US Air Force Auxiliary) in 2008. He has been a volunteer Officer with the Finance department and also a Mission Scanner.

-Royal Economic Society since 2020.

## Pilot Training

Plaintiff obtained his Private Pilot License in New Jersey in 2008. He has also obtained his Instrument Rating Certificate in 2013. This requires more intensive training in flight solely by reference to instruments and beyond what is required for a commercial certificate.

## Volunteer Activity

-Research in Economy:

Plaintiff has conducted research in economics for many years. Plaintiff has contacted Oxford University in 2020 but has not a confirmation of the validity of his discovery.

-Volunteer Editor:

Plaintiff has edited economic finance and economics-related articles for many years. Oxford University noticed this work and invited him to an international conference in 2012.

-Volunteer-Teacher:

Plaintiff has taught finance, entrepreneurship and literacy classes in Harlem (New York) from 2002 until 2006 successfully.

## Timeline

The following timeline reports the main facts of this case:

-2001-2002: Global Forex contest trading (electronically from New Jersey)

-2002-2006: Live Forex trading from New Jersey

-2005: FBI contacted (with hard statistical proof)

-2009: U.S. naturalization.

-2013: FBI: Filed complaint with D.N.J. Court for FBI's inactions despite evidence

of a major crime (FBI alleged "immunity" in District Court)

-2014: Obtained IFR Piloting license (see Exhibit section for copy)

-2016-Present: DoJ convictions for FX manipulations by the large international

banks.

-2015-2020: Part-time Commercial Aviation training in New Jersey.

-2021 onwards: Major banks - Filed court complaint for FX manipulations against

Plaintiff (dismissed without prejudice for "process serving" issue of documents

only in 2022 – ECF no. 63, SDNY-21cv09680)


Facts

Forex Facts:

-Forex Market:

Forex (Foreign Exchange market or "FX") is a global 24/7 market for the exchange

of currencies. New York is an important center for forex trading, globally. London

(UK) is also an important center.

-Size of the market:

Forex has a daily turnover of 7.5 trillion dollars in 2022 according to the Bank of International Settlements.

-Market Participants (List of FED's FX Counterparties):

The main participants in Forex are the large international banks. Central banks and hedge funds are also important participants.

-Interbank rates:

The interbank bid-ask rates form the basis for the market's currency rates.

-Forex Rates:

Forex rates are unique globally.

These rates are set at the interbank level from FX transactions on platforms such as Reuters or EBS.

-Daily electronic FX trading in New Jersey:

Plaintiff has been trading Forex electronically since 2001 onwards.

-Contest v. Live:

In Forex, real-time Contest and Live accounts works the same and their execution is similar. Forex is very '"liquid" market. This situation differs from the stock market with its "slippage".

The Crime

Uniqueness:

-Magnitude

**Controlling and manipulating Forex continuously is no small feat given its daily volume ($7.5 T)**. Factors affecting forex rates fall into 3 categories. They are:

Economic factors, Political factors and Market psychology (More details available at ECF no. 1, SDNY-21cv09680, pp. 7-12).

-Malicious:

The objective is to block the Plaintiff's progress by denying any potential profit resulting from his academic-scientific and unique professional skills demonstrated throughout the Live Contest for 1 full year. This is used to calculate the "opportunity cost" as explained later in detail. This can be used as a point of comparison to judge what would have happened if this conspiracy against Plaintiff by the Banks would not have happened.

-Unprovoked and Gratuitous:

This verified crime is totally gratuitous as Plaintiff did not know himself such powerful "enemies" to begin with (Notwithstanding the 2006-Press Release to inform the general public of the problem after the fact). Plaintiff has never done anything to deserve such unique "treatment" by anyone, nor have the people of the United States. The damage here is huge (including to pensioners and investors in the United States and abroad).

-Who has been doing it?

Who has been blocking and delaying the investigation for so long? Who has such capacity to censor the media in the US (& abroad)?

-1 Person Only By Definition:

Forex rates are unique globally otherwise it would become a riskless arbitrage opportunity. Forex rates for major currencies like GBP (British Pound) or Euro are correlated. Thus a move in GBP/USD exchange rate means a move on the Euro/USD rate. Forex is also correlated to other financial markets globally.

-Necessarily Involves Computer Crime:

As explained earlier any move against one single trader by definition requires illegally spying on his position in a real-time. A spyware was discovered on the Plaintiff's computer and the evidence was mailed to the FBI in 2006 (see ECF no. 57-2 SDNY-21-cv-09680).

Statistical Analysis:

-Graphs:

Plaintiff's records on forex graphs illustrate with images a summary of what he has witnessed daily for years. These are predictive of market movements all the time. As shown on the graphs, the FX market was moving in "exact opposite" of the Plaintiff all the time. By "exact opposite" it is meant that if Plaintiff was buying (with expectation the prices will INCREASE) the market would reverse itself at that particular moment and go the other direction irrespective of market news,

momentum, economic data etc.







-Predictive of Market Movement (Probability)/Oanda Public Forum:

**This inverse relationship continuous and statistical predicts by definition all major market movements in Forex. <u>The probability of such occurrence "by accident" is NIL/ZERO, statistically</u>. <u>The level of certitude in that case is "beyond the shadow of doubt" which is required for criminal conviction</u>.**

Plaintiff has predicted FOREX rates on Oanda website from January 2006 to June 2006 based on his own FX trades (and has been proposed to be included in books or TV shows then).

-Account Statements:

All the facts used to make this case can be found and are recorded independently and legally by 2 financial firms who are independent of the Plaintiff. **These account statements have been sent to the FBI in 2011 and filed with the District Court in New Jersey in 2013 (ECF no. 11-1, DNJ-13cv06073) and with the SDNY in 2021 (ECF no. 50-1, SDNY-21cv09680).**

Hard Proof:

The Proof is in 3 independent legal account statements by 2 Forex institutions in New York who have recorded automatically and electronically all of the Plaintiff's FX trades for years since day 1. **This evidence has been reviewed multiple times and is undisputed by the FBI & 2 federal Judges (and one magistrate Judge)**

15

**to-date.**

-Legal Account Statements:

The proof are those legal account statement which recorded **factually, indisputably,** the time of each individual trades, which currency pair were traded, the nature of each order such as "buy or sell", the type of order ("market or limit order", etc.) and the time stamp for each trade by the 2 Brokers.

-Lawyers' Reviews:

<u>**Several lawyer have reviewed the statements made in Court and the evidence provided by Plaintiff's 2 brokers and have expressed in writing that the Plaintiff's case "is strong"' and solid.**</u> Plaintiff has had no financial resource to hire a Lawyer (see ECF no 50, SDNY-21cv-09680 and IFP application in 2023).

-Spyware Evidence:

Evidence of illegal spyware installation was found through online malware scan that revealed that despite state-of-the art protection, malicious spyware(s) were running on the Plaintiff's computer. This malware would allow anyone to monitor Plaintiff's trades (or communications) in real-time. The FBI was informed of the problem (but did identify the perpetrator for the Plaintiff at that time.

-Statistical Evidence Is Admissible in Court:

Plaintiff's statistical evidence is admissible in Court and has power to convict

according to the federal rules of evidence.

-3 A/Cs Must Be Analyzed Simultaneously:

**All 3 account by Plaintiff's must be analyzed SIMULTANEOULSLY to make sense of it.** Otherwise, it is useless because of partial hedging between accounts.

Attribution of the Crime

The Large Banks:

-Interbank FX Rates:

A schematic of interbank FOREX is filed in the Appendix of this brief for understanding.

-Source for the List of Defendants:

As per document ECF no. 50, SDNY 21cv09680-JPC-JLC filed in the Appendix and letter to the judge dated February 2023 (ECF no. 8, SDNY 23cv00040-LTS), the source for the list of Defendants comes from the list of forex counter-parties of the New York FED, Euromoney Magazine's statistical annual survey of Forex dealers and court documents in the Exhibit section (Allianz Global Investors GMBH, et al. v. Bank of America Corporation, et al., SDNY-18cv10364).

Discovery:

-Possible Co-Conspirators:

Plaintiff's information is based on publicly available sources and analysis thereof.

Pending government investigations of Defendants' conduct could yield information from Defendants' internal records or personnel that bears significantly on Plaintiffs' claims. Plaintiff thus believes further evidentiary support for its allegations will come to light after a reasonable opportunity for discovery (See In Re Foreign Exchange Benchmark Rates (2013)).

Forex Probes:

-FBI/DoJ, CFTC, FED, SEC, FINMA, Serious Fraud Office:

The FBI, DoJ, CFTC, the FED, SEC, FINMA, the Serious Fraud Office in the U.K. and the European Commission on Competition have all conducted investigations on Forex manipulations. Their conclusions have resulted in arrests at the international banks (See Allianz Global Investors GMBH, et al v Bank of America Corp. et al, SDNY18cv10364 in the Exhibit section).

Lawful intercept of encrypted chatroom conversations between FX traders at those large banks has been used to obtain convictions. Excerpts are given in the Appendix for information (SDNY-18cv10364).

-Exact Identities of the Conspirators:

The FBI states that they consider "'all the Plaintiff's facts to be true" in Court documents (DNJ-13cv06073-ES-JAD). FBI's inaction is unexplainable beyond sheer incompetence (or corruption). Moreover this crime implies monitoring all of

the Plaintiff's trades in real-time. Amusingly, the *Protocols of Zion* document self-identifies as hidden force who controls the financial markets, the news media and the police globally (see ECF no. 11, DNJ-13cv06073, Zaerpour v. FBI, in the Exhibit section).

-Fines:

Over $10 billion in fines have been levied by various agencies against the large banks for FOREX manipulations since 2016 (see SDNY-18cv10364 in the Exhibit section).

-Court Cases:

Several court complaints have been filed regarding Forex manipulation in recent years by investors or financial institutions. One is SDNY-18cv10364, Allianz Global Investors GMBH, et al. v. Bank of America Corp. et al. Plaintiff did not join any class action and is not part of any settlement (ECF no. 50, SDNY-21cv09680).


Motive

The exact motive for this crime is somewhat unknown. Blocking the Plaintiff financially is an obvious answer. World Peace prevention seems to be another reason. The crime itself is undisputable with proof. **Plaintiff does not have to prove motive**.

Statute of Limitation

National security crimes punishable by death are imprescriptible according to the laws of the United States. Any statute of limitation is **barred because of fraudulent concealment** (See ECF no. 57 SDNY-21cv09680 in the Exhibit section).

Media

-Censorship (Press Release):

The media knows about this crime since 2006 via the Press Release and the attachments (See FAQ document in the Exhibit).

Arguments

The Judge (LTS):

It appears the Judge Laura Taylor Swain (LTS) did NOT review the statistical proof. **The facts are therefore totally ignored**. All the facts must be reviewed by an expert in this Court again in an open manner (as needed), including the statistical proof on which this case is entirely based. **Same case was NOT dismissed on facts or proof by previous Judges at DNJ and SDNY courts.** The last complaint was filed as an attempt to reinstate this case (see ECF no 57, SDNY-21cv09680 in the Exhibit section). **To note, Judge Cronan did not find any "substantive defect" in Plaintiff's pleading for the same complaint, facts or proof in 2022 (See ECF no 63, SDNY-21cv09680-JPC-JLC).**

**-Abuse of Discretion & Authority**:

Material facts and proof have been ignored by the Judge (LTS). The Judge *acted outside the boundaries of reasonableness* and therefore a review is warranted.

Motion to Re-instate

Prior Judgements

-No adjudication by the Judge (LTS) on previous raised issues by the Defendants

(see ECF no 57, SDNY 21cv09680 in Exhibit section).

Damages

-US Consumers:

Damages to U.S. consumers and pensioners in this case are at least 10 times bigger than previously reported by the DoJ, mathematically speaking. This includes damages through their investments and pension funds' valuations. This does not include injuries to U.S. (and world) citizens related to World Peace (see ECF no. 57, SDNY-21cv09680 in Exhibit section).

-Loss of Principal:

$50K approximately invested over several years.

-Opportunity Costs:

Opportunity Costs are defined as the loss of potential gain from other alternatives when one is chosen. Opportunity Cost is key concept in economics. In the context of this Complaint, it refers to the difference between Contest and Live results over years based on 600 trades in all types of market conditions. They are calculated by compounding Plaintiff's initial investment over 10 years at the rate of 30% monthly, based on Plaintiff's results during the global real-time Contest. This number is undisputed by the Defendants in previous court documents (See ECF no. 57, SDNY 21-cv09680 in Exhibit section).

-Algorithmic Trading:

Plaintiff has successfully developed algorithmic trading programs for forex but cannot trade freely because of the FBI inaction (ECF no.1, p.3. lines 6-10, DNJ-13cv06073-ES-JAD in Exhibit section).

FBI's Inaction:

-Conflict of Interest:

The current FBI director has worked for one of the law firms defending the Banks. Then Attorney General was previously a Lawyer for UBS and returned to the same law firm (Covington & Burling) after leaving DoJ. Many more examples are available (See Exhibit section investigations).

Conclusion

**-Plaintiff request the court to vacate the lower court judgement and order.**

-Plaintiff requests this Court to review all court documents **De Novo**.

-Plaintiff request to return this case to the lower court for trial by Jury.

-Plaintiff request the refund of court fees for the Appeal and second Court filings with SDNY.

-Plaintiff request the court to grant IFP status for Pro Bono Lawyer.

Laws

Should be listed by a Lawyer.

Crimes

-Computer Crimes: 18 USC §1030

Financial Crimes

-Securities Fraud: 18 USC §1348

-Market Manipulation:15 USC §78j

-Anti-Trust: Sherman Act & Clayton Act

National Security Crime

-Treason: 18 USC Ch. 115

Other

-Hate Crimes: 18 USC §249

-Civil Rights: US Constitution 14th Amendment,

-Depravation of rights and conspiracy to interfere with civil rights: 42 USC §1983,

42 USC §1985

-Obstruction of Justice: 18 USC Ch. 73 (§1§505, 1510)

-R.I.C.O. (18 USC Ch. 96)

Authorities

Forex manipulations:

-United States v. Aiyer (2018)

-In Re Foreign Exchange Benchmark Rates (2013)

Pro Se litigants:

-Nielsen v. Rabin (2014)

De Novo standard for review:

-McLane Co. v. EEOC (2016)

Statistical evidence:

-Norris v. Alabama (1935)

-Swain v. Alabama (1965)

-Comcast Corp. v. Behrend (2013)

-Yich Wo v. Hopkins (1886)

(to be completed by a Lawyer)

Related Cases

-Zaerpour v. FBI

DNJ-13cv06073-ES-JAD

-Zaerpour & the People of the United States v. JP Morgan Chase et al.

SDNY-21cv09680-JPC-JLC

-Allianz Global Investors et al v. Bank of America Corp. et al.

SDNY-18cv10364

-Contant et al v. Bank of America Corp et al.

SDNY-17cv03139

Appendix

-ECF no.11 (DNJ-13cv06073)

-Letter & Complaint (SDNY-23cv00040-LTS)

-ECF documents no. 50 & 57 (SDNY-21cv09680)

-Complaint against FBI (2013)

-FAQs (2006-Press Release)

-Qualifications Review for Immigration

-Interbank Forex Market Document

-Allianz Global Investors Complaint (Excerpts)

-Pilot License and Medical Certificate

-MG Forex Account Statements (Sample)

-Swissinfo Article about FX Investigations (2021)

-Wall Street Journal Investigation (2023)

-Famous Quotations regarding Banking (for context only)

Respectfully submitted,

**Date:** 29 August, 2023

**Name:** Soheil Zaerpour (Pro Se)

**Signature:**