# 23-845

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

SOHEIL ZAERPOUR

Plaintiff-Appellant,

PEOPLE OF THE UNITED STATES OF AMERICA

Plaintiffs

v.

BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BARCLAYS BANK PLC; BARCLAYS PLC; BARCLAYS CAPITAL, INC.; BNP PARIBAS GROUP; BNP PARIBAS USA, INC.; BNP PARIBAS S.A.; BNP PARIBAS SECURITIES CORP.; CITIGROUP, INC.; CITIBANK, N.A.; CITIGROUP GLOBAL MARKETS, INC.; CREDIT SUISSE GROUP AG; CREDIT SUISSE AG; CREDIT SUISSE INTERNATIONAL; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK AG; DEUTSCHE BANK SECURITIES INC.; THE GOLDMAN SACHS GROUP, INC.; GOLDMAN, SACHS & CO. LLC; HSBC HOLDINGS PLC; HSBC BANK PLC; HSBC NORTH AMERICA HOLDINGS INC.; HSBC BANK USA, N.A.; HSBC SECURITIES (USA) INC.; J.P. MORGAN CHASE & CO.; J.P. MORGAN CHASE BANK, N.A.; J.P. MORGAN SECURITIES LLC; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; MUFG BANK, LTD.; MUFG SECURITIES AMERICAS INC.; MORGAN STANLEY; MORGAN STANLEY & CO., LLC; MORGAN STANLEY & CO. INTERNATIONAL PLC; NATWEST MARKETS SECURITIES INC.; RBC CAPITAL MARKETS LLC; THE ROYAL BANK OF CANADA; ROYAL BANK OF SCOTLAND PLC; SG AMERICAS SECURITIES LLC; SOCIETE GENERALE S.A.; STANDARD CHARTERED BANK; STANDARD CHARTERED SECURITIES (NORTH AMERICA), INC.; UBS AG; UBS GROUP AG; and UBS SECURITIES LLC

Defendants-Appellees,

**Appendix of Appellant Soheil Zaerpour**

# **Table of Contents**

ECF no. 11 (DNJ-13cv06073)…………………………………………page 3

Letter & Complaint (SDNY-23cv00040-LTS)…………………………page 4

ECF documents no. 50 & 57 (SDNY-21cv09680)…….............................page 17

Complaint against FBI (2013)…………………………………………page 32

FAQs (2006-Press Release)……………………………………………page 39

Qualifications Review for Immigration…………………………………page 48

Interbank Forex Market Document………………………………………page 54

Allianz Global Investors Complaint (Excerpts)…………………………page 65

Pilot License and Medical Certificate…………………………………page 117

MG Forex Account Statements (Sample)………………………………page 122

Swiss to Article about FX Investigations (2021)………………………page 129

Wall Street Journal Investigation (2023)………………………………page 131

Famous Quotations regarding Banking…………………………………page 133

Soheil Zaerpour, Pro Se
16 C Thornton Place
Clifton, New Jersey 07012
Telephone: (646) 712-3172
Email: soheil.zaerpour@njwg.cap.gov

# UNITED STATES DISTRICT COURT

## for the

### District of New Jersey

| | |
|---|---|
| **Soheil Zaerpour,** | HON. Esther Salas |
| **Plaintiff,** | |
| -vs- | Civil Action No. 13-06073 |
| **Federal Bureau of Investigation,** | |
| **Defendant.** | **Further comment against the motion to dismiss by the F.B.I.** |

For the Plaintiff's story to be true (i.e. Forex market manipulation constantly, media censorship, and denial of justice) it requires a supranational entity to control the world financial markets, the media and the court system and judiciary in the US, such as one described in the document entitled *Protocols of the Elders of Zion*.[1]

The only problem is that this document is a "hoax" but Plaintiff's facts are very REAL, statistical, scientific, and verifiable/UNDISPUTABLE (and undisputed by the FBI itself to this day).

Please find attached Plaintiff's legal account statements proving all statements made in the Complaint.

Dated: July 30, 2014        Very Truly Yours,

Enclosure.            Soheil Zaerpour

<u>Subject: Order to Amend (Case number: NYSD 23-cv-00040-LTS)</u>

Dear Judge Swain,

    Attached, please find my **amended complaint**, which has taken into consideration all the recommendations in your letter. It incorporates the same *facts* as in my original 2021-complaint (NYSD 21-cv-09680) but has been updated as per ECF no. 50 (section 3 referencing an updated *list of the defendants*) and ECF no. 57-1, for the most current source available to the best of my knowledge.

    Since it has been referenced in your recent order, I take this opportunity to ***add*** the following to *all* other filed objections in my response to then-defendants' motion to dismiss (NYSD 21-cv-09680, ECF no. 57) :

1. Sucessfull research and devopment of forex algorithm programs is part of my reported 10 years of forex trading activity and should be taken into account when calculating the opportunity costs (NJD 13-cv-06073-ES-JAD, p.3, lines 6-10) .[1]

2. To my knowledge, a plaintiff can reference criminal laws since *obstruction of justice* has been a premise in this case (NJD 13-cv-06073-ES-JAD). Moreover, *lack of prosecution* in criminal cases has delayed the *identification* of the defendants by several years (PAS L-3843-17), so has th*e* *fraudulent concealment* by the banking industry (NYSD 21-cv-09680, ECF no. 57, pp 3-8).

3. *Unprosecuted but demonstrated* criminal actions should always be taken into consideration in civil cases, since it affects the amount of punitive damages, this according to my understanding of the jurisprudence.[2]

4. The defendants have falsly referenced my response to question no. 7 sub-section in my 2006-FAQ document (21-cv-09680, ECF no. 57-3) as meaning I knew the identity of the defendants then, when it only meant that criminality *also* exists in high-finance (by referencing cases *beside my own example,* as stated (21-cv-09680, ECF no. 58, p.8). Also they have alledged that I knew the identities of some of the defendants as conspirators in my case by referencing a annual survey of the largest forex dealers made by the magazine Euromoney in 2013 (21-cv-09680, ECF no. 58, p. 8) This list did not assign *any* crime regarding forex specifically. I would have been short of any concrete *evidence* to file a lawsuit against them then. Only a criminal probe by the DoJ uncovered the conspiracy to manipulate forex rates by these banks years later. To note, it is

---

[1] https://en.m.wikipedia.org/wiki/Renaissance_Technologies
[2] https://www.law.cornell.edu/wex/punitive_damages

only in December 2021, after my complaint was filed with this Court, that the European Commission was able to conclude its own investigation regarding forex manipulations! (21-cv-09680, ECF no. 57, p.3).

5.  The defendants also alledged falsy that I knew precisely the identitiy of the defendants because they come from publicly available sources, and *this undercuts any inference they were self-concealing* according to their memorandum (21-cv-09680, ECF no. 58, p. 9). While the first part is correct (i.e. all the identities of the defendants come from public sources, including court documents and press releases), it is a *ludicrous* argument as demonstrated in 18-cv10364, ECF no. 1. The issue is simply chronology in what they say and it is important: These defendants were effectively concealing their conspiracy until it became public knowledge through media reports and thanks to lawful intercepts of encrypted chatroom conversations between forex traders at those banks (NYSD 13-cv-07789-ER). I must add that I did not know myself such *powerful enemies* in finance (or else) while trading forex; which also explains why I was reluctant to file a complaint against any corporation then (NJD 13-cv-06073-ES-JAD, ECF no 8).

6.  Private parties *are allowed* to sue in anti-trust cases according to US laws[3] (NYSD 13-cv-07789-ER, pp 24-25). Also, I have been the _direct_ target of this concealed banking *cartel* and have suffered as a *direct* result of their monopolistic behaviour all those years (21-cv-09680, ECF no. 57, pp.9-11). The fact that I was not a *direct purchaser* does not matter. The reason it shouldn't is because I did not purchase any of the underlying currencies from my 2 brokers either. The exchange rates at which I was transacting was determined directly by the large banks through my brokers automated platform, electronically, in realtime. (21-cv-09680, ECF no. 50-1, p.66).[4]

7.  To note, both of my broker firms (FXCM and MG-Forex) were located in New York City at that time; this as only one *additional* reason why this Court has juridiction over this case (which was omitted in my response then (21-cv-09680, ECF no 57, pp. 11-12). Other reasons include legal statements made by other plaintiffs in other related forex cases (NYSD 18-cv-10364, ECF no. 1, pp. 11-12).

Since you asked me to carefully review the defendants' answers to my objections to dissmiss then (21-cv-09680, ECF no. 58), I am kindly asking this Court to grant me the opportunity to respond more thoroughly to those objections later on, assuming they might be repeated in the current case.

Respectfully submitted,

---

[3] https://www.justice.gov/atr/antitrust-enforcement-and-consumer
[4] Investopedia.com/articles/forex/06/interbank.asp

Dated : February 23, 2023

/s/ Soheil Zaerpour

16-C Thornton Place

Clifton, NJ 07012

(862) 668-4036

soheil.zaerpour@njwg.cap.gov

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

SOHEIL ZAERPOUR, et al.

_____
Write the full name of each plaintiff.

-against-

UBS GROUP AG, et al.

_____
(See attached rider).

_____

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

23 CV 00040-LTS
(Include case number if one has been assigned)

## AMENDED COMPLAINT

Do you want a jury trial?
☑ Yes   ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑   **Federal Question**

☐   **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?
Securities laws,, computer crimes, and anti-trust laws, and possibly others
(to be determined by this Court based on the facts of this case).

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____ , is a citizen of the State of
    (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

Case 23-845, Document 116, 09/01/2023, 3567761, Page9 of 135
Case 1:23-cv-00040-LTS  Document 105  07/21/2023  3550674  Page35 of 106
Case 1:23-cv-00040-LTS  Document 2  Filed 02/24/23  Page 3 of 9

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                    (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

| Soheil | -- | Zaerpour |
|---|---|---|
| First Name | Middle Initial | Last Name |

| 16-C Thornton place | | |
|---|---|---|
| Street Address | | |

| Clifton | New Jersey | 07012 |
|---|---|---|
| County, City | State | Zip Code |

| (862) 668-4036 | soheil.zaerpour@njwg.cap.gov |
|---|---|
| Telephone Number | Email Address (if available) |

**B. Defendant Information**

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

| First Name | Last Name | |
|---|---|---|
| UBS Group AG | | |

Current Job Title (or other identifying information)
Bahnhofstrasse 45

Current Work Address (or other address where defendant may be served)

| Zurich | Switzerland | 8001 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 2:

See attached list.

| First Name | Last Name | |
|---|---|---|

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

| County, City | State | Zip Code |
|---|---|---|

Defendant 3:

| First Name | Last Name | |
|---|---|---|

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

| County, City | State | Zip Code |
|---|---|---|

Page 4

Defendant 4: _____

First Name _____ Last Name _____

Current Job Title (or other identifying information) _____

Current Work Address (or other address where defendant may be served) _____

County, City _____ State _____ Zip Code _____

## III. STATEMENT OF CLAIM

Place(s) of occurrence: New York City (& globally as Forex is global)

Date(s) of occurrence: 2002 until present, foremost for the opportunity costs.

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I have been the target of a criminal conspiracy by the banking cartel since 2002 until today. The proof of this affirmation is in my legal independent account statements by 2 forex brokers which have been so far reviewed by the F.B.I and 2 federal Judges who do not dispute them in any way, shape or form.

Explained simply, I have been the target in my trading activity from 2002 until 2006 approximately when trading live. The reason I know this is that all my trades became predictive of all forex market movements at large for the entire duration of my forex trading activity. This is incredible but this has been recorded factually in my account statements independently for many years now.

The premise of this case is corruption at the DoJ who has apparently never acted to arrest or identify these individuals despite the fact that I am a forex trader with years of experience and education behind me and with no issues of any kind. I was also trained in this field in New York by 2 financial institutions before going live independently. I speak 3-4 languages fluently and have obtained my master's degree in the United States in a record time and in Switzerland for my bachelor degree in economics and management before that. I also hold a private pilot certificate delivered by the US F.A.A. in 2008 and 2014 for the instrument privilege.

Page 5

I have been naturalized citizen of Switzerland since 1992 and the U.S. since 2009. I was born in Iran and emigrated to Switzerland with my family at the age of 7. My family is Baha'i and world peace activity has been an important part of my life.

The Baha'i Faith is established on all continents today and has between 6 and 8 million adherents worldwide. It seeks peace through Justice and increased participation of women in all aspects of the political life. The Baha'i faith exhorts a reduction in armament spendings and the establishment of world peace through a world tribunal and collective security to be decided at the U.N. for all countries. Baha'is have been notoriously persecuted in Iran for their Faith. Baha'is must be obediant to the government in which they live. Baha'is work towards the unification of mankind.

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

My immediate injuries are twofold: One is pertaining to the $50k principal amount lost and more importantly and much more consequential are my opportunity costs given that I have proven myself to be one of the best forex traders worldwide through a global contest for 1 full year before going live, independently. Other injuries exists and will be reported later, as needed, so as not lose focus. To note, manipulation of forex rates in this case also affected all US and global consumers and investors.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Monetary and punitive damages based on proof is what I am requesting. They are calculated as follows: 50k dollars compounded at the rate of 30% monthly for 20 years. For punitive damages, I will let the Court decide what is appropriate; once all the facts of this case are known after discovery.

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 24 February 2023 | | |
|---|---|---|
| Dated | | Plaintiff's Signature |
| Soheil | | Zaerpour |
| First Name | Middle Initial | Last Name |
| 16-C Thornton Place | | |
| Street Address | | |
| Passaic, Clifton | New Jersey | 07012 |
| County, City | State | Zip Code |
| (862) 668-4036 | soheil.zaerpour@njwg.cap.gov | |
| Telephone Number | Email Address (if available) | |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

SOHEIL ZAERPOUR &

THE PEOPLE OF THE UNITED STATES

Fill in above the full name of each plaintiff or petitioner.

Case No. __21__ CV __09680-LTS__

-against-

JP MORGAN CHASE BANK, N.A., et al.

Fill in above the full name of each defendant or respondent.

## DECLARATION

This is a response to the declaration of relatedness filed by Citibank on 12/17/21;

along with an updated list of the defendants.

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's Motion for Summary Judgment."

I, __Soheil Zaerpour__ , declare under penalty of perjury that the

following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents.

I do not wish to join any class action for the following reasons:

1. My damages and the People of the United States' damages exceed all class action previously filed combined (based on 2 attached independent account statements combined).

(Compl. p. 5, lines 45-47 & p. 43, lines 484-481).

2. Plaintiff was the person or entity who was verifiably/intrinsically/continuously targeted by the large banks in the FOREX market (Compl. p. 2-3, lines 27-31/55 & p. 12-13, lines 172-181/185-191).

3. Plaintiff was not able to file a complaint earlier because of: 1. lack of resources; 2. lack of knowledge about the exact identities of defendants (fraudulent concealment); 3.

because of the F.B.I non-action, as reported in the Complaint (p. 3 & 13, lines 185-187). The identity of the defendants is based solely on publicly available information, notwithstanding unidentified co-conspirators

(Contact, et al., v. Bank of America Corp., et al., No. 17-civ-3139-LTS).

"Opposing list of the defendants as of 1/1/22, based on the latest supporting case federation by the defendants theirs on: 1st/3d LJ F.X.0 & list of FOREX counterparties (& other court documents):

MUFG Bank, Ltd.; Barclays Plc; BNP Paribas S.A.; JP Morgan Chase Bank, N.A.; Bank of America, N.A.; UBS Securities LLC; Credit Suisse Securities (USA) LLC; CitBank, N.A.; HSBC Bank USA, N.A.;

Goldman Sachs & Co. LLC; Deutsche Bank AG; NatWest Markets Plc; JP Morgan Chase & Co.; Bank of America Corporation; UBS Group AG,

Credit Suisse Group AG; Citigroup Inc.; HSBC Holdings Plc; The Goldman Sachs Group, Inc.; NatWest Group Plc; Royal Bank of Canada; Et al.

More defendants will be added to the list after the discovery process is completed, as needed.

Attachements:

- Live & Contest account statements (+ 2 emails & a letter) filed with the New Jersey District Court on 8/6/14 as statistical independent proof (Compl. p. 3, lines 34-35).

- Baha'i document titled "Promise of World Peace" to the people of the world + 2 acknowledgment of receipt by U.S. President Bill CLINTON & U.S. Ambassador to Switzerland Madeleine KUNIN (Compl. p. 3, line 32 & p. 14, lines 214-216).

Attach additional pages and documents if necessary.

01/04/22

Executed on (date)                    Signature

Soheil Zaerpour

Name                                  Prison Identification # (if incarcerated)

16-C Thornton Place          CLIFTON        NJ        07012

Address                              City            State        Zip Code

(862) 668-4036              SOHEIL.ZAERPOUR@NJWG.CAP.GOV

Telephone Number (if available)      E-mail Address (if available)

**21:CV-09680-LTS / ECF document no. 50 (Declaration):**

I do not wish to join any class action for the following reasons:

**1.** My damages and the People of the United States' damages exceed all class action previously filed combined (**based on 2 attached independent account statements combined**).

(Compl. p. 5, lines 46-47 & p. 13, lines 194-197).

**2.** Plaintiff was the person or entity who was verifiably/criminally/individually/continuously targeted by the large banks in the FOREX market (Compl. p. 2-3, lines 27-31/35 & p. 12-13, lines 179-181/188-191).

**3.** Plaintiff was not able to file a complaint earlier because of: 1. **lack of resources**; 2. lack of knowledge about the exact identities of defendants (fraudulent concealment); 3. because of the F.B.I non-action, as reported in the Complaint (p. 3 & 13, lines 185-187). The identity of the defendants is based solely on publicly available information, notwithstanding unidentified co-conspirators

(Contant, et al., v. Bank of America Corp., et al., No. 17-civ-3139-LTS).

**Updated list of the defendants** as of 1/4/22, based on the letter requesting time extension by the defendants filed on 12/23/21; FED's list of FOREX counterparties (& other court documents):

MUFG Bank, Ltd.; Barclays Plc; BNP Paribas S.A.; JP Morgan Chase Bank, N.A.; Bank of America, N.A.; UBS Securities LLC; Credit Suisse Securities (USA) LLC; Citibank; N.A.; HSBC Bank USA, N.A.; Goldman Sachs & Co. LLC; Deutsche Bank AG; NatWest Markets Plc.; JP Morgan Chase & Co.; Bank of America Corporation; UBS Group AG, Credit Suisse Group AG; Citigroup Inc.; HSBC Holdings Plc; The Goldman Sachs Group, Inc.; NatWest Group Plc.; Royal Bank of Canada; Et al.

More defendants will be added to the list after the discovery process is completed, as needed.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOHEIL ZAERPOUR & THE PEOPLE OF
THE UNITED STATES,

                Plaintiffs,

*vs.*

JP MORGAN CHASE BANK, BANK OF
AMERICA, UBS, CREDIT SUISSE,
CITIBANK, HSBC, GOLDMAN SACHS,
DEUTSCHE BANK, ROYAL BANK OF
SCOTLAND, ET AL.,

                Defendants.

**PLAINTIFF'S RESPONSE IN
OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS**

**21-cv-09680**

## INTRODUCTION

Plaintiff, Soheil Zaerpour, requests that the Court deny the Defendants' motion to dismiss. In the alternative, Plaintiff requests that the Court grant Plaintiff leave to amend Plaintiff's complaint to address any deficiencies identified by the Court. *Nielsen*, 746 F.3d at 62. ("Generally, leave to amend should be freely given, and a pro se litigant in particular should be afforded every reasonable opportunity to demonstrate that he has a valid claim. A pro se complaint should not be dismissed without the Court granting leave to amend at least once when a liberal reading of the complaint gives any indication that a valid claim might be stated.") (internal quotation marks and citation omitted).

In construing Plaintiff's response, Plaintiff asks that the Court read any new additional facts asserted in this opposition brief as supplementing the operative complaint, as the Court may do with pro se litigants. *Nielsen v. Rabin*, 746 F.3d 58, 63 (2d Cir. 2014) (overturning the district court's grant of dismissal where the complaint and opposition papers to a motion to dismiss when combined stated a claim upon which relief could be granted).

1

## ARGUMENT

Here, the defendants have raised various arguments against the causes of action Plaintiff alleged under federal and state law. Plaintiff asks the Court to construe the complaint liberally in considering its ruling. Plaintiff does not intend to waive or forfeit any of Plaintiff's causes of action.

### I. PLAINTIFF HAS PROPERLY EFFECTED SERVICE ON ALL DEFENDANTS

New ECF Rules 9.1 and 9.2 Regarding Service of Documents by Filing on the Electronic Case Filing (ECF) System states that this process for docketing on ECF is deemed to be service under Rule 5(b) of the Federal Rules of Civil Procedure.[1] The legal entities' names of the defendants have been amended in the plaintiff's declaration filed on January 4th, 2022 already (ECF no. 50, section 3). An amended complaint will be filed incorporating these corrections upon the Court's request.[2]

### II. PLAINTIFF'S CLAIMS ARE TIMELY

Plaintiff did not know the identities of the defendants precisely because of FRAUDULENT CONCEALMENT (Key word here is "precisely"). To note, the press

---

[1] https://www.nysd.uscourts.gov/prose
[2] Plaintiff's information regarding the exact identities of the defendants is based on publicly available sources and analysis thereof, including: publicly available press releases, news articles, and other media reports.

release in 2006 referenced a "shadowy world power" (EFC no. 54-2). See also Zaerpour

v. FBI, EFC no. 8: "I do not know the identity of the criminals [...] "the financial markets

are anonymous to me" .." I was expecting the F.B.I to help me obtain some answers so

that I can file complaint in Court" (2014). The spyware (see attached exhibit) was

reported to the FBI the same year as discovery (as per statute of limitation).

In 2017, plaintiff filed similar Complaint with the New Jersey Superior Court which was

dismissed "without prejudice" because plaintiff could not provide the name of the

defendant and "because of lack of prosecution" (Zaerpour v. Unknown, PAS L-3843-

17).

In fact, the European Commission's own FOREX manipulation's probe was concluded

AFTER the filing of this complaint with NYSDC in Dec. 2021.[3] For the rest plaintiff

respectfully refers the Court to the declaration filed on January 4th, 2022 (ECF no. 50,

section 3).

Below is the excerpt from attached complaint in Allianz Global Investors GMBH et al. v.

Bank of America Corp. et al. NYSDC Case 1:18-cv-10364, pp 215-218[4]:


EQUITABLE TOLLING OF THE STATUTE OF LIMITATIONS DUE TO

DEFENDANTS' CONCEALMENT OF THE CONSPIRACY TO MANIPULATE

---

[3] https://www.swissinfo.ch/eng/swiss-banks-implicated-in-trading-cartel-investigation/47160018
[4] Bloomberg' article reports front-running of customers by the large banks, which does not apply to the plaintiff however.

## FX PRICES, BENCHMARKS, AND BID/ASK SPREADS

"Defendants actively, fraudulently, and effectively concealed their collusion, as

alleged herein, from Plaintiffs and other investors.

Due to Defendants' efforts to conceal their collusive conduct, and their campaign

to avoid its detection, Plaintiffs could not, through the exercise of reasonable diligence,

have learned of facts indicating that Defendants were colluding to manipulate prices,

benchmark rates, and bid/ask spreads in the market prior to June 12, 2013, when

Bloomberg first reported of the possibility that Defendants were rigging currency rates.

In fact, Plaintiffs were not on notice based solely on the contents of the June 12, 2013

Bloomberg article, but rather not until later, when government actions revealed

previously concealed evidence of Defendants' conspiracy to manipulate the FX market.

As a result of Defendants' fraudulent concealment, all applicable statutes of limitations

affecting Plaintiffs' claims have been tolled."

Defendants' conspiracy was by its nature secretive and self-concealing. Defendants

used non-public methods of communication, such as private chatrooms and text

messages, to conceal their agreements to manipulate FX prices. The chatrooms were

operated by high-ranking traders, and Defendants strictly limited access to the

chatrooms. Defendants often agreed, in the chatrooms, to not publically discuss or

otherwise reveal the nature and substance of the chats. The substance of the

conversations in the chatrooms was unknown to Plaintiffs until government actions

4

revealed previously concealed evidence of Defendants' conspiracy to manipulate FX

benchmark rates. Even then, it was not until the entry of guilty pleas by four

Defendants on May 20, 2015, that evidence of collusion to manipulate bid/ask spreads

was publically available.

Defendants actively and jointly undertook trading strategies designed to conceal

their collusive conduct, such as "painting the screen" or executing phony transactions,

so that even diligent investors could not detect Defendants' manipulation of exchange

rates.

Defendants also used false pretenses to collude, executing agreements to rig FX

prices while operating under the guise of legitimate corporate communications. For

instance, as alleged above, Defendants were members of the Bank of England's

London Foreign Exchange Joint Standing Committee, and using the cover of their

membership, as part of the chief dealers' subgroup, Defendants met and reached

agreements to manipulate the prices. These meetings concerned trading strategies that

were in no way connected to legitimate work of the subgroup.

When concerns were privately raised at a Bank of England meeting over possible

manipulation for WM/Reuters Closing Rates, according to chatroom transcripts

reviewed by people that spoke with Bloomberg, the Defendants acted jointly and

through chatrooms to disguise their conduct.

While regulators such as the United Kingdom Financial Conduct Authority, the

U.S. Department of Justice criminal and antitrust divisions, the U.S. Commodity Futures

Trading Commission, the U.S. Federal Reserve, the New York Attorney General's

Office, the Office of the Comptroller of the Currency, the Swiss Financial Market

Supervisory Authority, the Swiss Singapore, and the Dutch regulator AFM have all

opened investigations, all of these investigations commenced after the publication of the

initial Bloomberg article in June 2013.

Even when Bloomberg first reported collusion among the Defendants using chatrooms

and instant messaging services, Defendants did not break ranks, but instead engaged

in ongoing efforts to keep their collusion hidden. In response to inquiries from the

reporter, the banks refused to comment and offered phony justifications for their

communications.

Throughout the relevant period, Plaintiffs regularly monitored their investments

and conducted due diligence to try to avoid being harmed by financial misconduct.

Practically speaking, there were limits to what could be done, given that so much of the

foreign exchange market was shrouded in secrecy due to Defendants' conduct.

Reasonable due diligence could not have uncovered Defendants' conspiracy

because (1) Defendants' trades and trading strategies are not public information; and

(2) the bilateral, non-exchange traded nature of the spot trades further obscures what

Defendants were, and are, doing at any particular time.

As a result of the self-concealing nature of the price-fixing conspiracy, the active

steps taken by Defendants to fraudulently conceal their conspiracy and the lack of public information concerning material aspects of the conspiracy, the statute of limitations was tolled for Plaintiffs' claims.

The first of many antitrust class action suits on behalf of those who engaged in FX transactions was filed on November 1, 2013. Plaintiffs were originally included in the defined class in many of the antitrust class actions, which asserted the same causes of action, against the same Defendants, as are named in this Complaint. Plaintiffs reasonably and justifiably relied on the named plaintiffs in the FX class actions to protect their rights, and they competition authority WEKO, the Hong Kong Monetary Authority, the Monetary Authority of Singapore, and the Dutch regulator AFM have all opened investigations, all of these investigations commenced after the publication of the initial Bloomberg article in June 2013.

As a result of the self-concealing nature of the price-fixing conspiracy, the active steps taken by Defendants to fraudulently conceal their conspiracy and the lack of public information concerning material aspects of the conspiracy, the statute of limitations was tolled for Plaintiffs' claims.

The first of many antitrust class action suits on behalf of those who engaged in FX transactions was filed on November 1, 2013. Plaintiffs were originally included in the

defined class in many of the antitrust class actions, which asserted the same causes of action, against the same Defendants, as are named in this Complaint. Plaintiffs reasonably and justifiably relied on the named plaintiffs in the FX class actions to protect their rights, and they reasonably and justifiably relied on the class-action doctrine articulated in American Pipe & Construction Co. v. Utah, 414 U.S. 538 (1974), and other similarly applicable doctrines, to satisfy the statutes of limitations on their claims. Under American Pipe, all proposed class members are treated as if they filed their own individual actions, until they either opt out or a certification decision excludes them. American Pipe, 414 U.S. at 255. Accordingly, the claims here are deemed to have been brought as of the date they or similar claims were brought in the related class actions, and therefore the FX class actions tolled Plaintiffs' claims." [5]

In terms of "opportunity costs", plaintiff still cannot trade FOREX freely as the equal protection under the Constitution he is entitled to is not respected by the FBI (e.g. spyware incident despite up-to-date virus protection).[6] See ECF no. 54-1, p.4/ Zaerpour v. FBI, NJD-2:13-cv-06073-ES-JAD, p.3, lines 6-10. This case is further ongoing for the plaintiff's and has morphed into his commercial aviation training interruption by no fault of his own and despite plaintiff meeting ALL the FAA standards and requirements as documented in his aviation logbook.

---

[5] Allianz Global Investors GMBH et al. v. Bank of America Corp. et al. NYSDC Case 1:18-cv-10364, EFC no. 1, pp 215-218.

[6] https://ww1.prweb.com/prfiles/2011/04/11/449517/IllegalOnlineSurveillance.bmp

### III.    PLAINTIFF HAS STANDING TO PURSUE ANTITRUST CLAIMS

Plaintiff has been the <u>DIRECT</u> target of this alleged banking cartel, continuously for

years (Compl. p.1, lines 13-16) and suffered as a direct result of the cartel's

monopolistic behaviour as the Interbank forex rates are set by the defendants

collectively[7]. The fact that plaintiff was an "indirect purchaser" of FX instruments is

irrelevant in this regard. In addition, plaintiff is alleging damages consequent to the

cartel's behaviour in the forex market reported by other Forex litigants:

> "BY COLLUDING TO MANIPULATE FX PRICES, BENCHMARKS, AND
>
> BID/ASK SPREADS, DEFENDANTS RESTRAINED TRADE,
>
> DECREASED COMPETITION, AND ARTIFICIALLY INCREASED
>
> PRICES, THEREBY INJURING PLAINTIFFS."[8]

Plaintiff is entitled to <u>treble damages</u> for Defendants' violations of §1 of the

Sherman Act under §4 of the Clayton Act. Moreover the damages reported by the

defendants in their joint-memorandum are on-par with the crime committed and can be

verified by inputting into a forex compounding calculator plaintiff's numbers as reported

in the complaint under "damages" (Compl. p. 13, lines 194-197). This does not yet

account for damages to the people of the United States as reported in the complaint.

---

[7] https://www.investopedia.com/articles/forex/06/interbank.asp

[8] Allianz Global Investors GMBH et al. v. Bank of America Corp. et al. NYSDC Case 1:18-cv-10364,
EFC no. 1, p. 211.

To-date, defendants have not provided ANY counter-arguments as to why this number
might be erroneous (or exaggerated).

## IV.    PLAINTIFF SUCCESSFULLY PLEADS FACTS SUPPORTING A
## PLAUSIBLE INFERENCE OF AN ANTITRUST CONSPIRACY

Plaintiff's facts as reported in this case are undisputed by the FBI. Plaintiff has provided
the statistical independent legal proof already (ECF no. 50-1). According to
Euromoney's survey and New York-FED's list of FOREX counterparties, all the
defendants cited are part of the largest forex dealers globally.[9] As of 2019, the daily
volume of FOREX was 6.6 trillion.[10] Plaintiff's damages are a DIRECT consequence of
the cartel's behaviour and conspiracy against him (Compl. P. 13, lines 182-184 & ECF
no. 50-1, p.66)  The statistical causality is UNDISPUTABLE and undisputed by the FBI
and the Judge in court (Compl. p.2., line 29 & p. 3, lines 34-36 & p. 12, lines 179-181 &
Zaerpour v. FBI. NJD-2:13-cv-06073, Compl. P. 5, lines 17-21).

The fact that the defendants seem not to understand the graphs attached to the
complaint and make erroneous statements is irrelevant (ECF no. 53, p.8). In plaintiff's
view, only an independent, competent and transparent expert review of the recorded
legal account statements can remedy this situation for the Court which can only happen
during the discovery process (See attached FAQ document). Suffice to say that

---

[9] https://www.newyorkfed.org/markets/counterparties/foreign-exchange-counterparties
[10] https://www.bis.org/statistics/rpfx19_fx.htm

plaintiff's trades were predictive of FX movements all the time which is absolutely extraordinary (IMPOSSIBLE in terms of probability) unless there is a conspiracy against the plaintiff, as alleged in the complaint and recorded in the independent legal account statements (Compl. pp 12-13, lines 179-184 & ECF no. 50-1).

Misrepresenting or misunderstanding the facts repeatedly by the defendants, as done in their joint-memorandum of law, leads to misapplying legal cases and the law, and misapplying legal cases and the law in turn leads to a wrong and absurd conclusion at the end (ECF no. 53, p. 21).

Plaintiff is not asking the Court to listen to the plaintiff but to listen to the fact as recorded in his legal independent statements and the science.

## V.    PLAINTIFF'S ANTITRUST CLAIMS ARE NOT EXTRA-TERRITORIAL

The fact that plaintiff's address appears in Switzerland (a P.O. Box) in one of his account is a MISTAKE made by his broker because of the use of a Swiss credit card to make deposit at one time. The address on record was in the US, always. Plaintiff has lived in New Jersey permanently since 2000 (EFC no. 50-3).

The *location* of the financial assets held is irrelevant. Securities are immaterial objects. What matters is that FOREX rates are used daily to value those assets for US investors

and pensioners.[11] The damage occurred in the United States. Same holds true for ADRs (American Deposit Receipts) which are Foreign stocks held abroad by banks on behalf of US persons in the United States.[12]

## VI.    PLAINTIFF SUCCESSFULLY PLEADS CONSTITUTIONAL TORT CLAIMS

Tort claims cited in the cause of action refer the police and FBI's alleged infractions (Compl. p. 13, lines 185-187), and alleged the obstruction of justice by the banking cartel thereof (Compl. P.14, lines 217-218). To note, the chief of police in Clifton/NJ, the FBI director and his deputy in charge of the forex probe have since been fired for unrelated charges.[13]

## VII.    PLAINTIFF HAS STANDING TO ASSERT VIOLATIONS OF CRIMINAL LAWS

Spyware installation is a computer crime. Illegal surveillance of communications is another crime. Depravation of civil rights is yet another crime (Compl. P.14, lines 200-203). Denying world peace is a national security crime as is manipulation of the United

---

[11] https://www.investopedia.com/terms/a/adr.asp

[12] https://www.investopedia.com/terms/a/adr.asp
[13] https://www.npr.org/2021/10/14/1039690679/andrew-mccabe-lawsuit-trump-fbi

States' currency (Compl. P. 14, lines 214-216 & line 207). National security crimes punishable by death are imprescriptible.[14]

### VIII. THE COURT SHOULD NOT DISMISS ALL ALLEGATIONS SUGGESTING PLAINTIFF IS SEEKING TO PROCEED ON BEHALF OF A CLASS

Plaintiff has demonstrated that by manipulating FX rates against him, substantial damages has been done to U.S. consumers in general through their investments because FX rates are UNIQUE globally and used to value their investments daily (Compl. p. 5, lines 42-44). Financial damages to US consumers, investors or pensioners is up to *100 times greater* than previously reported by the DOJ, mathematically speaking. (Compl. p. 5, line 46). As such this unique evidence can be used by other parties in Court in putative Class Actions. This does not account for the loss of life or injuries relating to World Peace or other damages to the United States (and world) citizens (Compl. p.2, lines 15-16 & p. 3, lines 32-33)

### IX. THE COURT SHOULD NOT DISMISS PLAINTIFF'S CLAIMS AGAINST ROYAL BANK OF SCOTLAND AS PERSONAL JURISDICTION EXISTS

RBS/NatWest's main location is irrelevant since they trade in US dollars in significant manner. As such, RBS/NatWest is listed as a "Forex counter-party" of the New York-

---

[14] https://fas.org/sgp/crs/misc/RL31253.pdf

FED among a handful of big banks.[15] In the US, RBS/NatWest is under the jurisdiction of the Comptroller of the Currency (within the US Treasury) which serves to charter, regulate and supervise all national banks and the federally licensed branches and agencies of foreign banks in the United States.[16] RBS has already been convicted of FX market manipulation along with some other large banks by the EU Commission, DOJ, CFTC, the FED and FCA.[17][18][19][20]

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Court deny the motion to dismiss.

In the alternative, Plaintiff requests that the Court grant Plaintiff leave to amend Plaintiff's complaint to address any deficiencies identified by the Court, and any other relief this Court deems just and proper.

Dated: February 16, 2022                    /s/ Soheil Zaerpour

---

[15] https://www.newyorkfed.org/markets/counterparties/foreign-exchange-counterparties
[16] https://scholarship.law.bu.edu/faculty_scholarship/265
[17] https://www.cnbc.com/2021/12/02/barclays-rbs-hsbc-credit-suisse-ubs-fined-for-forex-trading-cartel.html
[18] https://www.justice.gov/opa/pr/five-major-banks-agree-parent-level-guilty-pleas
[19] https://web.archive.org/web/20141113150820/https://www.cftc.gov/PressRoom/PressReleases/pr7056-14
[20] https://www.fca.org.uk/news/press-releases/fca-fines-five-banks-%C2%A311-billion-fx-failings-and-announces-industry-wide-remediation-programme

Soheil Zaerpour

16-C Thornton Pl.

Clifton, NJ 07012

Tel. (862) 668-4036

Soheil.Zaerpour@Njwg.Cap..Gov

1  Soheil Zaerpour, Pro Se
2  16 C Thornton Place
3  Clifton, New Jersey 07012
4  Telephone: (646) 712-3172
5  Email: soheil.zaerpour@njwg.cap.gov
6
7

# UNITED STATES DISTRICT COURT

8

for the

9

District of New Jersey

10
11
12

Soheil Zaerpour,

Plaintiff,

-vs-

Federal Bureau of Investigation,

Defendant.

Civil Action No. 13-6073 (ES)

(Violations of the U.S. Constitution Amendment
I, IV & XIV; 42 U.S.C. § 1983, 1985; 15 U.S.C.
§ 1-7)

**COMPLAINT AND DEMAND FOR JURY
TRIAL**

13
14
15
16
17
18
19
20
21
22
23

## I. INTRODUCTION

24       This complaint seeks to remedy the Federal Bureau of Investigation's failure to act after receiving
25  proof of a major crime, including illegal surveillance of the Plaintiff's online communications, illegal
26  access to his FOREX transactions and manipulation of the global FOREX market in reverse accordingly.

27       The proof of these allegations is in the Plaintiff's legal account statements produced by two
28  independent financial brokers in New York which state factually the time of purchase of the commodity;
29  the market price at that time and the type of transaction (i.e. "buy" or "sell").

30       Simply explained, the market at large was doing the opposite of the Plaintiff's actions - all the
31  time, without discontinuity. The causality between the recorded Plaintiff's actions and the market at large
32  is indisputable, mathematically speaking, where there should be none if there was no conspiracy.

1

1   The statistical probability that FOREX at large would mirror in reverse the Plaintiff's trades -
2   without a causality relationship between the Plaintiff's own trades and FOREX - is low; the probability is
3   may be less than 0.0000000000000000000000000000000000000000001% or to paraphrase it is like
4   guessing all the lottery numbers correctly and continuously. This can be done for one person only.

5   Plaintiff started trading the financial markets professionally in 2002. Plaintiff's damage in terms
6   of lost opportunity (i.e. Opportunity Cost) due to the F.B.I.'s non-action is estimated at over $ 10 trillion.

7

## II. PARTIES

9   The Federal Bureau of Investigation (F.B.I.) is a governmental agency belonging to the United
10  States Department of Justice that serves as a federal criminal investigative body.

11  The F.B.I.'s mission and priorities as per its website at http://www.fbi.gov are:

12  1.  Protect the United States from terrorist attacks;
13  2.  Protect the United States against foreign intelligence operations and espionage;
14  3.  Protect the United States against cyber-based attacks and high-technology crimes;
15  4.  Combat public corruption at all levels;
16  5.  Protect civil rights;
17  6.  Combat transnational/national criminal organizations and enterprises;
18  7.  Combat major white-collar crime;
19  8.  Combat significant violent crime.
20

21  The F.B.I. is known to have conspired against the people of the United States in the past (e.g.
22  COINTELPRO among others.)

23  Presently, the Plaintiff is a current U.S. Private Pilot studying in Caldwell/N.J. towards an
24  Instrument rating (with G-1000). The Plaintiff has obtained a Master of Science degree from Iowa State
25  University, in Iowa (U.S.A.) as an Exchange Student in 1993 and a Bachelor degree in Economics from
26  the University of Lausanne in Switzerland in 1989 (& a Baccalaureate degree in Math and Sciences in
27  Pully, Switzerland in 1986). The Plaintiff has participated in the start-up of a biomedical software
28  company with 3 Swiss Medical Doctors between 1997 and 2000 before emigrating.

29  The Plaintiff has obtained several securities licenses from the financial industry in New York,
30  between 2000 and 2001, and a "General Securities Principal" which qualifies individuals to manage or
31  supervise the member's investment banking or securities business for corporate securities, direct
32  participation programs, and investment company products/variable contracts. The Plaintiff was recruited
33  by Investec Bank in 2001 (who also sponsored his H-1B visa). Plaintiff has a clean record as attested by
34  his C.R.D. (Central Registry Depository) record.

2

1      In 2002, Plaintiff participated in a global FOREX (Foreign Exchange) real-time trading Contest
2  for one full year and obtained the best results three times among all participants with a R.O.I. (Return on
3  Investment) of 30% per month on average; based on six hundred trades in all types of market conditions
4  and thanks to the Plaintiff's expertise of the FOREX market and economics, the proper use of leverage
5  and novel risk management techniques.

6      Plaintiff has worked as an Independent Financial Trader from 2002 until 2012. Plaintiff has
7  successfully developed computer algorithm programs to trade the financial markets automatically by use
8  of Artificial Neural Networks and other sophisticated computer programs for back-testing but has
9  refrained from investing real-money since his trades are illegally monitored, as proven by his real-money
10  accounts; and the fact that the F.B.I. refuses him the protection under the law he is entitled to.

11      Plaintiff has been a volunteer-Teacher in Finance and Entrepreneurship from 2002 until 2006 and
12  a volunteer-Editor from 2006 until now; with over twenty thousand academic edits and has contributed to
13  create the equivalent of a reference book on the economy. Plaintiff has been invited by the University of
14  Oxford to take part in an International Conference in Egypt, with all expenses paid by the University of
15  Oxford itself.

16      Plaintiff has been a volunteer-Finance Officer with the Civil Air Patrol in New Jersey (i.e. the
17  United States Air Force Official Auxiliary) since 2008 and a Mission Scanner since 2013 with the grade
18  of First Lieutenant.

19      Plaintiff is fluent in English, French and Persian and has a good working knowledge of German.
20  Plaintiff is a U.S. citizen. Plaintiff practices several sports on a regular basis and is in good health as per
21  his aviation medical certificate. The Plaintiff is a very peaceful citizen with no criminal record. Plaintiff
22  has no debt either.

23

24                   **III. DEFINITIONS**

25      Several terms or expressions of particular importance will be repeated in the course of this
26  Complaint. These terms, as used in this Complaint, are defined or explained in the following paragraphs
27  so that they will be more readily understood in the text:

28
29      a. The **Foreign Exchange Market (FOREX or currency market)** is a global market for the
30  trading of currencies. The main participants in this market are the larger international banks. London is by
31  far the world's biggest market for foreign currency trading, with 41% of global turnover, according to the
32  Bank for International Settlements. New York has a 19% share, followed by Singapore, Tokyo and Hong
33  Kong. Switzerland accounts for 3.2% of foreign exchange trading. FOREX rates are unique globally since
34  any discrepancy would become a riskless arbitrage opportunity.

35
36      b. The **Opportunity Cost** is defined by the New Oxford American Dictionary as the loss of
37  potential gain from other alternatives when one alternative is chosen. Opportunity Cost is a key concept in
38  economics. In the context of this Complaint it refers to the difference between the real-time Contest and
39  the real-money account results.

40
41      c. **Instrument rating** refers to the qualifications that a pilot must have in order to fly under I.F.R.
42  (Instrument Flight Rules). It requires additional training and instruction beyond what is required for a

Private Pilot certificate or Commercial Pilot certificate, including rules and procedures specific to instrument flying, additional instruction in meteorology, and more intensive training in flight solely by reference to instruments.

d. **FINMA** is the Swiss government body responsible for financial regulation. This includes the supervision of banks, insurance companies, stock exchanges and securities dealers as well as other financial intermediaries in Switzerland.

e. The **London Interbank Offered Rate (L.I.B.O.R.)** is the average interest rate estimated by leading banks in London that they would be charged if borrowing from other banks. At least $350 trillion in derivatives and other financial products are tied to the L.I.B.O.R.

f. The **Central Registration Depository (C.R.D.)** is a database of financial firms and individuals maintained by the United States Financial Industry Regulatory Authority.

g. **COINTELPRO** was a series of covert, and at times illegal, projects conducted by the Federal Bureau of Investigation aimed at surveying, infiltrating, discrediting, and disrupting domestic political organizations.

## IV. JURIDICTION AND VENUE

This Court has jurisdiction over this matter because the Defendant is a Federal Agency of the United States Government and also because the Plaintiff is a citizen of the United States, Switzerland and Iran.

Venue is proper because the cause of action stated herein arose in this judicial district. Venue is further proper in this Court because:

a. The Defendant resides in Essex County in New Jersey.

b. The Plaintiff resides in the county of Passaic in New Jersey.

## V. STATUTORY BACKGROUND

The Equal Protection Clause of the 14th amendment of the U.S. Constitution prohibits states from denying any person within its jurisdiction the equal protection of the laws.

The U.S. Bill of Rights of the U.S. Constitution protects freedom of speech and religion, and guarantees due process.

The U.S. Constitution and U.S. Civil Code allow a citizen to sue the government in court in case of deprivation of civil rights by any government agency or group of persons in the U.S. government.

The U.S. Constitution and civil laws forbids the invasion of privacy, illegal access to financial records, illegal surveillance of U.S. citizens, illegal monitoring of their communications.

4

1      According to the U.S. anti-trust law, it is illegal for any cartel to control the financial markets or
2 other market in the United States.

3      Because FOREX is used in U.S. derivatives markets, an attempt to manipulate FOREX is also an
4 attempt to manipulate the U.S. derivatives markets, and thus a violation of American law.

5      Since obligations and other financial products often use FOREX as a reference rate, the
6 manipulation of submissions used to calculate those rates can have significant negative effects on
7 consumers and financial stock and bond markets worldwide, as in the case of the L.I.B.O.R. manipulation
8 involving several major international banks.

9      In 2013, the Swiss authority FINMA in conjunction with the British authorities has launched a
10 probe regarding alleged manipulation of FOREX by several major international banks, including UBS.

11

12                                   **VI. FACTS**

13      The F.B.I. has been given undisputable statistical evidence and legal proof through account
14 statements by the Plaintiff since 2005; and legal account statements by two independent Financial
15 Institutions in New York of a major crime; but has refused to investigate or arrest the people who are
16 responsible for it.

17      This crime affects indirectly the citizens of the United States through FOREX. The Plaintiff has
18 provided the F.B.I. with indisputable and verifiable statistical proof of the crime against Plaintiff. The
19 F.B.I. has had no comment or question regarding the allegations since 2006. The Defendant is neither
20 disputing the evidence nor asking for more explanation from the Plaintiff. The Plaintiff has exhausted all
21 administrative venues for a dispute resolution as stated hereafter.

22      Plaintiff has contacted the Southern District Attorney's Office in Manhattan and the F.B.I. in
23 New York in 2005 by registered mail and phone, without any written response or investigation.

24      Plaintiff has contacted the Inspector General of the U.S. Department of Justice and the Inspection
25 Division of the F.B.I. in Washington D.C. in 2005 by mail and phone, since the F.B.I. New York field
26 office was not taking action.

27      The Inspection Division of the F.B.I. in Washington D.C. has told the Plaintiff by phone that it
28 has requested the New York - F.B.I. to review the case and open an investigation. Plaintiff has been told
29 that the New York - F.B.I. has refused to do so. Later, the Plaintiff has been told by the F.B.I. that the
30 person in charge of the dossier at the Inspection Division has left the F.B.I.

31      The F.B.I. in New Jersey has received the complaint and the account statements of the Plaintiff
32 with explanations by registered mail in May 2011. The F.B.I. has not responded at to the Plaintiff nor has
33 taken any action.

34      The F.B.I. has stated initially in 2005 by phone to the Plaintiff that an investigation could take "6
35 months or more…possibly years depending on the case". To date, Plaintiff assumes that absolutely
36 nothing has been done to identify or arrest these criminals.

This crime involves the manipulation of the FOREX market which has a daily turnover of over 5 trillion U.S. dollars according to the Bank of International Settlements. Plaintiff states that FOREX has been manipulated against him individually, daily for 10 years, to block his progress.

According to a survey by EUROMONEY, the biggest FOREX dealers are UBS, Deutsche Bank, Citigroup, Barclays, HSBC, JP Morgan, Royal Bank of Scotland and Credit Suisse.

UBS paid a record $1 billion in December 2012 to settle allegations that it manipulated L.I.B.O.R. Two of the Swiss-based bank's former traders face charges brought by the U.S. Department of Justice over L.I.B.O.R. manipulation. According to the Wall Street Journal, Tom Hayes, one of the traders, is expected to indicate a plea to separate British charges at a court hearing later this month.

## VII. FIRST CAUSE OF ACTION

### (Equal protection under the law)

The Equal Protection Clause of the 14th amendment of the U.S. Constitution prohibits states from denying any person within its jurisdiction the equal protection of the laws. Facts prove this has not been the case.

## VIII. SECOND CAUSE OF ACTION

### (Depravation of rights and economic tort)

42 U.S.C. § 1983 stipulates that any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress. Facts stated above prove that this has been the case.

## IX. THIRD CAUSE OF ACTION

### (Conspiracy to interfere with civil rights)

According to 42 U.S.C. § 1985, conspiracy to interfere with civil rights occurs when two or more persons in any State or Territory conspire, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws. Facts stated above prove this has been the case.

# X. PRAYER FOR RELIEF

Pursuant to the First through the Second and Third Causes of Action, grant civil penalties according to proof;

Plaintiff is entitled to relief from Defendant under the above facts.

Plaintiff requests the court to order an investigation. Wherefore, Plaintiff requests judgment against Defendant for damages, together with attorney's fees, if applicable, cost of suit, and any other relief as the court may deem proper.

Dated: October 8, 2013                                    Respectfully Submitted,



Soheil Zaerpour

**FAQ & Background Information in complement to the PRWEB Press Release on 14th November 2006, titled: "Warning: You are about to enter the 4th Dimension of your Life"**

**www.geocities.com/sam07012**

FAQ & Background Information in complement to the PRWEB Press Release on 14th November 2006, titled: "Warning: You are about to enter the 4th Dimension of your Life".................................................................... 1
Q1. Who are your enemies? ............................................................. 2
Q2. How do you know you are targeted personally? ......................... 2
Q3. Did you ask the help of a Lawyer?............................................. 3
Q4. Are you ready to meet with an independent investigative authority other than the FBI to explain your case? May be like an audit firm? ......................... 3
Q5. What is your current profession and qualifications?...................... 3
Q6. Are you member of any political organization?............................ 3
Q7. What is your religious affiliation? .............................................. 4
Q8. What are main teachings of the Baha'i Faith? ........................... 4
Q9. What is your nationality? ......................................................... 4
Q. Are Baha'is still persecuted in Iran today?.................................. 4
Q10. For those of us who are not specialist of Forex: ....................... 5
Technically speaking, how is it possible to manipulate the market? ........... 5
Q11. What are those plans for World Peace that you speak of, exactly? ......... 5
Q12. What about the Baha'is themselves, did they support you? ............... 5
Q13. Why did you come to New York in 1999? ................................ 6
Q14. Do you consider yourself American now?.................................. 6
Q15. What is/was your main competitive advantages in trading Forex (to obtain the excellent results you did during the Contest)?.................................... 6
Q16. What would be the economic consequences of this peace plan? ......... 7
Q17. Have you contacted the press regarding your case? What was the response? ... 7
Q18. What did you say on Oanda? .................................................. 8
Q19. What was the reaction then? .................................................. 8

1

## Q1. Who are your enemies?

The International bankers are certainly part of it. The market manipulation that is described in the Blog at Oanda can be done ONLY by those who control the world of finance globally, given the size of the Forex market (2 trillion dollars daily turnover).

### Q. Who are they specifically?

Don't want to speculate but the Swiss banks are certainly part of it with $4 trillions of assets under management, and some others who hide behind their bank accounts secretly.

## Q2. How do you know you are targeted personally?

Through the Factual, Statistical and Scientific Analysis of my trade records only.

Did not make 1 cent of profit overall in 4 years (not even a floating profit). To simplify, if I buy a significant amount the market reverses and get me into a margin call and reverses then. I have been able to predict the market (also it is always against my own positions in the market) with certainty numerous times because of that fact. It has never failed so far. Please note that I have absolutely no control at which point I will get a margin call. It's just a function of the total equity in the account. (So, it can't be that I miraculously guess the market but unconsciously I would do the opposite). Even when I turned 10K into 150K in one month in the game Contest, I could not guess the market like that. Far from it!

Please note this can be done for ONE person only worldwide, because there is only ONE exchange rate (more or less) worldwide for any currency pair at any ONE time.
For more information, see the real account examples given in the attached files.

### Q. Would you say that 6 months of evidence as you have provided is sufficient proof?

Yes statistically speaking. For the rest have asked the Southern District Attorney's Office in Manhattan and the FBI to look into that matter in March and April 2005, but they have refused to do it so far.

### Q. Do you know why they have refused?

They did not tell. May be because the FBI was ordered not to by Washington DC.
(Only plausible reason given what is at stake here and the facts as reported to them)

**Q3. Did you ask the help of a Lawyer?**

Yes, did and more than once. Through ACLU in 2005 and others but none has accepted to take this case.

**Q. Do you know why?**

ACLU in New Jersey said they have other priorities, which is a way for to say they are under control and for the rest: don't know. (Just no answer to the inquiry, except one. Still waiting for a response.)

**Q4. Are you ready to meet with an independent investigative authority other than the FBI to explain your case? May be like an audit firm?**

YES.
Entire 4 years of trading record is available under the condition that all trades made in the real accounts to be played back simultaneously with margin call levels, equity, profits etc.

Exactly like it was while trading in real-time, including major news releases, since it also affected the markets. Ready to meet with an independent auditing firm if need be and if basic conditions of competency, fairness and transparency are met.

**Q5. What is your current profession and qualifications?**

-An Independent professional Forex Trader for the past 5 years. (Electronic trading)
-Securities Licenses: Series 24 (General Securities Principal) & 7/63 in New York City between 2000 and 2001. Clean S.E.C record. CRD # 4279568.
-Obtained Masters degree in record time in the US in 1993 (Exchange Student from Switzerland.)
-Prior to that; a Bachelor in Business and Economics from the University of Lausanne in October 1989. (Baccalaureate in Math and Sciences obtained before that in Pully, Switzerland.)
-Administrator of the ICRC between 1.1995 and 1.1997
-Languages spoken: English, French, German and Persian.
-The complete audited CV can be accessed at the NASD.
-No criminal record ever and no debt.

**Q. What was your Masters thesis subject?**

Computer Aided Learning Project: A new way of learning and teaching.

**Q6. Are you member of any political organization?**

3

No, I am not.

**Q. Are you or have you been affiliated with any organization, secretly or overtly?**

No, not, any.

### Q7. What is your religious affiliation?

Born into a Baha'i family. (See www.bahai.org).
Not religious per say but very ethical and honest (may be too much).

### Q8. What are main teachings of the Baha'i Faith?

-Unity of God,
-Unity of the religions
-Unity of mankind,
-Unity in diversity,
-Gender Equality
-Unity between Science and religion
-Independent Investigation of the Truth
-Abolition of the extremes in wealth and poverty

### Q9. What is your nationality?

Swiss citizen (born in Iran)

### Q. Are Baha'is still persecuted in Iran today?

Yes they are. (See bahai.org)

**Q. Are you persecuted?**

Yes, also it is for (slightly) different reasons and by a different group of people.

**Q. Could you be more specific?**

Besides the above trading activity: Illegal (electronic) Surveillance, Smear Campaigns, Character assassination, harassment, "Mobbing" at the work place in Switzerland. No access to proper legal defense, racism, discrimination based on previous religious (Baha'i) affiliation, black listed professionally and possibly disruption of communications for about 10 years. Not to speak about jealousy.

4

## Q10. For those of us who are not specialist of Forex:

## Technically speaking, how is it possible to manipulate the market?

-Price fixing,
-Secret Societies,
-Pyramidal Control and schemes,
-Momentum trading,
-Option (& other Derivatives) trading,
-Through massive long or short,
-Hedge funds,
-Onshore/Offshore accounts,
-Program trades & pseudo Program Trades
-Electronic Algorithm trading,
-Black Boxes,
-Central bank intervention (only legal manner),
-Verbal intervention,
-Economic Indicators,
-News and other major events.

**Q. Do you have concrete examples?**

YES. Besides very own examples, read the daily financial press: Rothschild, Enron, UBS, Credit Suisse, JP Morgan, Citibank, etc. (the list is very long)

## Q11. What are those plans for World Peace that you speak of, exactly?

See "the Promise of World Peace" written by the Baha'i Universal House of Justice in October 1985. It's all said there, entirely and completely.

**Q. Could you mention one recommendation that stands out in that document?**

All of them stand out. One can mention the need for a Collective Global Security Agreement to be signed into law, possibly at the United Nations. Again, there are many others. You just need to read the document entirely. Document available at: http://reference.bahai.org/en/t/uhj/PWP/pwp-1.html#pg2 for free.

## Q12. What about the Baha'is themselves, did they support you?

In Switzerland, not really. A bunch of hypocrites and opportunists, not to say more. Don't know why. May be they were lied to as part of the scheme to discredit and isolate; or they are plain corrupt (some of them, not the Faith itself).

5

**Q. What about you? Did you have any contention with them?**

No, not. In fact, did much financial and other contribution over the years (since 1986) and volunteered without success to the Baha'i World Center many times since 1988.

**Q. Do you know why your application was rejected?**

Not really. Model student/graduate and a Baha'i in good standing with some part time work experience as a private teacher. Had also many referral letters from Professors in Switzerland for graduate studies in America as an exchange student. The official response was that they had many volunteer candidates to choose from; also applied more than 5 times over the years and was approved once to serve (always for non- paid service) after Swiss naturalization but was mysteriously rejected again at the end without real explanations.

## Q13. Why did you come to New York in 1999?

To promote World Peace mainly and to develop and progress individually.

## Q14. Do you consider yourself American now?

Always did. The Baha'is consider themselves as "citizens of the world". This includes American citizenship of course.

## Q15. What is/was your main competitive advantages in trading Forex (to obtain the excellent results you did during the Contest)?

It was certainly not chance:
-Professional training and experience as explained before.
-Hard work. Long hours of observation and analysis of the markets,
-Passion to learn and work in that field.
-The knowledge of the markets thanks to many hours of studies.
-Many technical details and discoveries that make all the difference after all (only a few are explained in the Blog)
-Math and science.
-Exploitation of market inefficiencies.
-Use of leverage
-A new approach to risk management.
-Proprietary indicators and tools.
-NO INSIDE INFORMATION

**Q. Tell us more about your 13 months real time Contest Results**

6

-The Contest works the same as a real account (both are real-time).
-Constantly amongst the bests all year long.
-On average may be 30% return monthly if best month and worth month excluded
-If not may be more like 50% per month.
-One-month real time result: Return on Investment (ROI) of 1500% (see attached files)
-Another month: 300%
-Yet another month: 200% ROI
-Had best overall results 3 times (during 3 months) among all participants.
-Won first prize once because the company did not want to pay for the 2 other times.
Prize: $1000 in live account.
-Over 600 trades in real-time during the contest in 13 months. It is statistically very
significant. It was in all types of environment: market trending up, down and sideways.
It was with Eurodollar trading with 5 pips spread. Today most brokers offer 3 pips spread
only. Therefore, those good results could still be improved if the conspiracy is removed.

## Q16. What would be the economic consequences of this peace plan?

Some are literally mentioned like elimination of extremes of wealth and poverty
worldwide.

Other points are direct consequences of those plans like worldwide disarmament. It
would be more a transfer of wealth than an impediment on the economy over the longer
run. May be trillions of dollars of transfer from the military budget towards development
including education, health services, construction and infrastructure, locally and
internationally. Also, many trillions of dollars would become taxable because of a world
government since there would be no country to hide in (single world authority). Money
laundering would also be stopped for the same set of reasons. Other points are indirectly
linked like monetary policy and the emergence of a unique world currency. That means
no more speculation in Forex. May be the new currency would be backed by Gold (return
to the gold standard with a different scale.). Those who oppose the Baha'i Peace Plan do
not want that to happen at any cost.

It will happen through voluntary measures or through wars as stated in the Baha'i
message. The world leaders have unfortunately taken the latter path since then (1986)
until today.

## Q17. Have you contacted the press regarding your case? What was the response?

The New York Times in a letter and the Wall Street Journal by email because it is a
matter of national security and beyond if you understand what is involved here.
Strangely, none responded.

## Q. Do you know why?

7

International financiers through their advertising revenues and debt issuing among other things control the medias. They are part of the conspiracy also it is indirectly by refusing to report facts about matters of national security. PRWEB and the Internet is a way to share the message, also the audience is very limited in comparison.

**Q. What did you do then?**

Went on the C-span public forum in August 2003 to denounce publicly the conspiracy by predicting with certainty the market because of the conspiracy. C-span shut the forum down in 2004 and said they were going to open it later in 2004, but until now their forum is still closed and the archived information not accessible.

**Q18. What did you say on Oanda?**

The same as on C-span but much focused on the facts as they happened. First the reason to enter the first trade: Fundamental, technical and quantitative reasons and then what happened. The margin call point gives the target and reversal point; and the entry points average provides the stop loss (point at which the account would have a floating profit.)

**Q19. What was the reaction then?**

In short, people were amazed that the prediction became true and that all market actions confirmed the conspiracy beyond any doubt during the 6 months of online exposure. Later however some people could not believe the reason why it was done. So they started to disbelieve, also nobody was able to disprove anything regarding the irrefutable evidence. Please see attached file of the trade entries and the margin call points. Truly hard to believe but entirely true and it has been like that for 4 years.

Actually, was proposed to be included in books and TV shows on Oanda quite recently but celebrity is not the goal (contrary to what was said previously about media access). The person who proposed is ignorant of the bigger picture apparently: The relationship between the banks and the medias that is. Justice is the objective, including reparation for the immense tort; but also obtain public knowledge for those facts, because after all it's about the world's future.

END
+++

8

**Foundation for**         Suite 103         Facsimile: 425-487-1989
**International Services, Inc.**     Bothell, Washington 98011-8029 USA     E-Mail: FIS@MAIL.COM



## EVALUATION REPORT

Name: ZAERPOUR, Soheil             Date: February 28, 2000

Country: United States             Ref: 105975/BLS

Purpose of Evaluation: Immigration.

1.    Copy of the diploma from Iowa State University of Science and Technology in Ames, Iowa certifying that Soheil Zaerpour satisfied all the requirements of the course of study and was awarded the degree of Master of Science in Business Administrative Sciences on May 15, 1993. This document which was signed by the President of the State Board of Regents and the President of the University is a master's degree in business administrative sciences from an accredited university in the United States. A copy of the Academic Transcript listing the courses completed, including the credits and grade for each, was also submitted.

2.    Resume listing Soheil Zaerpour's employment experiences from 1994 to 1999 (5 years) and the responsibilities of each. It also listed a Bachelor of Science degree in Management/Economics from the University of Lausanne in Switzerland awarded in 1990. Copies of two Certificates of Employment and a letter of reference (with two translations) verifying his employment with Deloitte & Touche and the International Committee of the Red Cross were also submitted.

3.    In summary, it is the judgment of the Foundation that Soheil Zaerpour has a master's degree in business administrative sciences from an accredited university in the United States and has, as a result of his educational background and employment experiences (3 years of experience = 1 year of university-level credit), an educational background the equivalent of an individual with a bachelor's degree in business administration with an emphasis in management information systems from an accredited college or university in the United States.

4.    The Foundation's evaluations serve as suggested guidelines and are advisory in nature. Under no circumstance does the Foundation desire to encroach on the individual autonomy, residence requirements or internal policies of educational institutions. The documents submitted were photocopies, but this evaluator sees no reason to doubt their authenticity.

5.    The materials used in this evaluation were the American Council on Education publication titled <u>Accredited Institutions of Postsecondary Education</u> and college catalogs.

Bradley L. Spencer
Evaluator

# Iowa State University

## of Science and Technology

hereby confers upon

### Soheil Zarrinpar

the degree

## Master of Science

**Major in Business Administrative Sciences**

with all the Honors and Distinctions belonging to this Degree in consideration of the satisfactory completion of the Course of Study prescribed in

### The Graduate College

Given at Ames, Iowa, on the fifteenth day of May, one thousand nine hundred and ninety-three.





................................................
President of the University

................................................
President of the State Board of Regents

# UNIVERSITÉ DE LAUSANNE

Vu le rapport du Conseil de l'Ecole des hautes études commerciales constatant que

MONSIEUR

## Soheil ZAERPOUR

né à Téhéran (Iran) le ⬛⬛⬛⬛⬛ et de nationalité iranienne,
a subi les épreuves exigées par les lois et règlements,
l'Université de Lausanne lui confère par les présentes la

# LICENCE EN SCIENCES ÉCONOMIQUES

Mention: gestion de l'entreprise



AU NOM DE L'UNIVERSITÉ

Le Recteur     Le Doyen de l'Ecole

Pierre Ducrey     Francis Léonard

Donné à Lausanne en octobre 1989

N° 2010

CANTON DE VAUD



# BACCALAURÉAT ÈS SCIENCES

Décerné à :  **Soheil ZAERPOUR**

Originaire de :  **Téhéran (Iran)**

Né(e) le :  ████████████

qui a satisfait aux exigences du règlement pour le baccalauréat, avec mention :

## MATHÉMATIQUES - SCIENCES

(Certificat de maturité, type C)

En conséquence, nous lui conférons le grade de Bachelier(ère) ès sciences

Lausanne, le  **3 juillet 1986**

Le Directeur du Gymnase :



Le Chef du Département de l'instruction publique et des cultes :

CANTON DE VAUD



DÉPARTEMENT DE L'INSTRUCTION PUBLIQUE ET DES CULTES

# CERTIFICAT D'ÉTUDES SECONDAIRES

Le Directeur du Collège ...... de ... P U L L Y .............................. atteste que l'élève

Soheil Z A E R P O U R

né... le .............................. originaire de ... Iran ..........................................

a satisfait aux exigences de la classe de 9e secondaire dans la section

MATHEMATIQUES — SCIENCES

et lui délivre en conséquence le présent certificat d'études secondaires.

Pully , le 6 juillet 1984

Le Directeur :

GUIDE TO FOREX TRADING › STRATEGY & EDUCATION

# The Foreign Exchange Interbank Market

By KATHY LIEN Updated January 29, 2022

Reviewed by CHARLES POTTERS

The foreign exchange market (forex) has an average daily trade volume of $5 trillion, making it the largest market in the world. Market participants include forex brokers, hedge funds, retail investors, corporations, central banks, governments, and institutional investors such as pension funds.

All of the interbank trading activity impacts the demand for currencies and their exchange rates. However, the primary market makers, which are the large banks that execute a significant amount of the forex trading volume, provide the baseline exchange rates that all other trade pricing is based on.

### KEY TAKEAWAYS

- The interbank foreign exchange market consists of primary market makers, which are large banks that trade a significant amount of the market's volume.
- The forex market is a decentralized market, meaning there isn't one "exchange" where every trade is recorded.
- The interbank bid-ask rates form the basis for the market's currency rates from which pricing is determined for all other participants.

## Understanding the Foreign Exchange Interbank Market

A foreign exchange rate is the price or rate showing how much it cost to buy one currency in exchange for another currency. Forex traders buy and sell currencies in the hopes that the exchange rate will move in their favor. For example, a trader might buy euros against the U.S. dollar (EUR/USD) today at

TRADE

represents the gain or loss on the trade.

For example, let's say that a trader bought euros (went <u>long</u>) against the U.S. dollars today at a rate of $1.10 for each euro. The next day, the trader unwound the position with an offsetting sell trade at $1.12; the difference being the gain on the trade. However, not all currency transactions involve speculation. Companies, for example, buy and sell goods overseas, and in doing so, frequently have to buy or exchange their local currency for a foreign currency to facilitate the transaction.

## Decentralized Market

Unlike most other exchanges, such as the <u>New York Stock Exchange (NYSE)</u> or the <u>Chicago Board of Trade (CBOT)</u>, the forex (or FX) market is not a centralized market. In a centralized market, each transaction is recorded by price and volume. There is usually one central place back to which all trades can be traced, and there is often a centralized network of market makers.

### Investopedia Essentials

SPONSORED



### Try the Investopedia Stock Simulator

New to investing? Learn how to trade in real time on our virt simulator. Our platform helps teach you the right strategies fe and maintaining wealth.

However, the forex or currency market is a <u>decentralized market</u>. There isn't one "exchange" where every trade is recorded. Trading takes place all over the world on multiple exchanges without the single characterization of an exchange listing. Also, there is no clearinghouse for FX transactions. Instead, each market maker or financial institution records and maintains their own trades.

in times when trading volume is thin, large multi-billion-dollar transactions can impact prices disproportionately. Conversely, in the forex market, trades are made in the specific time zones of that particular region. For example, European trading opens in the early morning hours for U.S. traders, while Asia trading opens after the close of the U.S. trading session. As a result of the currency market's 24-hour cycle, spanning multiple trading sessions, it's difficult for one large trade to manipulate a currency's price in all three trading sessions.

## Regulators

The international nature of the interbank market can make it difficult to regulate. However, with such important players in the market, self-regulation is sometimes even more effective than government regulations. For individual forex investment, a forex broker must be registered with the Commodity Futures Trading Commission (CFTC) as a futures commission merchant and be a member of the National Futures Association (NFA). The CFTC regulates brokers to ensure that they meet strict financial standards.

## Interbank Bid-Ask Prices

Currencies are quoted in pairs using two different prices, call the bid and ask price. The bid and ask prices are similar to how equities are traded. The bid price is the price you would receive if you were selling the currency and the ask price is the price you would receive if you were buying the currency. The difference between the bid and ask prices of a currency is known as the bid-ask spread, which represents the cost of trading currencies minus broker fees and commissions.

The primary market makers who make the bid and ask spreads in the currency market are the largest banks in the world. These banks deal with each other constantly either on behalf of themselves or their customers–and they do so through a subsegment of the forex market known as the interbank market.

The Foreign Exchange Interbank Market

TRADE

buy and sell rates from all of these players and their transactions form the basis for prevailing currency rates–or *the market*–from which pricing is determined for all other participants. The competition between the interbank institutions ensures tight bid-ask spreads and fair pricing.

## Individual Forex Investors

Most individuals can't access the pricing available on the interbank forex market since their transaction size isn't large enough to be traded by the interbank players. In other words, the forex market is a volume-discounted business, meaning the larger the trade, the closer the rate will be to the interbank or market rate.

However, the interbank participants are important to retail investors since the more players involved, the more liquidity exists in the market, and the greater likelihood for price fluctuations, which can lead to trading opportunities. The added liquidity also allows retail investors to get in and out of their trades with ease since there's so much volume being traded.

## The Interbank Players

Most of the total forex volume is transacted through about 10 banks. These banks are the brand names that we all know well, including Deutsche Bank (NYSE:DB), UBS (NYSE:UBS), Citigroup (NYSE:C), and HSBC (NYSE:HSBC).

Government and central banks have some of their own centralized systems for forex trading but also use the world's largest institutional banks as well. The elite group of institutional investment banks is primarily responsible for making prices for the bank's interbank and institutional clients and for offsetting that risk with other clients on the opposite side of the trade.

Each bank is structured differently, but most banks will have a separate group known as the Foreign Exchange Sales and Trading Department. The sales and trading desk is generally responsible for taking the orders from the client, obtaining a quote from the spot trader and relaying the quote to the client to

7/18/23, 7:59 PM
Case 23-845, Document 116, 09/01/2023, 3567761, Page58 of 135
Case 23-845, Document 105, 07/21/2023, 3539074, Page81 of 106
The Foreign Exchange Interbank Market

TRADE

advisor on a trading desk of a financial institution. The advisors also provide risk management strategies for companies designed to mitigate adverse movements in currency exchange rates.

Typically, on the larger trading desks, one or two market makers might be responsible for each currency pair. For example, one trader might deal in EUR/USD while another deals with Asian currencies such as the Japanese yen. The Australian dollar dealer might also be responsible for the New Zealand dollar while there might be a separate dealer making quotes for the Canadian dollar.

Institutional traders usually don't allow for customized crossing. Forex interbank desks generally deal only in the most popular currency pairs (called the majors). Additionally, trading units may have a designated dealer that is responsible for the exotic currencies or exotic currency trades such as the Mexican peso and the South African rand. Just like the forex market comprehensively, the forex interbank market is available 24 hours.

## How Interbank Pricing is Determined

Bank dealers will determine their prices based upon a variety of factors, including the current market rate and the volume available (or liquidity) at the current price level. If liquidity is thin, a trader might be reluctant to take on a position in a currency that would be difficult to unwind if something went wrong in the market or with that country. If a trader takes on a position in a thin market, the spread will typically be wider to compensate for the risk of not being able to get out of the position quickly if a negative event occurs. This is why the forex market usually experiences wider bid-ask spreads at certain times of the day and week, such as a Friday afternoon before the U.S. markets close or before holidays.

An interbank trader also considers the bank's forecast or view on where the currency pair might be headed and their inventory positions. If the dealer believes that the euro is headed higher, for example, they may be willing to

and book an offsetting trade later in the day at a better price–earning a
few pips in profit. The flexible nature of market prices is something that is
unique to market makers that do not offer a fixed spread.

## Deal Platforms and Credit Risk

Similar to the way we see prices on an electronic <u>forex broker's platform</u>, there
are two primary platforms that interbank traders use: One is offered
by <u>Reuters</u> Dealing, and the other is offered by the Electronic Brokerage Service
(EBS).

The forex interbank market is a credit approved system in which banks trade
based solely on the credit relationships they have established. All of the banks
can see the best market rates currently available. However, each bank must
have an authorized relationship to trade at the rates being offered. The bigger
the banks, the more credit relationships they can have, and the better pricing
they will be able to access. The same is true for clients, such as retail forex
brokers. The larger the retail forex broker in terms of capital available, the more
favorable pricing it can get from the forex market.



Image by Sabrina Jiang © Investopedia 2021

pairs, but certain currency pairs are more liquid and raded more frequently. These two companies are continually trying to capture each other's <u>market share</u>, but also have certain currency pairs that they focus on.

Cross-currency pairs are generally not quoted on either platform, but are calculated based on the rates of the major currency pairs and then offset through the legs. For example, if an interbank trader had a client who wanted to go long EUR/CAD, the trader would most likely buy EUR/USD over the EBS system and buy USD/CAD over the Reuters platform. The trader then would multiply these rates and provide the client with the respective EUR/CAD rate. The two-currency-pair transaction is the reason why the spread for currency crosses, such as the EUR/CAD, tends to be wider than the spread for the EUR/USD and often less commonly traded.

The minimum transaction size of each unit of trade is approximately 1 million of the base currency. The average one-ticket transaction size tends to be 5 million of the base currency. However, the forex interbank market often has clients that trade between $10 million and $100 million. These types of clients are trading for institutional portfolios or multinational corporattions.

## Conclusion

The forex interbank market is a subset of the forex market overall, which in turn comprises the largest trading market globally. The forex interbank market is a driver for all pricing and activity across the entire currency market, primarily because of its volume and institutional expertise.

Trading desks for this market are well-capitalized and have advanced expertise in forex currency movements and pricing. Clients who deal in the forex interbank market have transactional fee advantages due to the large notional amounts being traded.

## The Investment Platform Backed by Data Science       SPONSORED

Data science is revolutionizing investing and trading. Now, it's helping one platform unlock another exclusive asset class: blue-chip art. Masterworks' team

TRADE

14%, 21% and 27% net annualized returns on recent exits. Get priority access to their offerings and skip the waitlist here.

## Take the Next Step to Invest

Advertiser Disclosure

      Vanguard®

| Merrill Edge | Wealthfront | Vanguard Personal Advisor Services |
|---|---|---|
| Get up to $600 when you invest in a new Merrill Edge Self-Directed account | Automated investing that takes the guesswork out of managing bond portfolios. | Maximize your retirement savings. Start the conversation with a Vanguard advisor. |
| LEARN | LEARN | LEARN |

## Related Articles



**TRADING**
How to Trade Forex



**STRATEGY & EDUCATION**
What Is Forex Trading? A Beginner's Guide



**STRATEGY & EDUCATION**
Top 6 Most Tradable Currency Pairs





**STRATEGY & EDUCATION**

## How to Calculate an Exchange Rate



**STRATEGY & EDUCATION**

## How to Choose a Forex Broker: What You Need to Know

Partner Links

## Related Terms

### Forex Market Hours: Can You Trade 7 Days a Week?

Forex market hours are the periods of time when traders and investors are able to conduct transactions in the foreign exchange market, which is open five days a week. more

the market. more

## Currency History

Currency history is a term that refers to the values of a base currency over time, specifically in relation to the values of other foreign currencies. more

## Slippage: What It Means in Finance, With Examples

Slippage refers to the discrepancy between the expected price of a trade and the price at which the trade is executed. more

## Speculation: Trading With High Risks, High Potential Rewards

Speculation refers to the act of conducting a financial transaction that has substantial risk of losing value but also holds the expectation of a significant gain. more

## Forex (FX): How Trading in the Foreign Exchange Market Works

The foreign exchange, or Forex, is a decentralized marketplace for the trading of the world's currencies. more

TRUSTe

About Us                          Terms of Service

Dictionary                        Editorial Policy

Advertise                         News

Privacy Policy                    Contact Us

Careers                           Your Privacy Choices 

Dotdash
meredith

**🌐 Investopedia**                    TRADE   🔍

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLIANZ GLOBAL INVESTORS GMBH and the related entities listed in Appendix A; ANCHORAGE CAPITAL GROUP, L.L.C. and the related entities listed in Appendix B; ANDRA AP-FONDEN; BLACKROCK, INC. and the related entities listed in Appendix C; BLUECREST CAPITAL MANAGEMENT LIMITED and the related entities listed in Appendix D; BREVAN HOWARD EMERGING MARKETS STRATEGIES MASTER FUND LIMITED and the related entities listed in Appendix E; CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM; ERSTE ABWICKLUNGSANSTALT; FJARDE AP-FONDEN; FORSTA AP-FONDEN; NORGES BANK; PFA PENSION FORSIKRINGSAKTIESELSKAB; PFA KAPITALFORENING; PACIFIC INVESTMENT MANAGEMENT COMPANY LLC and the related entities listed in Appendix F; PORTIGON AG; PENSION RESERVES INVESTMENT MANAGEMENT BOARD OF MASSACHUSETTS; SEI TRUST COMPANY and the related entities listed in Appendix G; and TREDJE AP-FONDEN, <br><br> Plaintiffs, <br><br> vs. <br><br> BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BARCLAYS BANK PLC; BARCLAYS PLC; BARCLAYS CAPITAL, INC.; BNP PARIBAS GROUP; BNP PARIBAS USA, INC.; BNP PARIBAS S.A.; BNP PARIBAS SECURITIES CORP.; CITIGROUP, INC.; CITIBANK, N.A.; CITIGROUP GLOBAL MARKETS, INC.; CREDIT SUISSE GROUP AG; CREDIT SUISSE AG; CREDIT SUISSE INTERNATIONAL; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK AG; DEUTSCHE BANK SECURITIES INC.; THE GOLDMAN SACHS GROUP, INC.; GOLDMAN, SACHS & CO. LLC; HSBC HOLDINGS PLC; HSBC BANK PLC; HSBC NORTH AMERICA HOLDINGS INC.; HSBC BANK USA, N.A.; HSBC SECURITIES (USA) INC.; J.P. MORGAN CHASE & CO.; J.P. MORGAN CHASE BANK, N.A.; J.P. MORGAN SECURITIES LLC; MERRILL LYNCH, | Case No. <br><br><br> **COMPLAINT** <br><br><br> **JURY TRIAL DEMANDED** |

PIERCE, FENNER & SMITH INC.; MUFG BANK,
LTD.; MUFG SECURITIES AMERICAS INC.;
MORGAN STANLEY; MORGAN STANLEY & CO.,
LLC; MORGAN STANLEY & CO. INTERNATIONAL
PLC; NATWEST MARKETS SECURITIES INC.; RBC
CAPITAL MARKETS LLC; THE ROYAL BANK OF
CANADA; ROYAL BANK OF SCOTLAND PLC; SG
AMERICAS SECURITIES LLC; SOCIETE GENERALE
S.A.; STANDARD CHARTERED BANK; STANDARD
CHARTERED SECURITIES (NORTH AMERICA),
INC.; UBS AG; UBS GROUP AG; and UBS
SECURITIES LLC,

            Defendants.

## TABLE OF CONTENTS

|                                                                                                | Page |
| --- | --- |
| NATURE OF THE ACTION ........................................................................ | 1 |
| JURISDICTION AND VENUE ..................................................................... | 5 |
| THE PARTIES ............................................................................................. | 6 |
|    A.   Plaintiffs ........................................................................... | 6 |
|    B.   Defendants ........................................................................ | 19 |
| BACKGROUND ......................................................................................... | 62 |
|    A.   The FX Market Generally ............................................... | 62 |
|    B.   FX Bid/Ask Spreads ....................................................... | 64 |
|    C.   FX Benchmark Rates ...................................................... | 65 |
|         1.   The WM/Reuters Rate, and the importance of prices at 4 p.m. London time ......................................... | 66 |
|         2.   The ECB Rate, and the importance of prices at 1:15 p.m. London time .............................................. | 67 |
|         3.   Other benchmark rates ......................................... | 68 |
|    D.   Increasing FX Market Consolidation ............................... | 68 |
|    E.   FX Futures Transactions ................................................. | 71 |
|         1.   FX futures prices move in tandem with FX spot prices ....................... | 72 |
|         2.   The CME Daily Settlement Rate, and the importance of prices at 2 p.m. Central time ................................ | 73 |
| ADDITIONAL FACTUAL ALLEGATIONS ................................................ | 75 |
| I.   GOVERNMENT INVESTIGATIONS OF FX MANIPULATION AND THE RESULTING PURGE OF BANK EMPLOYEES AND BAN ON MULTI-BANK CHATROOMS ........................................................ | 75 |
|    A.   Overview of the Numerous FX Investigations ................. | 75 |

1. The DOJ Plea Agreements with Barclays, BNP Paribas, Citi, JPMorgan, RBS, and UBS ................................................................75

2. The DOJ Indictments of individual traders ...........................................82

3. The CFTC Orders on Barclays, Citi, HSBC, JPMorgan, RBS, and UBS ....................................................................................................95

4. The FCA Notices on Barclays, Citi, HSBC, JPMorgan, RBS, and UBS ....................................................................................................98

5. The OCC Orders on BofA, Citi, and JPMorgan .......................................101

6. The FINMA Report on UBS .................................................................103

7. The DFS Orders on Barclays, BNP Paribas, Credit Suisse, Deutsche Bank, and Goldman Sachs ...............................................105

8. The Federal Reserve Board Orders on BofA, Barclays, BNP Paribas, Citi, Deutsche Bank, Goldman Sachs, HSBC, JPMorgan, RBS, and UBS ..................................................................................117

9. Federal Reserve Board Bans and Suspensions of individuals .................121

10. The European Commission investigation ...............................................123

11. The CADE (Brazil) Settlements ..........................................................124

12. The SACC (South Africa) Settlements .................................................126

13. The WEKO (Swiss) investigation .........................................................128

14. The KFTC (Korea) investigation ..........................................................129

15. The FSB Report ................................................................................130

16. Civil lawsuits ...................................................................................131

B. Defendants Terminated, Suspended, or Oversaw the Departure of Key Employees and Banned Their Traders From Multi-Bank Chat Rooms ...............132

II. ADDITIONAL EVIDENCE THAT DEFENDANTS COLLUDED TO MANIPULATE FX SPOT PRICES AND BENCHMARK RATES .............................138

A. Chat Transcripts Demonstrate Defendants' Collusion to Manipulate FX Prices and Benchmark Rates ..............................................................139

B. Economic Analyses Further Demonstrate Defendants' Manipulation of FX Prices and Benchmark Rates ..............................................................158

1. Economic reporting by Bloomberg led to the initial detection of FX manipulation ...........................................................................158

2. Plaintiffs' economic analyses further demonstrate that Defendants manipulated the WM/Reuters Closing Rate from 2003 to 2013.............159

3. Plaintiffs' economic analyses demonstrate that Defendants' manipulation of FX prices was not limited to 4 p.m. London time.........175

III.   ADDITIONAL EVIDENCE THAT DEFENDANTS COLLUDED TO ARTIFICIALLY INFLATE FX BID/ASK SPREADS.....................................183

A.   Chat Transcripts Demonstrate Defendants' Collusion to Manipulate FX Bid/Ask Spreads...........................................................................184

B.   Economic Analyses Further Demonstrate that Defendants' Manipulated FX Bid/Ask Spreads .......................................................................191

1. Bid/ask spreads were substantially and consistently larger throughout 2003 to 2013 than they were after the FX scandal broke ......192

2. Bid/ask spreads were more predictable during 2003 to 2013 than after the FX scandal broke ........................................................196

3. Defendants' spreads were disproportionately larger than non-defendants' spreads, until the FX scandal broke .....................................200

4. The relationships between spot spreads and futures spreads changed after the FX scandal broke.................................................204

IV.   BY COLLUDING TO MANIPULATE FX PRICES, BENCHMARKS, AND BID/ASK SPREADS, DEFENDANTS RESTRAINED TRADE, DECREASED COMPETITION, AND ARTIFICIALLY INCREASED PRICES, THEREBY INJURING PLAINTIFFS ...........................................................................211

A.   Defendants are Horizontal Competitors...............................................211

B.   Defendants' Manipulation of FX Prices, Benchmarks, and Bid/Ask Spreads Directly Impacted the Market For FX Transactions .............212

C.   Plaintiffs, as Participants in the FX Market, Were Injured by Defendants' Collusive Conduct...........................................................................213

V.   EQUITABLE TOLLING OF THE STATUTE OF LIMITATIONS DUE TO DEFENDANTS' CONCEALMENT OF THE CONSPIRACY TO MANIPULATE FX PRICES, BENCHMARKS, AND BID/ASK SPREADS .............215

CAUSES OF ACTION .............................................................................218

FIRST CAUSE OF ACTION ...................................................................218

SECOND CAUSE OF ACTION ...............................................................219

PRAYER FOR RELIEF .............................................................................219

DEMAND FOR JURY TRIAL ..................................................................220

## NATURE OF THE ACTION

1.      This case concerns Defendants' conspiracy to manipulate the foreign exchange ("FX") market.  FX is the world's largest and most active financial market, facilitating multiple trillions of dollars in trades every day.  Defendants, which are sixteen of the world's largest banks, worked together to manipulate this market for their own financial benefit.  Time after time, day after day, year after year, Defendants colluded to "bang the close," "take out the filth," "overbuy," and engage in a variety of other manipulative tactics during the small periods of time when important benchmarks were being measured.  Defendants also colluded artificially to inflate bid/ask spreads throughout the day.  The intended result of this concerted action was that FX prices were distorted in Defendants' favor.  Caught in the wake of Defendants' scheme were the many individuals and firms, including the Plaintiffs, who transacted in the FX market during the period when the market was being distorted.[1]

2.      Defendants, who together comprise a dominant portion of the FX market, have largely admitted that they colluded to manipulate FX prices.  They repeatedly employed every anticompetitive tactic—price fixing, direct communications between competitors, sharing of commercially sensitive information (such as client orders), and other coordinated activity to effectuate their desired market manipulation.  This collusion has been thoroughly documented by government regulators from across the globe, who have collectively imposed *over $11 billion* in fines on Defendants.

3.      This conspiracy took place at all levels of Defendants' FX operations, and operated largely through the use of numerous multi-bank chatrooms.  For instance, in one

---

[1]  Many of these same Plaintiffs will also commence an action in London against many of these same Defendants for manipulation of the FX market, with respect to their FX trades in Europe.  For the avoidance of doubt, Plaintiffs are not asserting in this action any FX-related claims that are subject to a final ruling or judgment in their parallel London action.

chatroom fittingly called "The Cartel," Richard Usher acted as leader and moderator; he operated the chatroom in his position at Defendant RBS until he left in 2010, and then revived it when he joined Defendant JPMorgan the same year. Numerous other traders employed by the Defendants have been part of "The Cartel." Defendants operated many other private chatrooms in addition to "The Cartel." These chatrooms were called, among other things, "The Mafia," "The Club," "The Bandits' Club," "The Dream Team," "One Team, One Dream," and "The Sterling Lads."

4.    The collusion among Defendants was facilitated in part because many of these traders had previously worked together and formed social ties. Many of the colluding traders lived near each other, attended the same dinner parties, and were members of the same local golf clubs. These traders also socialized and joked in the chatrooms they used to manipulate the FX market. The seamless transition from social jokes and gossip to agreements to manipulate the FX market facilitated the collusive agreements and practices in which these traders engaged.

5.    The people responsible also often were employed by multiple Defendants at different points in their career, which facilitated the collusion as many of the participants were former colleagues. For instance, Chris Ashton of Barclays was co-head of spot trading with Matt Gardiner until Gardiner left Barclays for Citi, at which time Ashton and Gardiner began sharing their customers' confidential information and colluding to manipulate FX prices. Other overlaps allowed for even more cross-communications. For instance, Richard Usher, Rohan Ramchandani, and Niall O'Riordan were all members of the chief dealers' subgroup formed under the umbrella of the Bank of England's London Foreign Exchange Joint Standing Committee. In that role, Usher, Ramchandani and O'Riordan regularly discussed and agreed to manipulate FX prices, despite the fact that such discussions have no legitimate relationship to the Bank of England's activities. According to two people with knowledge of the meeting, these

traders "talked about how they shared information about orders to reduce the risk of losses in the minutes before benchmarks are calculated."

6.      Sources interviewed by *Bloomberg* have further confirmed that Defendants' traders "would share details of orders with brokers and counterparts at banks through instant messages to align their strategies" and they "also would seek to glean information about impending trades to improve their chances of getting the desired move." Traders employed by the Defendants interviewed by the *Wall Street Journal* and *Financial Times* have also confirmed that traders would communicate through "an electronic chat room populated by top traders at financial institutions" and "chatroom discussions between rival traders . . . allowed them to share information about pricing and order books." Multiple other reports confirm the chatrooms were being used to share confidential information with the intent to help manipulate prices, i.e., to "work[] as a pack" by sequencing trades to their collective advantage.

7.      There are various ways, means, and terms to refer to the trading strategies deployed to profit off the collective power Defendants' wielded. For instance: (1) "front running"—which is an illegal practice—involves trading ahead of expected orders, essentially taking profits in advance when you know the market is about to move a certain way due to an upcoming surge of activity; (2) "banging the close" involves making a high number of trades in a coordinated fashion around a measurement period; (3) "painting the screen" is where orders with other dealers are used to create the illusion of trading activity in a given direction; (4) "taking out the filth" and "clearing the decks" is where unfavorable transactions were netted off between Defendants, delayed, or otherwise handled in such a way as to not hit the market around a measurement period; and (5) "building," "giving you the ammo," and other terms refer to Defendants further magnifying the viability of these behaviors by transferring business to one

- 3 -

participant, including so that the timing of execution (or non-execution) could be more centrally controlled. All of these techniques, and others, boil down to the fact that by jointly executing transactions that went one way for a time, while withholding transactions that went the other way at the same time, Defendants could together greatly distort prices in the FX market.

8.      Among the cartel's most potent tools was exerting influence on FX benchmark rates. These benchmark rates are set daily by measuring FX transactions at a specific time during the day; the cartel coordinated their respective FX transactions each day to push the benchmarks in a direction that benefited the Defendants. This manipulation is confirmed by a multiplicity of evidence, including government investigations, economic analysis, and thousands of transcripts of electronic communications between traders employed by Defendants. Ultimately, competition in the FX marketplace was compromised. Market participants were harmed by the non-competitive prices that governed the FX market, and the Defendants knowingly took actions to profit their firms at the expense of their clients. For example, the Defendants coordinated their trades to manipulate the benchmark rates to trigger their clients "stop-loss orders," leading (predictably) to profits for the Defendants and losses for their clients.

9.      In addition to manipulating FX benchmark rates, Defendants also colluded to artificially raise the price for currency trades. In an FX spot transaction, a dealer quotes a "bid" (the price it will pay for currency) and an "ask" (the price it will sell currency for). The difference between the bid and the ask is the bid/ask spread. In a free marketplace, Defendants would compete to offer their clients the lowest bid/ask spread, which is the price that the Defendants charge on a currency transaction. There are also thousands of communications demonstrating that Defendants instead colluded to artificially inflate the bid/ask spreads they charged customers.

directly with Defendants Bank of America, MUFG, Barclays, BNP Paribas, Citi, Credit Suisse, Deutsche Bank, Goldman Sachs, HSBC, JP Morgan, Morgan Stanley, RBC, RBS, SG, Standard Chartered, and UBS. AllianzGI GmbH and the Allianz Entities transacted in, among others, the following G10[2] currencies: AUD, CAD, CHF, EUR, GBP, JPY, NOK, NZD, SEK, and USD. AllianzGI GmbH and the Allianz Entities also transacted in many emerging market currencies.

19.     As a result of Defendants' conspiracy to manipulate the FX market, including manipulation of FX benchmarks, bid/ask spreads, and the other misconduct described herein, AllianzGI GmbH and the Allianz Entities were deprived of transacting in a lawful, non-manipulative, competitive market for FX investments. AllianzGI GmbH and the Allianz Entities suffered injury to their business or property as a direct and proximate result of Defendants' unlawful conduct.

20.     ***Anchorage Plaintiffs.***  Plaintiff Anchorage Capital Group, L.L.C. ("Anchorage") is a private investment manager formed under the laws of the State of Delaware, with its principal place of business in New York, New York. During the relevant period, Anchorage sponsored many investment funds, including the Plaintiff funds listed in Appendix B (collectively, the "Anchorage Funds"). Anchorage had authority to make and manage, and was responsible for making and managing, the Anchorage Funds' investments in the FX market.

21.     From 2003 to 2013, Anchorage and the Anchorage Funds engaged in FX spot, forward and option transactions, including but not limited to transactions directly with Defendants Bank of America, Deutsche Bank, Goldman Sachs, HSBC, JP Morgan, Morgan

---

[2]  The G10 currencies are the United States dollar ("USD"), the euro ("EUR"), the Japanese yen ("JPY"), the British pound sterling ("GBP"), the Swiss franc ("CHF"), the Australian dollar ("AUD"), the New Zealand dollar ("NZD"), the Canadian dollar ("CAD"), the Swedish krona ("SEK"), and the Norwegian krone ("NOK").

omissions giving rise to these claims occurred in this District; and a substantial portion of the affected interstate trade and commerce discussed herein has been carried out in this District.

15.     This Court has personal jurisdiction over each Defendant, because each Defendant:  transacted business throughout the United States, including in this District; entered into FX transactions, including spot, forward, options, and futures transactions, throughout the United States, including in this District; had substantial contacts with the United States, including in this District; and/or committed overt acts in furtherance of their illegal scheme and conspiracy in the United States.  In addition, the conspiracy was directed at, and had the intended effect of, causing injury to persons residing in, located in, or doing business throughout the United States, including in this District.

16.     The activities of Defendants and their co-conspirators were within the flow of, were intended to, and did have a substantial effect on the foreign and interstate commerce of the United States.

## THE PARTIES

### A.     Plaintiffs

17.     *Allianz Plaintiffs.*  Plaintiff Allianz Global Investors GmbH ("AllianzGI GmbH") is a global investment management firm headquartered in Frankfurt, Germany.  AllianzGI GmbH was formerly known, at various times, as Deutscher Investment-Trust Gesellschaft für Wertpapieranlagen mbH, Allianz Global Investors Kapitalanlagegesellschaft mbH, and Allianz Global Investors Europe GmbH.  During the relevant period, AllianzGI GmbH and the related Plaintiff management companies and investment funds listed in Appendix A (collectively, the "Allianz Entities"), made and/or managed investments in the FX market.

18.     From 2003 to 2013, AllianzGI GmbH and the Allianz Entities engaged in FX spot, forward, option, future and swap transactions, including but not limited to transactions

10.     Plaintiffs have commissioned their own independent analyses of the FX market. These analyses corroborate the evidence of FX manipulation uncovered by government regulators, journalists, and plaintiffs in the ongoing FX antitrust class action, *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, No. 13-cv-7789 (LGS) (S.D.N.Y.) ("*In re FX*").

11.     In addition, these analyses go beyond the years that governmental investigators focused on (2008 to 2013), and show that the same anomalous price patterns also occurred to a similar degree in the preceding years of 2003 to 2007.   Thus, these analyses demonstrate that Defendants' manipulation of the FX market was not limited to 2008 to 2013, but extended to the entire 2003 to 2013 period.

12.     *In sum*, Defendants already admit that they conspired to manipulate prices in the FX market.  The extensive evidence set forth herein confirms that the admitted-to manipulation directly and intentionally impacted prices for FX transactions.  Plaintiffs, who traded extensively in the FX market, including on days already identified as those on which prices show particularly strong signs of having been manipulated, were victims of Defendants' cartel, and bring this Complaint to seek redress.

## JURISDICTION AND VENUE

13.     This Court has subject matter jurisdiction over this action pursuant Sections 4 and 16 of the Clayton Act (15 U.S.C. §§ 15(a) and 26), and pursuant to 28 U.S.C. §§ 1331 and 1337(a).

14.     Venue is proper in this District pursuant to 15 U.S.C. §§ 15(a) and 22 and 28 U.S.C § 1391(b), (c), and (d) because during the relevant period, all the Defendants resided, transacted business, were found, or had agents in this District; a substantial part of the events or

from reviews by the International Organization of Securities Commissions Organizations ("IOSCO") of the WM fixes; reforms to the publication of reference rates by central banks, reforms to market infrastructure in relation to the execution of fix trade; and reforms of the behavior of market participants around the time of the major FX benchmarks (primarily the WMR 4 p.m. London fix).

366.    On October 1, 2015, the FSB published a progress report on what reforms had been implemented.  Although the overall report noted the "good progress" made on the implementation of the reforms, the FSB called for a wider application of the reforms to *all* benchmarks.[254]

### 16.    Civil lawsuits

367.    Plaintiffs in the ongoing antitrust class action, *In re FX*, have reached settlements with the following fifteen defendant banks:  BofA, MUFG, Barclays, BNP Paribas, Citi, Deutsche Bank, Goldman Sachs, HSBC, JPMorgan, Morgan Stanley, RBC, RBS, SG, Standard Chartered, and UBS.  Those settlements total over $2.3 billion.  Credit Suisse is the only defendant that has not settled the class action.

368.    There are also civil lawsuits ongoing in Canada.  In September 2015, a number of lawsuits were filed in Canada alleging that Defendants BofA, MUFG, Barclays, BNP Paribas, Citi, Credit Suisse, Deutsche Bank, Goldman Sachs, HSBC, JPMorgan, Morgan Stanley, RBS, SG, Standard Chartered, and UBS manipulated FX transactions.[255]  On November 10, 2016,

---

[254]    FSB Press Release, *FSB releases progress report on FX benchmark reforms* (Oct. 1, 2015), http://www.fsb.org/2015/10/fsb-releases-progress-report-on-fx-benchmark-reforms/.

[255]    Evan Weinberger, *Big Banks Hit With First Canadian Forex Class Action*, Law360 (Sept. 11, 2015), https://www.law360.com/articles/701864/big-banks-hit-with-first-canadian-forex-class-action; Avi Mizrahi, *Major Banks Face New $1 Billion FX Manipulation Lawsuit in Canada* (Sept. 13, 2015), http://www.financemagnates.com/institutional-forex/regulation/major-banks-face-new-1-billion-fx-manipulation-lawsuit-in-canada/.

UBS, BNP Paribas, and BofA settled the claims against them.[256] On April 24, 2017, Goldman

Sachs, JPMorgan, and Citi settled the claims against them.[257]

369.    On June 13, 2018, the Court of Appeal for Ontario overturned a lower court's

decision and held that Bank of Montreal ("BMO") and Toronto-Dominion Bank ("TD") could be

added as defendants to one of these lawsuits, on the grounds that claims against such defendants

were not time-barred because plaintiffs first learned of their involvement in the FX price-fixing

conspiracy "at the UBS proffer (on May 24, 2016)." Regarding this proffer, the court noted that

"UBS advised class counsel that it reviewed approximately 2,000 collusive chats dating as far

back as 2008 and that FX traders at TD and BMO were among the persons participating in such

chats."[258]

### B.    Defendants Terminated, Suspended, or Oversaw the Departure of Key Employees and Banned Their Traders From Multi-Bank Chat Rooms

370.    Once the media and government regulators began to release information showing

that Defendants had colluded to manipulate the FX market, Defendants began to "clear the

decks" of their FX operations.  As detailed below, Defendants terminated or suspended *at least*

*51* FX employees, and saw at least eight other long-time, high-ranking FX personnel leave for

---

[256]    Marcho Chown Oved, *Three Banks Settle Canadian Foreign Exchange Class-Action Suit for Almost $16 million*, The Star (Nov. 10, 2016), https://www.thestar.com/ news/world/2016/11/10/three-banks-settle-canadian-foreign-exchange-class-action-suit-for-almost-16m.html.

[257]    Julius Melnitzer, *Goldman Sachs, JP Morgan and Citigroup settle forex class action*, Financial Post (Feb. 24, 2017), http://business.financialpost.com/legal-post/goldman-sachs-jp-morgan-and-citigroup-settle-forex-class-action.

[258]    Geoff Zochodne, *BMO, TD can be added to alleged foreign exchange 'price-fixing conspiracy' lawsuit, Ontario court rules*, Financial Post (June 28, 2018), https://business. financialpost.com/news/fp-street/bmo-td-can-be-added-to-alleged-foreign-exchange-price-fixing-conspiracy-lawsuit-ontario-court-rules.

other reasons, like to "pursue other interests." Defendants also banned the use of multi-bank

chat rooms by their FX personnel.

371.    **BofA** suspended or terminated at least two employees in the wake of the FX

scandal.[259]  In March 2014, BofA suspended Joseph Landes, its head of spot FX trading in

Europe, the Middle East, and Africa.  In addition, New York-based FX trader Milko Campusano

left the bank in April 2014.

372.    **Barclays** suspended or terminated at least ten employees following the FX

scandal.[260]  In November 2013, Barclays suspended Chris Ashton, the global head of voice spot

trading, and a member of the "Cartel" chat room.  Barclays also suspended Russell Katz, Jerry

Urwin, Mark Clark, and trader Jack Murray.  In April 2014, Barclays fired four traders, and was

ordered by the New York Department of Financial Services to fire four more.[261]

373.    **BNP Paribas** suspended or terminated at least one FX employee after the scandal

broke.[262]  In March 2014, BNP Paribas suspended Robert de Groot, its head of FX spot trading,

and a member of the Bank of England's Chief Dealers' Sub Group.

374.    **Citi** has suspended or terminated at least three FX employees.[263]  Citi suspended

Andrew Amantia, an FX trader in New York, and Anthony John, an FX trader in London.  Citi

---

[259]  Jamie McGeever, *Bank of America suspends senior FX trader in London*, Reuters (Mar. 6, 2014), http://www.reuters.com/article/2014/03/06/us-bank-of-america-suspends-idUSBREA251MZ20140306.

[260]  Caroline Binham and Daniel Schafer, *Barclays suspends six foreign exchange traders*, Financial Times (Nov. 1, 2013), http://www.ft.com/intl/cms/s/0/c3675c9a-42f2-11e3-8350-00144feabdc0.html#axzz3WB4A422a.

[261]  Steve Slater and Kirstin Ridley, *Barclays fined $2.4 billion for FX manipulation, to fire eight staff*, Reuters (May 21, 2015), http://uk.reuters.com/article/uk-banks-forex-settlement-barclays-idUKKBN0O51QX20150521.

[262]  Katie Martin and David Enrich, *BNP Paribas and Bank of America Suspend Forex Traders*, Wall St. J. (Mar. 6, 2014), http://www.wsj.com/articles/SB1000142405270230 45540045794228542231268772.

also terminated its head of European spot trading, Rohan Ramchandani, who was also a member of the Bank of England's Chief Dealers' Sub Group. Citi also terminated Robert Hoodless,[264] Perry Stimpson,[265] and Carly McWilliams,[266] all former currency traders, around November 2014. In addition, the overall head of Citigroup's FX operations, Anil Prasad, left the bank in March 2014 to "pursue other interests."[267] Citi also terminated Baris Oztakpan, an FX trader.

375. *Credit Suisse* substantially scaled back its FX trading operations in May 2014 when six employees in New York and London were released in a "cost-cutting drive."[268] Those employees include Daniel Wise, the head of spot trading in London, Mark Astley, a director of FX strategy, Monika Dasani, a London-based FX sales person, and Martin Amann, a New York-based director of FX sales. In addition, in September 2013, Todd Sandoz, the head of global FX trading, stepped down after more than 17 years at Credit Suisse.[269]

---

[263] Liam Vaughan and Gavin Finch, *HSBC, Citigroup Said to Suspend Traders on Currency Probe*, Bloomberg (Jan. 17, 2014), http://www.bloomberg.com/news/ articles/2014-01-17/hsbc-says-it-suspended-two-london-foreign-exchange-traders-1-.

[264] Patrick Gower, *Third Ex-Citigroup Trader Wins Unfair Dismissal Lawsuit*, Bloomberg (July 4, 2016), https://www.bloomberg.com/news/articles/2016-07-04/third-ex-citigroup-currency-trader-wins-unfair-dismissal-suit.

[265] Alan Tovey, *Citi trader sacked after Forex rigging probe wins unfair dismissal case*, Telegraph (Nov. 17, 2015), http://www.telegraph.co.uk/finance/newsbysector/banksandfinance/ 12002204/Citi-trader-sacked-after-forex-rigging-probe-wins-unfair-dismissal-case.html.

[266] Patrick Gower, *Ex-Citigroup Trader Was Cannon Fodder on Maternity Leave*, Bloomberg (Jan. 28, 2016), https://www.bloomberg.com/news/articles/2016-01-28/citigroup-fx-trader-fired-on-maternity-leave-was-cannon-fodder.

[267] Ambereen Choudhury, *Citigroup Head of Currencies Prasad to Step Down in March*, Bloomberg (Feb. 5, 2014), http://www.bloomberg.com/news/articles/2014-02-05/citigroup-head-of-currencies-anil-prasad-to-step-down-in-march.

[268] Jamie McGeever, *Credit Suisse chief FX spot dealer and five others leave bank*, Reuters (May 14, 2014), https://uk.reuters.com/article/uk-creditsuisse-employment/credit-suisse-chief-fx-spot-dealer-and-five-others-leave-bank-idUKKBN0DU0UO20140514.

[269] Robert Mackenzie Smith, *Credit Suisse Global FX Head Sandoz to Leave*, FX Week (Sept. 10, 2013), http://www.fxweek.com/fx-week/news/2293855/credit-suisse-global-fx-head-sandoz-to-leave.

376.   *Deutsche Bank* suspended or terminated at least six FX employees.[270] Deutsche Bank terminated three FX traders in its New York office:  Diego Moraiz, the head of the emerging markets FX trading desk; Christopher Fahy, an FX trading director; and Robert Wallden, an FX trading director.  DOJ and FBI agents had previously questioned Mr. Wallden at his New York home about transcripts of an electronic chat where he boasted "about his ability to influence currency markets."[271]

377.   Deutsche Bank also fired Ezequiel Starobinsky, an FX trader based in Buenos Aires, Argentina.  And Kai Lew, a director of institutional FX sales, was suspended following an internal investigation.[272]  In addition, Christina Binaghi, a New York-based managing director and head of Latin American FX trading, left the firm in March 2014.[273]  In May 2014, Deutsche Bank terminated Marlene Galvan, a Mexican currency trader.[274]

378.   *Goldman Sachs* oversaw the departure of four FX employees in 2014—three senior executives and a trader:  Steven Cho, the New York-based global head of spot and forward FX trading for G10 currencies; Leland Kim, another partner in the FX trading business;

---

[270]   Gertrude Chavez-Dreyfuss, *Deutsche Bank fires Argentine trader in wake of FX probe*, Reuters  (Feb. 5, 2014), http://www.reuters.com/article/2014/02/05/us-forex-deutsche-argentina-idUSBREA1423620140205.

[271]   David Enrich, Katie Martin and Jenny Strasburg, *FBI Tries New Tactic in Currency Probe*, Wall St. J. (Nov. 20, 2013), http://on.wsj.com/OIgEmq.

[272]   Katie Martin, *Deutsche Bank Found Inappropriate Communication Between Staffer, Central Banker*, Wall St. J. (Apr. 9, 2014), https://www.wsj.com/articles/SB1000142405270230387360457949156224908746.

[273]   Francisco Marcelino, *Deutsche Bank Latin America Trading Head Binaghi Departs*, Bloomberg (March 11, 2014), https://www.bloomberg.com/news/articles/2014-03-11/deutsche-bank-latin-america-trading-head-binaghi-departs.

[274]   Gertrude Chavez-Dreyfuss, *EXCLUSIVE-Deutsche Bank terminates Mexican currency trader –source*, Reuters (May 6, 2014), http://www.reuters.com/article/forex-investigations- deutsche-bank-idUSL2N0NS22420140506.

and Mitesh Parikh, the European head of spot FX trading.[275]  In November 2014, Goldman Sachs

terminated Frank Cahill, a sterling trader who had previously worked at both Barclays and

HSBC.[276]

379.    **HSBC** suspended or terminated at least three FX employees.[277]  In January 2014,

HSBC suspended Serge Sarramenga, the head of its G-10 spot FX desk, and Edward Pinto, an

FX trader based in London.  In November 2014, HSBC fired Stuart Scott, who was then their

European head of currency trading.[278]

380.    **JPMorgan** suspended or terminated at least two FX employees.[279]  JPMorgan

suspended Richard Usher, its head of G-10 spot trading.  Usher was a leader of the "Cartel" chat

room and was a member of the Bank of England's Chief Dealers' Subgroup.  JPMorgan also

suspended FX trader Gordon Andrew, after allegedly finding evidence that he disclosed trade

information to employees at other banks.

---

[275]   Michael J. Moore, *Goldman Sachs Currency Traders Cho, Lim Said to Depart*, Bloomberg (Feb. 5, 2014), http://www.bloomberg.com/news/articles/2014-02-05/goldman-sachs-currency-traders-cho-lim-said-to-depart.

[276]   Chiara Albanese, *Goldman Ousts Currencies Trader Connected to Probe*, Wall St. J. (Nov. 18, 2014), https://www.wsj.com/articles/goldman-ousts-currencies-trader-connected-to-probe-1416333931.

[277]   Liam Vaughan and Gavin Finch, *HSBC, Citigroup Said to Suspend Traders on Currency Probe*, Bloomberg (Jan. 17, 2014), http://www.bloomberg.com/news/ articles/2014-01-17/hsbc-says-it-suspended-two-london-foreign-exchange-traders-1-.

[278]   Martin Arnold, *HSBC fires head of European Currency Trading*, CNBC (Dec. 10, 2014), http://www.cnbc.com/2014/12/10/hsbc-fires-head-of-european-currency-trading.html.

[279]   Gavin Finch and Suzi Ring, *JPMorgan Currency Trader Said to Be Suspended for Actions at RBS*, Bloomberg (Jan. 14, 2015), http://www.bloomberg.com/news/articles/2015-01-14/jpmorgan-currency-trader-said-to-be-suspended-for-actions-at-rbs.

381.   *Morgan Stanley* oversaw the departure of at least two high-ranking FX executives.[280]  In March 2014, Steve Glynn, co-head of FX and emerging markets, left the bank. Glynn had been at Morgan Stanley for 14 years.  And in August 2014, Stuart Sopp, the G10 FX head, resigned from his position after five years with Morgan Stanley.

382.   *RBS* placed at least six FX employees into a disciplinary process, three of whom have been suspended.[281]  London-based FX traders Julian Munson, Paul Nash, and Ian Drysdale have been suspended.  And in December 2014, Mr. Nash was arrested and criminally changed by authorities as part of the U.K. Serious Fraud Office's FX manipulation investigation.  RBS suspended another three employees in February of 2015 as a part of the "ongoing FX investigation at the bank."[282]  Mr. Drysdale sued RBS, alleging that he had been unfairly dismissed, and he was merely a "scapegoat" for the bank's failings.[283]

383.   *SG* fired at least one trader, Ilan Botbol, for multiple instances of misconduct, including widening the spread on a customer trade and bragging about it to traders at BNPP and Morgan Stanley.[284]  After boasting that he made $530,000 on the trade, the BNPP trader agreed

---

[280]   Reuters, *Morgan Stanley names Falloon as head of Asia Pac fixed income*, Reuters (Mar. 13, 2014), http://www.reuters.com/article/2014/03/13/morgan-stanley-falloon-idUSL3N0MA30V20140313.

[281]   Steve Slater and Jamie McGeever, *Six RBS traders could be punished in forex probe*, Reuters (Dec. 23, 2014), http://uk.reuters.com/article/2014/12/23/uk-rbs-forex-probe-idUKKBN0K116420141223.

[282]   Antonia Molloy, *RBS Suspends two more staff as part of forex investigation*, The Independent (Feb. 25, 2015), http://www.independent.co.uk/news/business/news/rbs-suspends-two-more-staff-members-as-part-of-forex-investigation-10069698.html.

[283]   Steve Slater, *Fired RBS trader says he was 'scapegoat' for Fx fine*, Reuters (Sept. 30, 2015), https://www.reuters.com/article/us-rbs-forex-tribunal/fired-rbs-trader-says-he-was-scapegoat-for-fx-fine-idUSKCN0RU1P620150930.

[284]   Gaspard Sebag, *SocGen Sued by Ex-Banker It Accused of Cheating on FX Trade*, Bloomberg (March 3, 2017), https://www.bloomberg.com/news/articles/2017-03-03/socgen-sued-by-ex-banker-it-accused-of-cheating-on-fx-trade.

that Mr. Botbol was a "crook"–an assessment with which Mr. Botbol agreed. Mr. Botbol later sued SG, alleging that he had been unfairly terminated and that SG encouraged traders to communicate with traders at other banks to learn information about the market. In a public statement, Mr. Botbol's lawyer said of SG, "How can they say the rules were breached when there were none?"

384.  **Standard Chartered** suspended at least one FX employee.[285] Matt Gardiner, a senior FX trader at SBC, had previously worked at UBS. He was placed on leave during his first month at SCB during investigation of FX rigging, although he was not placed on leave for his activities at SCB. Gardiner resigned in March 2014.

385.  **UBS** suspended or terminated at least seven FX employees.[286] UBS suspended Niall O'Riordan, its head of FX trading and a member of the Bank of England's Chief Dealers' Subgroup. UBS also suspended at least six other FX traders, including New York-based traders Onur Sert and Michael Velardi.

## II.   ADDITIONAL EVIDENCE THAT DEFENDANTS COLLUDED TO MANIPULATE FX SPOT PRICES AND BENCHMARK RATES

386.  Because many FX benchmarks were based on snapshots of actual FX transactions over brief, predetermined periods of time, they were particularly susceptible to manipulation by Defendants, who were the dominant force in the FX market. By jointly pressing through transactions that went one way for a time, while withholding transactions that went the other way at the same time, Defendants could together greatly distort prices during the exact, short time

---

[285]  Jamie McGeever and Tom Pfeiffer, *Standard Chartered FX trader Gardiner resigns – source*, Reuters (March 26, 2014), http://www.reuters.com/article/forex-stanchart-idUSL5N0MN2ED20140326.

[286]  Emily Flitter and Jamie McGeever, *UBS suspends U.S.-based forex trader in manipulation probe*, Reuters (Mar. 28, 2014), http://www.reuters.com/article/2014/03/28/us-forex-ubs-investigation-idUSBREA2R15T20140328.

frame when the key, rate-setting measurements of the market were being taken. Indeed, during the criminal trial of Cartel chatroom members Usher, Ramchandani and Ashton, a fellow co-conspirator and Cartel member, Matthew Gardiner, confirmed that "generally speaking" the Cartel members would check the chat "everyday" prior to the WMR and ECB fixes "to see who had fixing flows" in order "to coordinate our trading."[287]

387.    As detailed above, the results of government investigations and admissions by Defendants' own former employees confirm that Defendants actively colluded to manipulate FX spot prices, including at and around the WM/Reuters and ECB fixing periods. The court in the FX antitrust class action has found that this is a surplus of "direct evidence akin to the 'recorded phone call in which two competitors agreed to fix prices at a certain level.'" *In re FX*, Dkt. No. 242. As explained below, economic analyses further confirms Defendants' manipulation of FX prices in and around the benchmark windows, going as far back as 2003.

     **A.**    **Chat Transcripts Demonstrate Defendants' Collusion to Manipulate FX Prices and Benchmark Rates**

388.    As discussed above, government regulators from across the globe have unanimously found that Defendants colluded to manipulate FX prices and benchmark rates. Among the most damning evidence of Defendants' misconduct are the records of more than two dozen banks' traders participating in chat rooms in which they exchanged information about pricing, spreads, the timing of transactions, and fixes. The names of the chats show Defendants' impunity: "The Cartel," "The Bandits' Club," "The Mafia," "The Swiss Mafia," "One Team, One Dream," "The Sterling Lads," the "Essex Express," "The Players," "The 3 Musketeers," "Barrier Killers," "Sllllaaaagggggsssss2," "A Co-Operative," and "The A-Team." Each

---

    [287]  Trial Transcript at 632-33, *U.S. v. Usher, Ramchandani and Ashton*, No. 17-cr-19 (S.D.N.Y.).

Defendant participated in at least one of the chats discussed below manipulating the benchmark rates, bid/ask spreads, "working" their clients' limit orders, or by triggering their clients' stop loss orders.

389.    The Cartel, the most notorious of the chat rooms, was run by Richard Usher while he was chief currency dealer at JPMorgan and head of spot trading for G10 currencies from 2010 to 2013 and while he was a trader at RBS before then.  At least six of Defendants' traders participated in the Cartel, whose other members included:

- Rohan Ramchandani, Citgroup's head of spot Trading in London;

- Matt Gardiner, Barclays' director of spot trading for EUR/USD from 2007 to 2001;

- Chris Ashton, former head of Barclays voice spot trading globally;

- Richard Usher, former FX trader at J.P. Morgan; and

- Niall O'Riordan, UBS's co-global head of G10 and emerging market spot trading.

Usher, Ramchandani, Gardiner, Ashton, and O'Riordan, as described above, have each been fired from their respective institutions.

390.    Defendants participated in at least the following chat rooms:

- Defendant *BofA* participated in chat rooms discussing the U.S. dollar (USD), euro (EUR), Japanese yen (JPY), Australian dollar (AUD), Swiss franc (CHF), and South African rand (ZAR).

- Defendant *Barclays* participated in chat rooms discussing the U.S. dollar (USD), euro (EUR), British pound (GBP), Japanese yen (JPY), Swiss franc (CHF), Australian dollar (AUD), Canadian dollar (CAD), Russian ruble (RUB), South African rand (ZAR), and Brazilian real (BRL).

- Defendant *BNP Paribas* participated in chat rooms discussing the U.S. dollar (USD), euro (EUR), Japanese yen (JPY), Polish zloty (PLN), Russian ruble (RUB), Mexican peso (MXN), Israeli shekel (ILS), and Thai baht (THB).

- Defendant *MUFG* participated in chat rooms discussing the U.S. dollar (USD), euro (EUR), Japanese yen (JPY), and Swiss franc (CHF).

- Defendant *Citi* participated in chat rooms discussing the U.S. dollar (USD), euro (EUR), British pound (GBP), Japanese yen (JPY), Swiss franc (CHF), Australian dollar (AUD), New Zealand dollar (NZD) Russian ruble (RUB), and South African rand (ZAR).

- Defendant *Credit Suisse* participated in chat rooms discussing the U.S. dollar (USD), euro (EUR), British pound (GBP), Australian dollar (AUD), Swiss franc (CHF), Czech koruna (CZK), Israeli shekel (ILS), Polish zloty (PLN), and South African rand (ZAR).

- Defendant *Deutsche Bank* participated in chat rooms discussing the U.S. dollar (USD), euro (EUR), the British pound (GBP), Japanese yen (JPY), Swiss franc (CHF), Australian dollar (AUD), New Zealand dollar (NZD), Canadian dollar (CAD), Russian ruble (RUB), South African rand (ZAR), Chinese yuan (CNY), Czech koruna (CZK), Hong Kong dollar (HKD), Hungarian forint (HUF), Polish zloty (PLN), Singapore dollar (SGD), Turkish lira (TRY), Indonesian rupiah (IDR), Indian rupee (INR), South Korean won (KRW), Malaysian ringgits (MYR), and Taiwan dollar (TWD).

- Defendant *Goldman Sachs* participated in chat rooms discussing the U.S. dollar (USD), euro (EUR), British pound (GBP), and Australian dollar (AUD).

- Defendant *HSBC* participated in chat rooms discussing the U.S. dollar (USD), euro (EUR), British pound (GBP), Swiss franc (CHF), Russian ruble (RUB), Mexican peso (MXN), and Thai baht (THB).

- Defendant *JPMorgan* participated in chat rooms discussing the U.S. dollar (USD), euros (EUR), British pound (GBP), Australian dollar (AUD), Swiss franc (CHF), and South African rand (ZAR).

- Defendant *Morgan Stanley* participated in chat rooms discussing the U.S. dollar (USD), euro (EUR), British pound (GBP), Japanese yen (JPY), Australian dollar (AUD), and New Zealand dollar (NZD).

- Defendant *RBC* participated in chat rooms discussing the U.S. dollar (USD), euro (EUR), Australian dollar (AUD), New Zealand dollar (NZD), Canadian dollar (CAD), Swiss franc (CHF), Japanese yen (JPY), Czech koruna (CZK), Israeli shekel (ILS), Polish zloty (PLN), South African rand (ZAR).

- Defendant *RBS* participated in chat rooms discussing the U.S. dollar (USD), euro (EUR), British pound (GBP), Japanese yen (JPY), Swiss franc (CHF), Australian dollar (AUD), New Zealand dollar (NZD), South African rand (ZAR), and Brazilian real (BRL).

- Defendant *SG* participated in chat rooms discussing the U.S. dollar (USD), euro (EUR), Australian dollar (AUD), Polish zloty (PLN), Brazilian real (BRL), Mexican

peso (MXN), Chinese yuan (CNY), Israeli shekel (ILS) and Thai baht (THB).

- Defendant **Standard Chartered** participated in chat rooms discussing the U.S. dollar (USD), euro (EUR), Japanese yen (JPY), Australian dollar (AUD), Swiss franc (CHF), Brazilian real (BKL) and South African rand (ZAR).

- Defendant **UBS** participated in chat rooms discussing the U.S. dollar (USD), euro (EUR), British pound (GBP), Japanese yen (JPY), Swiss franc (CHF), Australian dollar (AUD), New Zealand dollar (NZD), Canadian dollar (CAD), Swedish krona (SEK), Norwegian krone (NOK), Russian ruble (RUB), South African rand (ZAR), Chinese yuan (CNY), Czech koruna (CZK), Hong Kong dollar (HKD), Hungarian forint (HUF), Polish zloty (PLN), Singapore dollar (SGD), Turkish lira (TRY), Indonesian rupiah (IDR), Indian rupee (INR), South Korean won (KRW), Malaysian ringgits (MYR), and Taiwan dollar (TWD).

391.    Many regulators have included with their orders, notices, agreements, and reports, extracts from thousands of electronic chat transcripts obtained from Defendants, which describe specific instances of collusion. Each of those orders, notices, agreements, and reports is incorporated by reference in this Complaint. A sample of illustrative chats are described herein.

392.    *Traders "don their hat" to an RBS trader for successfully manipulating the WM/Reuters Closing Rate.* In an undated transcript released by the CFTC, RBS had a client order to sell the GBP/USD currency pair at the 4 p.m. WM/Reuters Closing Rate fixing period.[288] In that situation, RBS would benefit from driving the WM/Reuters Closing Rate downward. An RBS trader shared this trade information with traders from two other banks in an electronic chat room, and learned that they also had sell orders for that currency pair. The traders then coordinated their positions immediately before the fixing, and discussed the favorable results immediately afterwards:

| | | |
|---|---|---|
| 15:45:35 | RBS Trader: | im getting abt 80 quid now…fixing |
| 15:45:54 | Bank U Trader: | my ny 100 quid . . . |
| 15:51:19 | RBS Trader: | getting more than u now [Bank U Trader] betty |

---

[288]    Final Notice to RBS at 20 (Nov. 11, 2014), https://www.fca.org.uk/publication/final-notices/final-notice-rbs.pdf.

- 142 -

| 15:51:26 | Bank U Trader: | ok thx |
| 15:52:23 | Bank W Trader: | nice job gents |
| 15:54:16 | Bank U Trader: | [RBS Trader], just matched with [Bank 1] and [Bank 2] for 100, still lhs in about 140 |
| 15:54:26 | RBS Trader: | cool . . . |
| 16:00:58 | Bank Z Trader: | i don my hat . . . |
| 16:01:08 | Bank W Trader: | what a job |
| 16:01:23 | Bank Z Trader: | welld one lads |
| 16:01:28 | Bank W Trader: | bravo |
| 16:07:03 | RBS Trader: | 1.6218 . . . nice |
| 16:07:33 | Bank U Trader: | worked ok that one . . . |

393.    The other traders continued to laud RBS, making statements like "[RBS] is god," welld one [sic] lads," "what a job," "brave," and "we fooking killed it right."

394.    The Third Amended Complaint in *In re FX* revealed that this chat came from the "Sterling Lads" chat room, and the Sterling Lads coordinated their trading ahead of the fix with JPMorgan and Credit Suisse outside of the room, although the transcript of those chats has not been made publicly available.  Dkt. No. 619 ("TAC"), ¶ 212.

395.    *A JPMorgan trader colluded with a trader from another bank to "double team" the WM/Reuters Closing Rate*.  In one transcript released by the FCA, a trader at JPMorgan had net buy orders of the EUR/USD currency pair at the WM/Reuters Closing Rate fixing period, which meant that it would benefit if it could move the rate upwards.[289]  In the 20 minutes preceding the fixing, a JPMorgan trader disclosed its net orders to another trader, and agreed to "join forces" and "double team em" by coordinating with the other trader to move the fix rate upwards.  Prior to the fix window, JPMorgan "built" the volume of EUR that it needed to buy in a series of transactions with market participants.

396.    Then, during the fixing window, JPMorgan and the collaborating trader entered a series of large buy orders totaling EUR 259 million—which accounted for 41% of the total

---

[289]  Final Notice to JPMorgan (Nov. 11, 2014), https://www.fca. org.uk/publication/final-notices/final-notice-jpm.pdf.

volume of EUR/USD bought during the fix window.  The strategy was a success, generating a profit of approximately $33,000.

397.    Afterward, the collaborating trader stated "sml rumour we havent lost it" to which the JPMorgan trader responded "we . . . do . . . dollarrr."  The collaborating trader's bravado continued into the next day, stating to yet another trader  "we were EPIC at the [WMR] fix yest[erday]" and "i dragged [JPMorgan] in, we covered all the bases b/w us."

398.    *An HSBC trader colluded with traders at three other banks to "team whack" the WM/Reuters Closing Rate*.  The FCA released a similar example of benchmark manipulation by HSBC, which held a net sell position in an undated transcript and would benefit from moving the WM/Reuters Closing Rate lower.[290]  An HSBC trader accomplished this by coordinating with traders at three other firms to "team whack" the WM/Reuters Closing Rate.  These traders used a variety of techniques, including "building," "clearing the decks," and coordinating large sell orders in and around the fixing window to suppress the closing rate.  The result was a profit of approximately $162,000.

399.    The traders congratulated one another by saying "nice work gents . . . I don my hat," "Hooray nice team work", "bravo . . . cudnt been better" and "have that my son . . . v nice mate" and "dont mess with our ccy [currency]."  One of the traders commented "there you go . . . go early, move it, hold it, push it."  The HSBC trader stated "loved that mate . . . worked lovely" and "we need a few more of those for me to get back on track this month."

400.    *Traders from UBS and three other banks shared their "scores" after manipulating the WM/Reuters Closing Rate*.  In a transcript released by the CFTC, traders from

---

[290]    Final Notice to HSBC, at 18-20 (Nov. 11, 2014), https://www.fca.org.uk/publication/final-notices/final-notice-hsbc.pdf.

UBS and three other banks exchanged customer order information.[291] Once the traders realized that they were all net sellers, they coordinated their transactions in order to drive the WM/Reuters Closing Rate downward.  One trader stated that "we gonna be able to get it to" a lower fix price, to which another trader joked about his use of "the royal fkn we."  Another trader remarked "it cant be a good day to be" a buyer.

401.   After the fixing window closed, one of the traders said "nice call," and each of the chat room members gave their "scores," or profits from manipulating the WM/Reuters Closing Rate.  Those scores ranged from $60,000, to $220,000.

402.   ***Traders from Citi, JPMorgan, and UBS "double teamed" the WM/Reuters Closing Rate in "The Cartel" chat room.***  The Defendants added insult to injury by naming the chat rooms to boast of the illegal collusion.  For example, the CFTC released the transcript of a chat from members of "The Cartel" chat room, including traders from Citi, JPMorgan, and UBS.[292]  In the transcript, the Defendants coordinated their trading activities to manipulate the WM/Reuters benchmark rate.  The traders in that chat room used the code word "pickun" to discuss the WM/Reuters rate.  Minutes before the WM/Reuters rate was set, a JPMorgan trader informed a Citi trader "ok, I got a lot of euros[.]"  The Citi trader responded first, "?" and then "u selling?"  The JPMorgan trader replied "yes."  As shown below, the traders proceeded to "double team" the WM/Reuters rate by coordinating their sales at the time of the fixing.

| | | |
|---|---|---|
| 15:51:46 | JPMorgan | u want it? |
| 15:52:24 | Citigroup | ill take it [JP Morgan trader] |
| 15:52:26 | Citigroup | if u don't want it |
| 15:52:39 | JPMorgan | tell u what |

---

[291]   Order Instituting Proceedings, *In the Matter of UBS AG*, at 7 (Nov. 11, 2014), http://www.cftc.gov/idc/groups/public/@lrenforcementactions/documents/legalpleading/enfubsorder111114.pdf.

[292]   CFTC Examples of Misconduct, HSBC (Nov. 14, 2014), http://www. cftc.gov/idc/groups/public/@newsroom/documents/file/hsbcmisconduct111114.pdf.

| 15:52:42 | JPMorgan | lets double team it |
| 15:52:45 | JPMorgan | how much u got |
| 15:52:46 | Citigroup | ok |
| 15:52:47 | Citigroup | 300 |
| 15:52:52 | Citigroup | U? |
| 15:53:01 | JPMorgan | ok ill give u 500 mor |
| 15:53:05 | Citigroup | wow |
| 15:53:06 | Citigroup | Ok |
| 15:53:08 | Citigroup | ha |
| 15:53:09 | Citigroup | cool |
| 15:53:14 | UBS | *REDACTED* |
| 15:53:20 | JPMorgan | so we have 800 each |
| 15:53:21 | JPMorgan | ok |
| 15:53:31 | JPMorgan | but we gotta both do some at fix |
| 15:53:36 | JPMorgan | don't sell em all and take the foot off |
| 15:53:40 | Citigroup | I promise I will |
| 15:53:47 | JPMorgan | me too |

403.   ***A trader from UBS "made the year" for traders from Barclays and other banks, by successfully manipulating the ECB rate.***  Notably, the chat room transcripts reveal that Defendants attempted to manipulate other benchmark rates aside from the WM/Reuters Closing Rate.  For example, chats released by the FCA and the DFS show that on February 15, 2012, traders from UBS, Barclays and two other banks used "The Cartel" chatroom to coordinate their trading ahead of the ECB's fixing window.[293]

404.   Prior to the ECB fixing window (around 1:15 p.m. London time), the traders for the various banks disclosed that they had net sell orders of millions of dollars in euros.  A trader for one of the other banks suggested that the firms "hold" onto their sell orders "for twelve minutes," i.e. until the ECB rate fixing window opened.

405.   The banks also disclosed that they had millions of euros in shorts and other purchase orders.  One of the traders from the other banks in the chat room advised those firms to

---

[293]   Consent Order, *In the Matter of Barclays Bank PLC, et al.*, at 10-11 (May 15, 2015), http://www.dfs.ny.gov/about/ea/ea150520.pdf; Final Notice to UBS, at 18-21 (Nov. 11, 2014), https://www.fca.org.uk/publication/final-notices/final-notice-ubs.pdf.

sell later, when the price would be lower. The trader from UBS sold €100 million at three basis points below the market trading price for euros; this transaction accounted for 27 percent of the sales of euros during the ECB fixing window. The ECB later published the ECB rate at a price that was equal to the price submitted by the UBS trade. The Defendants directly profited from this lower price in later deals that day. For UBS, the lower in price generated $513,000 in profits.

406.    In the chat room, the other banks congratulated the UBS trader for "mak[ing] most peoples year."

407.    ***Traders from Barclays, Citi, RBS, and two other banks congratulated each other after "mangling" the ECB fix.*** The FCA released a similar transcript showing traders from Barclays, Citi, and two other banks conspiring to manipulated the ECB fix for the EUR/USD currency pair on February 21, 2012.[294] The traders shared information about their pending customer orders: Barclays and another bank had net sell orders, while Citi and a fourth bank had net buy orders. The Barclays trader then informed the Citi trader that it had "netted off" its sell orders with RBS, so the Citi trader "shud be nice and clear to mangle." A trader from the other bank with net sell orders also "shift[ed]" its orders to a third party, and told the Citi trader "you're all clear." Meanwhile, the trader from the bank with net buy orders transferred those orders to the Citi trader, to "assist it" in driving prices upward.

408.    After the ECB fix was set, these traders congratulated each other by writing, "impressive," "lovely," and "cnt [sic] teach that." The trader from Citi commented on the

---

[294]    Final Notice to Citibank, at 17-20 (Nov. 11, 2014), https://www.fca.org.uk/publication/final-notices/final-notice-citi-bank.pdf; Consent Order, at 11, *In the Matter of Barclays Bank PLC, et al.* (May 15, 2015), http://www.dfs.ny.gov/about/ea/ea150520.pdf.

collusion, "yeah worked ok." Once the specific rate was published, the Barclays traders wrote

"22 the rate" to which the Citi trader commented "always was gonna be."

409.    *A trader from Barclays colluded with traders from other banks to "lower the*

*fix" for CME/EMTA rates*. The Defendants also used chat rooms to collude to fix CME/EMTA

rates. For instance, a Barclays traders discussed fixing the CME/EMTA rates for RUB/USD

currency pair in a chat room with other banks.[295] One trader suggested "we should all lower fix

by several kopecks." Another bank replied "yes," and a third agreed that "it is a right idea to

lower the fix by a few kopecks." The Barclays trader responded "so what, 5 kopecks and

all/everyone is splendid." Accordingly, the Barclays trader then submitted an artificially low

indicative bid and offer that the CME used to calculate the final CME/EMTA rate.

410.    *Traders from Barclays, HSBC, and several other banks simultaneously used*

*multiple chat rooms to "team whack" the WM/Reuters rate*. The chats released by regulators

show that Defendants' conspiracy was widespread and involved multiple layers; often

Defendants used multiple chat rooms and held discussions with many different banks in one

single afternoon of manipulation. For example, the CFTC revealed a chat from June 28, 2011, in

which traders from HSBC and Barclays announced that they were net sellers of GBP/USD and

that they would "team whack" the WM/Reuters Closing Rate in the "cable" (a common term for

the GBP/USD currency pair).[296]

---

[295]    CFTC Examples of Misconduct, Barclays (May 20, 2015), http://www.
cftc.gov/idc/groups/public/@newsroom/documents/file/fxbarclaysmisconduct052015.pdf.

[296]    CFTC Examples of Misconduct, HSBC (Nov. 14, 2014), http://www.cftc.gov/idc/
groups/public/@newsroom/documents/file/hsbcmisconduct111114.pdf); *see also* Final Notice to
HSBC (Nov. 11, 2014), https://www.fca.org.uk/ publication/final-notices/final-notice-hsbc.pdf;,
Consent Order, at 10-11, *In the Matter of Barclays Bank PLC, et al.* (May 15, 2015),
http://www.dfs.ny.gov/about/ea/ea150520.pdf.

411.    At the same time, the trader from HSBC and a different trader from Barclays were using a separate chat room to further coordinate their trading activities to manipulate the WM/Reuters Closing Rate.  An HSBC trader told a Barclays trader "get lumpy cable at the fix ok," and "lets go," to which the Barclays traders replied "yeah baby."

412.    Concurrently with the two chats discussed above, the same trader from HSBC used yet another chat room to gather information from a trader at a different bank.  The HSBC trader asked "can you do some digging and see if anyone is that way," to which the other trader replied "of course mate."

413.    After the WM/Reuters Closing Rate was set, the traders in all three of these chat rooms exchanged congratulations for their coordinated manipulation of the benchmark, saying "well done gents," "hooray nice team work," "nice one mate," "bravo," "have that my son," and "that worked nice mate."

414.    ***Traders from Barclays "clear the decks" to allow HSBC the "bang the close" prior to the setting of the WM/Reuters rate***.  Many of the chats illustrate how Defendants "cleared the decks" of their own customer orders in order to allow traders at other banks to successfully "bang the close" by executing price-moving transactions during the benchmark fixing period.

415.    For example, the CFTC released a transcript showing a trader from Barclays clearing the decks for a trader from HSBC by getting rid of the main buyer.[297]  Shortly before the WM/Reuters fix was set, the Barclays trader wrote "right ive taken him out" and "he paid me for 186[.]"  HSBC replied "ok thx[.]"  Barclays wrote back, "so shud have giot rid of main buyer for u" and "im stilla seller of 90[,]" "give us a chance and ive paid a load of bro ha[.]"

---

[297]  *Id.*

416.    In a simultaneous chat, traders from Barclays and HSBC discussed unloading their currency sales just before the WM/Reuters fixing window—a classic example of "banging the close."[298]  The Barclays trader wrote, "can u let me know when are down to your last tenner" and a trader from HSBC replied "okay" and then (eight seconds later) "i'm down to my last tenner[.]"  Barclays wrote back, "ok ta" and "just sold some more[.]"  HSBC replied "hahaha" and Barclays responded "hehehe[.]"

417.    After the WM/Reuters fix was set, the traders congratulated each other.  Barclays wrote "nice on son" and HSBC replied "learnt from a good fella[.]"  Barclays then said "there u go[,]" and advised, "go early, move it, hold it, push it[.]"  The traders also lamented that they did not manipulate the benchmark rate even more drastically.  Barclays wrote, "yeah babyxx" and "[HSBC Trader] [Barclays Trader] combo boom[.]"  HSBC replied, "loved that mate" and "worked lovely" and finished that it was a "pity we couldn't' get it below the 00[.]"

418.    ***Barclays' former global head of FX spot trading colluded with traders at other banks to "rip" customer stop-loss orders***.  Many of the chats show that Defendants often manipulated FX prices and benchmark rates in order to inappropriately trigger customer stop-loss orders, which would generate substantial profits for Defendants.  For example, in a chat released by the Federal Reserve, Barclays trader Christopher Ashton, who later became Barclays' Global Head of FX Spot business, coordinated with traders at other banks to manipulate the FX market and inappropriately trigger stop-loss orders.[299]  Ashton and traders from two other banks discussed Ashton's clients' stop-loss orders.  After disclosing the order and

---

[298]   CFTC Examples of Misconduct, HSBC (Nov. 14, 2014), http://www.cftc.gov/idc/groups/public/@newsroom/documents/file/hsbcmisconduct111114.pdf.

[299]   Notice of Intent to Prohibit, at 13-14, *In the Matter of Christopher Ashton*, Dkt. No. 16-015 (June 30, 2016), https://www.federalreserve.gov/newsevents/press/enforcement/enf20160829a1.pdf.

receiving encouragement to "rip it" (or trigger the order), Ashton triggered a stop-loss order that helped the competing trader in the marketplace. Ashton then wrote, "happy to oblige," to which the other trader replied, "thx" and "i enjoyed that." In other words, Ashton used the chat room to assist a competitor trigger their own stop-loss orders.

419. The chat transcripts released by the FCA contain many additional instances of Defendants manipulating FX spot prices in order to trigger their clients' stop-loss orders. For example, a Citi trader wrote that he "had to launch into the 50 offer to get me stop done" and discussed how he "went for a stop."[300]

420. Similarly, a JPMorgan trader wrote that he had traded in the market "to get the 69 print," which meant he traded to move the market to a level that would trigger a stop-loss transaction. The same JPMorgan same trader disclosed the level of customer stop-loss orders to other traders and wrote "shall we go get these stop?"[301] In that same vein, an HSBC trader said that he was "going to go for broke at this stop . . . i t is either going to end in massive glory or tears." He wrote on another occasion, "just about to slam some stops." A different HSBC trader replied to the questions of whether stop-loss order were "a pain for you guys" that "nah love them . . . free money" and "we love the orders . . . always make money on them."[302]

421. An RBS trader asked another trader in a chat room if he would trigger one of his clients stop-loss orders, writing "HIT IT . . . I'm out of bullets haha." Finally, a UBS trader

---

[300] Final Notice to Citibank, at 20-21 (Nov. 11, 2014), https://www.fca.org.uk/ publication/final-notices/final-notice-citi-bank.pdf.

[301] Final Notice to JPMorgan, at 20 (Nov. 11, 2014), https://www.fca.org.uk/ publication/final-notices/final-notice-jpm.pdf.

[302] Final Notice to HSBC, at 20-21 (Nov. 11, 2014), https://www.fca.org.uk/ publication/final-notices/final-notice-hsbc.pdf.

commented to another chat room "i had stops for years but they got sick of my butchering" and subsequently described himself as "just jamming a little stop here."[303]

422.   *An RBS trader used "ammo" received from another bank to manipulate the WM/Reuters Rate for AUD and NZD.*  The chat transcripts reveal manipulation across many different currency pairs.  For instance, in a chat released by the CFTC, a trader from RBS conspired with traders from two other banks to manipulate the WM/Reuters rate for the AUD/USD and NZD/USD currency pairs.[304]

| | | |
|---|---|---|
| 15:43:42 | Bank x | buying aud and nzd at the fix |
| 15:43:43 | RBS | Tkx |
| 15:43:52 | Bank x | ntg big |
| 15:43:59 | RBS | Im buying 50 aud can do yours if you want |
| 15:45:13 | Bank x | ok . . . 60 plse . . . **** |
| 15:45:56 | RBS | Great |
| 15:50:00 | Bank y | I need to buy 25 aud at the fix too.. any int? |
| 15:50:21 | RBS | Sure |
| 15:51:24 | Bank y | cool all yours |
| 15:51:46 | RBS | Buying 220 now |
| 15:51:57 | Bank y | good luck |
| 15:52:20 | Bank x | load up your 50 offrs . . . |
| 15:53:14 | Bank y | ill do those if you want |
| 15:53:19 | RBS | haah |
| 15:53:20 | Bank x | ur fkg, ramp it |
| 16:00:41 | Bank x | nice one ***** |
| 16:00:56 | Bank y | look at you!....-well done mate . . . |

423.   *A trader actively participated in the chats, both while he was employed by Barclays, and after he joined another bank.*  The participants in the chat rooms were often employed by multiple Defendants at different points in their career.  This further facilitated the collusion, as many of the participants were former colleagues.  For example, the DFS released

---

[303]   Final Notice to UBS, at 21-22 (Nov. 11, 2014), https://www.fca.org.uk/publication/final-notices/final-notice-ubs.pdf.

[304]   Order Instituting Proceedings, at 6-7, *In the Matter of The Royal Bank of Scotland PLC*, CFTC Dkt. No. 15-05 (Nov. 11, 2014), http://www.cftc.gov/idc/groups/public/@lrenforcementactions/documents/legalpleading/enfroyalbankorder111114.pdf.

several transcripts from late 2010 to early 2011 in which a Barclays trader colluded with traders at JPMorgan, Standard Chartered, and other banks, to manipulate FX prices and benchmark rates.[305]  In June 2011, the trader left Barclays and later joined a different bank, where he continued to engage in similar conduct, including with his former colleagues at Barclays.  For instance, the former Barclays trader told another trader then-employed by Barclays to coordinate their trades "so we don't get in each others way."

424.  *Traders from Citibank, JPMorgan, and UBS collude to protect the secrecy of the chat rooms.*  The transcripts reveal that the Defendants jealously guarded the membership of the chat rooms and continually discussed protecting the secrecy of the chat rooms.  In an undated chat transcripts revealed by the CFTC, traders from Citi, JPMorgan, and UBS discussed the potential of adding a unnamed fourth trader to chat room.  The main concerns in these conversations was protecting the secrecy of the chat room.[306]

| Time | Speaker | Message |
|---|---|---|
| 7:49:55 | Bank Z | are we ok with keeping this as is |
| 7:50:27 | | ie the info lvls & risk sharing? |
| 7:50:27 | Citi trader | well... |
| 7:50:30 | Bank Z | that is the qu[estion] |
| 7:50:32 | Citi trader | you know him best obv... |
| 7:50:39 | | if you think we need to adjust it |
| 7:50:43 | | then he shouldn't be[] in chat |
| 7:50:54 | Bank Y | yeah that is key |
| 7:51:00 | | simple question [Bank Z trader] |
| 7:51:08 | | I trust you implicitly [Bank Z trader] |
| 7:51:13 | | and your judgement |
| 7:51:16 | | you know him |
| 7:51:21 | | will he tell rest of desk stuff |
| 7:51:26 | | or god forbin his nyk... |
| 7:51:46 | Citi trader | yes |
| 7:51:51 | | that's really imp[ortant] q[uestion] |
| 7:52:01 | | dont want other numpty's in mkt to know |

---

[305]  Consent Order, at 11-12, *In the Matter of Barclays Bank PLC, et al.* (May 15, 2015), http://www. dfs.ny.gov/about/ea/ea150520.pdf.

[306]  CFTC Examples of Misconduct, HSBC (Nov. 14, 2014), http://www.cftc. gov/idc/groups/public/@newsroom/documents/file/hsbcmisconduct111114.pdf.

| 7:52:17 | but not only that |
| 7:52:21 | is he gonna protect us |
| 7:52:33 | like we protect each other against our own branches |

425.    This discussion ended when the traders concluded that the fourth trader would "add huge value to this cartell" and hence should be given a "1 month trial."[307]  However, when the fourth trader was invited to join, he was simultaneously warned "mess this up and sleep with one eye open at night."  This same trader from Citi would later refer to the other traders in this chat room as "1 team."[308]

426.    *An HSBC trader chastised another chat room participant as "useless" for not disclosing a large customer order.*  There was enormous pressure on participants in the chats to continually share their confidential customer information and actively participate in the manipulation of FX prices.  Those who did not were subject to harsh criticism and ridicule by their peers.  For example, in transcript released by the FCA, an HSBC trader criticized another trader in the group for not disclosing a large net sell order in advance of the WM/Reuters Fixing.[309]  The HSBC trader remarked, for the entire chat group to see, "u are useless . . . how can I make free money with no fcking heads up."

427.    *BNPP receives "extra ammo."*  The DFS found that, in October 2012, a trader at an unidentified bank offered to let a London-based BNP Paribas trader "build ammo."  The other bank trader asked the BNPP trader "u want a Christmas present," and offered a fix order to the

---

[307]  Order Instituting Proceedings, In the Matter of JPMorgan Chase Bank, N.A., CFTC Dkt. No. 15-04 (Nov. 11, 2014), http://www.cftc.gov/idc/groups/public/@lrenforcementactions/ documents/legalpleading/enfjpmorganorder111114.pdf.

[308]  Final Notice to Citibank, at 16 (Nov. 11, 2014), https://www.fca.org.uk/ publication/final-notices/final-notice-citi-bank.pdf.

[309]  Final Notice to HSBC, at 15 (Nov. 11, 2014), https://www.fca.org. uk/publication/final-notices/final-notice-hsbc.pdf.

BNPP trader, who incredulously replied "u don't wanna wollop it;" i.e., he assumed that the other trader would "wollop" the trade himself. When the other trader allowed the BNPP trader to do the honors, the BNPP trader executed the order during and around the fixing window. After the fix rate was announced, the BNPP thanked his co-conspirator: "schweeeeet! Thks bra extra helped . . . extra ammo helped loads."[310] On another occasion, a BNPP trader based in London asked a trader at another bank about the upcoming ECB fix, saying "any huge interest ecb?" After the BNPP informed the other trader of the direction of the BNP Paribas orders and which way he would be trading, the other bank trader replied "I am the same way . . . u want some ammo . . . see what u made of[?]" The BNP Paribas trader said he "agreed," and the other bank trader responded, "good luck amigo."[311]

428. *Cartel Members put "stupid bids in."*  On another occasion, two traders—one from BNP Paribas and both members of "The Cartel"—colluded to manipulate the fix to profit against each other's client orders. While reveling, the BNP Paribas trader said "how easy was that to bully," and the other trader responded "mate it worked lovely, in these markets when we have the ball, we need to make it count, as you were scaring the voice market, I was putting stupid bids in."[312]

429. *BNPP Trader Asks His Co-Conspirators to "pls . . . make the fix higher."*  A Russia-based BNP Paribas trader participated in a chat room with traders from other banks, all of whom were submitters to the CME/EMTA fix for their respective banks. The DFS revealed that on at least nine occasions, the BNP Paribas trader and the other members of this chat room

---

[310]   Consent Order, at ¶ 52, *In the Matter of BNP Paribas S.A., et al.* (May 24, 2017), https://www.dfs.ny.gov/about/ea/ea170524.pdf.

[311]   *Id.* at ¶ 53.

[312]   *Id.* at ¶ 54.

inquired about each other's submissions ahead of time or tried to agree about what levels to submit. This collusion violated the rules of the benchmark submission process. On one occasion, the BNP Paribas trader asked his counterparts to help skew their submissions, saying "Guys, will you please put emt [bids] a bit higher please ... if it makes no difference;" or "Guys, could pls you make the fix higher, if you don't give a shit what bid [you'd otherwise make]?"[313]

430.     *NYDFS Details Credit Suisse's Efforts to Build "Ammo."* Traders at Credit Suisse frequently built ammo with traders at other banks to influence the fixes. For example, in March 2011, Jason Katz stated to a Credit Suisse trader that Katz was "going to try and drive it up on the fix and than [sic] keep some to be short." A trader at Credit Suisse then asked in Katz "need[ed] more ammo to drive it up," to which Katz replied he would "watch" the Credit Suisse trade. Signaling his approval, the Credit Suisse trader said "no problomo." Similarly, in May 2012, a different Credit Suisse trader discussed how to affect the price in EUR/JPY with a trader at another bank. The other trader indicated he wanted to drive the price of the pair down to 98.74, to which the Credit Suisse offered his assistance by placing orders below that price: "go for it I'll stick in a few bids sub 74." After the price had sunk low enough, the Credit Suisse trader said "ok pulling my bids," an admission that she had no intention of executing trades at that level—the bids were pure price manipulation. The other trader asked the Credit Suisse trader not to withdraw her bids, making the cavalier observation that it "smlls unethical haha" and "if custy ever found out we both dead." Another trader in the chat, well aware of the illicit nature of this exchange, said "what the hell are u two planning . . . this chat is a compliance dream."

---

[313]   *Id.* at ¶¶ 75-76.

431.    Plaintiffs in *In re FX* have also obtained from Defendants many chat transcripts

further demonstrating that Defendants colluded to manipulate the fixes.  Many of those chat

transcripts are described in the Third Consolidated Amended Class Action Complaint ("TAC").

*In re FX*, Dkt. No. 619.  Many of the chats included in the TAC are in redacted form, because

they are subject to the protective order and the class action is subject to a discovery freeze at the

request of the DOJ.  Time after time, the chats obtained by the FX class plaintiffs show that the

Defendants did exactly that.  *See* TAC ¶¶ 163, 197-242.  For example:

- In an unidentified chat, traders from JPMorgan, BofA, HSBC, UBS, Standard
  Chartered, and Citi discussed the WM/R fix from 13:16:45 to 13:23:04 UTC on a
  date that is not publicly available.

- In an unidentified chat, traders from JPMorgan and SG coordinated trading right
  before the WM/Reuters Closing Spot Rate for AUD/BRL (Australian
  Dollar/Brazilian Real) and succeeded in manipulating that rate from 10:58:17 to
  11:03:55 EST on June 30, 2010.

- In an unidentified chat, traders from Goldman Sachs, JPMorgan, and Credit Suisse
  "took actions to continue the conspiracy through alternate means" from 10:52:50 to
  10:59:10 EST on December 4, 2012.

- In an unidentified chat, traders from BNP Paribas and JPMorgan exchanged position
  information going into the ECB Fix from 7:55:37 to 8:12:26 in an unspecified time
  zone on September 2, 2011.

- In an unidentified chat, traders from Barclays, MUFG, and UBS coordinated trading
  going into the ECB fix from 11:56:25 to 12:15:34 UTC on a date that is not publicly
  available.

432.    In addition to the admissions by Barclays, Citi, and JPMorgan that they triggered

client stop-loss orders and those banks' plus RBS's admissions that they worked their clients'

limit orders in their DOJ guilty pleas, the class complaint reveals that Deutsche Bank, UBS,

BofA, Standard Chartered, and BNP Paribas colluded to trigger client stop loss orders in a

Bloomberg chat from 8:21:04 to 8:25:36 UTC and again from 18:45:46 to 18:48:56 UTC on a

date that is not publicly available.

**B.      Economic Analyses Further Demonstrate Defendants' Manipulation of FX Prices and Benchmark Rates**

433.     Defendants' manipulation of the FX benchmark rates is further demonstrated by economic analyses of the benchmarks and prices around the fixing windows.

434.     As confirmed by Congressional testimony and academic publications, "screens" are statistical tools based on economic models that use data such as prices, bids, quotes, spreads, market shares, and volumes to identify the existence, causes, and scope of manipulation, collusion, or other illegal behavior.  For instance, "screens" were part of an analysis that eventually led to the discovery of the LIBOR rate-setting scandal that is still roiling the banking industry.  In the context of LIBOR, journalists and economists uncovered anomalous behavior in the benchmark as compared to movements in other publically available data points (data points that were independent of the banks' purported individualized judgment).[314]

**1.      Economic reporting by Bloomberg led to the initial detection of FX manipulation**

435.     In August 2013, *Bloomberg News* reported that economic analyses of FX spot prices showed highly predictable recurring spikes in the value of particular currencies against their paired counterparts at the 4 p.m. WM/Reuters fix.[315]  This suspicious price behavior was detected by using a methodology which counted "how many times spikes of at least 0.2 percent occurred in the 30 minutes before 4 p.m. for 14 currency pairs on the last working day of each month from July 2011 through June 2013." *Bloomberg* only counted the spike if it was one of

---

[314] *See generally* Testimony of Rosa M. Abrantes-Metz on behalf of the Office of Enforcement Staff, Federal Energy Regulatory Commission (Sept. 22, 2014), http://elibrary.ferc.gov/idmws/doc_info.asp?document_id=14274590.

[315] Liam Vaughan and Gavin Finch, *Currency Spikes at 4 P.M. in London Provide Rigging Clues*, Bloomberg (Aug. 27, 2013), http:www.bloomberg.com/news/2013-08-27/currency-spikes-at-4-p-m-in-london-provide-rigging-clues.html.

the three largest of the day, and it reversed itself within thirty minutes—signs that the change was consistent with deliberate and targeted manipulation of the currency pair.

436.    Across 14 currency pairs, *Bloomberg* found a qualifying spike nearly a third of the time.  For certain major currency pairs, such as those involving U.S. Dollars or British Pounds, the spike occurred on nearly half of the days studied.  Once regulators gained access to the Defendants' trading data, they were able to confirm *Bloomberg's* hypothesis.  As discussed above, government investigations revealed thousands of examples of Defendants' colluding to manipulate prices in the FX market at and around the time that the WM/Reuters Closing Rate and other FX benchmark were set.

### 2.    Plaintiffs' economic analyses further demonstrate that Defendants manipulated the WM/Reuters Closing Rate from 2003 to 2013

437.    Plaintiffs own economic analyses corroborate the public evidence of Defendants' manipulation of FX benchmark rates.  In addition, Plaintiffs' analyses go beyond the years that governmental investigators focused on (2008 to 2013), and show that the same anomalous price patterns also occurred, to the same degree, in the preceding years of 2003 to 2007.  In other words, the data shows that the conspiracy was alive and well in these earlier years as well.

438.    *There was a high frequency of anomalous price movements around the WM/Reuters Closing Rate fixing window for every year from 2003 to 2013.*  In conducting their studies, Plaintiffs used conservative assumptions and a series of statistical models and screens to detect anomalous price movements around the setting of the WM/Reuters Closing Rate, while stripping out price movements that might otherwise be attributed to non-manipulative market behavior.  Plaintiffs considered the price movements for 28 of the most frequently traded currency pairs, from 2003 to 2013, around the setting of the WM/Reuters Closing Rate.  Plaintiffs tracked the price movements and level of volatility for each of those 28 currency pairs,

over the eleven year period.  That data was input to a dynamic volatility model, which uses the price patterns seen over time to predict the upper and lower bounds of where prices were expected to fall at any given moment, to a 95% degree of certainty.  The dynamic volatility model accounts for variations in volatility and price:  the upper and lower bounds for the estimated next price will be wider during periods of high volatility, and narrower during periods of low volatility.

439.    Plaintiffs then applied this dynamic volatility model to the 30 minute period leading up to the WM/Reuters Closing Rate fixing.  On days when price movements during that 30 minute period were outside the upper and lower bounds estimated by the dynamic volatility model, to a 95% degree of certainty, the day was identified as a manipulation day.

440.    To over-simplify, Plaintiffs' analysis sought to isolate instances where prices were moving abnormally, to a statistically significant degree, around the time the WM/Reuters Closing Rate was set.  And these abnormal spikes in pricing behaviors were not identified through an arbitrary drawing of a line as to size or duration, but through a dynamic model that was able to identify spikes that stood out even as against the other volatility seen *on that exact same day*.[316]  Only when a spike around the setting window fell outside the extreme bounds of what was expected to happen on a day even after taking into account volatility occurring throughout the rest of that day, did Plaintiffs' model "count" that as an observed manipulation day.[317]

---

[316]   The model also takes into account the volatility seen on prior days, which is also useful for estimating future volatility levels.  However, the most recent data is the most useful, and is thus given the most weight by the model.

[317]   To be clear, these are only days that could be identified through publically available pricing data alone.  It is likely Defendants' conspiracy was active with even greater consistency, just that its effects may not stand out *enough* from the noise in the data to be seen through Plaintiffs' preliminary, highly conservative model.

441.    The graph below shows the frequency of identified manipulation days, as a
percentage of the total days that the WM/Reuters Closing Rate was set, for every year from 2003
to 2013.



WM/Reuters 4PM Fix: 31 Currency Pairs - Estimated Manipulation Frequency

442.    As would be expected from a period during which many Defendants have already
admitted to manipulating the WM/Reuters Closing Rate, and during which government
regulators and the press have also identified a high rate of manipulation, there was a high
frequency of manipulation days identified by Plaintiffs' model from 2008 to 2013.  During each
of those years, the WM/Reuters Closing Rate was identified as being manipulated *well over 35%*
of the time.  This high rate of manipulation was not, however, limited to those years.  The
preceding years of 2003 to 2007 have a similarly high frequency of identified manipulation

days—again, *over 35%* for each of those years as well.  In fact, during 2007, the frequency of manipulation days was *over 40%*.  Thus, the data further confirms that FX benchmarks were subject to frequent manipulation, and demonstrates that the manipulation extended throughout the 2003 to 2013 period.

443.    ***Examples of specific manipulation days***.  To see what a specific manipulation day looks like, Plaintiffs also zoomed in on specific days during 2003 to 2013.  For example, the following chart depicts the sudden drop in spot prices for USD/JPY on November 28, 2008, right at the time when the WM/Reuters Closing Rate was being measured.



444.    The chart below depicts a spike in USD/JPY spot prices during the WM/Reuters Closing Rate fixing window—this time, upward—on December 9, 2003.



445.    There was a similarly sharp upward spike in USD/JPY spot prices during the

WM/Reuters Closing Rate fixing window on July 23, 2004.



446.    The high degree of abnormality in the spikes being used in this analysis to help

detect artificiality can also be seen by depicting the data in terms of a "linear forecast error."

This essentially compares the prices in any one minute to the average price of the prior thirty

minutes.[318]   During periods of relative stability, this number is around zero, but it goes up when

prices are changing, in either direction.   A similar concept is to calculate the "return forecast

---

[318]   Technically, the "forecast errors" are squared differences.

error" for the same series of price points.  This is essentially a differences *of the differences*, in that it compares the change in price from one minute to the next, as compared to the average rate of price changes for the prior 30 minutes.

447.    The following charts depict the linear forecast error (in orange) and the return forecast error (dotted blue) for the same days of activity graphed above.  No matter how the pricing data is looked at, it is undeniable a large, statistically significant swing in prices occurred right during the WM/Reuters Closing Rate fixing window.







448.    Additional examples showing price spikes during the WM/Reuters Closing Rate fixing window are contained in Appendix H hereto.

449.    ***Defendants' quotes around the WM/Reuters Closing Rate fixing window were more closely clustered than quotes by other market participants***.  Members of a conspiracy would be expected to be providing quotes of similar levels.  Those not in the know would be expected to provide more dispersed price quotes.  That is just what Plaintiffs found.  Specifically, Plaintiffs studied the "coefficient of variation" for individual quote data.  A lower coefficient of variation of individual quotes within a group means that the group was providing price quotes similar to each other, while a higher coefficient means that quotes in that group diverged from each other more.  In other words, a lower coefficient means that multiple market participants were clustered together.

450.    Plaintiffs tracked the coefficient of variation of FX spot quotes for the two minute period around the WM/Reuters Closing Rate fixing (i.e., between 3:59 p.m. and 4:01 p.m. London time) between two groups:  Defendants, and everyone else.  The data show that Defendants' quotes were significantly more clustered together than non-defendants' quotes, from 2013 to 2013.  Notably, the relatively high level of clustering of Defendants' quotes was even

higher in the 2003 to 2007 period than it was during the 2008 to 2013 period that Defendants have already admitted to manipulating. This confirms that Defendants were acting as a group to use their quotes to manipulate prices around the fixing window throughout 2003 to 2013.

451.    The data also show that the difference between Defendants' and non-defendants' quotes shrunk in 2014 to 2018—i.e., the level of clustering of Defendants' quotes became much more in line with the level of clustering of non-defendants' quotes. This is consistent with a break in Defendants' conspiracy, after their scheme came under public scrutiny.

452.    These patterns are illustrated by the chart below, which measures the difference between the coefficient of variation of non-defendants' quotes and the coefficient of variation of Defendants' quotes, across all major currency pairs. A larger bar means that there was a larger difference between non-defendants' more dispersed (and less clustered) quotes and Defendants less dispersed (and more clustered) quotes. A smaller bar means that there was a closer level of dispersion/clustering across Defendants and non-defendants' quotes.

453.    As seen below, Defendants' quotes were more closely clustered than non-defendants' quotes, throughout the 2003 to 2013 period. The difference between the clustering of Defendants' quotes and non-defendants' quotes was *even greater* in 2003 to 2007 than it was in 2008 to 2013. This further confirms that Defendants' conspiracy was not limited to 2008 to 2013, but also extended to and had at least equal impact on 2003 to 2007.



Defendants' Quotes Are More Clustered and Less Disperse than Non-Defendants' Quotes From 3:59 Through 4:01 PM London Time During the Alleged Collusion Periods, But The Difference Shrinks in the Post-Period: Average Across All Currencies

Note: BRL/USD is excluded from the average due to insufficient data availability.

454.     In 2014 to 2018, the trend changed:  the difference between the coefficient of variation of Defendants' quotes and non-defendants' quotes was significantly less.  In other words, Defendants' quotes became less clustered and more dispersed, relative to non-defendants' quotes.  That Defendants were moving in relative unison with each other at the time of the fixing, *but not everyone else*, further confirms that Defendants were acting as a group, i.e., as part of a conspiracy, from 2003 to 2013.  That that pattern abated during 2014, when Defendants' FX practices  started to become under scrutiny, again further confirms Plaintiffs' conclusions cannot be innocently explained away.

455.     ***Price spikes around the WM/Reuters Closing Rate fixing window were of unusual size and intensity***.  That the price spikes studied above were not the result of random chance is also confirmed by the fact that Plaintiffs measured the size and intensity of the price spikes, throughout 2003 to 2013.  For the hour around the setting of the WM/Reuters Closing Rate, Plaintiffs compared the price at each minute with the average of the prices during the 10 minutes prior that minute.  For example, the price at 4 p.m. London time was compared with the

average of prices from 3:50 p.m. through 3:59 p.m.  The "squared deviation" between those averages and the price at any one particular minute enables the identification of which minutes experienced the most severe/largest movements.

456.    The results of the analysis, like the others, are striking:  prices spiked with unique size and intensity right at the time of the WM/Reuters Closing Rate fixing.  Put another way, the intensity of the price spikes was much greater when they occurred at the WM/Reuters Closing Rate fixing, than when prices moved at other times.  This highly non-random intensity distribution would not be observed if the spikes at the WM/Reuters Closing Rate fixing were due to normal market conditions.

457.    For example, the following graphs tracks for AUD/USD spot transactions the intensity of price changes, in which the price at each minute is compared to the average price from 10 minutes before.  The results feature unusually large and intense price spikes at the time of the WM/Reuters Closing Rate fixing, which are not observed at any other time during the surrounding period.



458.    Similarly large and intense price spikes at the WM/Reuters Closing rate fixing are also seen for many other major currencies that Plaintiffs tested.  By way of further example, the charts below track the intensity of price movements for GBP/USD spot transactions.



459.    Additional examples showing a similar pattern of unusually intense price spikes at the time of the WM/Reuters Closing Rate fixing, for additional currency pairs, are contained in Appendix I hereto.

460.    ***Price spikes around the WM/Reuters Closing Rate fixing window cannot be explained by increased liquidity.***  Plaintiffs also considered whether the price spikes around the WM/Reuters Closing Rate fixing window were caused by an increase in liquidity in the FX market.  As an initial matter, this hypothesis is implausible because, while the FX market was generally liquid around the WM/Reuters Closing Rate fixing window, it was not uniquely so. Rather, the data shows that the FX market was *even more liquid* at other times of the day, when the prices spikes were not seen.

461.    The chart below tracks the average number of spot quotes per minute, for all



UNITED STATES OF AMERICA
Department of Transportation
Federal Aviation Administration

## MEDICAL CERTIFICATE SECOND CLASS

This certifies that *(Full name and address):*

SOHEIL ZAERPOUR
16-C Thornton Pl
Clifton NJ 07012 USA

| Date of Birth | Height | Weight | Hair | Eyes | Sex |
|---|---|---|---|---|---|
| ▮▮▮▮▮▮ | 70 | 180 | BLACK | BROWN | M |

has met the medical standards prescribed in part 67, Federal Aviation Regulations, for this class of Medical Certificate.

**Limitations:** None

**Examiner:**

Date of Examination
12/17/2010

Examiner's Designation No.
000012774

Signature

Typed Name
JAMES LA BAGNARA, MD

AIRMAN'S SIGNATURE

Applicant ID: 2000147004      Control No: 20000894/2693

FAA Form 8500-9      (3-11) Supersedes Previous Edition      NSN: 0052-00-970-7002



CONDITIONS OF ISSUE

The holder of this certificate must:

• Have it in his or her personal possession at all times
while exercising privileges of an airman certificate.
(14CFR § 61.3)
• Understand that the issuance of a medical certificate
by an Aviation Medical Examiner may be reversed by the
FAA within 60 days.
(14CFR § 67.407)
• Comply with validity standards specified for first-,
second-, and third-class medical certificates.
(14CFR § 61.23)
• Comply with any statement of functional, operational,
and/or time limitation issued as a condition of
certification.
(14CFR § 67.401)
• Comply with the standards relating to prohibitions on
operation during medical deficiency.
(14CFR §§ 61.53, 63.19, and 65.49)

For International Operations Only: Some holders may be
affected by certain international medical standards.
Consult the U.S. Aeronautical Information Publication for
U.S. differences with ICAO Annex 1 medical standards.



# Glider Academy

### NERGCOE
### CIVIL AIR PATROL
### HARTNESS STATE AIRPORT
### NORTH SPRINGFIELD, VERMONT

## This certificate is awarded to

# 1Lt. Soheil Zaerpour

For completion of the Northeast Region Glider Center of Excellence held at the Hartness State Airport in North Springfield Vermont from Aug. 6 2011 until Aug. 14 2011

SPRINGFIELD COMPOSITE SQUADRON
CIVIL AIR PATROL
HARTNESS STATE AIRPORT
NORTH SPRINGFIELD, VERMONT

8-14-11
Date

8-14-11
Date

Capt. Paul Finestone

Col. Dale Hardy



# King Schools Certification

Training Completion Certificate

*This is to certify that*

## Mr. Soheil Zaerpour, MSc.

has completed the King Schools Course

## Flying the Citation Mustang—Single Pilot

*on*

May 31, 2015

*Martha King*

Martha King
1979366 AIGI

*John King*

John King
1979365 AIGI

King Schools, Inc. • 3840 Calle Fortunada • San Diego, CA 92123 • (858) 541-2200 • www.kingschools.com

# U.S. DEPARTMENT OF TRANSPORTATION
## Federal Aviation Administration
## Airman Knowledge Test Report

NAME: Zaerpour , Soheil

APPLICANT ID: ▓▓▓▓▓          EXAM ID: 90060620150154361

EXAM: Commercial Pilot Airplane ( CAX )

EXAM DATE: 06/06/2015          EXAM SITE: ABS07903

SCORE: 89%          GRADE: Pass   TAKE: 1

Learning statement codes listed below represent incorrectly answered questions. Learning statement codes and their associated statements can be found at

www.faa.gov/training_testing/testing/media/LearningStatementReferenceGuide.pdf.

Reference material associated with the learning statement codes can be found in the appropriate knowledge test guide at www.faa.gov/training_testing/testing/test_guides.

A single code may represent more than one incorrect response.
PLT004 PLT012 PLT096 PLT113 PLT115 PLT141 PLT219 PLT276 PLT283 PLT290 PLT332

DO NOT LOSE THIS REPORT          (emboss)

EXPIRATION DATE: 06/30/2017          (Place red stamp above here)

AUTHORIZED INSTRUCTOR'S STATEMENT: (if applicable)

On_____(date) I gave the above named applicant _____ hours of additional instruction, covering each subject area shown to be deficient, and consider the applicant competent to pass the test.

Name _____ Initial _____ Cert. No. _____ Type _____
(print clearly)

Signature _____

**FRAUDULENT ALTERATION OF THIS FORM BY ANY PERSON IS A BASIS FOR SUSPENSION OR REVOCATION OF ANY CERTIFICATES OR RATINGS HELD BY THAT PERSON.**
ISSUED BY: Computer Assisted Testing Service, CATS (03/12)
FEDERAL AVIATION ADMINISTRATION

**THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT. FOR OFFICIAL USE ONLY.**

# MG Financial Group
## Specializing in margin foreign exchange trading

One Battery Park Plaza 2nd Floor, New York, NY 10004.
Tel: 212-835-0100 Fax: 212-835-0101

Dear Sam Zaerpour

As per your request please find enclosed a copy of your account statements since opened until closed.

If you have any questions, comments or suggestions do not hesitate to contact our professional and friendly staff.

Thanks again for making MGFG your #1 choice for your Forex needs and do not forget that we always welcome your business now as well as in the future.

Best regards

MGFG
www.mgforex.com
email: service@mgforex.com

## Account Status Report for Zaerpour, Sam K-0955 on May 19 2010 2:03:30

Activity from: Jan 12 2003 12:48PM to: May 19 2010 2:03PM
AC ID: 0959 AE ID: K-0955 AC Currency: USD
AEName: bookman, Zaerpour, S

### Account Balance *

| Begin Balance. USD | Deposit. USD | Withdrawal. USD | Adjust. USD | Charges USD | IBComm. USD | ATComm. USD | Current Balance. USD | Trade P+L. USD | Current Balance. Balance Value. USD | Total Realive. | Equity | Required Margin USD | Used Margin Usable Margin |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.00 | 2240.00 | -49.90 | 4.96 | 0.00 | 0.00 | 0.00 | 0.00 | -2284.06 | 0.00 | [ 0.00USD ] | 0.00USD [ 0.00USD ] | 1.0%% | 0.00USD [ 0USD ] 0.00USD [ 0USD ] |

### Open Orders **

Order#(S#) Currency Buy/Sell Units Type Stop Limit (Trad) Time Date # Buy/Sell Units # Type # Stop # Limit (Trad)

No Open Orders.

### Open Trades **

Ticket#(S#) Currency Buy/Sell Units Amount Open Close ComvRate Comm Rollover Point P/L Profit/Loss Time Date

No Open Trades.

### Settled Trades

| Ticket#(S#) | Currency | Buy/Sell | Units | Open | Close | Currency P/L | ComvRate | Comm | Rollover | P/L | OpenTime | OpenDate | CloseTime | CloseDate | Reason | PL acc.currency | ConvRate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 276421 (0) | EURUSD | Buy | 1.0000 | 1.137 | 1.1473 | -910.00 USD | | 1 | 0.00 | -35.00 USD | -945.00 USD | 14:31:12 | 07/01/2003 | 22:42:36 | 07/03/2003 | Margin | | |
| 276485 (0) | CHF | Sell | 1.0000 | 1.3435 | 1.3482 | 190.70 usd | | 1 | 0.00 | -5.00 USD | 185.70 USD | 19:23:04 | 07/01/2003 | 22:52:30 | 07/02/2003 | Asking | | |
| 283453 (0) | JPY | Buy | 0.1000 | 119.42 | 119.2 | 23.10 usd | | 1 | 0.00 | -2.40 USD | 20.76 USD | 08:47:23 | 03/13/2003 | 11:08:34 | 03/14/2003 | Asking | | |
| 283479 (0) | JPY | Buy | 0.1000 | 119.4 | 119.2 | 21.06 usd | | 1 | 0.00 | -2.40 USD | 18.66 USD | 09:09:08 | 08/13/2003 | 11:08:33 | 08/14/2003 | Asking | | |
| 293546 (0) | JPY | Buy | 0.1000 | 119.16 | 119.15 | 1.06 usd | | 1 | 0.00 | -3.70 USD | -2.14 USD | 10:26:16 | 08/13/2003 | 15:36:44 | 08/14/2003 | Asking | | |
| 293639 (0) | EURUSD | Sell | 0.1000 | 1.1311 | 1.1281 | 30.00 USD | | 1 | 0.00 | -2.10 USD | 27.90 USD | 13:12:27 | 08/13/2003 | 07:23:23 | 08/14/2003 | Asking | | |
| 293640 (0) | CHF | Buy | 0.1000 | 1.3862 | 1.3862 | 0.00 usd | | 1 | 0.00 | -1.50 USD | -1.50 USD | 13:12:54 | 08/13/2003 | 15:41:43 | 08/13/2003 | Asking | | |
| 293832 (0) | CHF | Sell | 0.1000 | 1.3664 | 1.3705 | 32.84 usd | | 1 | 0.00 | 0.00 USD | 32.84 USD | 19:44:41 | 03/13/2003 | 05:36:09 | 08/14/2003 | Asking | | |
| 293728 (0) | GBPUSD | Buy | 0.2000 | 1.6061 | 1.6112 | 62.00 USD | | 1 | 0.00 | 0.00 USD | 62.00 USD | 20:31:40 | 08/13/2003 | 03:06:25 | 08/14/2003 | Asking | | |
| 293936 (0) | CHF | Buy | 0.1000 | 1.3702 | 1.3872 | 24.02 usd | | 1 | 0.00 | 0.00 USD | 24.02 USD | 09:40:24 | 08/14/2003 | 10:27:01 | 08/14/2003 | Asking | | |
| 294159 (0) | CHF | Sell | 0.2000 | 1.3672 | 1.3703 | 49.64 usd | | 1 | 0.00 | 0.00 USD | 49.64 USD | 10:28:25 | 08/14/2003 | 10:46:57 | 08/14/2003 | Asking | | |
| 294169 (1) | CHF | Sell | 0.1000 | 1.3712 | 1.3712 | 32.01 usd | | 1 | 0.00 | 0.00 USD | 32.01 USD | 10:28:35 | 08/14/2003 | 10:51:51 | 08/14/2003 | Asking | | |
| 294169 (2) | CHF | Sell | 0.1000 | 1.3672 | 1.3727 | 43.96 usd | | 1 | 0.00 | 0.00 USD | 43.96 USD | 10:28:35 | 03/14/2003 | 11:29:34 | 08/14/2003 | Asking | | |
| 294195 (3) | CHF | Sell | 0.1000 | 1.3672 | 1.3721 | 39.18 usd | | 1 | 0.00 | 0.00 USD | 39.18 USD | 10:28:35 | 08/14/2003 | 11:27:34 | 08/14/2003 | Asking | | |
| 294171 (0) | EURUSD | Buy | 0.1000 | 1.1391 | 1.1009 | -208.00 USD | | 1 | 0.00 | -2.10 USD | -210.10 USD | 10:28:47 | 08/14/2003 | 02:48:02 | 08/15/2003 | Asking | | |



**MG FINANCIAL GROUP**

| ID | Side | Rate | Rate | Qty | Amount | Amount USD | | Time | Date | Time | Date | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 570936 (0) EURUSD | Buy | 0.1000 | 1.3696 | | 10.94 USD | 10.94 USD | 0.00 | 0.35 USD | 12:34:30 | 12/16/2004 | 22:38:34 | 12/16/2004 | Asking |
| 570930 (0) EURUSD | Buy | 0.1000 | 1.3262 | | 35.09 USD | 35.09 USD | 0.00 | 0.65 USD | 13:33:27 | 12/15/2004 | 02:10:37 | 12/17/2004 | Asking |
| 570675 (0) GBPUSD | Sell | 0.1000 | 1.9378 | 1 | 22.00 USD | 22.00 USD | 0.00 | 0.00 USD | 04:08:34 | 12/17/2004 | 05:11:38 | 12/17/2004 | Asking |
| 571773 (0) GBPUSD | Sell | 0.1000 | 1.84 | .8077 | 23.00 USD | 23.00 USD | 0.00 | -2.90 USD | 12:05:43 | 12/17/2004 | 04:24:08 | 12/21/2004 | Asking |
| 572180 (0) GBPUSD | Buy | 0.1000 | 1.7642 | .8065 | 103.70 USD | 103.70 USD | 0.00 | -1.30 USD | 03:11:40 | 12/20/2004 | 04:24:08 | 12/21/2004 | Asking |
| 574389 (0) EURUSD | Buy | 0.1000 | 1.8144 | 1.9144 | 30.00 USD | 30.00 USD | 0.00 | 0.90 USD | 07:02:36 | 12/20/2004 | 07:27:05 | 12/21/2004 | Asking |
| 574615 (0) GBPUSD | Buy | 0.1000 | 1.9135 | 1.916 | 47.00 USD | 47.00 USD | 0.00 | 0.00 USD | 09:52:06 | 12/22/2004 | 13:57:06 | 12/22/2004 | Asking |
| 575600 (0) GBPUSD | Buy | 0.1000 | 1.9178 | 9260 | 23.00 USD | 23.00 USD | 0.00 | 0.00 USD | 10:23:57 | 12/22/2004 | 11:37:22 | 12/22/2004 | Asking |
| 576015 (0) GBPUSD | Sell | 0.1000 | 1.9256 | 9255 | 50.00 USD | 50.00 USD | 0.00 | 0.00 USD | 10:21:41 | 12/23/2004 | 08:31:18 | 12/23/2004 | Asking |
| 578342 (0) GBPUSD | Buy | 0.1000 | 1.9261 | .9266 | 13.00 USD | 13.00 USD | 0.00 | 0.90 USD | 08:18:22 | 12/24/2004 | 09:27:27 | 12/24/2004 | Asking |
| 576391 (0) GBPUSD | Buy | 0.1000 | 1.9256 | 1.9262 | 105.00 USD | 106.00 USD | 0.00 | 0.80 USD | 09:32:50 | 12/24/2004 | 16:19:15 | 12/24/2004 | Asking |
| 571777 (0) EURUSD | Buy | 0.1000 | 1.38 | 1.362 | 22.00 USD | 22.00 USD | 0.00 | 0.00 USD | 16:32:18 | 12/27/2004 | 07:07:48 | 12/28/2004 | Asking |
| 577787 (0) EURUSD | Buy | 0.1000 | 1.362 | 3614 | 4.90 USD | 4.90 USD | 0.00 | -2.49 USD | 11:56:44 | 12/28/2004 | 00:30:06 | 12/30/2004 | Asking |
| 578439 (0) GBPUSD | Buy | 0.1000 | 1.92 | 1.92 | 1.90 USD | 1.90 USD | 0.00 | 0.00 USD | 07:47:55 | 12/28/2004 | 00:36:17 | 12/30/2004 | Asking |
| 580456 (0) GBPUSD | Buy | 0.1000 | 1.9157 | 1.91 | 13.00 USD | 13.00 USD | 0.00 | 2.90 USD | 12:39:52 | 12/31/2004 | 18:58:21 | 01/03/2005 | Asking |
| 580650 (0) GBPUSD | Buy | 0.1000 | 1.3521 | 13475 | 50.00 USD | 50.00 USD | 0.00 | 0.60 USD | 11:16:57 | 01/02/2005 | 02:07:33 | 01/03/2005 | Asking |
| 580827 (0) GBPUSD | Buy | 0.1000 | 1.9203 | 9056 | 9.00 USD | 9.00 USD | 0.00 | 0.00 USD | 22:45:30 | 01/02/2005 | 00:24:10 | 01/03/2005 | Asking |
| 580891 (0) EURUSD | Buy | 0.1000 | 1.3295 | 3475 | 82.00 USD | 82.00 USD | 0.00 | 0.00 USD | 22:56:37 | 01/02/2005 | 02:07:35 | 01/03/2005 | Asking |
| 581671 (0) GBPUSD | Buy | 0.1000 | 1.9032 | 1.894 | 7.00 USD | 7.00 USD | 0.00 | 0.00 USD | 12:41:11 | 01/03/2005 | 14:47:59 | 01/03/2005 | Asking |
| 581894 (0) GBPUSD | Buy | 0.1000 | 1.9043 | 13052 | 9.00 USD | 9.00 USD | 0.00 | 0.00 USD | 13:01:48 | 01/03/2005 | 18:49:41 | 01/03/2005 | Asking |
| 581899 (0) GBPUSD | Buy | 0.1000 | 1.903 | .905 | 26.00 USD | 26.00 USD | 0.00 | 0.00 USD | 20:57:01 | 01/03/2005 | 20:36:33 | 01/03/2005 | Asking |
| 582170 (0) GBPUSD | Buy | 0.1000 | 1.904 | .9911 | 100.00 USD | 100.00 USD | 0.00 | 7.20 USD | 01:56:62 | 01/04/2005 | 16:00:59 | 01/11/2005 | Asking |
| 582437 (0) GBPUSD | Buy | 0.1000 | 1.9 | 1.891 | 7.20 USD | 7.20 USD | 0.00 | 7.20 USD | 04:30:05 | 01/04/2005 | 15:01:00 | 01/11/2005 | Asking |
| 582600 (0) EURUSD | Sell | 0.1000 | 1.3355 | 1.3283 | 73.00 USD | 73.00 USD | 0.00 | 0.00 USD | 05:20:46 | 01/04/2005 | 14:31:06 | 01/04/2005 | Asking |
| 583407 (0) EURUSD | Buy | 0.1000 | 1.328 | 1.3262 | 2.00 USD | 2.00 USD | 0.00 | -0.10 USD | 14:43:30 | 01/04/2005 | 20:49:49 | 01/04/2005 | Asking |
| 587105 (0) EURUSD | Buy | 0.1000 | 1.866 | 1.891 | 260.00 USD | 254.20 USD | 0.00 | 4.20 USD | 12:28:25 | 01/07/2005 | 15:01:01 | 01/11/2005 | Asking |
| 587407 (0) GBPUSD | Sell | 0.1000 | 1.9074 | 3.337 | 37.00 USD | 37.00 USD | 0.00 | 0.00 USD | 00:52:57 | 01/11/2005 | 09:23:50 | 01/18/2005 | Asking |
| 600472 (0) GBPUSD | Sell | 0.1000 | 1.8805 | 8724 | 417.00 USD | -73.80 USD | 0.00 | 7.20 USD | 08:42:54 | 01/26/2005 | 23:32:43 | 02/06/2005 | Asking |
| 602550 (0) EURUSD | Sell | 0.1000 | 1.2637 | 1232 | 317.00 USD | 518.80 USD | 0.00 | 1.88 USD | 14:43:54 | 01/16/2005 | 08:19:34 | 05/31/2005 | Asking |
| 704083 (0) EURUSD | Buy | 0.1000 | 1.22 | 1.2047 | 153.25 USD | 153.25 USD | 0.00 | 0.25 USD | 11:03:24 | 05/09/2005 | 07:00:42 | 06/13/2005 | Asking |
| 705713 (0) USDJPY | Buy | 0.1000 | 109.85 | 109.43 | 7800.00 JPY | 7800.00 JPY | 109.46 | 0.00 USD | 17:00:90 | 06/12/2005 | 10:20:54 | 06/13/2005 | Asking |
| 706720 (0) USDJPY | Buy | 0.1000 | 109.56 | 109.49 | 1006.00 JPY | -9.13 USD | 109.49 | 0.00 USD | 11:10:36 | 06/13/2005 | 12:17:01 | 06/13/2005 | Asking |
| 721704 (0) GBPUSD | Sell | 0.1000 | 1.7591 | .7686 | 262.00 USD | 277.05 USD | 0.00 | 4.95 USD | 05:26:11 | 06/30/2005 | 03:58:13 | 07/11/2005 | Asking |
| 722614 (0) USDJPY | Sell | 0.1000 | 111 | 110.94 | 556.00 JPY | 5.41 USD | 110.94 | 0.00 USD | 21:29:39 | 06/30/2005 | 05:14:42 | 07/01/2005 | Asking |
| 726201 (0) EURUSD | Buy | 0.1000 | 1.2058 | .2055 | -7.00 USD | -8.00 USD | 0.00 | 0.00 USD | 03:18:31 | 07/01/2005 | 19:40:59 | 07/11/2005 | Asking |
| 726210 (0) EURUSD | Sell | 0.1000 | 1.2058 | 2048 | 10.75 USD | 10.75 USD | 0.00 | 1.75 USD | 12:26:43 | 07/01/2005 | 20:11:54 | 07/11/2005 | Asking |
| 726219 (0) EURUSD | Sell | 0.1000 | 1.209 | .2084 | -4.00 USD | -2.25 USD | 0.00 | 1.75 USD | 03:22:35 | 07/06/2005 | 22:52:34 | 07/12/2005 | Asking |
| 726212 (0) EURUSD | Buy | 0.1000 | 1.7361 | .7368 | 3.17.00 USD | 318.10 USD | 0.00 | 10.83 USD | 08:04:03 | 07/06/2005 | 03:56:14 | 07/12/2005 | Asking |
| 726212 (0) EURUSD | Sell | 0.1000 | 1.9045 | 1.185 | 10.33 USD | -41.13 USD | 0.00 | -1.25 USD | 08:05:32 | 07/06/2005 | 12:55:54 | 10/05/2005 | Asking |
| 726313 (0) GBPUSD | Buy | 0.1000 | 1.7738 | 7745 | -9.10 USD | -10.25 USD | 0.00 | -1.25 USD | 12:38:41 | 07/12/2005 | 21:56:13 | 07/14/2005 | Asking |
| 726262 (0) GBPUSD | Sell | 0.1000 | 1.7732 | .7585 | 70.00 USD | 70.75 USD | 0.00 | 0.00 USD | 12:38:41 | 07/12/2005 | 17:12:05 | 08/13/2005 | Asking |
| 726367 (0) GBPUSD | Sell | 0.1000 | 1.7534 | 7855 | 1.00 USD | -4.75 USD | 0.00 | -3.75 USD | 13:39:48 | 07/13/2005 | 14:56:50 | 07/14/2005 | Asking |
| 726281 (0) GBPUSD | Sell | 0.1000 | 1.6387 | 8578 | 12.00 USD | 2.00 USD | 0.00 | 3.75 USD | 11:24:48 | 09/08/2005 | 13:00:50 | 09/08/2005 | Asking |
| 726709 (0) GBPUSD | Sell | 0.1000 | 1.8413 | 8271 | -142.00 USD | -143.00 USD | 0.00 | 0.00 USD | 16:06:17 | 09/11/2005 | 03:44:57 | 09/12/2005 | Asking |
| 726705 (0) GBPUSD | Sell | 0.1000 | 1.3069 | 1.312 | 51.00 USD | 61.55 USD | 0.00 | 0.55 USD | 14:46:33 | 09/16/2005 | 00:29:53 | 09/16/2005 | Asking |
| 726609 (0) GBPUSD | Buy | 0.1000 | 1.8177 | .8814 | -112.00 USD | -112.45 USD | 0.00 | 0.55 USD | 02:07:22 | 09/19/2005 | 05:36:47 | 09/19/2005 | Asking |
| 766160 (0) GBPUSD | Buy | 0.1000 | 1.8074 | 1.7567 | -417.00 USD | -389.05 USD | 0.00 | 17.95 USD | 05:27:12 | 09/19/2005 | 08:36:32 | 10/20/2005 | Asking |



**MG FINANCIAL GROUP**

| ID | Side | Pair | | Rate | | | Amount | Amount | | Amount | Time | Date | Time | Date | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 798298 (0) | EUR/USD | Sell | 0.1000 | 1.2312 1.2958 | 1 | 254.00 USD | 2.13 USD | 0.00 | 265.13 USD | 10:02:46 | 08/16/2005 | 13:55:54 | 10/05/2005 | Asking |
| 801690 (0) | EUR/USD | Sell | 0.1000 | 1.1951 1.1941 | | 91.00 USD | 2.38 USD | 0.00 | 13.38 USD | 14:11:49 | 10/05/2005 | 08:14:31 | 10/18/2005 | Asking |
| 802007 (0) | USD/JPY | Sell | 0.1000 | 1.204 1.1941 | | 96.00 USD | 1.83 USD | 0.00 | 100.83 USD | 20:30.55 | 10/05/2005 | 08:14:32 | 10/18/2005 | Asking |
| 803035 (0) | EUR/JPY | Buy | 0.1000 137.95 136.99 | 117.1 | -11000.00 USD | -62.40 USD | 0.00 | -157.19 USD | 13:52.35 | 10/06/2005 | 16:10.36 | 12/20/2005 | Asking |
| 803087 (0) | EUR/USD | Sell | 0.1000 1.2174 1.1841 | | 233.00 USD | 1.88 USD | 0.00 | 234.88 USD | 13:55.59 | 10/06/2005 | 08:14:32 | 10/18/2005 | Asking |
| 809897 (0) | USD/CHF | Sell | 0.1000 1.2817 1.3005 | 1.3 | -188.00 CHF | -1.10 USD | 0.00 | -145.72 USD | 00:54:40 | 10/19/2005 | 15:17:51 | 10/19/2005 | Asking |
| 812273 (0) | EUR/USD | Sell | 0.1000 1.194 1.1729 | | 211.00 USD | 2.50 USD | 0.00 | 213.50 USD | 05:07:40 | 10/19/2005 | 00:27:06 | 11/08/2005 | Asking |
| 815546 (0) | USD/JPY | Buy | 0.1000 115.3 115.5 | | -1500.00 JPY | 0.00 | 0.00 | 1.98 USD | 12:45.33 | 10/24/2005 | 16:18.28 | 10/24/2005 | Asking |
| 815544 (0) | USD/JPY | Sell | 0.1000 115.61 115.45 | 115.48 | 1250.00 JPY | 0.00 | 0.00 | 10.98 USD | 13:31:30 | 10/24/2005 | 12:57:19 | 10/24/2005 | Asking |
| 815604 (0) | USD/JPY | Buy | 0.1000 115.42 115.69 | 115.88 | 2306.00 JPY | 0.00 | 0.00 | 20.22 USD | 17:55.33 | 10/24/2005 | 00:19:30 | 10/31/2005 | Asking |
| 816287 (0) | EUR/USD | Sell | 0.1000 1.2105 1.1795 | | 401.00 USD | 1.86 USD | 0.00 | 402.88 USD | 06:10:14 | 10/26/2005 | 08:17:51 | 11/14/2005 | Asking |
| 824415 (0) | EUR/USD | Buy | 0.1000 1.1153 1.2047 | | -387.00 USD | 17.50 USD | 0.00 | -349.50 USD | 05:27:41 | 11/15/2005 | 04:30:12 | 04/03/2006 | Margin |
| 850011 (0) | USD/JPY | Sell | 0.1000 118.77 117.74 | | 3760.00 JPY | 0.40 USD | 0.00 | 12:13.07 USD | 12:13.07 | 12/15/2005 | 12:02:15 | 12/14/2005 | Asking |
| 852012 (0) | USD/JPY | Buy | 0.1000 118.95 118.34 | | -2200.00 JPY | 0.43 USD | 0.00 | -27.11 USD | 11:46.55 | 12/15/2005 | 22:25:54 | 12/18/2005 | Asking |
| 853459 (0) | EUR/JPY | Sell | 0.1000 139.55 38.99 | | 4100.00 JPY | 0.20 USD | 0.00 | 35.43 USD | 21:34.15 | 12/15/2005 | 22:25.54 | 12/18/2005 | Asking |
| 853473 (0) | EUR/JPY | Buy | 0.1000 1.194 117.74 | | -188.00 JPY | -4.00 USD | 0.00 | 46.42 USD | 21:15.31 | 12/18/2005 | 16:10.39 | 12/20/2005 | Asking |
| 853510 (0) | USD/JPY | Buy | 0.1000 116.39 117.1 | 117.14 | 7400.00 JPY | 1.20 USD | 0.00 | 64.37 USD | 22:32.59 | 12/18/2005 | 16:11.45 | 12/20/2005 | Asking |
| 855183 (0) | USD/JPY | Sell | 0.1000 117.18 116.42 | 115.15 | -9800.00 JPY | 9.20 USD | 0.00 | -73.70 USD | 16:38.21 | 12/20/2005 | 00:08:49 | 03/10/2006 | Asking |
| 856357 (0) | GBP/USD | Buy | 0.1000 113.82 119.1 | 119.14 | 32300.00 JPY | 5.60 USD | 0.00 | 448.78 USD | 23:57.01 | 01/03/2006 | 10:09:16 | 02/03/2006 | Asking |
| 856925 (0) | GBP/USD | Sell | 0.1000 1.7635 1.7475 | | 143.00 USD | -1.00 USD | 0.00 | 142.00 USD | 10:31.13 | 02/09/2006 | 15:12:18 | 02/03/2006 | Asking |
| 860782 (0) | GBP/USD | Sell | 0.1000 1.7557 1.7284 | | 263.00 USD | 0.86 USD | 0.00 | 259.00 USD | 10:33.37 | 02/09/2006 | 10:57:07 | 02/14/2006 | Asking |
| 890194 (0) | USD/JPY | Buy | 0.1000 116.99 117.51 | 117.52 | 5200.00 JPY | 0.00 USD | 0.00 | 44.25 USD | 09:24.23 | 02/10/2006 | 10:34:45 | 02/10/2006 | Asking |
| 890194 (0) | USD/JPY | Sell | 0.1000 116.86 117.42 | 117.48 | 4500.00 JPY | 0.00 USD | 0.00 | 37.48 USD | 09:24.49 | 02/10/2006 | 10:37:45 | 02/10/2006 | Asking |
| 892625 (0) | GBP/USD | Buy | 0.1000 1.7295 1.7332 | | 37.00 USD | 0.00 USD | 0.00 | 10.59.21 USD | 10:59.31 | 02/14/2006 | 11:45:11 | 02/14/2006 | Asking |
| 892689 (0) | GBP/USD | Sell | 0.1000 1.733 1.7309 | | 21.00 USD | -13.00 USD | 0.00 | 8.00 USD | 11:45.38 | 02/14/2006 | 08:52:21 | 03/10/2006 | Asking |
| 893206 (0) | GBP/USD | Sell | 0.1000 1.7242 1.7399 | | 133.00 USD | -12.50 USD | 0.00 | 120.50 USD | 08:43:32 | 02/15/2006 | 08:52:22 | 03/10/2006 | Asking |
| 907767 (0) | USD/CAD | Sell | 0.1000 1.1498 1.149 | 1.149 | -8.00 CAD | 0.00 USD | 0.00 | -8.96 USD | 20:28.28 | 03/07/2006 | 20:32:11 | 03/07/2006 | Asking |
| 910162 (0) | USD/JPY | Sell | 0.1000 118.7 118.86 | 118.82 | -1600.00 JPY | -1.36 USD | 0.00 | -14.77 USD | 08:53.57 | 03/10/2006 | 00:49:10 | 03/13/2006 | Asking |
| 910375 (0) | USD/JPY | Sell | 0.1000 119.07 118.86 | 118.86 | 2100.00 JPY | -1.30 USD | 0.00 | 16.37 USD | 09:41.28 | 03/10/2006 | 00:49:11 | 03/13/2006 | Asking |
| 910846 (0) | EUR/USD | Buy | 0.1000 1.1893 1.2047 | | -154.00 USD | 2.76 USD | 0.00 | -151.25 USD | 13:48.13 | 03/10/2006 | 04:30:13 | 04/03/2006 | Margin |
| 915653 (0) | USD/JPY | Buy | 0.1000 115.8 118.04 | | 2400.00 JPY | 0.00 USD | 0.00 | 20.88 USD | 08:51.03 | 03/17/2006 | 09:22:04 | 03/17/2006 | Asking |
| 915672 (0) | USD/JPY | Sell | 0.1000 115.59 116.04 | | 1100.00 JPY | 0.00 USD | 0.00 | 9.48 USD | 08:58.05 | 03/17/2006 | 08:22:04 | 03/17/2006 | Asking |
| 915683 (0) | USD/JPY | Buy | 0.1000 115.99 116.04 | | 500.00 JPY | 0.00 USD | 0.00 | 4.31 USD | 09:07:49 | 03/17/2006 | 08:22:05 | 03/17/2006 | Asking |
| 915737 (0) | USD/JPY | Sell | 0.1000 116.15 116.19 | | 400.00 JPY | 0.20 USD | 0.00 | 3.84 USD | 10:21.39 | 03/17/2006 | 20:00:11 | 03/19/2006 | Asking |
| 915739 (0) | USD/JPY | Buy | 0.1000 116.17 116.19 | 116.24 | 300.00 JPY | 0.25 USD | 0.00 | 2.78 USD | 10:23.40 | 03/17/2006 | 20:00:11 | 03/19/2006 | Asking |
| 915746 (0) | USD/JPY | Sell | 0.1000 116.19 116.19 | 116.24 | 1000.00 JPY | 0.20 USD | 0.00 | 8.60 USD | 10:39.45 | 03/17/2006 | 20:00:12 | 03/19/2006 | Asking |
| 916506 (0) | EUR/USD | Buy | 0.1000 1.2171 1.2047 | | 124.00 USD | 1.88 USD | 0.00 | 125.88 USD | 04:48.23 | 03/19/2006 | 04:30:16 | 04/03/2006 | Margin |
| 919655 (0) | GBP/USD | Sell | 0.1000 1.755 1.744 | | -110.00 USD | 0.36 USD | 0.00 | -110.00 USD | 17:39.40 | 03/19/2006 | 20:23:32 | 03/22/2006 | Asking |
| 919999 (0) | USD/JPY | Buy | 0.1000 115.71 115.86 | 115.89 | 1500.00 JPY | 0.00 USD | 0.00 | 12.94 USD | 08:53.39 | 03/20/2006 | 05:39:04 | 03/20/2006 | Asking |
| 919993 (0) | EUR/USD | Buy | 0.1000 1.1972 1.2047 | | 22.00 USD | 1.13 USD | 0.00 | -73.88 USD | 11:42.41 | 03/20/2006 | 14:23:42 | 04/03/2006 | Margin |
| 922010 (0) | EUR/USD | Buy | 0.1000 1.7365 1.7343 | | 22.00 USD | 0.00 USD | 0.00 | 22.00 USD | 02:57.46 | 03/23/2006 | 04:30:18 | 04/03/2006 | Asking |
| 922035 (0) | GBP/USD | Sell | 0.1000 1.3077 1.3077 | | -87.00 USD | 0.00 USD | 0.00 | -86.00 USD | 03:11.05 | 03/24/2006 | 04:30:31 | 04/03/2006 | Margin |
| 922032 (0) | USD/CHF | Sell | 0.1000 1.1986 1.2047 | | -61.00 USD | 1.60 USD | 0.00 | -80.00 USD | 03:13.60 | 03/24/2006 | 04:30:16 | 04/03/2006 | Margin |
| 922085 (0) | GBP/USD | Sell | 0.1000 1.7384 1.7374 | | 10.00 CHF | 1.50 USD | 0.00 | -4.45 USD | 23:19.55 | 03/28/2006 | 20:34:20 | 03/28/2006 | Asking |
| 924188 (0) | GBP/USD | Buy | 0.1000 1.7359 1.735 | | 27.00 USD | 0.00 USD | 0.00 | 27.00 USD | 07:18.46 | 03/29/2006 | 21:56:12 | 03/28/2006 | Asking |

WWW.MGFOREX.COM
212.835.0100 FAX 212.835.0101
NEW YORK, NY 10004



ONE BATTERY PARK PLAZA, 2ND FLOOR
NEW YORK, NY 10004
212.835.0100 FAX 212.835.010
WWW.MGFOREX.COM

* Please be advised that the Account status shown is as of this time when report was generated. For user-defined period status shown is for 3 PM of report end date.

** Please be advised that the Account status for ALL subaccounts reflects only customer's share of all orders/positions.

**MG FINANCIAL GROUP**

5/19/2010 2:04 PM

**SWI** swissinfo.ch

Banking & Fintech >

# Swiss banks implicated in trading cartel investigation



The European Commission has ended an investigation of five banks, including UBS and Credit Suisse, who colluded in a foreign exchange spot trading cartel.

December 2, 2021                                            ⏱ 2 minutes

AP/AFP/dos

The total fines announced on Thursday came to €344 million (CHF359 million), with British bank HSBC taking the biggest hit of €174 million.

UBS, Switzerland's biggest bank, escaped a potential fine of €94 million since it revealed the existence of the cartel, the Commission said. Credit Suisse, the only one of the five banks not to cooperate with the procedure, enjoyed no leniency and took a penalty of €83.3 million.

The Commission said foreign exchange traders from the banks "exchanged sensitive information and trading plans, and occasionally coordinated their trading strategies through an online professional chatroom called *Sterling Lads*". This enabled them to escape the inherent risks involved in currency trading. On occasion, one trader would even "stand down" in order not to interfere with the trading strategy of another.

## Collusive behaviour

"The collusive behaviour of the five banks undermined the integrity of the financial sector at the expense of the European economy and consumers," EU competition policy commissioner Margrethe Vestager said on Thursday. The fines "send a clear message that the Commission remains committed to ensure a sound and competitive financial sector".

Swiss banks, meanwhile, are also on the receiving end in other recent and upcoming cases. Credit Suisse, after a scandal-hit year, was fined $475 million (CH439 million) in October to resolve bribery and fraud charges relating to the "tuna bonds" corruption scandal in Mozambique.

UBS is expecting to learn this month the outcome of its appeal in Paris of a record €3.7 billion fine for having solicited French tax evaders over a number of years and laundered the proceeds of the tax dodgers. The verdict is due on December 13.

 In compliance with the JTI standards

More: SWI swissinfo.ch certified by the Journalism Trust Initiative

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

https://www.wsj.com/articles/jeffrey-epstein-calendar-cia-director-goldman-sachs-noam-chomsky-c9f6a3ff

◆ WSJ NEWS EXCLUSIVE | U.S.

# Epstein's Private Calendar Reveals Prominent Names, Including CIA Chief, Goldman's Top Lawyer

Already a WSJ subscriber? Sign in

## To continue reading, choose an option below

**Create Your Free Account**

Register now to read this article for free.

Register Now

or

Unlimited Access

## Subscribe to WSJ Today

Just $1/week for 1 year

✓ Unlimited access to world-class journalism
✓ Daily puzzles and crosswords
✓ Exclusive podcasts and newsletters

You can cancel any time.

Subscribe Now



Already a WSJ subscriber? Sign in

To continue reading, choose an option below



Create Your Free Account

Register now to read this article for free.

or

Unlimited Access

Subscribe to WSJ Tod

Just $1/week for 1 yea

✓ Unlimited access to world-class
✓ Daily puzzles and crosswords
✓ Exclusive podcasts and newslett

You can cancel any time

Register Now

Subscribe Now



◆ WSJ NEWS EXCLUSIVE

## JPMorgan's Ties to Jeffrey Epstein Were Deeper
## Bank Has Acknowledged

The bank has said it shut the convicted sex offender's accounts in 2013, but its bankers we
him years later, people familiar with the matter said.

PHOTO ILLUSTRATION: ALEXANDRA CITRIN-SAFADI/WSJ; PHOTOS: PALM BEACH SHERIFF'S OFFICE/ASSOCIATED PRESS, REUTERS

Case 23-845, Document 116, 09/01/2023, 3567761, Page132 of 135

719-930-7549 | info@themoneymasters.com

The Money Masters

Home    The Money Masters    FAQs    Interview Requests    Monetary Reform Act

Links    The Secret of Oz    Erratum

# Famous Quotations on Banking

## PRESIDENTS



"If the American people ever allow private banks to control the issue of their currency, first by inflation, then by deflation, the banks…will deprive the people of all property until their children wake-up homeless on the continent their fathers conquered…. The issuing power should be taken from the banks and restored to the people, to whom it properly belongs." – Thomas Jefferson in the debate over the Re-charter of the Bank Bill (1809)

Thomas Jefferson

"I believe that banking institutions are more dangerous to our liberties than standing armies." –Thomas Jefferson

"…The modern theory of the perpetuation of debt has drenched the earth with blood, and crushed its inhabitants under burdens ever accumulating." -Thomas Jefferson

"History records that the money changers have used every form of abuse, intrigue, deceit, and violent means possible to maintain their control over governments by controlling money and its issuance." -James Madison

"If congress has the right under the Constitution to issue paper money, it was given them to use themselves, not to be delegated to individuals or corporations." -Andrew Jackson

"The Government should create, issue, and circulate all the currency and credits needed to satisfy the spending power of the Government and the buying power of consumers. By the adoption of these principles, the taxpayers will be saved



James Madison

Case 23-845, Document 116, 09/01/2023, 3567761, Page133 of 135



immense sums of interest. Money will cease to be master and become the servant of humanity." -Abraham Lincoln

"Issue of currency should be lodged with the government and be protected from domination by Wall Street. We are opposed to...provisions [which] would place our currency and credit system in private hands." – Theodore Roosevelt

Abraham Lincoln

Despite these warnings, Woodrow Wilson signed the 1913 Federal Reserve Act. A few years later he wrote: "I am a most unhappy man. I have unwittingly ruined my country. A great industrial nation is controlled by its system of credit. Our system of credit is concentrated. The growth of the nation, therefore, and all our activities are in the hands of a few men. We have come to be one of the worst ruled, one of the most completely controlled and dominated Governments in the civilized world no longer a Government by free opinion, no longer a Government by conviction and the vote of the majority, but a Government by the opinion and duress of a small group of dominant men." -Woodrow Wilson



Woodrow Wilson

Years later, reflecting on the major banks' control in Washington, President Franklin Roosevelt paid this indirect praise to his distant predecessor President Andrew Jackson, who had "killed" the 2nd Bank of the US (an earlier type of the Federal Reserve System). After Jackson's administration the bankers' influence was gradually restored and increased, culminating in the passage of the Federal Reserve Act of 1913. Roosevelt knew this history.

The real truth of the matter is, as you and I know, that a financial element in the large centers has owned the government ever since the days of Andrew Jackson... -Franklin D. Roosevelt (in a letter to Colonel House, dated November 21, 1933)

POLITICIANS

"When a government is dependent upon bankers for money, they and not the leaders of the government control the situation, since the hand that gives is above the hand that takes... Money has no motherland; financiers are without patriotism and without decency; their sole object is gain." – Napoleon Bonaparte, Emperor of France, 1815

"The death of Lincoln was a disaster for Christendom. There was no man in the United States great enough to wear his boots and the bankers went anew to grab the riches. I fear that foreign bankers with their craftiness and tortuous tricks will entirely control the exuberant riches of America and use it to systematically corrupt civilization." Otto von Bismark (1815-1898), German Chancellor, after the Lincoln assassination

"Money plays the largest part in determining the course of history." Karl Marx writing in the Communist Manifesto (1848).

"That this House considers that the continued issue of all the means of exchange – be they coin, bank-notes or credit, largely passed on by cheques – by private firms as an interest-bearing debt against the public should cease forthwith; that the Sovereign power and duty of issuing money in

all forms should be returned to the Crown, then to be put into circulation free of all debt and interest obligations..." Captain Henry Kerby MP, in an Early Day Motion tabled in 1964.

"Banks lend by creating credit. They create the means of payment out of nothing." Ralph M Hawtry, former Secretary to the Treasury.

"... our whole monetary system is dishonest, as it is debt-based... We did not vote for it. It grew upon us gradually but markedly since 1971 when the commodity-based system was abandoned." The Earl of Caithness, in a speech to the House of Lords, 1997.

## BANKERS

"The bank hath benefit of interest on all moneys which it creates out of nothing." William Paterson, founder of the Bank of England in 1694, then a privately owned bank

"Let me issue and control a nation's money and I care not who writes the laws." Mayer Amschel Rothschild (1744-1812), founder of the House of Rothschild.

"The few who understand the system will either be so interested in its profits or be so dependent upon its favours that there will be no opposition from that class, while on the other hand, the great body of people, mentally incapable of comprehending the tremendous advantage that capital derives from the system, will bear its burdens without complaint, and perhaps without even suspecting that the system is inimical to their interests." The Rothschild brothers of London writing to associates in New York, 1863.

"I am afraid the ordinary citizen will not like to be told that the banks can and do create money. And they who control the credit of the nation direct the policy of Governments and hold in the hollow of their hand the destiny of the people." Reginald McKenna, as Chairman of the Midland Bank, addressing stockholders in 1924.

"The banks do create money. They have been doing it for a long time, but they didn't realise it, and they did not admit it. Very few did. You will find it in all sorts of documents, financial textbooks, etc. But in the intervening years, and we must be perfectly frank about these things, there has been a development of thought, until today I doubt very much whether you would get many prominent bankers to attempt to deny that banks create it." H W White, Chairman of the Associated Banks of New Zealand, to the New Zealand Monetary Commission, 1955.

## OTHERS

"Money is a new form of slavery, and distinguishable from the old simply by the fact that it is impersonal – that there is no human relation between master and slave." Leo Tolstoy, Russian writer.

"It is well enough that people of the nation do not understand our banking and money system, for if they did, I believe there would be a revolution before tomorrow morning." Henry Ford, founder of the Ford Motor Company.

*"The modern banking system manufactures money out of nothing. The process is, perhaps, the most astounding piece of sleight of hand that was ever invented. Banks can in fact inflate, mint and un-mint the modern ledger-entry currency." Major L L B Angus.*

*"The study of money, above all other fields in economics, is one in which complexity is used to disguise truth or to evade truth, not to reveal it. The process by which banks create money is so simple the mind is repelled. With something so important, a deeper mystery seems only decent." John Kenneth Galbraith (1908- ), former professor of economics at Harvard, writing in 'Money: Whence it came, where it went' (1975).*

*As Nicolas Trist – secretary to President Andrew Jackson – said about the incredibly powerful privately owned Second Bank of the United States, "Independently of its misdeeds, the mere power, – the bare existence of such a power, – is a thing irreconcilable with the nature and spirit of our institutions." (Schlesinger, The Age of Jackson, p.102)*

CONTACT INFORMATION

719-930-7549 info@themoneymasters.com

Copyright 2012 Avada | All Rights Reserved | Powered by WordPress | Theme Fusion