# 23-845

IN THE

# United States Court of Appeals

## FOR THE SECOND CIRCUIT

◆◆

Soheil Zaerpour,

*Plaintiff-Appellant,*

People of the United States of America,

*Plaintiff,*

—against—

Bank of America Corporation, Bank of America, N.A., Barclays Bank PLC, Barclays PLC, BNP Paribas Group, BNP Paribus USA, Inc., BNP Paribas S.A., BNP Paribas Securities Corp., Citigroup, Inc., Citibank N.A., Citigroup Global Markets Inc, Credit Suisse Group AG, Credit Suisse International, Credit Suisse Securities (USA) LLC, Deutsche

*(Caption continued on inside cover)*

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
CASE NO. 1:23-CV-00040-LTS

## APPELLEES' SUPPLEMENTAL APPENDIX

Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
(212) 848-7116

*Attorneys for Defendants-Appellees
Bank of America Corporation,
Bank of America, N.A., and
Merrill Lynch, Pierce, Fenner
& Smith Incorporated*

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
(212) 841-1097

*Attorneys for Defendants-Appellees
Citigroup Inc., Citibank, N.A., and
Citigroup Global Markets Inc.*

*(Counsel continued on inside cover)*

BANK AG, DEUTSCHE BANK SECURITIES INCORPORATED, THE GOLDMAN
SACHS GROUP INC., GOLDMAN, SACHS & CO. LLC, HSBC HOLDINGS PLC,
HSBC BANK PLC, HSBC NORTH AMERICA HOLDINGS, INC., HSBC BANK USA,
N.A., HSBC SECURITIES (USA) INC., J.P. MORGAN BANK & CO., J.P. MORGAN
CHASE BANK, N.A., J.P. MORGAN SECURITIES LLC, MERRILL LYNCH PIERCE
FENNER & SMITH, INC., MUFG BANK, LTD., MUFG SECURITIES AMERICAS
INC., MORGAN STANLEY, MORGAN STANLEY & CO., LLC, MORGAN STANLEY
& CO. INTERNATIONAL, PLC, NATWEST MARKETS SECURITIES INC., RBC
CAPITAL MARKETS, LLC, ROYAL BANK OF CANADA, ROYAL BANK OF
SCOTLAND PLC, SG AMERICAS SECURITIES LLC, SOCIETE GENERALE S.A.,
STANDARD CHARTERED BANK, STANDARD CHARTERED SECURITIES (NORTH
AMERICA) INC., UBS AG, UBS SECURITIES LLC,

*Defendants-Appellees*

———————————————

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

*Attorneys for Defendants-Appellees
Barclays Bank PLC, Barclays PLC,
and Barclays Capital Inc.*

ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 610-6300

*Attorneys for Defendants-Appellees
BNP Paribas (identified in the
Amended Complaint as "BNP
Paribas S.A." and "BNP Paribas
Group"), BNP Paribas USA, Inc.,
and BNP Paribas Securities Corp.*

CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, New York 10005
(212) 701-3435

*Attorneys for Defendants-Appellees
Credit Suisse Group AG, Credit
Suisse International, and Credit
Suisse Securities (USA) LLC*

KING & SPALDING LLP
1700 Pennsylvania Ave., NW,
Suite 900
Washington, DC 20006
(202) 626-2992

*Attorneys for Defendants-Appellees
Deutsche Bank AG and Deutsche
Bank Securities Inc.*

CLEARY GOTTLIEB STEEN
& HAMILTON LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2085

*Attorneys for Defendants-Appellees
The Goldman Sachs Group, Inc. and
Goldman Sachs & Co. LLC*

LOCKE LORD LLP
111 South Wacker Drive, Suite 4100
Chicago, Illinois 60606
(312) 443-0472

2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
(214) 740-8614

*Attorneys for Defendant-Appellee
HSBC Bank USA, N.A.*

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
One Manhattan West
New York, New York 10001
(212) 735-3834

*Attorneys for Defendants-Appellees
JPMorgan Chase & Co., JPMorgan
Chase Bank, N.A., and J.P. Morgan
Securities LLC*

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
2001 K Street, NW
Washington, DC 20006
(202) 223-7300

*Attorneys for Defendants-Appellees
MUFG Bank, Ltd. and MUFG
Securities Americas Inc.*

WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
(212) 403-1388

*Attorneys for Defendants-Appellees
Morgan Stanley, Morgan Stanley
& Co., LLC, and Morgan Stanley
& Co. International plc*

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4292

*Attorneys for Defendants-Appellees
NatWest Markets Securities Inc.
and the Royal Bank of Scotland PLC
(n/k/a NatWest Markets Plc)*

MOORE AND VAN ALLEN PLLC
100 N. Tryon Street, Suite 4700
Charlotte, North Carolina 28202
(704) 331-3602

*Attorneys for Defendants-Appellees
Royal Bank of Canada and
RBC Capital Markets, LLC*

LINKLATERS LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 903-9000

601 13th St. NW, Suite 400
Washington, DC 20005
(202) 654-9200

*Attorneys for Defendants-Appellees
Société Générale (identified in the
Amended Complaint as "Societe
Generale S.A.") and SG Americas
Securities LLC*

HERBERT SMITH FREEHILLS
NEW YORK LLP
450 Lexington Avenue
New York, New York 10017
(917) 542-7600

*Attorneys for Defendants-Appellees
Standard Chartered Bank and
Standard Chartered Securities
(North America), LLC (formerly
Standard Chartered Securities
(North America), Inc.)*

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
(212) 351-2301

*Attorneys for Defendants-Appellees
UBS AG and UBS Securities LLC\**

---

\* Although Appellant also named UBS Group AG in his appeal forms, that entity is not listed as a defendant on the district court docket or on appeal.

# TABLE OF CONTENTS

Docket Sheet for S.D.N.Y. Case No. 21-cv-9680 ("*Zaerpour II*") ............... ASA-1

Docket Sheet for S.D.N.Y. Case No. 22-cv-7232 ("*Zaerpour III*") .............. ASA-9

Docket Sheet for S.D.N.Y. Case No. 23-cv-40 ("*Zaerpour IV*") ................ ASA-13

*Zaerpour II* – Complaint (ECF 1) (Nov. 19, 2021) ...................................... ASA-17

*Zaerpour II* – Declaration of Soheil Zaerpour (ECF 50) (Jan. 4, 2022) ....... ASA-33

*Zaerpour II* - Declaration of Andrew A. Ruffino in Support of Motion to Dismiss (ECF 54) (Feb. 10, 2022) ...................................................................... ASA-113

    Ex. 1 – Complaint in *Zaerpour v. Federal Bureau of Investigation*, D.N.J. Civil Action No. 13-6073 ("*Zaerpour I*") (Oct. 8, 2013) .......................... ASA-115

    Ex. 2 – Soheil Zaerpour, "Warning: You Are About to Enter the 4th Dimension of Your Life (A conspiracy that has been mathematically demonstrated)," PRWeb (Nov. 14, 2006) .................................................................. ASA-123

    Ex. 3 – *Zaerpour I* – Magistrate Judge Report & Recommendation (July 23, 2014) ............................................................................................. ASA-133

    Ex. 4 – *Zaerpour I* – Letter Order Granting Motion to Dismiss (Aug. 11, 2014) ..................................................................................................... ASA-139

*Zaerpour II* – Opinion and Order Granting Motion to Dismiss (ECF 63) (Aug. 8, 2022) ................................................................................................... ASA-141

*Zaerpour II* – Judgment (ECF 66) (Aug. 11, 2022) .................................. ASA-148

*Zaerpour III* – Complaint (ECF 1) (Aug. 23, 2022) .................................. ASA-149

*Zaerpour III* – Order Denying IFP Application (ECF 7) (Oct. 24, 2022) .. ASA-164

*Zaerpour III* – Order of Dismissal (ECF 10) (Dec. 21, 2022) ................... ASA-165

*Zaerpour III* – Civil Judgment (ECF 11) (Dec. 21, 2022) ......................... ASA-166

*Zaerpour IV* – Complaint (ECF 2) (Jan. 3, 2023) ...................................... ASA-167

*Zaerpour IV* – Order Denying IFP Application (ECF 5) (Jan. 5, 2023) ..... ASA-183

*Zaerpour IV* – Order to Amend (ECF 6) (Feb. 8, 2023) ............................ ASA-184

*Zaerpour IV* – Amended Complaint (ECF 7) (Feb. 24, 2023) ................... ASA-198

*Zaerpour IV* – Soheil Zaerpour's Letter to the Court re: Order to Amend (ECF 8) (Feb. 24, 2023) ....................................................................... ASA-210

*Zaerpour IV* – Order of Dismissal (ECF 9) (May 3, 2023) ........................ ASA-213

*Zaerpour IV* – Civil Judgment (ECF 10) (May 3, 2023) ............................ ASA-218

*Zaerpour IV* – Notice of Appeal (ECF 12) (May 26, 2023) ....................... ASA-219

# ASA-1

Query    Reports    Utilities    Help    Log Out

CLOSED,CASREF,ECF,PRO-SE

## U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:21-cv-09680-JPC-JLC

Zaerpour v. JP Morgan Chase Bank et al                    Date Filed: 11/19/2021
Assigned to: Judge John P. Cronan                         Date Terminated: 08/11/2022
Referred to: Magistrate Judge James L. Cott               Jury Demand: Plaintiff
Cause: 28:1331sv Fed. Question: Securities Violation       Nature of Suit: 890 Other Statutory Actions
                                                          Jurisdiction: Federal Question

**Plaintiff**

**Soheil Zaerpour**                         represented by   **Soheil Zaerpour**
                                                            16 Thornton Pl.
                                                            Apt. C
                                                            Clifton, NJ 07012-3360
                                                            Email: soheil.zaerpour@njwg.cap.gov
                                                            PRO SE

V.

**Defendant**

**JP Morgan Chase Bank**                    represented by   **Boris Bershteyn**
                                                            Skadden, Arps, Slate, Meagher & Flom LLP
                                                            One Manhattan West
                                                            New York, NY 10001-8602
                                                            212-735-3834
                                                            Email: boris.bershteyn@skadden.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Bank of America**                         represented by   **Adam Selim Hakki**
                                                            Shearman & Sterling LLP (NY)
                                                            599 Lexington Avenue
                                                            New York, NY 10022
                                                            (212)-848-4924
                                                            Fax: (646)-848-4924
                                                            Email: ahakki@shearman.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Jeffrey Jason Resetarits**
                                                            Shearman & Sterling LLP (NY)
                                                            599 Lexington Avenue
                                                            New York, NY 10022
                                                            (212)-848-7116
                                                            Fax: (646)-848-7116
                                                            Email: jeffrey.resetarits@shearman.com
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Richard Franklin Schwed**
                                                            Shearman & Sterling LLP (NY)
                                                            599 Lexington Avenue
                                                            New York, NY 10022
                                                            212-848-5445
                                                            Fax: 646-848-5445
                                                            Email: rschwed@shearman.com
                                                            *ATTORNEY TO BE NOTICED*

# ASA-2

**Defendant**

**UBS**                                          represented by **Eric Jonathan Stock**
                                                 Gibson, Dunn & Crutcher, LLP (NY)
                                                 200 Park Avenue
                                                 New York, NY 10166
                                                 212-351-2346
                                                 Fax: 212-351-6345
                                                 Email: estock@gibsondunn.com
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Credit-Suisse**

**Defendant**

**Citibank**                                     represented by **Andrew Arthur Ruffino**
                                                 Covington & Burling LLP (NYC)
                                                 620 Eighth Avenue
                                                 New York, NY 10018-1405
                                                 212-841-1000
                                                 Fax: 212-841-1010
                                                 Email: aruffino@cov.com
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**HSBC**                                         represented by **Gregory Thomas Casamento**
                                                 Locke Lord LLP (NYC)
                                                 3 World Financial Center
                                                 200 Vesey Street, 20th Floor
                                                 New York, NY 10001
                                                 (212) 415-8600
                                                 Fax: (212) 303-2754
                                                 Email: gcasamento@lockelord.com
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Goldman Sachs**                                represented by **Rishi Nachiketa Zutshi**
                                                 Cleary Gottlieb Steen & Hamilton LLP (NYC)
                                                 One Liberty Plaza
                                                 New York, NY 10006
                                                 (212)-225-2085
                                                 Fax: (212)-225-3999
                                                 Email: rzutshi@cgsh.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Daniel Christian Montgomery**
                                                 Cleary Gottlieb Steen & Hamilton LLP (NYC)
                                                 One Liberty Plaza
                                                 New York, NY 10006
                                                 (212)-225-2355
                                                 Email: dmontgomery@cgsh.com
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Deutsche Bank**                                represented by **George Patrick Montgomery**
                                                 King & Spalding LLP (DC)
                                                 1700 Pennsylvania Avenue, N.W.
                                                 Washington, DC 20006-4706
                                                 202-737-0500
                                                 Fax: 202-626-3737
                                                 Email: pmontgomery@kslaw.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

# ASA-3

Nicole M. Pereira
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
212-556-2100
Email: npereira@kslaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Royal Bank of Scotland**                represented by  **Paul Steel Mishkin**
Davis Polk & Wardwell LLP (NYC)
450 Lexington Avenue
New York, NY 10017
(212)-450-4292
Fax: (212)-450-3292
Email: paul.mishkin@dpw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Gabor Mehes**
Davis Polk & Wardwell LLP (NYC)
450 Lexington Avenue
New York, NY 10017
(212) 450-4398
Fax: (212) 450-5575
Email: amehes@tesla.com
*TERMINATED: 08/09/2022*

**John Michael Briggs**
U.S. Department of Justice
450 Fifth Street, NW
Suite 8700
Washington, DC 20530
202-676-6131
Email: john.briggs@usdoj.gov
*TERMINATED: 05/12/2022*

**Defendant**

**Credit Suisse Securities (USA) LLC**     represented by  **David George Januszewski**
Cahill Gordon & Reindel LLP
Cahill Gordon & Reindel LLP
32 Old Slip
10005
New York, NY 10005
212-701-3352
Email: djanuszewski@cahill.com
*ATTORNEY TO BE NOTICED*

**Elai Katz**
Cahill Gordon & Reindel LLP
Cahill Gordon & Reindel LLP
32 Old Slip
10005
New York, NY 10005
212-701-3039
Email: ekatz@mwe.com
*ATTORNEY TO BE NOTICED*

**Herbert Scott Washer**
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005
212-701-3435
Email: hwasher@cahill.com
*ATTORNEY TO BE NOTICED*

# ASA-4

**Jason Michael Hall**
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005
212-701-3154
Email: jhall@cahill.com
*ATTORNEY TO BE NOTICED*

**Miles Wiley**
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005
212-701-3395
Email: mwiley@cahill.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/19/2021 | 1 | COMPLAINT against Bank of America, Citibank, Credit-Suisse, Deutsche Bank, Goldman Sachs, HSBC, JP Morgan Chase Bank, Royal Bank of Scotland, UBS. Document filed by Soheil Zaerpour. (Attachments: # 1 Civil Cover Sheet) (sac) (Entered: 11/22/2021) |
| 11/19/2021 | | Case Designated ECF. (sac) (Entered: 11/22/2021) |
| 11/29/2021 | | NOTICE OF CASE REASSIGNMENT - SUA SPONTE to Judge Laura Taylor Swain. Judge Unassigned is no longer assigned to the case..(wb) (Entered: 11/29/2021) |
| 11/30/2021 | 2 | MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING, re: for Permission for Soheil Zaerpour to participate in electronic case filing in this case. Document filed by Soheil Zaerpour.(sc) (Entered: 11/30/2021) |
| 11/30/2021 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to JP Morgan Chase, Bank of America, UBS, Credit-Suisse, Citibank, HSBC, Goldman Sachs and Deutsche Bank, re: 1 Complaint. Document filed by Soheil Zaerpour. (sc) (Entered: 11/30/2021) |
| 11/30/2021 | | Transmission to Pro Se Assistants. Transmitted re: 3 Request for Issuance of Summons, to the Pro Se Assistants for processing. (sc) (Entered: 11/30/2021) |
| 12/01/2021 | | Pro Se Payment of Fee Processed: Check $402.00 processed by the Finance Department on 12/1/2021, Receipt Number 465401289928. (jcf) (Entered: 12/01/2021) |
| 12/01/2021 | 4 | SUMMONS ISSUED as to JP Morgan Chase Bank. (aan) (Entered: 12/01/2021) |
| 12/01/2021 | 5 | SUMMONS ISSUED as to Bank of America. (aan) (Entered: 12/01/2021) |
| 12/01/2021 | 6 | SUMMONS ISSUED as to UBS. (aan) (Entered: 12/01/2021) |
| 12/01/2021 | 7 | SUMMONS ISSUED as to Credit-Suisse. (aan) (Entered: 12/01/2021) |
| 12/01/2021 | 8 | SUMMONS ISSUED as to Citibank. (aan) (Entered: 12/01/2021) |
| 12/01/2021 | 9 | SUMMONS ISSUED as to HSBC. (aan) (Entered: 12/01/2021) |
| 12/01/2021 | 10 | SUMMONS ISSUED as to Goldman Sachs. (aan) (Entered: 12/01/2021) |
| 12/01/2021 | 11 | SUMMONS ISSUED as to Deutsche Bank. (aan) (Entered: 12/01/2021) |
| 12/01/2021 | 12 | SUMMONS ISSUED as to Royal Bank of Scotland. (aan) (Entered: 12/01/2021) |
| 12/01/2021 | | Mailed a copy of 10 Summons Issued, 9 Summons Issued, 12 Summons Issued, 7 Summons Issued, 11 Summons Issued, 8 Summons Issued, 6 Summons Issued, 5 Summons Issued, 4 Summons Issued to Soheil Zaerpour 16 Thornton Pl. Apt. C Clifton, NJ 07012-3360. (aan) (Entered: 12/01/2021) |
| 12/01/2021 | 13 | MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING, re: for Permission for Soheil Zaerpour to participate in electronic case filing in this case. Document filed by Soheil Zaerpour.(sc) (Entered: 12/01/2021) |
| 12/01/2021 | 14 | PRO SE CONSENT TO RECEIVE ELECTRONIC SERVICE. The following party: Soheil Zaerpour consents to receive electronic service via the ECF system. Document filed by Soheil Zaerpour.(sc) (Entered: 12/01/2021) |
| 12/02/2021 | | Pro Se Payment of Fee Processed: Check $402.00 processed by the Finance Department on 12/01/2021, Receipt Number 465401289928. (jcf) (Entered: 12/02/2021) |

# ASA-5

| 12/08/2021 | | NOTICE OF CASE REASSIGNMENT to Judge Gregory H. Woods. Judge Laura Taylor Swain is no longer assigned to the case. (aea) (Entered: 12/08/2021) |
|---|---|---|
| 12/08/2021 | | Magistrate Judge James L. Cott is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. (aea) (Entered: 12/08/2021) |
| 12/08/2021 | 16 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) and Dispositive Motion (i.e., motion requiring a Report and Recommendation) and All such motions. Referred to Magistrate Judge James L. Cott. (Signed by Judge Gregory H. Woods on 12/8/2021) (rro) (Entered: 12/08/2021) |
| 12/08/2021 | 17 | ORDER denying without prejudice 2 Motion for Permission for Electronic Case Filing; denying without prejudice 13 Motion for Permission for Electronic Case Filing. Plaintiff Soheil Zaerpour brings this pro se action for which the filing fee has been paid. Plaintiff submitted two motions for permission for electronic case filing. In response to questions about when Plaintiff "completed the Courts CM/ECF introduction course," Plaintiff wrote in both motions: "Reviewed ECF instructions online." ECF No. 2, 13 2. Because Plaintiffs responsesdo not establish that he has completed the Courts required CM/ECF introduction course, hisrequest for permission for electronic case filing is denied without prejudice to renewal at a later date.The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would notbe taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal.See Coppedge v. United States, 369 U.S. 438, 44445 (1962).Plaintiff consents to electronic service. ECF 14. The Clerk of Court is directed toterminate the motions pending at Dkt. Nos. 2, 13.. (Signed by Judge Gregory H. Woods on 12/8/2021) (rro) (Entered: 12/08/2021) |
| 12/13/2021 | 18 | CERTIFICATE OF SERVICE of Summons and Complaint. Bank of America, served on 12/6/2021, answer due 12/27/2021; Citibank, served on 12/6/2021, answer due 12/27/2021; Credit-Suisse, served on 12/6/2021, answer due 12/27/2021; Deutsche Bank, served on 12/6/2021, answer due 12/27/2021; Goldman Sachs, served on 12/6/2021, answer due 12/27/2021; HSBC, served on 12/6/2021, answer due 12/27/2021; JP Morgan Chase Bank, served on 12/6/2021, answer due 12/27/2021; Royal Bank of Scotland, served on 12/6/2021, answer due 12/27/2021; UBS, served on 12/6/2021, answer due 12/27/2021. Service was made by Cert. Mail. Document filed by Soheil Zaerpour.(sc) Modified on 12/15/2021 (sc). (Entered: 12/15/2021) |
| 12/17/2021 | 19 | NOTICE OF APPEARANCE by Andrew Arthur Ruffino on behalf of Citibank..(Ruffino, Andrew) (Entered: 12/17/2021) |
| 12/17/2021 | 20 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Other Affiliate CitiGroup Inc., Other Affiliate Citicorp for Citibank. Document filed by Citibank..(Ruffino, Andrew) (Entered: 12/17/2021) |
| 12/17/2021 | 21 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 13-cv-07789 (LGS) and 17-cv-03139 (LGS)(SDA). Document filed by Citibank..(Ruffino, Andrew) (Entered: 12/17/2021) |
| 12/23/2021 | 22 | NOTICE OF APPEARANCE by Gregory Thomas Casamento on behalf of HSBC..(Casamento, Gregory) (Entered: 12/23/2021) |
| 12/23/2021 | 23 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent HSBC Holdings plc for HSBC. Document filed by HSBC..(Casamento, Gregory) (Entered: 12/23/2021) |
| 12/23/2021 | 24 | NOTICE OF APPEARANCE by Boris Bershteyn on behalf of JP Morgan Chase Bank..(Bershteyn, Boris) (Entered: 12/23/2021) |
| 12/23/2021 | 25 | NOTICE OF APPEARANCE by Adam Selim Hakki on behalf of Bank of America..(Hakki, Adam) (Entered: 12/23/2021) |
| 12/23/2021 | 26 | NOTICE OF APPEARANCE by Jeffrey Jason Resetarits on behalf of Bank of America..(Resetarits, Jeffrey) (Entered: 12/23/2021) |
| 12/23/2021 | 27 | NOTICE OF APPEARANCE by Richard Franklin Schwed on behalf of Bank of America..(Schwed, Richard) (Entered: 12/23/2021) |
| 12/23/2021 | 28 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent JPMorgan Chase & Co., Other Affiliate The Vanguard Group, Inc. for JP Morgan Chase Bank. Document filed by JP Morgan Chase Bank..(Bershteyn, Boris) (Entered: 12/23/2021) |
| 12/23/2021 | 29 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent BAC North America Holding Company, Corporate Parent Bank of America Corporation, Corporate Parent NB Holdings Corporation, Other Affiliate Berkshire Hathaway Inc. for Bank of America. Document filed by Bank of America..(Resetarits, Jeffrey) (Entered: 12/23/2021) |
| 12/23/2021 | 30 | NOTICE OF APPEARANCE by Herbert Scott Washer on behalf of Credit Suisse Securities (USA) LLC..(Washer, |

# ASA-6

| | | Herbert) (Entered: 12/23/2021) |
|---|---|---|
| 12/23/2021 | 31 | NOTICE OF APPEARANCE by David George Januszewski on behalf of Credit Suisse Securities (USA) LLC.. (Januszewski, David) (Entered: 12/23/2021) |
| 12/23/2021 | 32 | NOTICE OF APPEARANCE by Jason Michael Hall on behalf of Credit Suisse Securities (USA) LLC..(Hall, Jason) (Entered: 12/23/2021) |
| 12/23/2021 | 33 | NOTICE OF APPEARANCE by Elai E. Katz on behalf of Credit Suisse Securities (USA) LLC..(Katz, Elai) (Entered: 12/23/2021) |
| 12/23/2021 | 34 | NOTICE OF APPEARANCE by Miles Wiley on behalf of Credit Suisse Securities (USA) LLC..(Wiley, Miles) (Entered: 12/23/2021) |
| 12/23/2021 | 35 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Credit Suisse Group AG for Credit Suisse Securities (USA) LLC. Document filed by Credit Suisse Securities (USA) LLC..(Januszewski, David) (Entered: 12/23/2021) |
| 12/23/2021 | 36 | NOTICE OF APPEARANCE by Paul Steel Mishkin on behalf of Royal Bank of Scotland..(Mishkin, Paul) (Entered: 12/23/2021) |
| 12/23/2021 | 37 | NOTICE OF APPEARANCE by Adam Gabor Mehes on behalf of Royal Bank of Scotland..(Mehes, Adam) (Entered: 12/23/2021) |
| 12/23/2021 | 38 | NOTICE OF APPEARANCE by John Michael Briggs on behalf of Royal Bank of Scotland..(Briggs, John) (Entered: 12/23/2021) |
| 12/23/2021 | 39 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent NatWest Group plc for Royal Bank of Scotland. Document filed by Royal Bank of Scotland..(Mishkin, Paul) (Entered: 12/23/2021) |
| 12/23/2021 | 40 | NOTICE OF APPEARANCE by Rishi Nachiketa Zutshi on behalf of Goldman Sachs..(Zutshi, Rishi) (Entered: 12/23/2021) |
| 12/23/2021 | 41 | NOTICE OF APPEARANCE by Daniel Christian Montgomery on behalf of Goldman Sachs..(Montgomery, Daniel) (Entered: 12/23/2021) |
| 12/23/2021 | 42 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent The Goldman Sachs Group, Inc. for Goldman Sachs. Document filed by Goldman Sachs..(Zutshi, Rishi) (Entered: 12/23/2021) |
| 12/23/2021 | 43 | NOTICE OF APPEARANCE by Eric Jonathan Stock on behalf of UBS..(Stock, Eric) (Entered: 12/23/2021) |
| 12/23/2021 | 44 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent UBS AG, Corporate Parent UBS Group AG, Corporate Parent UBS Americas Holding LLC, Corporate Parent UBS Americas Inc. for UBS. Document filed by UBS..(Stock, Eric) (Entered: 12/23/2021) |
| 12/23/2021 | 45 | NOTICE OF APPEARANCE by Nicole M. Pereira on behalf of Deutsche Bank..(Pereira, Nicole) (Entered: 12/23/2021) |
| 12/23/2021 | 46 | MOTION for G. Patrick Montgomery to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-25508296. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Deutsche Bank. (Attachments: # 1 Affidavit in Support with Certificates of Good Standing, # 2 Proposed Order). (Montgomery, George) (Entered: 12/23/2021) |
| 12/23/2021 | 47 | LETTER MOTION for Extension of Time *to Respond to the Complaint* addressed to Magistrate Judge James L. Cott from Counsel for Defendants dated December 23, 2022. Document filed by Bank of America, Citibank, Credit Suisse Securities (USA) LLC, Credit-Suisse, Deutsche Bank, Goldman Sachs, HSBC, JP Morgan Chase Bank, Royal Bank of Scotland, UBS..(Ruffino, Andrew) (Entered: 12/23/2021) |
| 12/23/2021 | 48 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Deutsche Bank.. (Montgomery, George) (Entered: 12/23/2021) |
| 12/24/2021 | 49 | ORDER granting 47 Letter Motion for Extension of Time. The time to move, answer, or otherwise respond to the complaint is extended to February 10, 2022. (HEREBY ORDERED by Magistrate Judge James L. Cott)(Text Only Order) (Cott, James) (Entered: 12/24/2021) |
| 12/27/2021 | | NOTICE OF CASE REASSIGNMENT to Judge John P. Cronan. Judge Gregory H. Woods is no longer assigned to the case. (aea) (Entered: 12/27/2021) |
| 12/27/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 46 MOTION for G. Patrick Montgomery to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-25508296. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (aea)** (Entered: 12/27/2021) |

## ASA-7

| | | |
|---|---|---|
| 01/04/2022 | 50 | DECLARATION(Response), re: 21 Statement of Relatedness. Document filed by Soheil Zaerpour. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(sc) (Entered: 01/04/2022) |
| 01/27/2022 | 51 | ORDER granting 46 Motion for G. Patrick Montgomery to Appear Pro Hac Vice. Application granted. (HEREBY ORDERED by Magistrate Judge James L. Cott)(Text Only Order) (Cott, James) (Entered: 01/27/2022) |
| 02/10/2022 | 52 | JOINT MOTION to Dismiss *Complaint*. Document filed by Bank of America, Citibank, Credit Suisse Securities (USA) LLC, Deutsche Bank, Goldman Sachs, HSBC, JP Morgan Chase Bank, Royal Bank of Scotland, UBS.. (Ruffino, Andrew) (Entered: 02/10/2022) |
| 02/10/2022 | 53 | MEMORANDUM OF LAW in Support re: 52 JOINT MOTION to Dismiss *Complaint*. . Document filed by Bank of America, Citibank, Credit Suisse Securities (USA) LLC, Deutsche Bank, Goldman Sachs, HSBC, JP Morgan Chase Bank, Royal Bank of Scotland, UBS..(Ruffino, Andrew) (Entered: 02/10/2022) |
| 02/10/2022 | 54 | DECLARATION of Andrew A. Ruffino in Support re: 52 JOINT MOTION to Dismiss *Complaint*.. Document filed by Citibank. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4).(Ruffino, Andrew) (Entered: 02/10/2022) |
| 02/10/2022 | 55 | DECLARATION of Richard G. McCarty in Support re: 52 JOINT MOTION to Dismiss *Complaint*.. Document filed by Royal Bank of Scotland..(Mishkin, Paul) (Entered: 02/10/2022) |
| 02/11/2022 | 56 | MEMO ENDORSEMENT with respect to 52 Motion to Dismiss. ENDORSEMENT: The request is granted. Plaintiff shall oppose by March 3, 2022 and Defendants shall reply, if at all, by March 17, 2022. SO ORDERED.. (Signed by Judge John P. Cronan on 2/11/2022) (kv) (Entered: 02/11/2022) |
| 02/11/2022 | | Set/Reset Deadlines: Responses due by 3/3/2022 Replies due by 3/17/2022. (kv) (Entered: 02/11/2022) |
| 02/16/2022 | 57 | PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, re: 52 JOINT MOTION to Dismiss *Complaint*.. Document filed by Soheil Zaerpour. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(sc) (Entered: 02/17/2022) |
| 03/17/2022 | 58 | REPLY MEMORANDUM OF LAW in Support re: 52 JOINT MOTION to Dismiss *Complaint*. . Document filed by Bank of America, Citibank, Credit Suisse Securities (USA) LLC, Credit-Suisse, Deutsche Bank, Goldman Sachs, HSBC, JP Morgan Chase Bank, Royal Bank of Scotland, UBS..(Ruffino, Andrew) (Entered: 03/17/2022) |
| 04/11/2022 | 59 | ORDER PARTIALLY WITHDRAWING REFERENCE TO MAGISTRATE JUDGE: On December 8, 2021, the Court referred this case to Magistrate Judge James L. Cott for general pretrial supervision (including scheduling, discovery, non-dispositive pretrial motions, and settlement) and dispositive motions (i.e., motion requiring a Report and Recommendation). See Dkt. 16. It is ordered that the reference to Judge Cott for dispositive motions is withdrawn. The reference to Judge Cott for general pretrial supervision remains in place. SO ORDERED. (Signed by Judge John P. Cronan on 4/11/2022) (ks) (Entered: 04/11/2022) |
| 04/11/2022 | | CASE REFERRED to Magistrate Judge for General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement). Referred to Magistrate Judge Magistrate Judge James L. Cott. (lb) (Entered: 05/12/2022) |
| 05/11/2022 | 60 | MOTION for John M. Briggs to Withdraw as Attorney . Document filed by Royal Bank of Scotland..(Briggs, John) (Entered: 05/11/2022) |
| 05/12/2022 | 61 | MEMO ENDORSEMENT granting 60 MOTION for John M. Briggs to Withdraw as Attorney. ENDORSEMENT: The request is granted; the Clerk of Court is respectfully directed to terminate Mr. Briggs as counsel in this action. SO ORDERED. Attorney John Michael Briggs terminated. (Signed by Judge John P. Cronan on 5/12/2022) (jca) (Entered: 05/12/2022) |
| 07/20/2022 | 62 | MOTION for Adam Mehes to Withdraw as Attorney . Document filed by Royal Bank of Scotland..(Mishkin, Paul) (Entered: 07/20/2022) |
| 08/08/2022 | 63 | OPINION AND ORDER re: 52 JOINT MOTION to Dismiss *Complaint*. filed by Royal Bank of Scotland, Bank of America, UBS, Credit Suisse Securities (USA) LLC, JP Morgan Chase Bank, Goldman Sachs, Citibank, HSBC, Deutsche Bank. For the foregoing reasons, the Complaint is dismissed without prejudice. The Court does not reach Defendants' remaining arguments for dismissal. The Clerk of Court is respectfully directed to close the motion pending at Docket Number 52, to close this case, and to enter judgment. SO ORDERED. (Signed by Judge John P. Cronan on 8/8/2022) (jca) Transmission to Orders and Judgments Clerk for processing. (Entered: 08/08/2022) |
| 08/09/2022 | 64 | NOTICE OF MOTION, re: for Reconsideration of re; 63 Memorandum & Opinion. Document filed by Soheil Zaerpour. (Attachments: # 1 Exhibit 1)(sc) (Entered: 08/09/2022) |
| 08/09/2022 | 65 | MEMO ENDORSEMENT granting 62 MOTION for Adam Mehes to Withdraw as Attorney. ENDORSEMENT: This request is granted. The Clerk of Court is respectfully directed to terminate Adam Mehes as attorney of record in this case. SO ORDERED. Attorney Adam Gabor Mehes terminated. (Signed by Judge John P. Cronan on 8/8/2022) (jca) (Entered: 08/09/2022) |

# ASA-8

10/3/23, 10:31 AM                                       SDNY CM/ECF NextGen Version 1.7

| 08/11/2022 | 66 | CLERK'S JUDGMENT re: 63 Memorandum & Opinion in favor of Bank of America, Citibank, Credit Suisse Securities (USA) LLC, Credit-Suisse, Deutsche Bank, Goldman Sachs, HSBC, JP Morgan Chase Bank, Royal Bank of Scotland, UBS against Soheil Zaerpour. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated August 8, 2022, the complaint is dismissed without prejudice. The Court does not reach Defendants' remaining arguments for dismissal; accordingly, the case is closed. (Signed by Clerk of Court Ruby Krajick on 8/11/2022) (Attachments: # 1 Right to Appeal) (km) (Entered: 08/11/2022) |
|---|---|---|
| 08/18/2022 | 67 | ORDER re: 64 MOTION for Reconsideration re; 63 Memorandum & Opinion,,. filed by Soheil Zaerpour. On August 8, 2022, Plaintiff filed a motion for reconsideration, Dkt. 64, of this Court's Opinion and Order dismissing the Complaint without prejudice, Dkt. 63. "Reconsideration of a court's previous order is an extraordinary remedy to be employed sparingly in the interests of finality and conservation of scarce judicial resources." Levitant v. Workers Comp. Bd. of N.Y., No. 16 Civ. 6990 (ER), 2019 WL 5853438, at *1 (S.D.N.Y. Nov. 8, 2019) (internal quotation marks omitted). "The standard for granting such a motion is strict, and reconsideration will generally be denied unless the moving party can point to controlling decisions or data that the court overlookedmatters, in other words, that might reasonably be expected to alter the conclusion reached by the court." Shrader v. CSX Transp., Inc., 70 F.3d 255, 257 (2d Cir. 1995). Plaintiff has not identified any controlling decisions or data that the Court overlooked in its August 8, 2022, Opinion and Order. Because Plaintiff has not met the high standard for reconsideration, his motion is denied. SO ORDERED. (Signed by Judge John P. Cronan on 8/18/2022) (kv) (Entered: 08/18/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/03/2023 10:31:18 | | | |
| PACER Login: | cb091600 | Client Code: | 030503.00069.07393 |
| Description: | Docket Report | Search Criteria: | 1:21-cv-09680-JPC-JLC |
| Billable Pages: | 9 | Cost: | 0.90 |

# ASA-9

**Query**   **Reports**   **Utilities**   **Help**   **Log Out**

CLOSED,ECF,PRO-SE,SUA-SPONTE

### U.S. District Court
### Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:22-cv-07232-LTS

| | |
|---|---|
| Zaerpour v. UBS Group AG et al | Date Filed: 08/23/2022 |
| Assigned to: Judge Laura Taylor Swain | Date Terminated: 12/21/2022 |
| Cause: 28:1331 Fed. Question | Jury Demand: Plaintiff |
| | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Soheil Zaerpour**                                    represented by   **Soheil Zaerpour**
*The People of the United States of America*                          16 Thornton Pl.
                                                                      Apt. C
                                                                      Clifton, NJ 07012-3360
                                                                      (862) 668-4036
                                                                      Email: soheil.zaerpour@njwg.cap.gov
                                                                      PRO SE

V.

**Defendant**

**UBS Group AG**

**Defendant**

**Bank of America Corporation**

**Defendant**

**Bank of America, N.A.**

**Defendant**

**Barclays Bank PLC**

**Defendant**

**Barclays Capital. Inc.**

**Defendant**

**BNP Paibas Group**

**Defendant**

**BNP Paribas USA, Inc.**

**Defendant**

**BNP Paribas S.A.**

**Defendant**

**BNP Paribas Securities Corp.**

**Defendant**

**Citigroup, Inc.**

**Defendant**

**Citibank, N.A.**

**Defendant**

**CitiGroup Global Market, Inc.**

# ASA-10

**Defendant**
**Credit Suisse Group AG**

**Defendant**
**Credit Suisse International**

**Defendant**
**Credit Suisse Securities (USA) LLC**

**Defendant**
**Deutsche Bank AG**

**Defendant**
**Deutsche Bank Securities Inc.**

**Defendant**
**The Goldman Sachs Group, Inc.**

**Defendant**
**Goldmand, Sachs & Co. LLC**

**Defendant**
**HSBC Holdings PLC**

**Defendant**
**HSBC Bank PLC**

**Defendant**
**HSBC North America Holdings Inc.**

**Defendant**
**HSBC Bank USA, N.A.**

**Defendant**
**HSBC Securities (USA) Inc.**

**Defendant**
**J.P. Morgan Chase & Co.**

**Defendant**
**J.P. Morgan Chase Bank, N.A.**

**Defendant**
**J.P. Morgan Securities LLC**

**Defendant**
**Merrill Lynch, Pierce, Fenner & Smith Inc.**

**Defendant**
**MUFG Bank, Ltd.**

**Defendant**
**MUFG SECURITIES AMERICAS INC.**

**Defendant**
**Morgan Stanley**

**Defendant**
**Morgan Stanley & Co. , LLC**

**Defendant**
**Morgan Stanley & Co. International plc**

# ASA-11

**Defendant**

**Natwest Markets Secuities Inc**

**Defendant**

**RBC Capital Markets LLC**

**Defendant**

**The Royal Bank of Canada**

**Defendant**

**Royal Bank of Scotland PLC**

**Defendant**

**SG Americas Secuties LLC**

**Defendant**

**Societe Generale S.A.**

**Defendant**

**Standard Chartered Bank**

**Defendant**

**Standard Chartered Securities (North America), Inc.**

**Defendant**

**UBS AG**

**Defendant**

**UBS Group AG**

**Defendant**

**UBS Securities LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/23/2022 | 1 | COMPLAINT against BNP Paibas Group, BNP Paribas S.A., BNP Paribas Securities Corp., BNP Paribas USA, Inc., Bank of America Corporation, Bank of America, N.A., Barclays Bank PLC, Barclays Capital. Inc., CitiGroup Global Market, Inc., Citibank, N.A., Citigroup, Inc., Credit Suisse Group AG, Credit Suisse International, Credit Suisse Securities (USA) LLC, UBS Group AG. Document filed by Soheil Zaerpour. (rdz) Modified on 9/6/2022 (sac). (Entered: 08/24/2022) |
| 08/23/2022 | | Case Designated ECF. (rdz) (Entered: 08/24/2022) |
| 08/23/2022 | 2 | PRO SE CONSENT TO RECEIVE ELECTRONIC SERVICE. The following party: Soheil Zaerpour consents to receive electronic service via the ECF system. Document filed by Soheil Zaerpour. (sac) (Entered: 09/06/2022) |
| 08/23/2022 | 3 | MOTION TO FILE UNDER SEAL re: for Leave to File Application for the Court to Request Pro Bono Counsel; re: Application to Proceed without prepaying fees or costs. Document filed by Soheil Zaerpour. (sac) (Entered: 09/06/2022) |
| 09/08/2022 | | NOTICE OF CASE REASSIGNMENT - SUA SPONTE to Judge Laura Taylor Swain. Judge Unassigned is no longer assigned to the case. (aea) (Entered: 09/08/2022) |
| 09/19/2022 | 4 | ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION:The Court denies Plaintiff's motion to file under seal an IFP application and an application requesting the appointment of pro bono counsel. (ECF 3.) The Court directs Plaintiff, within 30 days of the date of this order, to pay the filing fees or submit an IFP application.The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). SO ORDERED. Filing Fee due by 10/19/2022. In Forma Pauperis (IFP) Application due by 10/19/2022. (Signed by Judge Laura Taylor Swain on 9/19/22) (rdz) (Entered: 09/20/2022) |
| 09/21/2022 | 5 | APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS. Document filed by Soheil Zaerpour. (sc) (Additional attachment(s) added on 9/21/2022: # 1 Exhibit 1) (sc). (Entered: 09/21/2022) |

# ASA-12

| 10/10/2022 | 6 | APPLICATION FOR THE COURT TO REQUEST PRO BONO COUNSEL. Document filed by Soheil Zaerpour. (sc) (Entered: 10/12/2022) |
|---|---|---|
| 10/24/2022 | 7 | ORDER DENYING IFP APPLICATION: Leave to proceed in this Court without prepayment of fees is denied because Plaintiff has sufficient assets to pay the fees. See 28 U.S.C. § 1915(a)(1). Plaintiff is directed to pay $402.00 in fees a $350.00 filing fee and a $52.00 administrative fee within 30 days of the date of this order. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed. The Court denies Plaintiffs application requesting the appointment of pro bono counsel, without prejudice, because it is too early in the proceedings for the Court to assess the merits of the action. See Cooper v. A. Sargenti Co., 877 F.2d 170, 172 (2d Cir. 1989). SO ORDERED. Filing Fee due by 11/23/2022. (Signed by Judge Laura Taylor Swain on 10/24/22) (rdz) (Entered: 10/27/2022) |
| 10/24/2022 | | Motions terminated: 6 APPLICATION for the Court to Request Counsel. filed by Soheil Zaerpour. (Signed by Judge Laura Taylor Swain on 10/24/22) (rdz) (Entered: 12/02/2022) |
| 10/27/2022 | 8 | LETTER addressed to Judge Laura Taylor Swain from S. Zaerpour, dated 10/27/22 re: I received your order regarding my IFP application today and respectfully need to receive some clarification regarding the payment of process server which would likely cost several thousand dollars etc. Second, I would like to request a time extension of sixty days to proceed with the payment of fees. Document filed by Soheil Zaerpour.(sc) (Entered: 10/27/2022) |
| 12/02/2022 | 9 | ORDER: The Court is in receipt of Plaintiffs letter requesting an additional 60 days to pay the filing fee. (ECF No. 8.) His request is denied. The filing fees in this action are due by December 12, 2022. If Plaintiff does not pay the filing fees by that date, the action will be dismissed without prejudice.SO ORDERED. (Signed by Judge Laura Taylor Swain on 12/2/22) (rdz) (Entered: 12/02/2022) |
| 12/21/2022 | 10 | ORDER OF DISMISSAL: By order dated December 2, 2022, the Court directed Plaintiff, by December 12, 2022, to submit a completed request to proceed in forma pauperis ("IFP application") or pay the $402.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an IFP application or paid the fees. Accordingly, the complaint is dismissed without prejudice. See 28 U.S.C. §§ 1914, 1915. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). The Court directs the Clerk of Court to enter judgment in this case. SO ORDERED. (Signed by Judge Laura Taylor Swain on 12/21/2022) (rdz) (Entered: 12/22/2022) |
| 12/21/2022 | 11 | CIVIL JUDGMENT: For the reasons stated in the December 21, 2022, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. SO ORDERED. (Signed by Judge Laura Taylor Swain on 12/21/22) (Attachments: # 1 PRO SE APPEAL PACKAGE) (rdz) (Entered: 12/22/2022) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/03/2023 10:32:23 | | |
| **PACER Login:** | cb091600 | **Client Code:** | 030503.00069.07393 |
| **Description:** | Docket Report | **Search Criteria:** | 1:22-cv-07232-LTS |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

## ASA-13

SDNY CM/ECF NextGen Version 1.7

Query    Reports    Utilities    Help    Log Out

CLOSED,APPEAL,ECF,PRO-SE,SUA-SPONTE

### U.S. District Court
### Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:23-cv-00040-LTS

Zaerpour et al v. Bank of America Corporation et al
Assigned to: Judge Laura Taylor Swain
Cause: 15:77 Securities Fraud

Date Filed: 01/03/2023
Date Terminated: 05/03/2023
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**Soheil Zaerpour**                          represented by **Soheil Zaerpour**
16-C Thornton Pl.
Clifton, NJ 07012-3360
862 668 4036
Email: soheil.zaerpour@njwg.cap.gov
PRO SE

**Plaintiff**

**The People of the United States of America**    represented by **The People of the United States of America**
PRO SE

V.

**Defendant**

**Bank of America Corporation**

**Defendant**

**Bank of America, N.A.**

**Defendant**

**Barclays Bank plc**

**Defendant**

**Barclays PLC**

**Defendant**

**BNP Paribas Group**

**Defendant**

**BNP Paribas USA, Inc.**

**Defendant**

**BNP Paribas S.A**

**Defendant**

**BNP Paribas Securities Corp.**

**Defendant**

**Citigroup, Inc.**

**Defendant**

**Citibank N.A.**

**Defendant**

**Citigroup Global Markets, Inc.**

# ASA-14

**Defendant**
**Credit Suisse Group AG**

**Defendant**
**Credit Suisse International**

**Defendant**
**Credit Suisse Securities (USA) LLC**

**Defendant**
**Deutsche Bank AG**

**Defendant**
**Deutsche Bank Securities Inc.**

**Defendant**
**The Goldman Sachs Group, Inc.**

**Defendant**
**Goldman, Sachs & Co. LLC**

**Defendant**
**HSBC Holdings PLC**

**Defendant**
**HSBC Bank PLC**

**Defendant**
**HSBC North America Holding Inc.**

**Defendant**
**HSBC Bank USA, N.A.**

**Defendant**
**HSBC Securities (USA) Inc.**

**Defendant**
**J.P. Morgan Bank & Co.**

**Defendant**
**J.P. Morgan Chase Bank, N.A.**

**Defendant**
**J.P. Morgan Securities LLC**

**Defendant**
**Merrill Lynch Pierce Fenner & Smith, Inc.**

**Defendant**
**MUFG Bank, Ltd.**

**Defendant**
**MUFG Securities Americas Inc.**

**Defendant**
**Morgan Stanley**

**Defendant**
**Morgan Stanley & Co., LLC**

**Defendant**
**Morgan Stanley & Co. International PLC**

# ASA-15

**Defendant**

**NatWest Markets Securities Inc.**

**Defendant**

**RBC Capital Markets LLC**

**Defendant**

**The Royal Bank of Canada**

**Defendant**

**Royal Bank of Scotland PLC**

**Defendant**

**SG Americas Securities LLC**

**Defendant**

**Societe Generale S.A.**

**Defendant**

**Standard Chartered Bank**

**Defendant**

**Standard Chartered Securities (North America) Inc.**

**Defendant**

**UBS AG**

**Defendant**

**UBS Group AG**

**Defendant**

**UBS Securities LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/03/2023 | 1 | REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Soheil Zaerpour..(rdz) (Entered: 01/05/2023) |
| 01/03/2023 | 2 | COMPLAINT against BNP Paribas Group, BNP Paribas S.A, BNP Paribas Securities Corp., BNP Paribas USA, Inc., Bank of America Corporation, Bank of America, N.A., Barclays Bank plc, Barclays PLC, Citibank N.A., Citigroup Global Markets, Inc., Citigroup, Inc., Credit Suisse Group AG, Credit Suisse International, Credit Suisse Securities (USA) LLC, Deutsche Bank AG. Document filed by The People of the United States of America, Soheil Zaerpour..(rdz) (Entered: 01/05/2023) |
| 01/03/2023 | | Case Designated ECF. (rdz) (Entered: 01/05/2023) |
| 01/03/2023 | 3 | APPLICATION for the Court to Request Counsel. Document filed by Soheil Zaerpour..(rdz) (Entered: 01/05/2023) |
| 01/03/2023 | 4 | PRO SE CONSENT TO RECEIVE ELECTRONIC SERVICE. The following party: Soheil Zaepour consents to receive electronic service via the ECF system. Document filed by The People of the United States of America..(rdz) (Entered: 01/05/2023) |
| 01/05/2023 | 5 | ORDER DENYING IFP APPLICATION: Leave to proceed in this Court without prepayment of fees is denied as Plaintiff has sufficient assets to pay the fee. See 28 U.S.C. § 1915(a)(1). Plaintiff is directed to pay the $402.00 filing fee within 30 days of the date of this Order. Filing Fee due by 2/6/2023. (Signed by Judge Laura Taylor Swain on 1/5/2023) (keb) (Entered: 01/05/2023) |
| 01/05/2023 | | NOTICE OF CASE REASSIGNMENT - SUA SPONTE to Judge Laura Taylor Swain. Judge Unassigned is no longer assigned to the case. (vba) (Entered: 01/05/2023) |
| 01/19/2023 | | Pro Se Payment of Fee Processed: $402.00 Money Order processed by the Finance Department on 1/17/2022, Receipt Number 11150. (prs) (Entered: 01/19/2023) |
| 02/08/2023 | 6 | ORDER TO AMEND....The Court dismisses Plaintiff's complaint for failure to state a claim on which relief can be granted. The Court denies Plaintiff's motion for pro bono counsel (ECF 3.) Plaintiff is granted leave to file an |

|  |  |  |
|---|---|---|
|  |  | amended complaint that complies with the standards set forth above. Plaintiff must submit the amended complaint to this Court's Pro Se Intake Unit within 30 days of the date of this order, caption the document as an "Amended Complaint," and label the document with docket number 23-CV-0040 (LTS). An Amended Complaint form is attached to this order. No summons will issue at this time. If Plaintiff fails to comply within the time allowed, and he cannot show good cause to excuse such failure, the complaint will be dismissed for failure to state a claim upon which relief may be granted. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). SO ORDERED. (Signed by Judge Laura Taylor Swain on 2/6/23) (yv) (Entered: 02/08/2023) |
| 02/24/2023 | 7 | AMENDED COMPLAINT against BNP Paribas Group, BNP Paribas S.A, BNP Paribas Securities Corp., BNP Paribas USA, Inc., Bank of America Corporation, Bank of America, N.A., Barclays Bank plc, Barclays PLC, Citibank N.A., Citigroup Global Markets, Inc., Citigroup, Inc., Credit Suisse Group AG, Credit Suisse International, Credit Suisse Securities (USA) LLC, Deutsche Bank AG, Deutsche Bank Securities Inc., Goldman, Sachs & Co. LLC, HSBC Bank PLC, HSBC Bank USA, N.A., HSBC Holdings PLC, HSBC North America Holding Inc., HSBC Securities (USA) Inc., J.P. Morgan Bank & Co., J.P. Morgan Chase Bank, N.A., J.P. Morgan Securities LLC, MUFG Bank, Ltd., MUFG Securities Americas Inc., Merrill Lynch Pierce Fenner & Smith, Inc., Morgan Stanley, Morgan Stanley & Co. International PLC, Morgan Stanley & Co., LLC, NatWest Markets Securities Inc., RBC Capital Markets LLC, Royal Bank of Scotland PLC, SG Americas Securities LLC, Standard Chartered Securities (North America) Inc., Standard Chartered Bank, The Goldman Sachs Group, Inc., The People of the United States of America, The Royal Bank of Canada, UBS AG, UBS Group AG, UBS Securities LLC amending 2 Complaint, with JURY DEMAND.Document filed by Soheil Zaerpour. Related document: 2 Complaint. (Attachments: # 1 Exhibit 1)(sc) Modified on 2/24/2023 (sc). (Entered: 02/24/2023) |
| 02/24/2023 | 8 | LETTER addressed to Judge Laura Taylor Swain from S. Zaerpour, dated 2/23/23 re: "ORDER TO AMEND"- The Amended Complaint incorporates the same facts as in my original 2021 complaint( NYSD 21-cv-9680) but has been updated as per ECF #50(section 3 referencing an updated list of defendant) and ECF #57-1, for the most current source available to the best of my knowledge. Document filed by Soheil Zaerpour.(sc) (Entered: 02/24/2023) |
| 05/03/2023 | 9 | ORDER OF DISMISSAL: Plaintiff's amended complaint is dismissed as frivolous. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Judgment shall enter. (Signed by Judge Laura Taylor Swain on 5/3/2023) (sac) (Entered: 05/04/2023) |
| 05/03/2023 | 10 | CIVIL JUDGMENT: For the reasons stated in the May 3, 2023, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. SO ORDERED. (Signed by Judge Laura Taylor Swain on 5/3/2023) (Attachments: # 1 Pro Se Appeal Package) (sac) (Entered: 05/04/2023) |
| 05/15/2023 | 11 | LETTER addressed to Judge Laura Taylor Swain from S. Zaerpour, dated 5/5/23 re: "YOUR DECISION TO DISMISS" - In regard to what has already been written and proven(references: NYSD 21:CV9680; NYSD & NJD 13-CV-6073) which is undisputed by the Federal Bureau of Investigation and two federal judges, I believe that you and your "team" are corrupt. Document filed by Soheil Zaerpour. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(sc) (Entered: 05/16/2023) |
| 05/26/2023 | 12 | NOTICE OF APPEAL from 9 Order of Dismissal, 10 Judgment - Sua Sponte (Complaint),. Document filed by Soheil Zaerpour. Form D-P is due within 14 days to the Court of Appeals, Second Circuit..(nd) (Entered: 05/30/2023) |
| 05/30/2023 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 12 Notice of Appeal..(nd) (Entered: 05/30/2023) |
| 05/30/2023 |  | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 12 Notice of Appeal filed by Soheil Zaerpour were transmitted to the U.S. Court of Appeals..(nd) (Entered: 05/30/2023) |
| 05/31/2023 | 13 | USCA Appeal Fees received $ 505.00 receipt number 16809 on 5/31/2023 re: 12 Notice of Appeal filed by Soheil Zaerpour..(nd) (Entered: 05/31/2023) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/03/2023 10:33:19 | | |
| **PACER Login:** | cb091600 | **Client Code:** | 030503.00069.07393 |
| **Description:** | Docket Report | **Search Criteria:** | 1:23-cv-00040-LTS |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

# ASA-17

Provided by CourtAlert
www.CourtAlert.com

Soheil Zaerpour

16-C Thornton Place

Clifton, New Jersey 07012

Tel. (862) 668-4036

Email: Soheil.Zaerpour@Njwg.CAP.GOV

RECEIVED
SDNY PRO SE OFFICE

2021 NOV 22  PM 2: 55

# UNITED STATES DISTRICT COURT/

# SOUTHERN DISTRICT OF NEW YORK

## COMPLAINT AND DEMAND FOR JURY TRIAL

Case number: CV_____

1    \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

2    Soheil Zaerpour & the People of the United States,

3    Plaintiffs

4    Vs.

5    JP Morgan Chase Bank, Bank of America, UBS,

6    Credit-Suisse, Citibank, HSBC, Goldman Sachs, Deutsche Bank,

7    Royal Bank of Scotland, et al.

8    Defendants

9    \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

10

**ASA-18**

Provided by CourtAlert Case 1:21-cv-09680-UA   Document 1   Filed 11/19/21   Page 2 of 16   www.CourtAlert.com

11

12 **SUMMARY**

13 Plaintiff is acting pro se (for financial reasons) and is filing a LAWSUIT against the large

14 international banks who are in charge of the Forex market for FOREX market manipulation

15 against him and computer intrusions, surveillance and other charges motivated by malice and

16 criminal conspiracy against the American people. Since 2016, they have collectively admitted to

17 market manipulation in court and been charged with multi-billion dollars fines and even jail

18 sentences for some of their traders in the US, Switzerland and the UK.

19 Plaintiff has been trained in Forex (Foreign Exchange trading) on Wall Street and has several

20 advanced degrees in science, math, economics, management, securities trading obtained in

21 Switzerland and the United States.

22 The proof of these alleged market manipulations are in his 2 financial institutions' documents

23 which state factually and independently the time of trades, which currency pairs were traded

24 and the price of execution of those trades.

25

26 **REASONING**

27 The statistical relationship between the Forex market at large has been an exact reverse of

28 Plaintiff's own trades in this market all the time, as recorded in his 2 legal account statements.

29 This causality is statistically UNDISPUTABLE as shown in the graph below (samples only based

# ASA-19

Provided by CourtAlert www.CourtAlert.com

30   on recorded live trades.) - where there should be *NONE* if there were NO conspiracy against

31   his trades in the market.

32   The motive behind this crime is Plaintiff's plans for World Peace as communicated to the World

33   leaders since 1985 and the people of the world by the Baha'i international community in Haifa.

34   The FBI knows these facts and has received the legal proofs and does not dispute them in any

35   way in Court (including proof of illegal SPYWARE installation on the Plaintiff's computer at the

36   time).



37

38

## ASA-20

Provided by CourtAlert www.CourtAlert.com



39



40

**ASA-21**

Provided by CourtAlert
www.CourtAlert.com

41

42  This conspiracy affects also the American people at large by the same token through their

43  pension funds and other investments since Forex rates are used to value those assets and also

44  in the derivatives market as reported by market experts and the DOJ.

45  Thus manipulation of FOREX is a contravention of     US laws.

46  The damage for the American people's finances is estimated to be *100 times larger* than the

47  market manipulation reported by the DOJ.

48  Plaintiff is a US and world citizen.

49

50  **JURIDICTION**

51  These International Banks have their representation in New York because of their links to the

52  New York-FED and US dollar. The New York Southern District has been the Court handling all

53  Forex manipulation cases involving international banks in recent years and is therefore the

54  correct venue to seek justice in this case.

55

56  **DEFINITIONS**

57  Several terms or expressions of particular importance will be repeated in the course of this

58  Complaint. These terms, as used in this Complaint, are defined or explained in the following

59  paragraphs so that they will be more readily understood in the text:

5

## ASA-22

Provided by CourtAlert www.CourtAlert.com

60 **Forex**

61 Foreign Exchange (forex or FX) is the trading of one currency for another. Foreign exchange

62 transactions can take place on the foreign exchange market, also known as the forex market.

63 The main participants in this market are the larger international banks. London is the world's

64 biggest market for foreign currency trading, with 41% of global 5 trillion dollar daily turnover,

65 according to the Bank for International Settlements. New York has a 19% share, followed by

66 Singapore, Tokyo and Hong 33 Kong. Switzerland accounts for 3.2% of foreign exchange trading.

67 **Market participants**

68 The main participants in this market are the larger international banks. The daily turnover in

69 FOREX stands at over 5 trillion US dollars in 2021, according to the Bank of International

70 Settlements estimates.

71 Central banks and hedge funds are also participants in the foreign exchange market.

**Top 10 currency traders** [1]

**% of overall volume, June 2020**

| Rank | Name | Market share |
|------|----------|--------------|
| 1 | JP Morgan | 10.78 % |
| 2 | UBS | 8.13 % |

---

[1] https://www.euromoney.com/article/b1lp5n97k4v6j0/fx-survey-2020-press-release

Provided by CourtAlert     Case 1:21-cv-09680-UA    Document 1    Filed 11/19/21    Page 7 of 16     www.CourtAlert.com

| 3 | XTX Markets | 7.58 % |
|---|---|---|
| 4 | Deutsche Bank | 7.38 % |
| 5 | Citi | 5.50 % |
| 6 | HSBC | 5.33 % |
| 7 | Jump Trading | 5.23 % |
| 8 | Goldman Sachs | 4.62 % |
| 9 | State Street Corporation | 4.61 % |
| 10 | Bank of America Merrill Lynch | 4.5 |

72

73

74  **Opportunity cost**

75  The Opportunity Cost is defined by the New Oxford American Dictionary as the loss of

76  potential gain from other alternatives when one alternative is chosen. Opportunity Cost is a key

77  concept in economics. In the context of this Complaint it refers to the difference between the

78  real-time Contest and the real-money account results.

79  **Factors affecting Forex rates globally**

7

**ASA-24**

Provided by CourtAlert www.CourtAlert.com

80    In a fixed exchange rate regime, exchange rates are decided by the government, while a

81    number of theories have been proposed to explain (and predict) the fluctuations in exchange

82    rates in a floating exchange rate regime, including:

83    •    International parity conditions: Relative purchasing power parity, interest rate parity,

84         Domestic Fisher effect, International Fisher effect. To some extent the above theories

85         provide logical explanation for the fluctuations in exchange rates, yet these theories

86         falter as they are based on challengeable assumptions (e.g., free flow of goods, services,

87         and capital) which seldom hold true in the real world.

88    •    Balance of payments model: This model, however, focuses largely on tradable goods

89         and services, ignoring the increasing role of global capital flows. It failed to provide any

90         explanation for the continuous appreciation of the US dollar during the 1980s and most

91         of the 1990s, despite the soaring US current account deficit.

92    •    Asset market model: views currencies as an important asset class for constructing

93         investment portfolios. Asset prices are influenced mostly by people's willingness to hold

94         the existing quantities of assets, which in turn depends on their expectations on the

95         future worth of these assets. The asset market model of exchange rate determination

96         states that "the exchange rate between two currencies represents the price that just

97         balances the relative supplies of, and demand for, assets denominated in those

98         currencies."

99    None of the models developed so far succeed to explain exchange rates and volatility in the

100   longer time frames. For shorter time frames (less than a few days), algorithms can be devised to

**ASA-25**

Provided by CourtAlert www.CourtAlert.com

101   predict prices. It is understood from the above models that many macroeconomic factors affect

102   the exchange rates and in the end currency prices are a result of dual forces of supply and

103   demand. The world's currency markets can be viewed as a huge melting pot: in a large and

104   ever-changing mix of current events, supply and demand factors are constantly shifting, and the

105   price of one currency in relation to another shifts accordingly. No other market encompasses

106   (and distills) as much of what is going on in the world at any given time as foreign exchange.

107   Supply and demand for any given currency, and thus its value, are not influenced by any single

108   element, but rather by several. These elements generally fall into three categories: economic

109   factors, political conditions and market psychology.

110   **Economic factors**

111   Economic factors include: (a) economic policy, disseminated by government agencies and

112   central banks, (b) economic conditions, generally revealed through economic reports, and

113   other economic indicators.

114   • Economic policy comprises government fiscal policy (budget/spending practices)

115     and monetary policy (the means by which a government's central bank influences the

116     supply and "cost" of money, which is reflected by the level of interest rates).

117   • Government budget deficits or surpluses: The market usually reacts negatively to

118     widening government budget deficits, and positively to narrowing budget deficits. The

119     impact is reflected in the value of a country's currency.

# ASA-26

Provided by CourtAlert www.CourtAlert.com

120 • Balance of trade levels and trends: The trade flow between countries illustrates the
121   demand for goods and services, which in turn indicates demand for a country's currency
122   to conduct trade. Surpluses and deficits in trade of goods and services reflect the
123   competitiveness of a nation's economy. For example, trade deficits may have a negative
124   impact on a nation's currency.

125 • Inflation levels and trends: Typically a currency will lose value if there is a high level of
126   inflation in the country or if inflation levels are perceived to be rising. This is because
127   inflation erodes purchasing power, thus demand, for that particular currency. However,
128   a currency may sometimes strengthen when inflation rises because of expectations that
129   the central bank will raise short-term interest rates to combat rising inflation.

130 • Economic growth and health: Reports such as GDP, employment levels, retail
131   sales, capacity utilization and others, detail the levels of a country's economic growth
132   and health. Generally, the more healthy and robust a country's economy, the better its
133   currency will perform, and the more demand for it there will be.

134 • Productivity of an economy: Increasing productivity in an economy should positively
135   influence the value of its currency. Its effects are more prominent if the increase is in
136   the traded sector.

137 **Political conditions**

138 Internal, regional, and international political conditions and events can have a profound effect
139 on currency markets.

10

# ASA-27

Provided by CourtAlert www.CourtAlert.com

140   All exchange rates are susceptible to political instability and anticipations about the new ruling

141   party. Political upheaval and instability can have a negative impact on a nation's economy. For

142   example, destabilization of <u>coalition governments</u> in <u>Pakistan</u> and <u>Thailand</u> can negatively affect

143   the value of their currencies. Similarly, in a country experiencing financial difficulties, the rise of

144   a political faction that is perceived to be fiscally responsible can have the opposite effect. Also,

145   events in one country in a region may spur positive/negative interest in a neighboring country

146   and, in the process, affect its currency.

147   **Market psychology**

148   <u>Market psychology</u> and trader perceptions influence the foreign exchange market in a variety of

149   ways:

150   • Flights to quality: Unsettling international events can lead to a "<u>flight-to-quality</u>", a type

151      of <u>capital flight</u> whereby investors move their assets to a perceived "<u>safe haven</u>". There

152      will be a greater demand, thus a higher price, for currencies perceived as stronger over

153      their relatively weaker counterparts. The US dollar, Swiss franc and <u>gold</u> have been

154      traditional safe havens during times of political or economic uncertainty.

155   • Long-term trends: Currency markets often move in visible long-term trends. Although

156      currencies do not have an annual growing season like physical commodities, <u>business</u>

157      <u>cycles</u> do make themselves felt. Cycle analysis looks at longer-term price trends that

158      may rise from economic or political trends.

159   • "Buy the rumor, sell the fact": This market truism can apply to many currency situations.

160      It is the tendency for the price of a currency to reflect the impact of a particular action

# ASA-28

Provided by CourtAlert www.CourtAlert.com

161    before it occurs and, when the anticipated event comes to pass, react in exactly the

162    opposite direction. This may also be referred to as a market being "oversold" or

163    "overbought". To buy the rumor or sell the fact can also be an example of the <u>cognitive</u>

164    <u>bias</u> known as <u>anchoring</u>, when investors focus too much on the relevance of outside

165    events to currency prices.

166    • Economic numbers: While economic numbers can certainly reflect economic policy,

167    some reports and numbers take on a talisman-like effect: the number itself becomes

168    important to market psychology and may have an immediate impact on short-term

169    market moves. "What to watch" can change over time. In recent years, for example,

170    money supply, employment, trade balance figures and inflation numbers have all taken

171    turns in the spotlight.

172    • <u>Technical trading</u> considerations: As in other markets, the accumulated price

173    movements in a currency pair such as EUR/USD can form apparent patterns that traders

174    may attempt to use. Many traders study price charts in order to identify such patterns. [2]

175

176    **FACTS AND PROOFS**

177    Plaintiff has been trading the Forex market professionally and independently after receiving

178    advanced training in New York. Prior to trading FOREX, Plaintiff had an account with UBS in

179    Switzerland. Probabilistically speaking, the fact of exact reverse mirroring of the market

---

[2] Source: Wikipedia and its external references

12

# ASA-29

Provided by CourtAlert Case 1:21-cv-09680-UA   Document 1   Filed 11/19/21   Page 13 of 16   www.CourtAlert.com

180  continuously would happen by chance is extremely low if not IMPOSSIBLE. The probability is

181  less than guessing ALL the winning lottery numbers continuously for 1 year.

182  To note, my broker's rates only reflect interbank forex rates in normal trading conditions. They

183  do NOT set those rates by themselves but requote them in real-time by adding automatically an

184  additional 1-3 points commission.

185  As reported earlier, this is also a national (and international) issue since it affects American

186  people at large as explained earlier. The FBI inaction in this regard is unexplainable beyond

187  corruption or sheer incompetence.

188  Other financial institutions have filed class action claims in court but none to the best of

189  Plaintiff's knowledge alleges sole FX market manipulation for the Plaintiffs by the banks

190  continuously. Indeed this can be done for ONE person only (more or less), since these rates are

191  UNIQUE GLOBALLY and given that Plaintiff has been trading daily and in different time frames.

192

193  **DAMAGES**

194  Demand amount is calculated as follows: 50 thousand US dollars investment compounded at

195  the rate of 30% monthly[3] for 20 years as demonstrated by Plaintiff while this conspiracy against

196  his real-time trades in Forex <u>did not exist</u> (used as point of comparison to determine damages).

197  This calculation does NOT account for punitive damages.

---

[3] Caluculation based on average results with over 600 daily trades over 13 months period in all types of market conditions prior to trading live.

**ASA-30**

Provided by CourtAlert www.CourtAlert.com

198

199 **LAWS AND CAUSE FOR ACTION**

200     **1.** The US constitution protects against illegal surveillance, freedom of religion and speech

201        and right to be happy in life. Moreover the Constitution protects against unequal

202        protection under the law and allow a citizen to sue the government in case of

203        deprivation of civil rights.

204     **2.** It is forbidden to maliciously hurt others and cause them pain including in their finances

205        and personally through their family life and work and block their progress by means of

206        conspiracy.

207     **3.** It is forbidden to manipulate the financial markets according to US federal laws.

208     **4.** It is forbidden to have hidden cartels control these financial markets (US federal anti-

209        trust laws).

210     **5.** It is forbidden to hurt others gratuitously and criminally, maliciously.

211     **6.** It is forbidden to monitor or spy on people's communications illegally and use this

212        information to hurt them by trading against them in the financial markets.

213     **7.** It is a crime to hurt Americans and world citizens through their pension funds and

214        investments abroad and deny world peace for all the people of the world as described in

215        the document titled "Promise of World Peace" written by the Universal House of Justice

216        of the Baha'i Faith.

217     **8.** It is forbidden to obstruct justice as it has been done by those international banks

218        according to federal and New Jersey state laws.

# ASA-31

Provided by CourtAlert Case 1:21-cv-09680-UA   Document 1   Filed 11/19/21   Page 15 of 16 www.CourtAlert.com

219

220 **PRAYER FOR RELIEF**

221 Pursuant to the Causes of Action, grant civil penalties according to proof; Plaintiff is entitled to

222 relief from Defendants under the above facts and requests the court to order any investigation

223 into those facts if deemed necessary.

224

225 Wherefore, Plaintiff requests judgment against Defendants for damages, together with

226 attorney's fees, if applicable, cost of suit and any other relief as the court may deem proper

227 such as punitive damages.

228

229

230

231 Dated: 13 November 2021                    Respectfully submitted,

232

233

234

235                                          By:   Soheil Zaerpour

236

Provided by CourtAlert Case 1:21-cv-09680-UA   Document 1   Filed 11/19/21   Page 16 of 16 www.CourtAlert.com



ASA-33

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOHEIL ZAERPOUR &

THE PEOPLE OF THE UNITED STATES

Fill in above the full name of each plaintiff or petitioner.

Case No. __21__ CV __09680-LTS__

-against-

JP MORGAN CHASE BANK, N.A., et al.

Fill in above the full name of each defendant or respondent.

## DECLARATION

This is a response to the declaration of relatedness filed by Citibank on 12/17/21;

along with an updated list of the defendants.

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's Motion for Summary Judgment."

I, __Soheil Zaerpour__ , declare under penalty of perjury that the

following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents.

I do not wish to join any class action for the following reasons:

1. My damages and the People of the United States' damages exceed all class action previously filed combined (based on 2 attached independent account statements combined).

(Compl. p. 5, lines 46-47 & p. 43, lines 104-107);

2. Plaintiff was the person or entity who was verifiably/criminally/individually/continuously targeted by the large banks in the FOREX market (Compl. p. 2-3, lines 27-31/35 & p. 12-13, lines 179-181/188-191).

3. Plaintiff was not able to file a complaint earlier because of: 1. lack of resources; 2. lack of knowledge about the exact identities of defendants (fraudulent concealment); 3.

because of the F.B.I non-action, as reported in the Complaint (p. 3 & 13, lines 185-187). The identity of the defendants is based solely on publicly available information, notwithstanding unidentified co-conspirators

(Contant, et al., v. Bank of America Corp., et al., No. 17-civ-3139-LTS).

Updated list of the defendants as of 1/4/22, based on the letter requesting time extension by the defendants filed on 12/23/21; FED's list of FOREX counterparties (& other court documents);

MUFG Bank, Ltd.; Barclays Plc; BNP Paribas S.A.; JP Morgan Chase Bank, N.A.; Bank of America, N.A.; UBS Securities LLC; Credit Suisse Securities (USA) LLC; Citibank; N.A.; HSBC Bank USA, N.A.;

Goldman Sachs & Co. LLC; Deutsche Bank AG; NatWest Markets Plc.; JP Morgan Chase & Co.; Bank of America Corporation; UBS Group AG.

Credit Suisse Group AG; Citigroup Inc.; HSBC Holdings Plc; The Goldman Sachs Group, Inc.; NatWest Group Plc.; Royal Bank of Canada; Et al.

More defendants will be added to the list after the discovery process is completed, as needed.

Rev. 6/30/16

**ASA-34**

Attachements:

- Live & Contest account statements (+ 2 emails & a letter) filed with the New Jersey District Court on 8/6/14 as statistical independent proof (Compl. p. 3, lines 34-35).

- Baha'i document titled "Promise of World Peace" to the people of the world + 2 acknowledgment of receipt by U.S. President Bill CLINTON & U.S. Ambassador to Switzerland Madeleine KUNIN (Compl. p. 3, line 32 & p. 14, lines 214-216).

Attach additional pages and documents if necessary.

01/04/22
Executed on (date)

Signature

Soheil Zaerpour
Name

Prison Identification # (if incarcerated)

16-C Thornton Place
Address

CLIFTON          NJ          07012
City          State          Zip Code

(862) 668-4036
Telephone Number (if available)

SOHEIL.ZAERPOUR@NJWG.CAP.GOV
E-mail Address (if available)

**ASA-35**

# MG Financial Group

Specializing in margin foreign exchange trading

One Battery Park Plaza 2nd Floor, New York, NY 10004.
Tel: 212-835-0100 Fax: 212-835-0101

Dear Sam Zaerpour

As per your request please find enclosed a copy of your account statements since opened until closed.

If you have any questions, comments or suggestions do not hesitate to contact our professional and friendly staff.

Thanks again for making MGFG your #1 choice for your Forex needs and do not forget that we always welcome your business now as well as in the future.

Best regards

MGFG
www.mgforex.com
email: service@mgforex.com

# ASA-36

## Account Status Report for Zaerpour, Sam K-2882 on May 19 2010 2:50:01

Active from Jul 2 2002 11:36AM to May 19 2010 2:50PM
AC ID: 5633 AF ID: K-2882 AC Currency: USD
AE Name: bookman, Zaerpour,S

### Account Balance *

| Begin. Balance | Deposit | Withdrawal | Accrual | Charges | Escrow | Current Balance | Trade Date Bal. | Balance Value | Realized P/L | Total Realized P/L for the day | Equity | Required Margin | Used Margin |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | USD | USD | USD | USD | USD | USD | USD | USD | USD | USD | USD | USD | USD |
| 00 | 5100.00 | 5049.39 | 00 | 00 | 00 | 4760.00 | 4760.00 | 00 | 00 | 00 | 00 | 260.00 | 00 |

### Open Orders

| Ticket | Currency | Buy/Sell | Units | Type | Stop Limit | Time | Date | Buy/Sell | Unit | Type | Stop Limit | Unit |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

No Open Orders.

### Open Trades

| Ticket | Currency | Buy/Sell | Units | Open | Close | Amount | Open | Close | ConvRate | Comm | Rollover | Point P/L | P/L | Time | Date |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

No Open Trades.

### Settled Trades

| Ticket | Currency | Buy/Sell | Units | Open | Close | ConvRate | Amount | Rollover | Point | P/L | OpenTime | OpenDate | CloseTime | CloseDate | Reason | P/L Acc.Currency | ConvRate |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | USDJPY | Sell | 1,000 | 126.50 | | | 1.98 | 8.70 USD | 1066 | -284.91 USD | 08:30:03 | 07/26/2002 | 01:53:39 | 07/15/2003 | Margin | | |
| | EURUSD | Sell | 1,000 | | | 1.002 | | 98 USD | 40 C | 110.00 USD | 09:55:11 | 08/23/2002 | 12:57:20 | 08/29/2002 | Asking | | |
| | GBPUSD | Buy | 2,000 | | | 1.562 | | 420 USD | 20.00 | -445.00 USD | 02:35:53 | 08/06/2002 | 33:07:23 | 08/30/2002 | Margin | | |
| | EURUSD | Sell | 2,000 | | | -580 | | 98 USD | 20.70 | -770.00 USD | 02:48:40 | 08/14/2002 | 05:02:23 | 06/30/2002 | Margin | | |
| | GBPUSD | Sell | 1,000 | | | 1.5409 | | 80 USD | 10.00 | 115.00 USD | 15:09:45 | 08/28/2002 | 14:24:14 | 08/30/2002 | Asking | | |
| | GBPUSD | Sell | 1,000 | | | -1.5408 | | 95 USD | 10.50 | 19.00 USD | 10:31:15 | 08/28/2002 | 14:24:15 | 08/30/2002 | Asking | | |
| | EURUSD | Sell | | | | 1.3944 | | 30.00 USD | 50 | -646.00 USD | 22:13:31 | 09/28/2002 | 08:14:15 | 10/24/2002 | Margin | | |
| | GBPUSD | Sell | 1,000 | | | 1.4574 | | 48 USD | 00 | -83.00 USD | 22:52:34 | 10/28/2002 | 21:01:08 | 10/30/2002 | Asking | | |
| | EURUSD | Sell | 1,000 | | | 1.4994 | | 36.00 USD | 83 | -7.870.00 USD | 09:47:19 | | 09:44:45 | 10/31/2002 | Margin | | |
| | EURJPY | Sell | | | 1.0730 | 1.090 | | 98 USD | CC | 50.00 USD | 13:25:31 | 09/15/2003 | 16:08:19 | 09/21/2003 | Asking | | |
| | EURUSD | Sell | | | 1.0914 | 0.99 | | USD | 00 | 50.00 USD | 18:3:24 | | 18:54:14 | 09/15/2003 | Asking | | |
| | EURUSD | Buy | 2,000 | | 1.3802 | 1.07 | | USD | 00 | -180.750 | 14:00:10 | | 14:10:10 | 04/07/2021 | Asking | | |

ONE BATTERY PARK PLAZA, 2ND FLOOR
NEW YORK, NY 10004
212.935.0109  FAX 212.935.0101
WWW.SGFOREX.COM

## ASA-37

MG FINANCIAL
G R O U P

* Please be advised that this account status shown is for the time when report was generated. For user-defined policy status shown is for 3 PM of report and date.

ONE BATTERY PARK PLAZA, 2ND FLOOR
NEW YORK, NY 10004
212.835.0100  FAX 212.835.0101
WWW.MGFOREX.COM

https://livejava1.mgforex.com:80b3/scripts/reports/rshow_status.jsp?ACID=0000&ACIDL=9.

Case 23-845, Document 137, 11/21/2023, 3592405, Page44 of 227

ASA-39

Case 2:13-cv-06073-ES-AD Document 11-1 Filed 08/06/1 Page 5 of 66
Case 1:21-cv-09680-JPO-JLC Document 50-1 Filed 01/04/22 Page 5 PageID: 113

**MG FINANCIAL**
G R O U P

# ASA-40

Case 2:13-cv-06073-ES-JAD Document 11-1 Filed 08/06/14 Page 6 of 86 PageID: 114

https://...mgforex.com.../reports/showstatus.jsp?...

MG FINANCIAL GROUP

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | Asking |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | Asking |
| [illegible] | [illegible] | [illegible] | [illegible] | 20.00 USD | [illegible] | [illegible] | [illegible] | 12/17/2004 | Asking |
| [illegible] | [illegible] | [illegible] | [illegible] | 20.40 USD | [illegible] | [illegible] | 04:54:44 | 12/21/2004 | Asking |
| [illegible] | [illegible] | [illegible] | [illegible] | 103.70 USD | [illegible] | [illegible] | [illegible] | 12/21/2004 | Asking |
| [illegible] | Buy | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 12/22/2004 | Asking |
| [illegible] | Buy | [illegible] | [illegible] | 47.00 USD | [illegible] | 12/22/2004 | [illegible] | 12/22/2004 | Asking |
| [illegible] | [illegible] | [illegible] | [illegible] | 27.00 USD | 10:23:57 | [illegible] | [illegible] | 12/23/2004 | Asking |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 12/24/2004 | Asking |
| [illegible] | [illegible] | [illegible] | [illegible] | 14.00 USD | 18:19:22 | 12/24/2004 | [illegible] | 12/24/2004 | Asking |
| [illegible] | Buy | [illegible] | [illegible] | [illegible] | 19:31:50 | 12/24/2004 | [illegible] | 12/27/2004 | Asking |
| [illegible] | Buy | [illegible] | [illegible] | [illegible] | 18:32:13 | 12/27/2004 | [illegible] | 12/29/2004 | Asking |
| [illegible] | Buy | [illegible] | [illegible] | [illegible] | 11:58:44 | [illegible] | [illegible] | 12/30/2004 | Asking |
| [illegible] | Buy | [illegible] | [illegible] | [illegible] | 07:47:59 | 12/29/2004 | [illegible] | 12/30/2004 | Asking |
| [illegible] | Buy | [illegible] | [illegible] | [illegible] | 18:39:52 | 12/31/2004 | [illegible] | 01/02/2005 | Asking |
| [illegible] | Buy | [illegible] | [illegible] | [illegible] | [illegible] | 01/02/2005 | 02:07:35 | 01/03/2005 | Asking |
| [illegible] | Buy | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 00:24:10 | 01/03/2005 | Asking |
| [illegible] | Buy | 0.1000 | [illegible] | [illegible] | [illegible] | 01/02/2005 | 02:07:35 | 01/03/2005 | Asking |
| [illegible] | Buy | 0.1000 | [illegible] | 7.50 USD | [illegible] | 01/03/2005 | 14:47:59 | 01/03/2005 | Asking |
| 591884 [illegible] | Buy | 0.1000 | [illegible] | [illegible] | 13:01:40 | 01/03/2005 | 19:40:41 | 01/03/2005 | Asking |
| [illegible] | Buy | 0.1000 | [illegible] | [illegible] | 20:37:[illegible] | 01/03/2005 | 20:30:36 | 01/03/2005 | Asking |
| [illegible] | [illegible] | [illegible] | [illegible] | -122.80 USD | [illegible] | 01/04/2005 | 15:00:58 | 01/12/2005 | Asking |
| [illegible] | [illegible] | 0.1000 | [illegible] | 82.80 USD | [illegible] | 01/04/2005 | 15:01:06 | 01/12/2005 | Asking |
| [illegible] | Sell | [illegible] | [illegible] | 73.00 USD | [illegible] | 01/04/2005 | 14:31:06 | 01/04/2005 | Asking |
| [illegible] | Buy | 0.1000 | [illegible] | 1.80 USD | [illegible] | 01/04/2005 | 20:40:59 | 01/04/2005 | Asking |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 15:01:01 | 01/12/2005 | Asking |
| [illegible] | Sell | [illegible] | 37.00 USD | [illegible] | [illegible] | [illegible] | [illegible] | 01/18/2005 | Asking |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 23:32:43 | 02/06/2005 | Asking |
| [illegible] | Sell | [illegible] | 311.00 USD | [illegible] | [illegible] | [illegible] | [illegible] | 05/31/2005 | Asking |
| [illegible] | Sell | [illegible] | [illegible] | 107.25 USD | [illegible] | [illegible] | 07:06:42 | 06/13/2005 | Asking |
| [illegible] | [illegible] | [illegible] | 1360.00 JPY | [illegible] | [illegible] | [illegible] | [illegible] | 06/13/2005 | Asking |
| [illegible] | Buy | [illegible] | 1500.00 JPY | [illegible] | 11:10:30 | [illegible] | 12:17:01 | 06/13/2005 | Asking |
| [illegible] | [illegible] | [illegible] | [illegible] | 217.09 USD | [illegible] | [illegible] | 13:59:13 | 07/12/2005 | Asking |
| [illegible] | Sell | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 05:14:42 | 07/01/2005 | Asking |
| [illegible] | Sell | [illegible] | [illegible] | 4.00 USD | 02:16:31 | [illegible] | 10:40:59 | 07/11/2005 | Asking |
| [illegible] | Sell | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 20:11:54 | 07/17/2005 | Asking |
| [illegible] | Sell | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 07/17/2005 | Asking |
| [illegible] | Buy | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 07/12/2005 | Asking |
| [illegible] | Sell | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 10/05/2005 | Asking |
| [illegible] | Sell | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 07/12/2005 | Asking |
| [illegible] | Sell | 0.1000 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 07/13/2005 | Asking |
| [illegible] | Sell | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 07/14/2005 | Asking |
| [illegible] | Sell | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 09/03/2005 | Asking |
| [illegible] | Buy | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 09/12/2005 | Asking |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 09/16/2005 | Asking |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 09/19/2005 | Asking |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 10/20/2005 | Asking |

ONE BATTERY PARK PLAZA, 2ND FLOOR
NEW YORK, NY 10004
212.835.0100 FAX 212.835.0101
WWW.MGFOREX.COM

[illegible] https://[illegible]mgforex.com:8080/scripts/reports/show_status.jsp?ACID=0000&ACIDL=[illegible]

MG FINANCIAL
G R O U P

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 1 | [illegible] | [illegible] USD | 265.[illegible] USD | [illegible] | [illegible]2005 | [illegible] | 10/[illegible]/2005 | Asking |
| [illegible] USD | [illegible] | 0.1000 | [illegible] | [illegible] | [illegible] USD | 1 | 0.00 | 2.50 USD | [illegible] USD | [illegible] | 10/05/2005 | [illegible] | 10/[illegible]/2005 | [illegible] |
| [illegible] (0) EURUSD | Sell | 0.1000 | [illegible] | [illegible] | [illegible] USD | 1 | 0.0[illegible] | 1.88 USD | 260.88 USD | [illegible] | 10/0[illegible]/2005 | 08:14:[illegible] | 10/10/2005 | Asking |
| [illegible] EURJPY | Sell | [illegible] | [illegible] | [illegible] | [illegible] JPY | [illegible] | [illegible] | 52.40 USD | -157.10 USD | [illegible] | 10/06/2005 | 16:10:38 | 12/0[illegible]/2005 | Asking |
| [illegible] GBPUSD | Sell | 0.1000 | [illegible] | [illegible] | [illegible] USD | 1 | [illegible] | [illegible] USD | 234.88 USD | 13:56:5[illegible] | 10/06/2005 | [illegible] | 10/18/2005 | Asking |
| [illegible] (0) USDCHF | Sell | 0.1000 | [illegible] | [illegible] | [illegible] CHF | [illegible] | 0.0[illegible] | [illegible] USD | 145.32 USD | 00:0[illegible] | 10/[illegible]/2005 | [illegible] | 10/1[illegible]/2005 | Asking |
| [illegible] EURUSD | Sell | 0.1000 | 1.[illegible] | [illegible] | [illegible] USD | 1 | [illegible] | 2.[illegible] USD | 212.50 USD | 05:07:40 | 10/19/2005 | 09:2[illegible] | 10/20/2005 | Asking |
| [illegible] USDJPY | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] JPY | [illegible] | [illegible] | [illegible] | [illegible] USD | 12:46:[illegible] | 10/2[illegible]/2005 | [illegible] | 10/2[illegible]/2005 | Asking |
| [illegible] USDJPY | Sell | 0.1000 | [illegible] | [illegible] | [illegible] JPY | [illegible] | [illegible] | [illegible] | [illegible] USD | 13:[illegible] | 10/2[illegible]/2005 | 13:[illegible] | 10/2[illegible]/2005 | Asking |
| [illegible] | Buy | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible]0.22 USD | [illegible] | 10/24/2005 | [illegible] | 10/31/2005 | Asking |
| [illegible] | Sell | [illegible] | [illegible] | [illegible] | [illegible] | 1 | [illegible] | [illegible] | [illegible] USD | [illegible] | 10/2[illegible]/2005 | [illegible] | 11/01/2005 | Asking |
| [illegible] | Sell | 0.1000 | [illegible] | [illegible] | [illegible] | 1 | [illegible] | [illegible] | -34[illegible] USD | 06:[illegible] | 11/18/2005 | 04:30:12 | 04/03/2006 | Margin |
| [illegible] USDJPY | Buy | [illegible] | [illegible] | [illegible] | [illegible] JPY | [illegible] | [illegible] | [illegible] | [illegible] USD | [illegible] | 12/14/2005 | [illegible] | 12/14/2005 | Asking |
| [illegible] | Buy | [illegible] | [illegible] | [illegible] | [illegible] JPY | [illegible] | [illegible] | [illegible] | [illegible] USD | [illegible] | 12/15/2005 | 22:[illegible] | 12/18/2005 | Asking |
| [illegible] | Buy | [illegible] | [illegible] | 116.34 | [illegible] JPY | [illegible] | 0.00 | [illegible] | [illegible] USD | 21:34:15 | 12/15/2005 | 22:20:54 | 12/18/2005 | Asking |
| [illegible] USDJPY | Sell | 0.1000 | [illegible] | [illegible] | [illegible] JPY | [illegible] | [illegible] | [illegible] | [illegible] USD | 23:15:[illegible] | 12/18/2005 | [illegible] | 12/20/2005 | Asking |
| [illegible] USDJPY | Buy | 0.1000 | [illegible] | [illegible] | 400.00 JPY | [illegible] | 0.0[illegible] | [illegible] | [illegible] USD | [illegible] | 12/19/2005 | 15:11:45 | 12/20/2005 | Asking |
| [illegible] | Buy | 0.1000 | [illegible] | [illegible] | [illegible] JPY | [illegible] | [illegible] | [illegible] | [illegible] USD | [illegible] | 12/20/2005 | 10:08:4[illegible] | 02/0[illegible]/2006 | Asking |
| [illegible] | Buy | 0.1000 | [illegible] | [illegible] | [illegible] JPY | [illegible] | [illegible] | [illegible] | [illegible] USD | [illegible] | 01/08/2006 | 10:09:[illegible] | 02/03/2006 | Asking |
| [illegible] | Sell | 0.1000 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 02/03/2006 | 15:12:18 | 02/0[illegible]/2006 | Asking |
| [illegible] | Sell | 0.1000 | [illegible] | [illegible] | [illegible] | 1 | [illegible] | [illegible] | [illegible] USD | [illegible] | 02/06/2006 | 10:57:[illegible] | 02/14/2006 | Asking |
| [illegible] | [illegible] | 0.1000 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] USD | [illegible] | 02/10/2006 | 10:34:4[illegible] | 02/10/2006 | Asking |
| [illegible] | Buy | 0.1000 | [illegible] | [illegible] | [illegible] | [illegible] | 0.0[illegible] | [illegible] | [illegible] USD | [illegible] | 02/10/2006 | 10:37:4[illegible] | 02/10/2006 | Asking |
| [illegible] | Buy | 0.1000 | [illegible] | [illegible] | [illegible] | 1 | [illegible] | [illegible] | [illegible] USD | 10:[illegible] | 02/14/2006 | [illegible]:45:11 | 02/14/2006 | Asking |
| [illegible] | Sell | 0.1000 | [illegible] | [illegible] | [illegible] | 1 | [illegible] | [illegible] | [illegible] | [illegible] | 02/14/2006 | 08:12:[illegible] | 03/10/2006 | Asking |
| [illegible] (0) [illegible] | [illegible] | 0.1000 | [illegible] | [illegible] | [illegible] USD | 1 | [illegible] | [illegible] | [illegible] USD | [illegible] | 02/1[illegible]/2006 | 08:52:22 | 03/10/2006 | Asking |
| [illegible] | Sell | 0.1000 | 1.1485 | [illegible] | [illegible] USD | [illegible] | [illegible] | [illegible] | -40.[illegible] USD | 20:28:26 | 03/07/2006 | 20:32:11 | 03/07/2006 | Asking |
| [illegible] (0) USDJPY | Sell | 0.1000 | [illegible] | 118.0[illegible] | -1500.00 JPY | [illegible] | 0.00 | [illegible] USD | -14.7[illegible] USD | [illegible] | 03/10/2006 | 00:49:10 | 03/13/2006 | Asking |
| [illegible] (0) USDJPY | Sell | 0.1000 | [illegible] | 116.85 | 2100.00 JPY | [illegible] | 0.00 | 1.[illegible] USD | 1[illegible].[illegible] USD | 09:41:[illegible] | 03/10/2006 | 00:49:11 | 03/13/2006 | Asking |
| [illegible] (0) EURUSD | Sell | 0.1000 | [illegible] | 1.2047 | 154.00 USD | 1 | 0.00 | [illegible] USD | -151.75 USD | 13:48:13 | 03/[illegible]/2006 | 04:30:10 | 04/03/2006 | Margin |
| [illegible] (0) USDJPY | Buy | 0.1000 | [illegible] | [illegible] | 2400.00 JPY | [illegible] | 0.00 | 0.[illegible] USD | 2[illegible].[illegible] USD | 08:51:0[illegible] | 03/17/2006 | 09:22:04 | 03/17/2006 | Asking |
| [illegible] (0) USDJPY | Buy | 0.1000 | [illegible] | [illegible] | 1100.00 JPY | 116.0[illegible] | 0.00 | 0.0[illegible] USD | 9.48 USD | 08:56:08 | 03/17/2006 | 09:22:04 | 03/17/2006 | Asking |
| 915683 (0) USDJPY | Buy | 0.1000 | 115.[illegible] | 115.04 | 500.00 JPY | 116.08 | 0.00 | [illegible] USD | 4.31 USD | 09:[illegible] | 03/17/2006 | 09:22:05 | 03/17/2006 | Asking |
| [illegible] (0) USDJPY | Buy | 0.1000 | [illegible] | [illegible] | 400.00 JPY | 116.04 | 0.00 | 0.[illegible] USD | [illegible] USD | 10:21:38 | 03/17/2006 | 20:00:11 | 03/19/2006 | Asking |
| [illegible] (0) USDJPY | Buy | 0.1000 | [illegible] | [illegible] | [illegible] JPY | 11[illegible] | 0.00 | [illegible] USD | [illegible] USD | 10:2[illegible]:40 | 03/17/2006 | 20:00:11 | 03/19/2006 | Asking |
| [illegible] (0) USDJPY | Buy | 0.1000 | [illegible] | [illegible] | [illegible] JPY | 116.[illegible] | 0.00 | 0.[illegible] USD | [illegible] USD | 10:[illegible] | 03/17/2006 | 20:00:12 | 03/19/2006 | Asking |
| [illegible] (0) EURUSD | Sell | 0.1000 | [illegible] | 1.2047 | [illegible] USD | 1 | 0.00 | 1.[illegible] USD | -1[illegible] USD | 10:4[illegible]:2[illegible] | 03/17/2006 | 04:30:18 | 04/03/2006 | Margin |
| [illegible] GBPUSD | Buy | 0.1000 | [illegible] | [illegible] | 110.00 USD | 1 | 0.00 | 0.0[illegible] USD | 110.00 USD | [illegible]:39:[illegible] | 03/19/2006 | 2[illegible]:23:32 | 03/22/2006 | Asking |
| [illegible] (0) USDJPY | Buy | 0.1000 | [illegible] | [illegible] | [illegible] JPY | [illegible] | 0.0[illegible] | 0.09 USD | 2.[illegible] USD | [illegible] | 03/20/2006 | 09:[illegible]:04 | 03/20/2006 | Asking |
| [illegible] EURUSD | Sell | 0.1000 | [illegible] | 1.2047 | [illegible] USD | 1 | [illegible] | [illegible] USD | [illegible] USD | 16:25:41 | 03/2[illegible]/2006 | 04:30:17 | 04/03/2006 | Margin |
| [illegible] GBPUSD | Sell | 0.1000 | [illegible] | [illegible] | [illegible] USD | 1 | [illegible] | [illegible] USD | 22.[illegible] USD | [illegible]:42:41 | 03/2[illegible]/2006 | [illegible]:23:4[illegible] | 03/23/2006 | Asking |
| [illegible] | Sell | 0.1000 | [illegible] | [illegible] | [illegible] USD | 1 | [illegible] | [illegible] USD | -[illegible] USD | [illegible] | 03/24/2006 | 04:30:18 | 04/03/2006 | Margin |
| [illegible] | Sell | 0.1000 | [illegible] | [illegible] | [illegible] USD | 1 | [illegible] | [illegible] USD | -[illegible] USD | [illegible]:11:03 | 03/2[illegible]/2006 | 04:30:11 | 04/03/2006 | Margin |
| [illegible] EURUSD | Sell | 0.1000 | [illegible] | 1.2047 | [illegible] USD | 1 | [illegible] | 1.00 USD | -[illegible] USD | 03:13:00 | 03/24/2006 | 04:30:16 | 04/03/2006 | Margin |
| [illegible] | Sell | 0.1000 | 1.2077 | [illegible] | [illegible] USD | 1 | [illegible] | [illegible] USD | [illegible] USD | [illegible] | 03/2[illegible]/2006 | 20:[illegible]:20 | 03/29/2006 | Asking |
| [illegible] | Buy | 0.1000 | [illegible] | [illegible] | [illegible] USD | 1 | [illegible] | [illegible] | [illegible] USD | [illegible] | 03/29/2006 | 20:[illegible] | 03/29/2006 | Asking |
| [illegible] | [illegible] | 0.1000 | [illegible] | [illegible] | [illegible] USD | [illegible] | 0.0[illegible] | [illegible] USD | 2[illegible] USD | 07:[illegible] | 03/29/2006 | 21:[illegible] | 03/29/2006 | Asking |

ONE BATTERY PARK PLAZA, 2ND FLOOR
NEW YORK, NY 10004
212.835.0100 FAX 212.835.0101
WWW.MGFOREX.COM

# ASA-42

MG FINANCIAL GROUP

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | Margin |
| [illegible] | Buy | [illegible] | [illegible] | | [illegible] | 0.00 USD | 20.02 USD | [illegible] | [illegible] | 16:54:07 | 03/30/2006 | Asking |
| [illegible] GBPUSD | Buy | [illegible] | [illegible] | | [illegible] | [illegible] USD | -45.00 USD | [illegible] | 03/30/2006 | [illegible] | 03/30/2006 | Asking |
| [illegible] | Buy | [illegible] | [illegible] | | [illegible] | [illegible] | -223.[illegible] USD | 14:03:[illegible] | [illegible] | 04:30:15 | 04/03/2006 | Margin |
| [illegible] | Buy | [illegible] | [illegible] | | [illegible] | [illegible] USD | 224.[illegible] USD | 14:20:[illegible] | [illegible] | [illegible] | 04/03/2006 | Margin |
| [illegible] (0) GBPUSD | Buy | 0.2000 [illegible] | [illegible] | | [illegible] | 0.00 USD | 436.00 USD | 16:00:50 | 03/30/2006 | 04:30:15 | 04/03/2006 | Margin |
| [illegible] (0) GBPUSD | Buy | [illegible] | 110.00 USD | | [illegible] | 0.00 USD | -110.00 USD | 00:52:13 | 04/03/2006 | 04:30:15 | 04/03/2006 | Margin |
| [illegible] (0) GBPUSD | Buy | [illegible] 1.7[illegible] | 40.00 USD | | [illegible] | 0.00 USD | -40.00 USD | 01:30:33 | 04/03/2006 | 04:30:16 | 04/03/2006 | Margin |
| [illegible] GBPUSD | Buy | 0.1000 1.[illegible] | 2[illegible] USD | | [illegible] | 0.00 USD | -25.00 USD | 02:43:34 | 04/03/2006 | 04:30:1[illegible] | 04/03/2006 | Margin |
| [illegible] (0) EURUSD | Sell | [illegible] | [illegible] USD | | [illegible] | 0.00 USD | [illegible] USD | 02:45:49 | 04/03/2006 | 04:30:14 | 04/03/2006 | Margin |
| [illegible] EURUSD | Sell | 0.1000 [illegible] 1.2[illegible] | [illegible].00 USD | | [illegible] | 0.25 USD | 206.75 USD | 10:33:07 | 04/03/2006 | 09:37:[illegible] | 04/05/2006 | Asking |
| [illegible] | Sell | 0.1000 [illegible] | [illegible] USD | | [illegible] | [illegible] USD | [illegible] USD | 10:39:35 | 04/03/2006 | [illegible] | 04/12/2006 | Asking |
| [illegible] EURUSD | Sell | [illegible] | [illegible] | | [illegible] | [illegible] USD | [illegible].38 USD | [illegible]:36:40 | 04/03/2006 | 13:19:[illegible] | 04/12/2006 | Asking |
| [illegible] EURUSD | Sell | 0.1000 1.2[illegible] | 1[illegible].00 USD | | [illegible] | [illegible] USD | [illegible] USD | 10:44:59 | 04/03/2006 | 13:[illegible] | 04/12/2006 | Asking |
| [illegible] | Sell | 0.1000 [illegible] | [illegible] USD | | [illegible] | [illegible] | [illegible] USD | 12:26:57 | 04/03/2006 | 13:[illegible]:05 | 04/12/2006 | Asking |
| [illegible] | Sell | 0.1000 [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] USD | [illegible]:16:47 | 04/03/2006 | 13:19:05 | 04/12/2006 | Asking |
| [illegible] | Buy | 0.1000 [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] USD | [illegible] | 04/04/2006 | [illegible]:51:45 | 04/04/2006 | Asking |
| [illegible] | Buy | 0.1000 1.[illegible] | [illegible] USD | | [illegible] | [illegible] USD | [illegible] USD | 16:[illegible]:10 | 04/04/2006 | 01:56:01 | 04/05/2006 | Asking |
| [illegible] | Buy | 0.1000 [illegible] | [illegible] USD | | [illegible] | [illegible] USD | [illegible] USD | [illegible] | 04/05/2006 | [illegible]:15:11 | 04/06/2006 | Asking |
| [illegible] | Buy | 0.1000 1.7[illegible] | [illegible] USD | | [illegible] | [illegible] USD | [illegible] USD | [illegible] | 04/05/2006 | 08:25:54 | 04/06/2006 | Asking |
| [illegible] | Buy | 0.1000 1.75[illegible] 1.7[illegible] | [illegible] USD | | [illegible] | [illegible] | [illegible] USD | [illegible] | 04/05/2006 | [illegible]:26:09 | 04/06/2006 | Asking |
| [illegible] (0) GBPUSD | Buy | 0.1000 1.74[illegible] | [illegible] USD | | [illegible] | [illegible] | [illegible] USD | [illegible] | 04/06/2006 | 05:48:[illegible] | 04/06/2006 | Asking |
| 90[illegible]644 (0) GBPUSD | Buy | 0.1000 1.7503 1.7646 | [illegible].00 USD | | [illegible] | [illegible] USD | [illegible].00 USD | 09:[illegible]:57 | 04/06/2006 | 04:54:13 | 04/12/2006 | Asking |
| [illegible] (0) [illegible] | Sell | 0.[illegible] 1.7480 [illegible] | [illegible].00 USD | | [illegible] | [illegible] | [illegible] USD | [illegible]:58:[illegible] | 04/12/2006 | 02:30:28 | 05/05/2006 | Margin |
| [illegible] (0) [illegible] | Sell | 0.[illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | 04/[illegible]/2006 | 03:47:01 | 04/1[illegible]/2006 | Asking |
| [illegible] | Sell | 0.1000 1.7[illegible] | [illegible] USD | | [illegible] | [illegible] | [illegible] USD | [illegible] | 04/13/2006 | 03:30:27 | 05/05/2006 | Margin |
| [illegible] (0) EURUSD | Sell | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] USD | [illegible]:30:[illegible] | 04/27/2006 | 08:30:[illegible] | 05/05/2006 | Margin |
| [illegible] (0) EURUSD | Sell | 0.1000 1.2[illegible] | [illegible] USD | | [illegible] | [illegible] | [illegible] USD | [illegible] | 05/[illegible]/2006 | [illegible]:10:09 | 05/05/2006 | Asking |
| [illegible] (0) [illegible] | Sell | 0.[illegible] | 2[illegible] JPY | [illegible] | [illegible] | [illegible] USD | [illegible] USD | [illegible] | 01/2[illegible]/2007 | 16:3[illegible]:51 | 01/24/2007 | Asking |
| [illegible] (0) GBPJPY | [illegible] | [illegible] | [illegible].00 JPY | [illegible] | [illegible] | [illegible] USD | [illegible] USD | [illegible] | 01/24/2007 | 17:20:06 | 01/24/2007 | Asking |
| [illegible] (0) GBPJPY | Sell | [illegible] | [illegible].00 JPY | [illegible] | [illegible] | [illegible] USD | [illegible] USD | [illegible] | 01/24/2007 | [illegible]:16:4[illegible] | 01/24/2007 | Asking |
| [illegible] (0) GBPJPY | [illegible] | [illegible] | [illegible] JPY | [illegible] | [illegible] | [illegible] | [illegible] USD | [illegible] | 01/2[illegible]/2007 | 03:10:51 | 01/25/2007 | Asking |
| [illegible] (0) GBPJPY | Buy | [illegible] | [illegible] JPY | [illegible] | [illegible] | [illegible] | [illegible] USD | [illegible] | 01/2[illegible]/2007 | 05:[illegible]:51 | 01/25/2007 | Asking |
| [illegible] (0) GBPUSD | Sell | [illegible] | [illegible] USD | | [illegible] | [illegible] USD | [illegible] USD | 22:08:47 | 01/24/2007 | [illegible] | 01/26/2007 | Asking |
| [illegible] (0) GBPUSD | Sell | [illegible] 1.9[illegible] | [illegible] USD | | 0.00 | -0.45 USD | 7[illegible] USD | 03:2[illegible] | 01/25/2007 | 06:57:21 | 01/26/2007 | Asking |
| [illegible] (0) EURUSD | Buy | 0.1000 [illegible] | [illegible] USD | | 0.00 | 4.[illegible]0 USD | [illegible].40 USD | 11:17:32 | 02/14/2007 | [illegible]:48:10 | 02/15/2007 | Asking |
| [illegible] (0) GBPJPY | Buy | 0.1000 [illegible] | [illegible] JPY | [illegible] | [illegible] | [illegible] USD | -0.[illegible] USD | [illegible]:30:5[illegible] | 02/15/2007 | 19:12:00 | 02/15/2007 | Asking |
| [illegible] (0) GBPJPY | Buy | 0.1000 [illegible] | [illegible].00 JPY | [illegible] | [illegible] | [illegible] USD | [illegible].36 USD | 15:40:12 | 02/15/2007 | 19:12:01 | 02/15/2007 | Asking |
| [illegible] (0) GBPJPY | Buy | 0.1000 2[illegible] | 2000.[illegible] JPY | [illegible] | 0.00 | [illegible] USD | 24.[illegible] USD | [illegible] | 02/15/2007 | 19:12:01 | 02/15/2007 | Asking |
| [illegible] (0) GBPJPY | Buy | 0.1000 232.[illegible] | [illegible] JPY | [illegible] | [illegible] | [illegible] | [illegible] USD | 20:40:[illegible] | 02/15/2007 | 20:05:18 | 02/15/2007 | Asking |
| [illegible] (0) GBPJPY | Buy | 0.1000 232.[illegible] | [illegible] JPY | [illegible] | [illegible] | [illegible] USD | [illegible] USD | [illegible] | 02/16/2007 | 05:1[illegible]:10 | 02/25/2007 | Asking |
| [illegible] (0) EURUSD | Sell | 1.0000 1.3[illegible] | [illegible] USD | | [illegible] | 6.80 USD | -[illegible] USD | [illegible] | 09/18/2007 | [illegible]:53:00 | 09/20/2007 | Margin |
| [illegible] (0) EURUSD | Sell | 0.1000 1.4[illegible] 1.4[illegible] | [illegible].00 USD | | [illegible] | [illegible] | [illegible] USD | 1[illegible] | 09/26/2007 | [illegible]:27:21 | 10/03/2007 | Asking |
| [illegible] | Sell | 0.1000 1.42[illegible] | [illegible] USD | | [illegible] | [illegible] | [illegible] USD | [illegible] | 10/01/2007 | [illegible] | 10/04/2007 | Asking |
| [illegible] | Sell | 0.[illegible] 1.4[illegible] | [illegible] | | [illegible] | [illegible] | [illegible] USD | 12:0[illegible] | 10/[illegible]/2007 | [illegible] | 11/02/2007 | Margin |
| [illegible] | Sell | 0.[illegible] 1.4[illegible] | [illegible] USD | | [illegible] | [illegible] | [illegible] USD | [illegible] | [illegible]/2007 | [illegible] | 11/02/2007 | Margin |

ONE BATTERY PARK PLAZA, 2ND FLOOR
NEW YORK, NY 10004
212.835.0100 FAX 212.835.0101
WWW.MGFOREX.COM



ONE BATTERY PARK PLAZA, 2ND FLOOR

NEW YORK, NY 10004

212.835.0100  FAX 212.835.0101

WWW.MGFOREX.COM

**YAHOO!** MAIL

Print - Close Window

**From:** "Inna Danova" <inna@mgforex.com>

**To:** sam07012@yahoo.com

**Subject:** Contest Demo Winner

**Date:** Fri, 30 May 2003 16:31:15 -0400

Dear Sam,

Congratulations on winning the Grand Prize of the Demo Trading Contest! Your prize is a $1,000 credit in a Live Trading Account!*

To claim your prize, please print out, complete and fax/mail to us, Account Application Forms, located at http://www.forex-mg.com/live/default.asp?loc=OpenLive

If you have any further questions, please don't hesitate to contact me.

* Money credited to real accounts from the competition cannot be withdrawn. All trading profits in excess of the prize can be withdrawn. The winner must claim his prize by submitting a completed Customer Agreement to MGFG within 40 days of winning the competition.

Best Regards

Michelle
MG Financial Group

# ASA-45

Account Status Report for **A-112773** on **May 30 2003 3:01:53**
Activity from: **May 2 2003 12:00AM** to: **May 31 2003 3:00PM**
AC ID: **A-112773** AE ID: **A-112773**

## Account Balance *

| Begin Balance | Deposit | Withdrawal | Adjust | Charges | IBComm | ATComm | Trade P+/L | Current Balance | Total Revalue | Equity | Used Margin | Usab |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10000.00 | .00 | .00 | .00 | .00 | .00 | .00 | 26796.59 | 36796.59 | .00 | 36796.59 | 0 | 36 |

## Open Orders

| Order#(S#) | Currency | Buy/Sell | Units | Type | Stop | Limit | Time | Date | If Buy/Sell | If Units | If Type | If Stop | If Limit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

No Open Orders.

## Open Trades

| Ticket#(S#) | Currency | Buy/Sell | Units | Amount | Open | Close | ConvRate | Comm | Interest | Point P/L | $ P/L | Time | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

No Open Trades.

## Settled Trades

| Ticket# (S#) | Currency | Buy/Sell | Units | Open | Close | Currency P/L | ConvRate | Comm | Interest | $P/L | OpenTime | OpenDate | CloseTime | CloseDate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1124538 (0) | EUR | Buy | 8.0000 | 1.1369 | 1.1394 | 2000.00 USD | 1 | .00 | .00 | 2000.00 | 14:14:31 | 05/06/2003 | 14:23:07 | 05/06/2003 |
| 1124627 (0) | EUR | Sell | 10.0000 | 1.14 | 1.1418 | -1800.00 USD | 1 | .00 | 70.00 | 1870.00 | 14:38:04 | 05/06/2003 | 00:34:00 | 05/07/2003 |
| 1125137 (0) | EUR | Buy | 5.0000 | 1.142 | 1.1422 | 100.00 USD | 1 | .00 | .00 | 100.00 | 00:36:16 | 05/07/2003 | 07:56:02 | 05/07/2003 |
| 1125758 (0) | EUR | Sell | 5.0000 | 1.1422 | 1.142 | 100.00 USD | 1 | .00 | .00 | 100.00 | 07:57:03 | 05/07/2003 | 08:03:34 | 05/07/2003 |
| 1125791 (0) | JPY | Buy | 10.0000 | 117.01 | 116.94 | 767.37 USD | 1 | .00 | .00 | 767.37 | 08:10:19 | 05/07/2003 | 08:15:34 | 05/07/2003 |
| 1125816 (0) | JPY | Sell | 5.0000 | 117 | 117.1 | 547.42 USD | 1 | .00 | 180.00 | 367.42 | 08:18:23 | 05/07/2003 | 19:56:24 | 05/08/2003 |
| 1127307 (0) | EUR | Buy | 5.0000 | 1.139 | 1.1451 | 3050.00 USD | 1 | .00 | .00 | 3050.00 | 07:45:37 | 05/08/2003 | 08:07:11 | 05/08/2003 |
| 1127464 (0) | EUR | Buy | 5.0000 | 1.1464 | 1.1484 | 1000.00 USD | 1 | .00 | .00 | 1000.00 | 08:26:26 | 05/08/2003 | 09:42:45 | 05/08/2003 |
| 1127687 (0) | EUR | Buy | 5.0000 | 1.1481 | 1.1482 | 50.00 USD | 1 | .00 | .00 | 50.00 | 09:45:51 | 05/08/2003 | 12:34:20 | 05/08/2003 |
| 1127745 (0) | EUR | Buy | 5.0000 | 1.145 | 1.1483 | 1650.00 USD | 1 | .00 | .00 | 1650.00 | 10:25:39 | 05/08/2003 | 13:39:08 | 05/08/2003 |
| 1128032 (0) | EUR | Buy | 5.0000 | 1.1508 | 1.1512 | 300.00 USD | 1 | .00 | 35.00 | 265.00 | 12:52:57 | 05/08/2003 | 21:01:29 | 05/08/2003 |
| 1128281 (0) | EUR | Buy | 5.0000 | 1.1525 | 1.1493 | -1600.00 USD | 1 | .00 | .00 | -1600.00 | 19:50:55 | 05/08/2003 | 01:56:17 | 05/09/2003 |
| 1128483 (0) | CHF | Sell | 5.0000 | 1.3125 | 1.315 | 1086.37 USD | 1 | .00 | .00 | 1086.37 | 01:09:04 | 05/09/2003 | 08:01:42 | 05/09/2003 |
| 1128488 (0) | CHF | Sell | 5.0000 | 1.313 | 1.3149 | 825.39 USD | 1 | .00 | .00 | 825.39 | 01:20:24 | 05/09/2003 | 09:25:14 | 05/09/2003 |
| 1129391 (0) | EUR | Sell | 5.0000 | 1.1566 | 1.1593 | 150.00 USD | 1 | .00 | .00 | 150.00 | 19:03:07 | 05/11/2003 | 01:21:04 | 05/12/2003 |
| 1129397 | CHF | Buy | 5.0000 | 1.3053 | 1.304 | 572.82 | 1 | .00 | .00 | 572.82 | 19:06:17 | 05/11/2003 | 03:18:01 | 05/12/2003 |

# ASA-46

| ID | Cur | B/S | Amt | Rate1 | Rate2 | USD | | | | | Time | Date | Time | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (0) | | | | | | USD | | | | | | | | |
| 1129459 (0) | EUR | Sell | 5.0000 | 1.1556 | 1.1547 | 450.00 USD | 1 | .00 | 35.00 | 415.00 | 20:06:13 | 05/11/2003 | 15:49:36 | 05/12/2003 |
| 1129711 (0) | CHF | Buy | 5.0000 | 1.3075 | 1.3019 | 2467.35 USD | 1 | .00 | .00 | 2467.35 | 01:01:38 | 05/12/2003 | 04:23:24 | 05/12/2003 |
| 1129953 (0) | CHF | Sell | 5.0000 | 1.3021 | 1.3044 | 1015.63 USD | 1 | .00 | .00 | 1015.63 | 04:26:28 | 05/12/2003 | 05:09:50 | 05/12/2003 |
| 1129999 (0) | CHF | Sell | 5.0000 | 1.3047 | 1.3065 | 791.98 USD | 1 | .00 | .00 | 791.98 | 05:04:44 | 05/12/2003 | 07:09:13 | 05/12/2003 |
| 1130873 (0) | EUR | Sell | 5.0000 | 1.157 | 1.151 | 3000.00 USD | 1 | .00 | .00 | 3000.00 | 17:20:37 | 05/12/2003 | 20:05:28 | 05/12/2003 |
| 1130963 (0) | EUR | Sell | 5.0000 | 1.1507 | 1.1487 | 1000.00 USD | 1 | .00 | .00 | 1000.00 | 20:00:20 | 05/12/2003 | 20:30:02 | 05/12/2003 |
| 1131012 (0) | EUR | Buy | 5.0000 | 1.1477 | 1.1481 | 200.00 USD | 1 | .00 | .00 | 200.00 | 20:32:02 | 05/12/2003 | 21:06:19 | 05/12/2003 |
| 1134126 (0) | EUR | Sell | 5.0000 | 1.1453 | 1.147 | -850.00 USD | 1 | .00 | .00 | -850.00 | 03:55:57 | 05/15/2003 | 04:17:01 | 05/15/2003 |
| 1134152 (0) | EUR | Buy | 5.0000 | 1.147 | 1.1483 | 650.00 USD | 1 | .00 | 35.00 | 615.00 | 04:17:02 | 05/15/2003 | 07:59:58 | 05/16/2003 |
| 1134181 (0) | EUR | Sell | 5.0000 | 1.1473 | 1.1483 | 500.00 USD | 1 | .00 | 35.00 | 465.00 | 04:50:54 | 05/15/2003 | 07:59:58 | 05/16/2003 |
| 1134488 (0) | CHF | Sell | 5.0000 | 1.3189 | 1.3239 | 2147.65 USD | 1 | .00 | 30.00 | 2117.65 | 09:30:14 | 05/15/2003 | 19:30:09 | 05/15/2003 |
| 1134911 (0) | CHF | Sell | 5.0000 | 1.325 | 1.3221 | -1241.59 USD | 1 | .00 | 30.00 | -1271.59 | 13:00:39 | 05/15/2003 | 20:37:04 | 05/15/2003 |
| 1135825 (0) | EUR | Sell | 5.0000 | 1.152 | 1.1566 | -2300.00 USD | 1 | .00 | .00 | -2300.00 | 09:34:23 | 05/16/2003 | 13:50:25 | 05/16/2003 |
| 1135678 (0) | EUR | Sell | 5.0000 | 1.154 | 1.1682 | -7100.00 USD | 1 | .00 | 70.00 | -7170.00 | 09:52:44 | 05/16/2003 | 01:49:26 | 05/20/2003 |
| 1136168 (0) | CHF | Buy | 5.0000 | 1.308 | 1.3089 | -394.27 USD | 1 | .00 | .00 | -394.27 | 13:46:34 | 05/16/2003 | 14:03:17 | 05/16/2003 |
| 1136168 (1) | CHF | Buy | 5.0000 | 1.308 | 1.2951 | 5711.37 USD | 1 | .00 | 30.00 | 5681.37 | 13:46:34 | 05/16/2003 | 23:40:03 | 05/18/2003 |
| 1136617 (0) | JPY | Sell | 5.0000 | 115.3 | 115.9 | 3367.44 USD | 1 | .00 | .00 | 3367.44 | 23:40:33 | 05/18/2003 | 07:08:32 | 05/19/2003 |
| 1136707 (0) | CHF | Buy | 6.0000 | 1.2937 | 1.2958 | -1127.43 USD | 1 | .00 | 36.00 | -1163.43 | 02:25:33 | 05/19/2003 | 01:55:10 | 05/20/2003 |
| 1137710 (0) | CHF | Buy | 4.0000 | 1.3 | 1.2958 | 1495.96 USD | 1 | .00 | 24.00 | 1471.96 | 14:27:35 | 05/19/2003 | 01:55:10 | 05/20/2003 |
| 1143997 (0) | EUR | Sell | 5.0000 | 1.1875 | 1.185 | 1250.00 USD | 1 | .00 | .00 | 1250.00 | 17:30:19 | 05/26/2003 | 00:54:41 | 05/27/2003 |
| 1144388 (0) | CHF | Buy | 11.0000 | 1.2888 | 1.283 | 5787.62 USD | 1 | .00 | .00 | 5787.62 | 01:59:18 | 05/27/2003 | 05:58:48 | 05/27/2003 |
| 1144369 (0) | EUR | Sell | 5.0000 | 1.1834 | 1.1837 | -150.00 USD | 1 | .00 | 35.00 | -185.00 | 01:59:33 | 05/27/2003 | 15:20:37 | 05/27/2003 |
| 1144369 (1) | EUR | Sell | 5.0000 | 1.1834 | 1.1837 | -150.00 USD | 1 | .00 | 35.00 | -185.00 | 01:59:33 | 05/27/2003 | 15:39:13 | 05/27/2003 |
| 1146132 (0) | EUR | Buy | 5.0000 | 1.1755 | 1.1778 | 1150.00 USD | 1 | .00 | 105.00 | 1045.00 | 08:31:22 | 05/28/2003 | 09:15:05 | 05/29/2003 |
| 1146162 (0) | CHF | Sell | 5.0000 | 1.301 | 1.304 | 1326.26 USD | 1 | .00 | 90.00 | 1236.26 | 08:46:50 | 05/28/2003 | 04:03:15 | 05/29/2003 |
| 1147870 (0) | EUR | Buy | 5.0000 | 1.1822 | 1.1828 | 300.00 USD | 1 | .00 | .00 | 300.00 | 10:50:05 | 05/29/2003 | 11:02:35 | 05/29/2003 |
| 1147871 (0) | CHF | Sell | 5.0000 | 1.2928 | 1.2933 | 224.29 USD | 1 | .00 | .00 | 224.29 | 10:50:12 | 05/29/2003 | 10:55:03 | 05/29/2003 |
| 1147944 (0) | EUR | Sell | 5.0000 | 1.1842 | 1.183 | 600.00 USD | 1 | .00 | .00 | 600.00 | 11:20:53 | 05/29/2003 | 11:36:53 | 05/29/2003 |
| 1148003 (0) | EUR | Sell | 5.0000 | 1.1835 | 1.186 | -1250.00 USD | 1 | .00 | .00 | -1250.00 | 12:06:54 | 05/29/2003 | 12:35:49 | 05/29/2003 |

* Please be advised that the account status shown is for the time when report was generated. For user-defined period status shown is for 3 PM of report end date.

# ASA-47

 **Mail**

Close Window

**Date:** Wed, ▓▓▓▓▓▓ 01:50:32 -0700 (PDT)

**From:** "Sam Zaerpour" <sam07012@yahoo.com>

**Subject:** Urgent - Contest demo account A-90221

**To:** demo@forex-mg.com

This is to advise you that all my open position have been closed at the rate of 119.58 USDJPY on 8/19/02 at 22:05 because of margin call causing a total loss of $ 53,657. Today, after verification on the charts, I realize that these rates have never been reached by the Interbank market.

Please confirm and restore my account to its position as it would be if this bug would not have happened. This would include closing all my positions (60 "units" in total) at the rate of 118.00 USDJPY.

**Do You Yahoo!?**
HotJobs, a Yahoo! service - Search Thousands of New Jobs

# ASA-48

Account Status Report for A-90221 created 8:29:08
Activity from Aug 1 2002 12:00AM to Aug 29 2002 3:00PM
AC ID: A-90221 AC ID: A-90221

## Account Balance

| Begin Balance | Deposit | Withdrawal | Accrual | Charges | P/L Open | P/L Open | Trade P/L | Current Balance | Total Realize | Equity | Close Margin | Usable Margin |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 51854.30 | 63367.15 | .00 | .00 | .00 | | .00 | 33638.43 | | 3900.00 | | 25000 | 11891.96 |

## Open Orders

| Order#(S#) | Currency | Buy/Sell | Units | Type | Stop | Limit | Time | Date |
|---|---|---|---|---|---|---|---|---|
| 1902906 (0) | GBP | Buy | 50 | Limit | 0 | 1.525 | 20:38:04 | 08/27/2002 |

## Open Trades

| Ticket#(S#) | Currency | Buy/Sell | Units | Amount | Open | Close | P/Open | Interest | Pcurr P/L | S P/L | Time | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 911999 (0) | GBP | Sell | 50 | .1473 | 1.525 | .5228 | .00 | 3700.00 | 72.0 | 3900.00 | 14:55.27 | 08/27/2002 |

## Settled Trades

| Ticket#(S#) | Currency | Buy/Sell | Units | Open | Close | Curren | Interest | S P/L | OpenTime | OpenDate | CloseTime | CloseDate | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 890936 (0) | EUR | Buy | 12.0000 | 0.9825 | 0.9792 | .00 | 18.00 | -880.00 | 13.55.46 | 08/05/2002 | 19:13:16 | 08/05/2002 | Asking |
| 890183 (0) | EUR | Buy | 2.0000 | 0.9817 | 0.9782 | .00 | 18.00 | 328.00 | 14:53.33 | 08/05/2002 | 19:13.18 | 08/05/2002 | Asking |
| 890582 (0) | EUR | Buy | 5.0000 | 0.9788 | 0.9731 | 50.00 | .00 | 2300.00 | 00:57:25 | 08/06/2002 | 03:45:42 | 08/06/2002 | Asking |
| 890777 (0) | EUR | Buy | 2.0000 | 0.973 | 0.9676 | 25.00 | .00 | -1100.00 | 03.50:18 | 08/06/2002 | 04:44:14 | 08/06/2002 | Asking |
| 892400 (0) | EUR | Sell | 5.0000 | 0.9687 | 0.8701 | .00 | .00 | -700.00 | 07:40:57 | 08/07/2002 | 08:14:05 | 08/07/2002 | Asking |
| 894257 (0) | EUR | Buy | 5.0000 | 0.9648 | 0.97 | 50.00 | 90.00 | 2500.00 | 12:19.46 | 08/08/2002 | 01:14:46 | 08/09/2002 | Asking |
| 894580 (0) | EUR | Buy | 5.0000 | 0.9678 | 0.9726 | 25.00 | 45.00 | 2430.00 | 17:06.53 | 08/08/2002 | 23:42:41 | 08/11/2002 | Asking |
| 896060 (0) | EUR | Sell | 5.0000 | 0.974 | 0.9743 | .00 | .00 | -150.00 | 06.10:52 | 08/12/2002 | 00.10:47 | 08/12/2002 | Asking |
| 896061 (0) | EUR | Buy | 5.0000 | 0.9743 | 0.977 | .00 | .00 | 1350.00 | 00:10:46 | 08/12/2002 | 07.41.26 | 08/12/2002 | Asking |
| 896498 (0) | EUR | Sell | 5.0000 | 0.979 | 0.9775 | .00 | 45.00 | 795.00 | 07:46:48 | 08/12/2002 | 03:45:16 | 08/13/2002 | Asking |
| 896949 (0) | EUR | Sell | 5.0000 | 0.9775 | 0.9775 | .00 | 45.00 | 45.00 | 12:30.24 | 08/12/2002 | 03:45:17 | 08/13/2002 | Asking |
| 897514 (0) | JPY | Buy | 10.0000 | 119 | 118 | .00 | 130.00 | 10552.24 | 03.18.14 | 08/13/2002 | 22.57.00 | 08/13/2002 | Asking |
| 898722 (0) | JPY | Buy | 10.0000 | 118.2 | 117.73 | .00 | .00 | 5068.23 | 18.10:37 | 08/13/2002 | 23:36:43 | 08/14/2002 | Asking |
| 899990 (0) | JPY | Sell | 10.0000 | 116.59 | 117.16 | .00 | .00 | 5150.01 | 13.15.44 | 08/14/2002 | 14:54:54 | 08/14/2002 | Asking |
| 899995 (0) | JPY | Sell | 10.0000 | 116.59 | 117.16 | .00 | .00 | 5150.01 | 13.17:17 | 08/14/2002 | 14:54:54 | 08/14/2002 | Asking |
| 899997 (0) | JPY | Sell | 10.0000 | 116.59 | 117.15 | .00 | .00 | 5150.01 | 13:22.33 | 08/14/2002 | 14:54:55 | 08/14/2002 | Asking |
| 900632 (0) | JPY | Sell | 30.0000 | 117.59 | 118 | .00 | 780.00 | 12516.70 | 22:06:34 | 08/14/2002 | 02:30:34 | 08/19/2002 | Asking |
| 904033 (0) | JPY | Buy | 30.0000 | 118.63 | 119.54 | .00 | 390.00 | 33726.11 | 11:19:03 | 08/19/2002 | 22:05:06 | 08/19/2002 | Margin |
| 904458 (0) | JPY | Buy | 30.0000 | 118.96 | 119.58 | .00 | .00 | 19931.04 | 22:05:02 | 08/19/2002 | 22:05:07 | 08/19/2002 | Margin |
| 905593 (0) | JPY | Buy | 10.0000 | 117.96 | 118.33 | 100.00 | .00 | -4075.16 | 04:08:38 | 08/21/2002 | 06:19:16 | 08/21/2002 | Margin |
| 908443 (0) | JPY | Buy | 50.0000 | 119.4 | 118.85 | .00 | 1950.00 | 27118.35 | 08:32.32 | 08/22/2002 | 00:21:40 | 08/27/2002 | Asking |
| 911309 (0) | JPY | Sell | 50.0000 | 118.52 | 118.9 | .00 | 3250.00 | 18974.20 | 08:27.47 | 08/27/2002 | 17:23:58 | 08/28/2002 | Asking |

Please be advised that the account status shown above is your status at the time this report was generated. Please contact your account executive if you have questions regarding your account balance.

# ASA-49

119.15
119.10
119.05
119.00
118.95
118.90
118.85
118.80
118.75
118.70
118.65
118.60
118.55
118.50
118.45
118.40
118.35
118.30
118.25
118.20
118.15
118.10
118.05
118.00
117.95
117.90
117.85
117.80
117.75
117.70
03:50 PM Aug 19
08:10 PM Aug 19
12:30 AM Aug 20
04:50 AM Aug 20
09:10 AM Aug 20
01:30 PM Aug 20
05:50 PM Aug 20
10:10 PM Aug 20
02:30 AM Aug 21



**ASA-50**

# Combined Account Statement

**Statement Period: from Apr 12, 2003 5:00:00 PM through Nov 19, 2006 3:58:00 PM**

**User Name: Soheil Zaerpour**

**Forex Capital Markets**
**Financial Square, 32 Old Slip 10th Flr, New York, NY 10005 USA**

Soheil Zaerpour
Case postale 25 Lutry, Vaud 1095 Switzerland

**Trade Account Number: 09009777**      **Created at: Apr 13, 2003 6:04:57 AM**      **Status: Active**

## CLOSED TRADE LIST

| Ticket | Currency | Amt | Open Time | Close Time | Open | Close | | | | P/L | Net | Type | Acct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0082782 | EUR/JPY | 10K | 4/14/03 3:47 AM | 4/24/03 1:11 AM | 129.60 | 132.39 | 0.00 | -8.00 | 0.00 | -232.65 | -240.65 MC | LE | U1OR3_DESK |
| 0082918b | EUR/USD | 10K | 4/15/03 9:31 AM | 4/15/03 4:32 PM | 1.0810 | 1.0800 | 0.00 | 0.00 | 0.00 | 10.00 | 10.00 C | LE | m09009777 |
| 0083321b | EUR/JPY | 10K | 4/16/03 1:48 AM | 4/16/03 2:07 AM | 130.10 | 130.00 | 0.00 | 0.00 | 0.00 | 8.32 | 8.32 Mkt | L | m09009777 |
| 0083240Z | EUR/USD | 10K | 4/16/03 2:47 AM | 4/22/03 5:00 AM | 1.0832 | 1.0946 | 0.00 | -4.00 | 0.00 | -117.00 | -121.00 C | LE | m09009777 |
| 0083521 | EUR/JPY | 10K | 4/16/03 1:09 PM | 4/16/03 1:33 PM | 130.60 | 130.22 | 0.00 | 0.00 | 0.00 | 31.83 | 31.83 Mkt | L | m09009777 |
| 0083550 | EUR/USD | 10K | 4/16/03 1:41 PM | 4/16/03 11:24 PM | 1.0895 | 1.0976 | 0.00 | -1.00 | 0.00 | -81.00 | -82.00 C | LE | m09009777 |
| 0083548 | EUR/USD | 10K | 4/16/03 2:18 PM | 4/16/03 11:24 PM | 1.0905 | 1.0959 | 0.00 | -1.00 | 0.00 | -54.00 | -55.00 C | LE | m09009777 |
| 0083798 | EUR/USD | 10K | 5/2/03 11:05 AM | 5/2/03 12:23 PM | 1.1206 | 1.1207 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 C | LE | m09009777 |
| 0087730 | EUR/USD | 10K | 5/5/03 5:08 PM | 5/12/03 4:23 AM | 1.1260 | 1.1825 | 0.00 | -4.00 | 0.00 | -335.00 | -339.00 MC | LE | U1OR3_DESK |
| 0087499 | USD/CHF | 10K | 5/5/03 7:18 PM | 5/6/03 11:48 AM | 1.3414 | 1.3340 | 0.00 | 0.00 | 0.00 | 55.47 | 55.47 L | L | m09009777 |
| 0088014 | USD/CHF | 10K | 5/6/03 12:30 PM | 5/11/03 6:51 PM | 1.3346 | 1.3346 | 0.00 | -4.00 | 0.00 | -223.69 | -227.69 C | Mkt | m09009777 |
| 0087786 | USD/CHF | 10K | 5/6/03 2:22 PM | 5/7/03 4:07 AM | 1.3054 | 1.3281 | 0.00 | -1.00 | 0.00 | 7.52 | 6.52 L | LE | m09009777 |
| 0087085 | EUR/JPY | 10K | 5/8/03 12:37 AM | 5/8/03 1:04 AM | 131.99 | 132.00 | 0.00 | 0.00 | 0.00 | 0.86 | 0.86 C | LE | m09009777 |
| 0081830 | EUR/USD | 10K | 5/30/03 10:01 AM | 5/30/03 10:33 AM | 1.1740 | 1.1761 | 0.00 | 0.00 | 0.00 | -41.00 | -41.00 S | LE | m09009777 |
| 00990106 | GBP/USD | 10K | 6/6/03 2:13 AM | 6/9/03 4:32 AM | 1.8520 | 1.8500 | 0.00 | 0.00 | 0.00 | 120.00 | 120.00 L | LE | m09009777 |
| 00994535 | EUR/USD | 10K | 6/9/03 3:22 PM | | 1.1740 | 1.1740 | 0.00 | 0.00 | 0.00 | | Mkt | | m09009777 |

# ASA-51

Note: This page is a rotated (landscape) financial/forex transaction ledger. The following table reproduces the best reading of the columns. Every row carries the reference "mn09009777". Numeric middle columns are largely "0.00".

| Ref | Code | Amount | c1 | c2 | c3 | Net | Price 1 | Price 2 | Date/Time | Size | Account | Currency |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| mn09009777 | C | 23.00 | 0.00 | 0.00 | 0.00 | 23.00 | 1.7717 | 1.6560 | 6/9/03 4:12 PM | 10K | 00991950 | GBP/USD |
| mn09009777 | LE | -110.00 | 0.00 | -2.00 | 0.00 | -108.00 | 1.6888 | 1.6731 | 6/11/03 2:12 AM | 10K | 01007703 | GBP/USD |
| mn09009777 | Mkt | 24.00 | 0.00 | 0.00 | 0.00 | 24.00 | 1.6707 | 1.6731 | 6/13/03 5:05 AM | 10K | 01006192 | GBP/USD |
| mn09009777 | C | 52.00 | 0.00 | 0.00 | 0.00 | 52.00 | 1.6668 | 1.6720 | 6/13/03 8:28 AM | 10K | 01008192 | GBP/USD |
| mn09009777 | L | 27.00 | 0.00 | 0.00 | 0.00 | 27.00 | 1.6521 | 1.6720 | 6/13/03 2:57 PM | 10K | 01012882 | GBP/USD |
| mn09009777 | S | 6.00 | 0.00 | 0.00 | 0.00 | 6.00 | 1.6948 | 1.6948 | 6/16/03 6:04 AM | 10K | 01014083 | GBP/USD |
| mn09009777 | Mkt | 34.00 | 0.00 | 0.00 | 0.00 | 34.00 | 1.6823 | 1.6823 | 6/16/03 8:00 AM | 10K | 01015250 | GBP/USD |
| mn09009777 | C | 53.00 | 0.00 | 0.00 | 0.00 | 53.00 | 1.6609 | 1.6609 | 6/16/03 11:01 AM | 10K | 01017559 | GBP/USD |
| mn09009777 | Mkt | -32.00 | 0.00 | 0.00 | 0.00 | -32.00 | 1.6840 | 1.6840 | 6/16/03 11:47 AM | 10K | 01018740 | GBP/USD |
| mn09009777 | S | -36.00 | 0.00 | 0.00 | 0.00 | -36.00 | 1.6869 | 1.6790 | 6/16/03 6:34 PM | 10K | 01021285 | GBP/USD |
| mn09009777 | S | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.6790 | 1.6794 | 6/16/03 9:06 PM | 10K | 01021824 | GBP/USD |
| mn09009777 | Mkt | -1.00 | 0.00 | 0.00 | 0.00 | -1.00 | 1.5794 | 1.5794 | 6/17/03 7:58 AM | 10K | 01024579 | GBP/USD |
| mn09009777 | C | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.6600 | 1.6600 | 6/17/03 9:52 AM | 10K | 01032129 | GBP/USD |
| mn09009777 | Mkt | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.6691 | 1.6692 | 6/17/03 10:45 AM | 10K | 01060204 | EUR/USD |
| mn09009777 | LE | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.1519 | 1.1520 | 6/17/03 11:04 AM | 10K | 01063740 | EUR/USD |
| mn09009777 | S | -15.00 | 0.00 | 0.00 | 0.00 | -15.00 | 1.1805 | 1.1560 | 6/18/03 3:37 AM | 10K | 01063992 | EUR/USD |
| mn09009777 | Mkt | 9.00 | 0.00 | 0.00 | 0.00 | 9.00 | 1.1575 | 1.1584 | 6/18/03 5:11 AM | 10K | 01064000 | USD/CHF |
| mn09009777 | C | -109.84 | 0.00 | -2.00 | 0.00 | -107.84 | 1.3538 | 1.3392 | 6/18/03 5:20 AM | 10K | 01065057 | EUR/USD |
| mn09009777 | SE | 284.00 | 0.00 | -9.00 | 0.00 | 293.00 | 1.1553 | 1.1553 | 5/18/03 12:00 PM | 10K | 01088790 | EUR/USD |
| mn09009777 | SE | 211.00 | 0.00 | -8.00 | 0.00 | 217.00 | 1.1260 | 1.1499 | 6/18/03 5:42 PM | 10K | 01091184 | EUR/USD |
| mn09009777 | L | 59.00 | 0.00 | -1.00 | 0.00 | 60.00 | 1.1282 | 1.1372 | 6/18/03 9:48 PM | 10K | 01089059 | EUR/USD |
| mn09009777 | Mkt | 135.00 | 0.00 | -2.00 | 0.00 | 137.00 | 1.1312 | 1.1310 | 6/20/03 9:24 AM | 10K | 01099844 | EUR/USD |
| mn09009777 | C | -45.00 | 0.00 | 0.00 | 0.00 | -45.00 | 1.1173 | 1.1280 | 6/20/03 10:15 AM | 10K | 01106917 | EUR/USD |
| mn09009777 | C | -18.00 | 0.00 | -23.00 | 0.00 | 5.00 | 1.1325 | 1.1160 | 6/30/03 5:38 PM | 10K | 01117353 | USD/CHF |
| mn09009777 | C | -0.28 | 0.00 | -1.00 | 0.00 | 0.74 | 1.1175 | 1.3584 | 7/1/03 2:20 AM | 10K | 01118578 | USD/CHF |

# ASA-52

Case 2:13-cv-06073-ES-JAD Document 114 Filed 05/09/14 Page 18 of 66 PageID: 126

| Ticket | Instr. | Amount | Date/Time | Price 1 | Price 2 | Gross | | Comm | | Net | Type | Account |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01194129 | USD/CHF | 10K | 8/14/03 7:28 PM | 1.3715 | 1.3698 | 12.41 | 0.00 | -1.00 | 0.00 | 11.41 | C | m09009777 |
| 01193945 | USD/CHF | 10K | 8/14/03 11:00 AM | 1.3724 | 1.3714 | 0.73 | 0.00 | -1.00 | 0.00 | -0.27 | C | m09009777 |
| 01193985 | USD/CHF | 10K | 8/14/03 9:34 PM | 1.3732 | 1.3706 | 11.67 | 0.00 | -1.00 | 0.00 | 10.67 | C | m09009777 |
| 01194039 | GBP/USD | 10K | 8/14/03 7:15 PM | 1.5859 | 1.5999 | 18.24 | 0.00 | -1.00 | 0.00 | 17.24 | Mkt | m09009777 |
| 01186660 | EUR/USD | 20K | 8/14/03 7:13 PM | 1.1204 | 1.1184 | -140.00 | 0.00 | -2.00 | 0.00 | -142.00 | C | m09009777 |
| 01197537 | EUR/USD | 10K | 8/15/03 7:43 AM | 1.1171 | 1.1165 | 40.00 | 0.00 | 0.00 | 0.00 | 40.00 | Mkt | m09009777 |
| 01197635 | EUR/USD | 10K | 8/19/03 7:00 AM | 1.1182 | 1.1150 | 6.00 | 0.00 | 0.00 | 0.00 | 6.00 | C | m09009777 |
| 01198416 | EUR/USD | 20K | 8/16/03 8:12 AM | 1.1155 | 1.1144 | 32.00 | 0.00 | 0.00 | 0.00 | 32.00 | Mkt | m09009777 |
| 01198749 | EUR/USD | 10K | 8/16/03 9:40 AM | 1.1100 | 1.1150 | 22.00 | 0.00 | 0.00 | 0.00 | 22.00 | C | m09009777 |
| 01199748 | EUR/USD | 20K | 8/16/03 9:27 AM | 1.1064 | 1.0831 | -50.00 | 0.00 | -1.00 | 0.00 | -51.00 | L | m09009777 |
| 01199777 | EUR/USD | 20K | 8/18/03 11:05 AM | 1.1090 | 1.0831 | 528.00 | 0.00 | -10.00 | 0.00 | 518.00 | C | m09009777 |
| 01210299 | EUR/USD | 20K | 8/18/03 10:01 AM | 1.0971 | 1.0824 | 518.00 | 0.00 | -10.00 | 0.00 | 508.00 | S | m09009777 |
| 01241818 | EUR/USD | 10K | 8/18/03 11:11 AM | 1.0818 | 1.0815 | 294.00 | 0.00 | -8.00 | 0.00 | 288.00 | Mkt | m09009777 |
| 01259178 | USD/JPY | 10K | 8/18/03 12:37 PM | 116.55 | 116.55 | 1.00 | 0.00 | -1.00 | 0.00 | 0.00 | C | m09009777 |
| 01284187 | USD/JPY | 10K | 10/24/04 5:58 PM | 137.26 | 116.25 | -866.12 | 0.00 | -162.64 | 0.00 | -1,028.78 | MC | U10R3_DESK |
| 01291072 | USD/JPY | 10K | 10/24/04 4:58 PM | 137.26 | 115.38 | -838.15 | 0.00 | -156.64 | 0.00 | -964.79 | Mkt | U10R3_DESK |
| 02160032 | EUR/USD | 10K | 9/16/03 7:31 AM | 1.2003 | 1.2720 | -757.04 | 0.00 | -154.64 | 0.00 | -911.66 | MC | U10R3_DESK |
| 02662042 | USD/CAD | 10K | 5/17/04 3:24 AM | 1.2865 | 1.2865 | -717.00 | 0.00 | -46.60 | 0.00 | -763.60 | Mkt | U10R3_DESK |
| 02662564 | USD/CAD | 10K | 9/7/04 11:08 AM | 1.2875 | 1.2865 | 7.77 | 0.00 | 0.00 | 0.00 | 7.77 | C | m09009777 |
| 02853029 | USD/CAD | 10K | 9/7/04 12:34 PM | 1.2920 | 1.2887 | 25.54 | 0.00 | -0.14 | 0.00 | 25.40 | C | m09009777 |
| 02666804 | USD/CAD | 10K | 9/8/04 8:10 AM | 1.2875 | 1.2865 | 7.77 | 0.00 | 0.00 | 0.00 | 7.77 | C | m09009777 |
| 02877710 | USD/CAD | 10K | 9/8/04 9:01 AM | 1.2907 | 1.2897 | 7.75 | 0.00 | -0.42 | 0.00 | 7.33 | Mkt | m09009777 |
| 02873636 | USD/CAD | 10K | 9/9/04 3:55 AM | 1.2937 | 1.2925 | 9.28 | 0.00 | -0.28 | 0.00 | 9.00 | Mkt | m09009777 |
| 02678596 | USD/CAD | 10K | 9/9/04 5:13 PM | 1.2680 | 1.2669 | 1.55 | 0.00 | 0.00 | 0.00 | 1.55 | Mkt | m09009777 |

# ASA-53

| ID | Pair | Amount | Date/Time | Price 1 | Price 2 | Value | | | | Val | Type | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02876752 | USD/CAD | 10K | 9/9/04 5:28 PM | 1.2870 | 1.2874 | 0.78 | 0.00 | 0.00 | 0.00 | 0.78 | C | m0909077 |
| | | | 9/9/04 6:13 PM | | | | | | | | Mkt | m0909077 |
| | | | 9/9/04 6:40 PM | | | | | | | | Mkt | m0909077 |
| 02887568 | USD/CAD | 10K | 9/10/04 10:53 AM | 1.2875 | 1.2875 | 0.78 | 0.00 | 0.00 | 0.00 | 0.78 | C | m0909077 |
| 02880047 | USD/CAD | 10K | 9/10/04 2:18 PM | 1.2888 | 1.2869 | 22.50 | 0.00 | 0.00 | 0.00 | 22.50 | S | m0909077 |
| | | | 9/12/04 8:31 PM | | | | | | | | Mkt | m0909077 |
| 02880897 | USD/CAD | 10K | 9/13/04 3:28 AM | 1.2905 | 1.2890 | 11.82 | 0.00 | 0.00 | 0.00 | 11.82 | C | m0909077 |
| 02882850 | USD/CAD | 10K | 9/13/04 8:40 AM | 1.3012 | 1.2900 | 39.98 | 0.00 | -0.18 | 0.00 | 39.78 | SE | m0909077 |
| | | | 9/13/04 5:31 PM | | | | | | | 39.78 | C | m0909077 |
| 02883822 | USD/CAD | 10K | 9/13/04 4:56 PM | 1.3009 | 1.2903 | 35.38 | 0.00 | 0.00 | 0.00 | 35.36 | C | m0909077 |
| | | | 9/13/04 10:32 AM | | | | | | | | Mkt | m0909077 |
| 02884299 | USD/CAD | 80K | 9/13/04 11:21 AM | 1.2978 | 1.2977 | 8.18 | 0.00 | 0.00 | 0.00 | 6.18 | S(f) | m0909077 |
| | | | 9/13/04 11:25 AM | | | | | | | | Mkt | m0909077 |
| 02898572 | USD/CAD | 80K | 9/13/04 3:27 PM | 1.3003 | 1.2991 | 73.83 | 0.00 | 0.00 | 0.00 | 73.83 | C | m0909077 |
| 02704200 | USD/CAD | 10K | 9/14/04 8:47 AM | 1.2934 | 1.2980 | -35.57 | 0.00 | -0.18 | 0.00 | -35.75 | Mkt | m0909077 |
| 02708466 | USD/CAD | 10K | 9/14/04 5:12 PM | 1.2888 | 1.2980 | 6.16 | 0.00 | -0.18 | 0.00 | 5.89 | LE | m0909077 |
| 02708489 | USD/CAD | 20K | 9/14/04 8:47 AM | 1.2860 | 1.2860 | | 0.00 | -0.35 | 0.00 | | LE | m0909077 |
| 02708489 | USD/CAD | 10K | 9/15/04 8:39 AM | 1.2890 | 1.2980 | 15.40 | 0.00 | -0.18 | 0.00 | 5.89 | C | m0909077 |
| 02708833 | USD/CAD | 10K | 9/14/04 8:47 AM | 1.3010 | 1.2980 | 23.08 | 0.00 | -0.18 | 0.00 | 15.04 | LE | m0909077 |
| 02709044 | USD/CAD | 10K | 9/15/04 9:08 AM | 1.3010 | 1.2980 | 23.08 | 0.00 | -0.18 | 0.00 | 22.68 | LE | m0909077 |
| 02709248 | USD/CAD | 10K | 9/14/04 8:47 AM | 1.3000 | 1.2990 | 15.38 | 0.00 | -0.18 | 0.00 | 22.88 | LE | m0909077 |
| | | | 9/14/04 8:47 AM | | | | | | | | LE | m0909077 |
| 02898586 | USD/CAD | 10K | 9/15/04 9:31 AM | 1.3010 | 1.2980 | 23.06 | 0.00 | -0.18 | 0.00 | 15.20 | LE | m0909077 |
| 02708489 | USD/CAD | 10K | 9/15/04 10:16 AM | 1.3014 | 1.2970 | 33.81 | 0.00 | -0.18 | 0.00 | 22.68 | L | m0909077 |
| 02708427 | USD/CAD | 10K | 9/14/04 10:16 AM | 1.3015 | 1.2970 | 34.59 | 0.00 | -0.18 | 0.00 | 23.69 | C | m0909077 |
| | | | 9/15/04 9:34 AM | | | | | | | 33.63 | C | m0909077 |
| | | | 9/15/04 8:39 AM | | | | | | | | LE | m0909077 |
| 02709057 | USD/CAD | 10K | 9/15/04 4:14 AM | 1.2994 | 1.2984 | 23.09 | 0.00 | -0.18 | 0.00 | 34.40 | LE | m0909077 |
| 02710045 | USD/CAD | 10K | 9/15/04 9:34 AM | 1.3020 | 1.3004 | 12.30 | 0.00 | 0.00 | 0.00 | 23.06 | C | m0909077 |
| | | | 9/15/04 10:25 AM | | | | | | | 12.30 | C | m0909077 |
| 02710489 | USD/CAD | 10K | 9/15/04 10:08 AM | 1.3021 | 1.3009 | 9.22 | 0.00 | 0.00 | 0.00 | 9.22 | C | m0909077 |
| | | | 9/15/04 10:28 AM | | | | | | | | C | m0909077 |
| 02710519 | USD/CAD | 10K | 9/15/04 10:38 AM | 1.3020 | 1.3014 | 4.61 | 0.00 | 0.00 | 0.00 | 4.61 | C | m0909077 |
| 02711011 | USD/CAD | 10K | 9/15/04 10:53 AM | 1.3030 | 1.3018 | 10.78 | 0.00 | 0.00 | 0.00 | 10.76 | C | m0909077 |
| | | | 9/15/04 10:39 AM | | | | | | | | Mkt | m0909077 |
| | | | 9/15/04 10:50 AM | | | | | | | | C | m0909077 |
| 02711099 | USD/CAD | 10K | 9/15/04 11:05 AM | 1.3020 | 1.3004 | 12.30 | 0.00 | 0.00 | 0.00 | 12.30 | C | m0909077 |
| | | | 9/15/04 11:13 AM | | | | | | | | Mkt | m0909077 |
| 02711157 | USD/CAD | 10K | 9/15/04 11:14 AM | 1.3020 | 1.2991 | 6.93 | 0.00 | 0.00 | 0.00 | 6.93 | Mkt | m0909077 |
| | | | 9/15/04 11:17 AM | | 1.2999 | | | | | | Mkt | m0909077 |

# ASA-54

| Account | Pair | Size | Date/Time | Open | Close | Amount | | Adj | | Total | Type | Ref |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02711245 | USD/CAD | 10K | 9/17/04 9:22 AM | 1.3025 | 1.2998 | 19.96 | 0.00 | -0.72 | 0.00 | 19.24 | C | m09009777 |
| 02711193 | USD/CAD | 10K | 9/15/04 11:24 AM | 1.3025 | 1.2998 | 28.41 | 0.00 | -0.72 | 0.00 | 27.89 | C MkI | m09009777 |
| 02711518 | USD/CAD | 10K | 9/15/04 9:48 AM | 1.2900 | 1.2980 | -62.02 | 0.00 | -1.08 | 0.00 | -63.10 | LE MkI | m09009777 |
| 02711669 | USD/CAD | 10K | 9/21/04 6:57 AM | 1.3004 | 1.2984 | 15.38 | 0.00 | -0.72 | 0.00 | 14.66 | C | m09009777 |
| 02711436 | USD/CAD | 10K | 9/17/04 9:40 AM | 1.3038 | 1.2969 | 36.05 | 0.00 | -0.72 | 0.00 | 35.33 | C MkI | m09009777 |
| 02711468 | USD/CAD | 10K | 9/15/04 11:59 AM | 1.2986 | 1.2970 | 12.32 | 0.00 | -0.90 | 0.00 | 11.42 | LE | m09009777 |
| 02716327 | USD/CAD | 10K | 9/17/04 9:32 AM | 1.3020 | 1.2960 | 48.08 | 0.00 | -0.18 | 0.00 | 45.90 | C MkI | m09009777 |
| 02723714 | USD/CAD | 10K | 9/15/04 3:04 PM | 1.2971 | 1.2921 | 38.55 | 0.00 | -0.18 | 0.00 | 38.37 | C MkI | m09009777 |
| 02725887 | USD/CAD | 10K | 9/19/04 7:09 PM | 1.2900 | 1.2999 | -76.74 | 0.00 | -0.38 | 0.00 | -77.10 | MkI | m09009777 |
| 02725739 | USD/CAD | 10K | 9/15/04 9:55 PM | 1.2800 | 1.2998 | -75.97 | 0.00 | -0.38 | 0.00 | -78.33 | MkI | m09009777 |
| 02725983 | USD/CAD | 10K | 9/17/04 10:39 AM | 1.2719 | 1.2960 | -213.07 | 0.00 | -2.10 | 0.00 | -215.17 | LE MkI | m09009777 |
| 02726019 | USD/CAD | 10K | 9/16/04 10:51 AM | 1.2719 | 1.2987 | -210.71 | 0.00 | -2.10 | 0.00 | -212.81 | MkI | m09009777 |
| 02728091 | USD/CAD | 10K | 9/17/04 7:59 AM | 1.2719 | 1.2984 | -208.35 | 0.00 | -2.10 | 0.00 | -210.45 | MkI | m09009777 |
| 02725862 | USD/CAD | 10K | 9/17/04 11:54 AM | 1.2719 | 1.2983 | -207.56 | 0.00 | -2.10 | 0.00 | -209.86 | MkI | m09009777 |
| 02727646 | USD/CAD | 10K | 9/21/04 6:57 AM | 1.3010 | 1.2976 | 26.90 | 0.00 | -0.18 | 0.00 | 26.72 | L | m09009777 |
| 02730942 | USD/CAD | 10K | 9/17/04 12:15 PM | 1.3013 | 1.2999 | 10.76 | 0.00 | 0.00 | 0.00 | 10.76 | C | m09009777 |
| 02730926 | USD/CAD | 10K | 9/17/04 12:21 PM | 1.2719 | 1.3004 | -224.07 | 0.00 | -1.92 | 0.00 | -225.99 | MkI | m09009777 |
| 02731045 | USD/CAD | 10K | 9/30/04 3:46 AM | 1.2698 | 1.2985 | -229.02 | 0.00 | -1.92 | 0.00 | -227.94 | MkI | m09009777 |
| 02735632 | USD/CAD | 30K | 9/17/04 12:38 PM | 1.2698 | 1.2960 | -208.33 | 0.00 | -1.92 | 0.00 | -208.25 | MkI | m09009777 |
| 02738944 | USD/CAD | 80K | 9/30/04 8:51 AM | 1.2698 | 1.2908 | -498.14 | 0.00 | -5.22 | 0.00 | -501.36 | MkI | m09009777 |
| 02741077 | USD/CAD | 100K | 9/21/04 9:04 PM | 1.2877 | 1.2872 | 31.06 | 0.00 | -1.44 | 0.00 | 29.62 | C | m09009777 |
| 02741153 | USD/CAD | 100K | 9/22/04 4:35 AM | 1.2899 | 1.2876 | 100.86 | 0.00 | -1.80 | 0.00 | 99.06 | C | m09008777 |
| 02741190 | USD/CAD | 20K | 9/22/04 3:17 AM | 1.2868 | 1.2872 | 124.15 | 0.00 | 0.00 | 0.00 | 124.15 | C MkI | m09009777 |
| 02741921 | USD/CAD | 80K | 9/21/04 9:35 PM | 1.2880 | 1.2874 | 15.53 | 0.00 | 0.00 | 0.00 | 15.53 | C MkI | m09009777 |

# ASA-55

| ID | Pair | Size | Date/Time | Rate | Rate | Value | | | | Net | Price | Type | Account |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02743238 | USD/CAD | 80K | 9/22/04 3:32 AM | 1.2884 | 1.2884 | 0.00 | 0.00 | 0.00 | 62.00 | 62.00 | 62.09 | C / Mkt | m09009777 |
| 02743357 | USD/CAD | 80K | 9/22/04 3:51 AM | 1.2844 | 1.2844 | 0.00 | 0.00 | 0.00 | -249.14 | | -249.14 | C / Mkt | m09009777 |
| 02743963 | USD/CAD | 100K | 9/22/04 5:47 AM | 1.2889 | 1.2316 | 0.00 | -48.40 | 0.00 | -4,652.48 | | -4,700.88 | MC / Mkt | U1OR3_DESK |
| 02743945 | USD/CAD | 100K | 10/24/04 5:58 PM | 1.2865 | 1.2316 | 0.00 | -48.40 | 0.00 | -4,620.01 | | -4,868.41 | MC / Mkt | U1OR3_DESK |
| 02784145 | USD/CAD | 100K | 10/24/04 4:46 AM | 1.2879 | 1.2828 | 0.00 | 0.00 | 0.00 | -397.57 | | -397.57 | C / Mkt | m09009777 |
| 02784677 | USD/CAD | 50K | 10/24/04 5:58 AM | 1.2705 | 1.2705 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | S / Mkt | m09009777 |
| 02784700 | USD/CAD | 50K | 9/29/04 12:57 PM | 1.2899 | 1.2899 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | Mkt | m09009777 |
| 02789529 | USD/CAD | 50K | 9/29/04 3:31 PM | 1.2899 | 1.2089 | 0.00 | -2.10 | 0.00 | 0.00 | | -2.10 | S / Mkt | m09009777 |
| 02789831 | USD/CAD | 50K | 9/29/04 3:53 PM | 1.2884 | 1.2699 | 0.00 | -2.10 | 0.00 | 0.00 | | -2.10 | S / Mkt | m09009777 |
| 02792353 | USD/CAD | 50K | 9/30/04 8:03 AM | 1.2899 | 1.2660 | 0.00 | 0.00 | 0.00 | 59.08 | | 59.06 | C / Mkt | m09009777 |
| 02792356 | USD/CAD | 50K | 8/29/04 4:04 PM | 1.2602 | 1.2612 | 0.00 | 0.00 | 0.00 | -154.03 | | -154.03 | S(t) / Mkt | m09009777 |
| 02810351 | USD/CAD | 50K | 9/30/04 8:03 AM | 1.2598 | 1.2617 | 0.00 | 0.00 | 0.00 | 39.64 | | 39.64 | C / Mkt | m09009777 |
| 02810547 | USD/CAD | 50K | 9/30/04 8:39 AM | 1.2679 | 1.2660 | 0.00 | 0.00 | 0.00 | 75.30 | | 75.30 | C / Mkt | m09009777 |
| 02814559 | USD/CAD | 50K | 9/30/04 8:06 AM | 1.2680 | 1.2880 | 0.00 | 0.00 | 0.00 | -75.04 | | -75.04 | S / Mkt | m09009777 |
| 02914801 | USD/CAD | 50K | 9/30/04 9:13 AM | 1.2365 | 1.2363 | 0.00 | 0.00 | 0.00 | -114.53 | | -114.53 | S / Mkt | m09009777 |
| 02914804 | USD/CAD | 50K | 9/30/04 10:59 AM | 1.2389 | 1.2389 | 0.00 | 0.00 | 0.00 | -129.42 | | -129.42 | S / Mkt | m09009777 |
| 02914760 | USD/CAD | 50K | 9/30/04 12:49 PM | 1.2371 | 1.2384 | 0.00 | 0.00 | 0.00 | -101.10 | | -101.10 | S / Mkt | m09009777 |
| 02923106 | USD/CAD | 50K | 9/30/04 4:22 PM | 1.2370 | 1.2332 | 0.00 | 0.00 | 0.00 | -158.13 | | -158.13 | C / Mkt | m09009777 |
| 02928752 | USD/CAD | 50K | 9/30/04 12:50 PM | 1.2245 | 1.2316 | 0.00 | -1.00 | 0.00 | -219.23 | | -220.23 | LE / MC | U1OR3_DESK |
| 02928853 | USD/CAD | 10K | 9/30/04 4:07 PM | 1.2224 | 1.2226 | 0.00 | 0.00 | 0.00 | -49.51 | | -49.51 | Mkt / S(t) | m09009777 |
| 02928990 | USD/CAD | 10K | 10/5/04 8:18 AM | 1.2215 | 1.2231 | 0.00 | -0.20 | 0.00 | 5.72 | | 5.52 | Mkt / S(t) | m09009777 |
| 02929001 | USD/CAD | 10K | 10/5/04 9:36 AM | 1.2206 | 1.2231 | 0.00 | -0.20 | 0.00 | 13.08 | | 12.88 | Mkt / S(t) | m09009777 |
| 02929037 | USD/CAD | 10K | 10/5/04 9:36 AM | 1.2197 | 1.2231 | 0.00 | -0.20 | 0.00 | 20.44 | | 20.24 | Mkt / S(t) | m09009777 |
| 02934218 | USD/CAD | 10K | 10/5/04 9:38 AM | 1.2234 | 1.2234 | 0.00 | -0.20 | 0.00 | 27.80 | | 27.80 | Mkt / SE | m09009777 |
| | | 10K | 10/26/04 5:49 AM | 1.2232 | 1.2234 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | S / Mkt | m09009777 |

## ASA-56

| Deal ID | Currency | Amount | Date/Time | Rate 1 | Rate 2 | P&L | Type | Desk |
|---|---|---|---|---|---|---|---|---|
| 02934294 | USD/CAD | 10K | 10/26/04 8:45 AM | 1.2233 | 1.2234 | 0.82 | S | m09009777 |
| 02934380 | USD/CAD | 10K | 10/26/04 8:02 AM | 1.2234 | 1.2234 | 0.00 | Mkt | m09009777 |
| 02934381 | USD/CAD | 10K | 10/26/04 8:48 AM | 1.2236 | 1.2236 | 0.00 | S | m09009777 |
| 02934456 | USD/CAD | 10K | 10/26/04 8:45 AM | 1.2233 | 1.2233 | 0.00 | S | m09009777 |
| 02934613 | USD/CAD | 100K | 10/26/04 8:48 AM | 1.2235 | 1.2235 | 0.00 | S | m09009777 |
| 02935122 | USD/CAD | 100K | 10/26/04 8:23 AM | 1.2235 | 1.2233 | 0.00 | Mkt | m09009777 |
| 02935174 | USD/CAD | 100K | 10/26/04 7:00 AM | 1.2233 | 1.2232 | 0.00 | Mkt | m09009777 |
| 02936324 | USD/CAD | 50K | 10/26/04 8:47 AM | 1.2206 | 1.2208 | -213.01 | Mkt | U10R3_DESK |
| 02936773 | USD/CAD | 50K | 10/26/04 8:58 AM | 1.2206 | 1.2206 | -221.20 | MC | U10R3_DESK |
| 02948142 | USD/CAD | 100K | 10/26/04 9:37 AM | 1.2236 | 1.2236 | -89.74 | MM | U10R3_DESK |
| 02948755 | USD/CAD | 100K | 10/26/04 10:25 AM | 1.2258 | 1.2280 | 7.18 | S(t) | m09009777 |
| 02949470 | USD/CAD | 100K | 10/26/04 11:05 AM | 1.2258 | 1.2264 | 51.08 | C | m09009777 |
| 02953191 | USD/CAD | 100K | 10/27/04 12:50 AM | 1.2257 | 1.2266 | 8.15 | Mkt | m09009777 |
| 02953988 | USD/CAD | 100K | 10/27/04 4:35 PM | 1.2265 | 1.2255 | 365.85 | C | m09009777 |
| 02953905 | USD/CAD | 100K | 10/27/04 6:03 PM | 1.2255 | 1.2300 | 178.31 | S | m09009777 |
| 02954825 | USD/CAD | 50K | 10/27/04 7:11 PM | 1.2316 | 1.2338 | -382.77 | MM | m09009777 |
| 02955334 | USD/CAD | 50K | 10/27/04 8:26 PM | 1.2326 | 1.2279 | -288.75 | MC | m09009777 |
| 02955769 | USD/CAD | 50K | 10/27/04 9:10 PM | 1.2312 | 1.2279 | -209.22 | MC | m09009777 |
| 02956005 | USD/CAD | 10K | 10/28/04 6:51 AM | 1.2239 | 1.2168 | -233.84 | MC | m09009777 |
| 02956427 | USD/CAD | 10K | 10/28/04 6:46 AM | 1.2245 | 1.2188 | 151.38 | C | m09009777 |
| 02956986 | USD/CAD | 10K | 10/28/04 7:19 AM | 1.2184 | 1.2221 | 25.37 | C | m09009777 |
| 02956908 | USD/CAD | 10K | 10/28/04 7:30 AM | 1.2187 | 1.2218 | 6.55 | C | m08008777 |
| 02958633 | USD/CAD | 30K | 10/28/04 8:02 AM | 1.2212 | 1.2220 | 6.55 | C | m08008777 |
| 02964195 | USD/CAD | 30K | 10/29/04 9:42 AM | 1.2211 | 1.2219 | -25.50 | C | m09009777 |

# ASA-57

| ID | Pair | Amt | Date/Time | Price A | Price B | Value | | | | P&L / Type | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02965195 | USDCAD | 30K | 10/28/04 8:48 AM | | 1.2205 | 31.95 | 0.00 | 0.00 | 0.00 | 31.95  C | m09009777 |
| 02965313 | USDCAD | 30K | 10/29/04 10:00 AM | 1.2210 | 1.2198 | 29.48 | 0.00 | 0.00 | 0.00 | 29.48  Mkt | m09009777 |
| 02966087 | USDCAD | 10K | 10/29/04 10:05 AM | 1.2210 | 1.2210 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00  C | m09009777 |
| 02968195 | USDCAD | 10K | 10/29/04 11:54 AM | 1.2172 | 1.2207 | -28.67 | 0.00 | 0.00 | 0.00 | -28.67  Mkt | m09009777 |
| 02977392 | USDCAD | 10K | 10/31/04 3:12 PM | 1.2190 | 1.2182 | 6.57 | 0.00 | 0.00 | 0.00 | 6.57  L | m09009777 |
| 02981634 | USDCAD | 10K | 10/31/04 4:14 PM | 1.2210 | 1.2258 | -39.31 | 0.00 | 0.00 | -0.20 | -39.51  C | m09009777 |
| 02996854 | USDCAD | 10K | 10/31/04 6:09 PM | 1.2367 | 1.2257 | 104.95 | 0.00 | 0.00 | -8.20 | 98.75  Mkt | m09009777 |
| 03010167 | USDCAD | 10K | 11/2/04 8:41 AM | 1.2252 | 1.2069 | 149.36 | 0.00 | 0.00 | -6.40 | 142.98  C | m09009777 |
| 03098871 | USDJPY | 10K | 11/3/04 7:43 AM | 1.2074 | 1.1979 | 78.68 | 0.00 | 0.00 | -6.00 | 72.68  Mkt | m09009777 |
| 03102094 | USDCAD | 10K | 11/4/04 7:46 PM | 103.31 | 103.29 | 1.94 | 0.00 | 0.00 | -9.98 | -5.04  C | m09009777 |
| 03102773 | USDCAD | 10K | 12/14/04 9:44 AM | 1.1851 | 1.1844 | 5.91 | 0.00 | 0.00 | 0.00 | 5.91  Mkt | m09009777 |
| 03102858 | USDCAD | 10K | 11/4/04 2:30 PM | 1.851 | 1.1848 | 2.53 | 0.00 | 0.00 | 0.00 | 2.53  C | m09009777 |
| 03103369 | EURUSD | 10K | 12/8/04 10:15 AM | 1.1851 | 1.1833 | 15.19 | 0.00 | 0.00 | 0.00 | 15.19  Mkt | m09009777 |
| 03103336 | USDCAD | 10K | 11/5/04 11:31 AM | 1.3045 | 1.3000 | 45.00 | 0.00 | 0.00 | 0.00 | 45.00  C | m09009777 |
| 03103365 | USDCAD | 10K | 12/7/04 1:37 PM | 1.1656 | 1.1840 | 21.91 | 0.00 | 0.00 | 0.00 | 21.91  LE | m09009777 |
| 03103367 | USDCAD | 10K | 11/24/04 3:55 AM | 1.1896 | 1.1830 | 30.34 | 0.00 | 0.00 | 0.00 | 21.91  C | m09009777 |
| 03102866 | USDCAD | 10K | 11/29/04 7:48 PM | 1.1798 | 1.1820 | -18.65 | 0.00 | 0.00 | -0.60 | 29.74  LE | m09009777 |
| 03129500 | EURUSD | 10K | 11/24/04 4:27 AM | 1.1815 | 1.1815 | 0.00 | 0.00 | 0.00 | 0.00 | -18.65  C | m09009777 |
| 03126776 | EURUSD | 10K | 11/24/04 9:25 AM | 1.3235 | 1.3158 | 77.00 | 0.00 | 0.00 | 0.00 | 0.00  LE | m09009777 |
| 03127309 | USDCAD | 10K | 11/24/04 4:27 AM | 1.3229 | 1.3200 | 28.00 | 0.00 | 0.00 | 0.00 | 77.00  C | m09009777 |
| 03127467 | EURUSD | 10K | 11/24/04 3:07 PM | 1.1759 | 1.1758 | 0.85 | 0.00 | 0.00 | 0.00 | 28.00  SE | m09009777 |
| 03178366 | GBPUSD | 10K | 11/24/04 9:20 AM | 1.3253 | 1.3190 | 63.00 | 0.00 | 0.00 | 0.00 | 0.85  Mkt | m09009777 |
| 03178471 | GBPUSD | 10K | 11/25/04 9:36 AM | 1.9415 | 1.9350 | 85.00 | 0.00 | 0.00 | -1.47 | 63.00  C | m09009777 |
| 03178585 | GBPUSD | 10K | 11/25/04 5:42 AM | 1.9439 | 1.9400 | 38.00 | 0.00 | 0.00 | -2.94 | 63.53  SE | m09009777 |
| | | | 11/25/04 6:38 AM | 1.9250 | 1.9250 | | | | | 35.08  LE | m09009777 |

# ASA-58

| Account | Pair | Lots | Date/Time | Price 1 | Price 2 | Amount | | P/L | | Result | Type | Ref |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03203382 | USD/JPY | 10K | 12/3/04 12:37 PM | 1.9369 | 102.18 | 119.00 | 0.00 | -1.47 | 0.00 | 117.53 | C | m09009777 |
| 03208657 | GBP/USD | 10K | 12/3/04 1:30 PM | 102.40 | 1.9404 | 21.48 | 0.00 | -0.58 | 0.00 | 20.90 | Mkt | m09009777 |
| 03214128 | USD/JPY | 10K | 12/6/04 3:25 AM | 1.9480 | 102.68 | 76.00 | 0.00 | -1.47 | 0.00 | 74.53 | L | m09009777 |
| 03207700 | GBP/USD | 10K | 12/5/04 8:28 PM | 103.30 | 1.9500 | 80.38 | 0.00 | -0.58 | 0.00 | | Mkt | m09009777 |
| 03213946 | USD/CAD | 10K | 12/7/04 1:29 AM | 1.9431 | 1.2100 | -69.00 | 0.00 | -11.78 | 0.00 | 59.80 | C | m09009777 |
| 03225878 | USD/JPY | 10K | 12/6/04 3:06 PM | 1.2100 | 104.00 | 0.00 | 0.00 | -0.20 | 0.00 | -80.78 | SE | m09009777 |
| 03229112 | GBP/USD | 10K | 12/7/04 1:44 PM | 102.90 | 1.9427 | -105.77 | 0.00 | -0.58 | 0.00 | -0.20 | C | m09009777 |
| 03229122 | USD/CAD | 10K | 12/15/04 10:51 AM | 1.9427 | 1.2117 | 0.00 | 0.00 | -10.79 | 0.00 | | SE | m09009777 |
| 03229519 | GBP/USD | 10K | 12/7/04 10:01 PM | 1.2280 | 1.9396 | 132.74 | 0.00 | 0.00 | 0.00 | -106.35 | S | m09009777 |
| 03230447 | USD/JPY | 10K | 12/7/04 1:55 PM | 1.9388 | 103.76 | -28.00 | 0.00 | -10.29 | 0.00 | -10.29 | Mkt | m09009777 |
| 03210098 | GBP/USD | 10K | 12/8/04 3:34 AM | 103.33 | 1.9300 | -41.44 | 0.00 | 0.00 | 0.00 | 132.74 | L | m09009777 |
| 03230236 | GBP/USD | 10K | 12/7/04 10:55 PM | 1.9311 | 1.9220 | 11.00 | 0.00 | 0.00 | 0.00 | | Mkt | m09009777 |
| 03240393 | USD/CAD | 10K | 12/15/04 10:53 AM | 1.9268 | 1.2285 | 46.00 | 0.00 | 0.00 | 0.00 | -38.29 | C | m09009777 |
| 03241184 | USD/CAD | 10K | 12/7/04 10:56 PM | 1.2320 | 1.2220 | 44.84 | 0.00 | -1.40 | 0.00 | -41.44 | Mkt | m09009777 |
| 03241147 | USD/CAD | 10K | 12/8/04 8:35 AM | 1.2228 | 1.2210 | 6.54 | 0.00 | -0.80 | 0.00 | 11.00 | C | m09009777 |
| 03241136 | USD/CAD | 10K | 12/7/04 11:28 PM | 1.2282 | 1.2200 | 42.41 | 0.00 | -0.80 | 0.00 | 46.00 | C | m09009777 |
| 03240761 | USD/CAD | 10K | 12/15/04 8:12 AM | 1.2239 | 1.2185 | 31.87 | 0.00 | -0.60 | 0.00 | 43.24 | Mkt | m09009777 |
| 03241328 | USD/CAD | 10K | 12/8/04 12:08 AM | 1.2195 | 1.2180 | 8.20 | 0.00 | -0.60 | 0.00 | 5.74 | LE | m09009777 |
| 03246606 | GBP/USD | 10K | 12/8/04 3:52 AM | 1.2182 | 1.9249 | 1.64 | 0.00 | -0.60 | 0.00 | 41.61 | C | m09009777 |
| 03251786 | GBP/USD | 10K | 12/8/04 1:26 AM | 1.9271 | 1.9195 | 22.00 | 0.00 | 0.00 | 0.00 | 31.27 | LE | m09009777 |
| 03259725 | GBP/USD | 10K | 12/8/04 1:31 AM | 1.9313 | 1.9274 | 118.00 | 0.00 | 0.00 | 0.00 | 7.60 | C | m09009777 |
| 03264419 | GBP/USD | 10K | 12/8/04 8:46 AM | 1.9274 | 1.9154 | 0.00 | 0.00 | -4.41 | 0.00 | 1.04 | LE | m09009777 |
| 03264861 | USD/CAD | 10K | 12/8/04 10:09 AM | 1.9158 | 1.2277 | 4.00 | 0.00 | 0.00 | 0.00 | 22.00 | C | m09009777 |
| 03265522 | GBP/USD | 10K | 12/8/04 10:35 AM | 1.2310 | 1.9110 | 26.81 | 0.00 | -0.60 | 0.00 | 118.00 | Mkt | m09009777 |

# ASA-59

| Order # | Pair | Size | Timestamp | Rate A | Rate B | Amount | | Adj | | Value | Type | Account |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03265350 | GBP/USD | 10K | 12/10/04 2:55 PM | 1.9145 | 1.9020 | 36.00 | 0.00 | 0.00 | 0.00 | 35.00 | C | m09009777 |
| 03301553 | USD/CAD | 10K | 12/10/04 10:07 AM | 1.9130 | 1.9020 | 110.00 | 0.00 | 0.00 | 0.00 | 110.00 | L | m09009777 |
| 03301789 | USD/CAD | 10K | 12/14/04 4:56 PM | 1.2387 | 1.2368 | 0.81 | 0.00 | -0.20 | 0.00 | 0.61 | Mkt | m09009777 |
| 03305216 | USD/CAD | 10K | 12/14/04 11:41 PM | 1.2384 | 1.2350 | 11.32 | 0.00 | 0.00 | 0.00 | 11.32 | C | m09009777 |
| 03305234 | USD/CAD | 10K | 12/15/04 12:42 AM | 1.2340 | 1.2340 | -8.11 | 0.00 | 0.00 | 0.00 | -8.11 | LE | m09009777 |
| 03305234 | EUR/USD | 10K | 12/15/04 5:08 AM | 1.2330 | 1.3400 | 3.00 | 0.00 | -0.18 | 0.00 | 2.82 | C | m09009777 |
| 03313537 | GBP/USD | 10K | 12/15/04 5:08 AM | 1.9431 | 1.9431 | 100.00 | 0.00 | -4.41 | 0.00 | 95.59 | C | m09009777 |
| 03314080 | GBP/USD | 10K | 12/16/04 5:28 AM | 1.9412 | 1.9331 | 80.00 | 0.00 | -4.41 | 0.00 | 75.59 | C | m09009777 |
| 03314090 | GBP/USD | 10K | 12/15/04 2:17 PM | 1.9460 | 1.9332 | 121.00 | 0.00 | 0.00 | 0.00 | 121.00 | LE | m09009777 |
| 03316728 | GBP/USD | 10K | 12/16/04 12:18 PM | 1.9482 | 1.9339 | 100.00 | 0.00 | 0.00 | 0.00 | 100.00 | Mkt | m09009777 |
| 03316845 | GBP/USD | 10K | 12/15/04 4:19 PM | 1.9500 | 1.9362 | 100.00 | 0.00 | 0.00 | 0.00 | 100.00 | L | m09009777 |
| 03326792 | GBP/USD | 10K | 12/16/04 12:18 PM | 1.9390 | 1.9400 | 34.00 | 0.00 | 0.00 | 0.00 | 34.00 | Mkt | m09009777 |
| 03327564 | EUR/USD | 10K | 12/16/04 4:40 AM | 1.3290 | 1.9358 | 12.00 | 0.00 | -0.09 | 0.00 | 11.91 | L | m09009777 |
| 03328727 | EUR/USD | 10K | 12/16/04 10:38 AM | 1.3263 | 1.3278 | 33.00 | 0.00 | -0.09 | 0.00 | 32.91 | C | m09009777 |
| 03328692 | EUR/USD | 10K | 12/16/04 5:40 AM | 1.3256 | 1.3260 | 37.00 | 0.00 | -0.09 | 0.00 | 36.91 | Mkt | m09009777 |
| 03335191 | EUR/USD | 10K | 12/16/04 6:51 AM | 1.9406 | 1.3219 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | C | m09009777 |
| 03335675 | GBP/USD | 10K | 12/16/04 9:22 AM | 1.9380 | 1.9380 | 80.00 | 0.00 | 0.00 | 0.00 | 80.00 | L | m09009777 |
| 03335541 | GBP/USD | 10K | 12/16/04 11:48 AM | 1.9410 | 1.9300 | 56.00 | 0.00 | -2.80 | 0.00 | 53.20 | LE | m09009777 |
| 03348036 | GBP/USD | 10K | 12/16/04 12:04 PM | 1.9412 | 1.9354 | 37.00 | 0.00 | -1.40 | 0.00 | 36.60 | C | m09009777 |
| 03340039 | GBP/USD | 10K | 12/17/04 4:09 AM | 1.9450 | 1.9375 | -10.00 | 0.00 | 0.00 | 0.00 | -10.00 | Mkt | m09009777 |
| 03347906 | EUR/USD | 10K | 12/16/04 12:56 PM | 1.3373 | 1.9460 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | C | m09009777 |
| 03348127 | GBP/USD | 10K | 12/17/04 4:38 AM | 1.9446 | 1.3373 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | S | m09009777 |
| 03348862 | EUR/USD | 10K | 12/17/04 4:38 AM | 1.3373 | 1.6445 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | C | m09009777 |
| 03356822 | EUR/USD | 10K | 12/27/04 3:13 PM | 1.3368 | 1.3366 | -268.00 | 0.00 | -0.54 | 0.00 | -268.54 | Mkt | m09009777 |
| 03357409 | EUR/USD | 10K | 12/11/04 5:05 AM | 1.3393 | 1.3624 | | | | | | | m09009777 |

# ASA-60

| ID | Pair | Size | Rate A | Rate B | Qty | Col | Signed | Col | Price/Type | Flag | Account |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03356946 | EUR/USD | 10K | 1.3385 | 1.3384 | 9.00 | 0.00 | 0.00 | 0.00 | 9.00 C | Mkt | m09009777 |
| 03356133 | EUR/USD | 10K | 1.3285 | 1.3384 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 C | Mkt | m09009777 |
| 03356776 | EUR/USD | 10K | 1.3277 | 1.3380 | 8.00 | 0.00 | 0.00 | 0.00 | 8.00 C | Mkt | m09009777 |
| 03359978 | EUR/GBP | 10K | 1.3381 | 1.3384 | 17.00 | 0.00 | -0.09 | 0.00 | 16.91 C | Mkt | m09009777 |
| 03361174 | EUR/GBP | 10K | 0.6934 | 0.7007 | -139.97 | 0.00 | -4.20 | 0.00 | -144.17 C | Mkt | m09009777 |
| 03363683 | GBP/USD | 10K | 1.9289 | 1.9275 | 14.00 | 0.00 | -1.40 | 0.00 | 12.80 LE | Mkt | m09009777 |
| 03367837 | GBP/USD | 10K | 1.8201 | 1.9200 | 1.00 | 0.00 | -7.00 | 0.00 | -6.00 C | Mkt | m09009777 |
| 03369181 | GBP/USD | 10K | 1.9137 | 1.8107 | 30.00 | 0.00 | 0.00 | 0.00 | 30.00 C | Mkt | m09009777 |
| 03369139 | GBP/USD | 10K | 1.9172 | 1.9155 | 17.00 | 0.00 | 0.00 | 0.00 | 17.00 C | Mkt | m09009777 |
| 03373195 | GBP/USD | 10K | 1.9133 | 1.9120 | 13.00 | 0.00 | 0.00 | 0.00 | 13.00 C | Mkt | m09009777 |
| 03376992 | EUR/USD | 10K | 1.9183 | 1.9150 | 33.00 | 0.00 | 0.00 | 0.00 | 33.00 C | Mkt | m09009777 |
| 03360723 | GBP/USD | 10K | 1.3462 | 1.3521 | -86.00 | 0.00 | -0.09 | 0.00 | -86.08 C | Mkt | m09009777 |
| 03361181 | GBP/USD | 10K | 1.9188 | 1.9137 | 52.00 | 0.00 | 0.00 | 0.00 | 52.00 C | Mkt | m09009777 |
| 03361742 | GBP/USD | 10K | 1.9283 | 1.9210 | 73.00 | 0.00 | -1.40 | 0.00 | 71.80 C | Mkt | m09009777 |
| 03367426 | GBP/USD | 10K | 1.9276 | 1.8212 | 64.00 | 0.00 | -1.40 | 0.00 | 62.60 C | Mkt | m09009777 |
| 03367841 | GBP/USD | 10K | 1.9383 | 1.9278 | 85.00 | 0.00 | 0.00 | 0.00 | 85.00 C | Mkt | m09009777 |
| 03398761 | GBP/USD | 10K | 1.9340 | 1.9282 | 78.00 | 0.00 | 0.00 | 0.00 | 78.00 C | Mkt | m09009777 |
| 03369035 | EUR/USD | 10K | 1.9370 | 1.9339 | 31.00 | 0.00 | 0.00 | 0.00 | 31.00 L | Mkt | m09009777 |
| 03403453 | GBP/USD | 10K | 1.3634 | 1.3603 | 31.00 | 0.00 | 0.00 | 0.00 | 31.00 C | MM | m09009777 |
| 03369866 | GBP/USD | 10K | 1.8638 | 1.8405 | -767.00 | 0.00 | -25.30 | 0.00 | -792.30 MC | LE | U1OR3_EXOTIC |
| 03369879 | GBP/USD | 10K | 1.8638 | 1.9300 | -862.00 | 0.00 | -25.30 | 0.00 | -887.30 MC | LE | U1OR3_EXOTIC |
| 03413145 | GBP/USD | 10K | 1.9275 | 1.9250 | 25.00 | 0.00 | 0.00 | 0.00 | 25.00 C | LE | m09009777 |
| 03403377 | GBP/USD | 10K | 1.9288 | 1.9200 | 39.00 | 0.00 | -7.00 | 0.00 | 32.00 C | LE | m09009777 |
| 03403378 | GBP/USD | 10K | 1.9202 | 1.9150 | 2.00 | 0.00 | -5.60 | 0.00 | -3.60 C | LF | m09009777 |

# ASA-61

| ID | Pair | Qty | Date/Time | Price A | Price B | V1 | V2 | V3 | V4 | Amount / Type | Sub | MCode |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03418157 | GBP/USD | 10K | 12/26/04 9:57 AM | 1.9150 | 1.9153 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 C | | m09009777 |
| 03419611 | EUR/JPY | 10K | 12/28/04 11:08 AM | 1.9178 | 1.9178 | 25.00 | 0.00 | -5.60 | 0.00 | 19.40 C | Mkt | m00009777 |
| 03420454 | EUR/JPY | 10K | 12/29/04 2:45 PM | 141.35 | 141.14 | 20.21 | 0.00 | -3.95 | 0.00 | 18.28 C | Mkt | m09009777 |
| 03420867 | GBP/USD | 10K | 12/29/04 6:27 PM | 141.40 | 141.24 | 15.39 | 0.00 | 0.00 | 0.00 | 15.39 C | Mkt | m09009777 |
| 03420907 | EUR/JPY | 10K | 12/29/04 8:32 PM | 1.9178 | 1.9186 | 12.00 | 0.00 | 0.00 | 0.00 | 12.00 C | Mkt | m09009777 |
| 03420907 | EUR/JPY | 10K | 12/29/04 7:07 PM | 140.80 | 141.20 | -58.15 | 0.00 | 0.00 | 0.00 | -58.15 S | Mkt | m09009777 |
| 03428300 | EUR/JPY | 10K | 12/29/04 7:42 PM | 140.46 | 140.67 | -18.43 | 0.00 | 0.00 | 0.00 | -18.43 C | Mkt | m09009777 |
| 03438351 | GBP/USD | 10K | 12/30/04 1:58 AM | 1.8838 | 1.9227 | -589.00 | 0.00 | -18.90 | 0.00 | -805.90 NC | LE | m09009777 |
| 03434480 | GBP/USD | 10K | 12/30/04 10:06 AM | 1.8838 | 1.9200 | -582.00 | 0.00 | -16.80 | 0.00 | -578.90 MC | LE | U10R3_EXOTIC |
| 03431806 | GBP/USD | 10K | 12/30/04 10:22 AM | 1.8538 | 1.9150 | -512.00 | 0.00 | -18.90 | 0.00 | -528.90 MC | LE | U10R3_EXOTIC |
| 03421179 | GBP/USD | 10K | 12/30/04 10:30 AM | 1.9072 | 1.9020 | 52.00 | 0.00 | 0.00 | 0.00 | 52.00 C | LE | U10R3_EXOTIC |
| 03443788 | EUR/USD | 10K | 12/31/04 10:55 AM | 1.3516 | 1.3510 | 6.00 | 0.00 | 0.00 | 0.00 | 6.00 C | LE | U10R3_EXOTIC |
| 03448683 | GBP/USD | 10K | 12/31/04 10:59 AM | 1.9079 | 1.9048 | 31.00 | 0.00 | 0.00 | 0.00 | 31.00 C | Mkt | m09009777 |
| 03450211 | GBP/USD | 10K | 1/17/03 7:36 AM | 1.8970 | 1.9069 | -99.00 | 0.00 | -1.40 | 0.00 | -100.40 L | Mkt | m09025777 |
| 03451487 | GBP/USD | 10K | 1/17/03 7:38 AM | 1.9039 | 1.9019 | 20.00 | 0.00 | 0.00 | 0.00 | 20.00 C | Mkt | m09009777 |
| 03451763 | GBP/USD | 10K | 1/3/05 1:53 AM | 1.9028 | 1.9026 | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 C | Mkt | m09009777 |
| 03452222 | GBP/USD | 10K | 1/3/05 2:03 AM | 1.9050 | 1.9048 | 2.00 | 0.00 | -1.40 | 0.00 | 0.60 C | Mkt | m00009777 |
| 03452263 | GBP/USD | 10K | 1/3/05 2:51 AM | 1.9000 | 1.9000 | -50.00 | 0.00 | 0.00 | 0.00 | -50.00 S | LE | m09009777 |
| 03458765 | GBP/USD | 10K | 1/3/05 7:41 AM | 1.8850 | 1.8850 | 98.00 | 0.00 | 0.00 | 0.00 | 98.00 L | Mkt | m09009777 |
| 03459035 | EUR/USD | 10K | 1/3/05 9:07 AM | 1.3368 | 1.3368 | 101.00 | 0.00 | 0.00 | 0.00 | 101.00 C | Mkt | m09009777 |
| 03459266 | EUR/USD | 10K | 1/3/05 9:46 AM | 1.3395 | 1.3270 | 118.00 | 0.00 | 0.00 | 0.00 | 118.00 C | Mkt | m09009777 |
| 03458979 | EUR/USD | 10K | 1/3/05 10:35 AM | 1.3385 | 1.3294 | 7.00 | 0.00 | -0.09 | 0.00 | 6.91 C | SE | m09009777 |
| 03465792 | GBP/USD | 10K | 1/4/05 6:24 AM | 1.3300 | 1.3267 | -15.00 | 0.00 | -1.40 | 0.00 | -16.40 C | SE | m09009777 |
| 03468116 | EUR/USD | 10K | 1/3/05 12:43 PM | 1.8832 | 1.3293 | 4.00 | 0.00 | -0.09 | 0.00 | 3.91 C | SE | m09009777 |
| 03471403 | GBP/USD | 10K | 1/3/05 1:16 PM | 1.3290 | 1.8798 | | | | | | Mkt | m09006777 |

# ASA-62

Case 1:13-cv-07074-LGS-AJP   Document 114   Filed 08/08/14   Page 28 of 66   PageID: 136
Case 1:16-cv-09680-AJP-OTW   Document 51-1   Filed 01/04/22   Page 68 of 66

| Ticket | Size | Pair | Trade Time | Settle Time | Rate 1 | Rate 2 | Value A | | Adj | | Value B | Value C | Type | Account |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03474279 | 10K | GBP/USD | 1/5/05 2:44 AM | | 1.8700 | 1.8700 | 3.00 | 0.00 | 0.00 | 0.00 | 3.00 | 3.00 | C | m09009777 |
| 03511731 | 10K | EUR/USD | 1/7/05 12:31 PM | | 1.8592 | 1.8592 | 42.00 | 0.00 | 0.00 | 0.00 | 42.00 | 42.00 | LE C | m09009777 |
| 03569238 | 10K | EUR/USD | 1/7/05 1:28 PM | | 1.3054 | 1.3054 | -38.50 | 0.00 | -0.50 | 0.00 | -36.00 | -38.50 | Mkt MC | m09009777 |
| 03569880 | 10K | EUR/USD | 1/9/05 5:22 PM | | 1.3090 | 1.3100 | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 | 10.00 | SE MC | m09009777 |
| 03570824 | 10K | EUR/USD | 1/14/05 3:29 AM | | 1.3090 | 1.3085 | -5.00 | 0.00 | 0.00 | 0.00 | -5.00 | -5.00 | MC Mkt | m09009777 |
| 03582091 | 10K | EUR/USD | 1/14/05 3:33 AM | | 1.3090 | 1.3085 | -5.00 | 0.00 | 0.00 | 0.00 | -5.00 | -5.00 | MC Mkt | m09009777 |
| 03585909 | 10K | GBP/USD | 1/14/05 4:12 AM | | 1.3090 | 1.3105 | 15.00 | 0.00 | 0.00 | 0.00 | 15.00 | 15.00 | Mkt MC | m09009777 |
| 03585912 | 10K | EUR/USD | 1/16/05 8:03 PM | | 1.8641 | 1.3090 | 80.30 | 0.00 | 1.30 | 0.00 | 59.00 | 59.30 | Mkt S | m09009777 |
| 03585915 | 10K | GBP/USD | 1/17/05 7:36 AM | | 1.3013 | 1.8700 | 71.04 | 0.00 | 0.04 | 0.00 | 71.00 | 71.04 | Mkt C | m09009777 |
| 03585918 | 10K | GBP/USD | 1/17/05 7:36 AM | | 1.8842 | 1.3084 | 59.30 | 0.00 | 1.30 | 0.00 | 58.00 | 59.30 | Mkt S | m09009777 |
| 03585922 | 10K | EUR/USD | 1/17/05 7:40 AM | | 1.8642 | 1.8700 | 59.30 | 0.00 | 1.30 | 0.00 | 68.00 | 59.30 | Mkt S | m09009777 |
| 03585924 | 10K | GBP/USD | 1/17/05 7:40 AM | | 1.3022 | 1.8700 | 83.04 | 0.00 | 0.04 | 0.00 | 83.00 | 83.04 | Mkt C | m09009777 |
| 03585927 | 10K | EUR/USD | 1/17/05 7:41 AM | | 1.8643 | 1.3085 | 58.30 | 0.00 | 1.30 | 0.00 | 57.00 | 58.30 | Mkt S | m09009777 |
| 03595929 | 10K | EUR/USD | 1/17/05 7:41 AM | | 1.3040 | 1.8700 | 45.04 | 0.00 | 0.04 | 0.00 | 45.00 | 45.04 | Mkt C | m09009777 |
| 03596299 | 10K | EUR/USD | 1/17/05 7:41 AM | | 1.3044 | 1.3085 | 41.04 | 0.00 | 0.04 | 0.00 | 41.00 | 41.04 | Mkt C | m09009777 |
| 03599872 | 10K | EUR/USD | 1/18/05 2:11 AM | | 1.3085 | 1.3028 | -37.00 | 0.00 | 0.00 | 0.00 | -37.00 | -37.00 | Mkt C | m09009777 |
| 03601190 | 10K | EUR/USD | 1/18/05 8:41 AM | | 1.3066 | 1.3026 | -28.00 | 0.00 | 0.00 | 0.00 | -28.00 | -28.00 | Mkt C | m09009777 |
| 03657978 | 10K | EUR/USD | 1/18/05 9:05 AM | | 1.3017 | 1.3042 | 25.00 | 0.00 | 0.00 | 0.00 | 25.00 | 25.00 | Mkt C | m09009777 |
| 03659164 | 10K | EUR/USD | 1/18/05 10:04 AM | | 1.3042 | 1.3084 | 42.04 | 0.00 | 0.04 | 0.09 | 42.00 | 42.04 | Mkt C | m09009777 |
| 03779401 | 10K | EUR/USD | 1/24/05 5:18 AM | | 1.3084 | 1.2827 | -211.29 | 0.00 | -1.29 | 0.00 | -210.00 | -211.29 | Mkt C | m09009777 |
| 04115618 | 20K | EUR/USD | 1/24/05 8:29 PM | | 1.3037 | 1.2826 | -104.15 | 0.00 | -0.15 | 0.00 | -104.00 | -104.15 | Mkt C | m09009777 |
| 04207096 | 20K | EUR/USD | 2/8/05 11:30 PM | | 1.2830 | 1.3387 | 49.40 | 0.00 | 1.40 | 0.00 | 48.00 | 49.40 | Mkt C | m09009777 |
| 04212743 | 20K | EUR/USD | 3/16/05 3:52 PM | | 1.3422 | 1.3432 | 20.00 | 0.00 | 0.00 | 0.00 | 20.00 | 20.00 | Mkt C | m09009777 |
| 04212819 | 20K | GBP/USD | 3/17/05 1:30 AM | | 1.9280 | 1.9280 | 182.20 | 0.00 | 0.20 | 0.09 | 162.00 | 182.20 | Mkt | m09009777 |

# ASA-63

Note: The following is a dense, rotated ledger table. Values are transcribed to the best possible reading; column alignment in the lower rows is approximate.

| ID | Pair | Size | Date/Time | Rate 1 | Rate 2 | Amount | | Pips | | Value | Type | Account |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04253184 | GBP/USD | 20K | 3/18/05 3:34 PM | 1.9192 | 1.9076 | -136.00 | 0.00 | 2.18 | 0.00 | -133.84 | C | m09009777 |
| 04253801 | GBP/USD | 20K | 3/21/05 11:54 AM | 1.8966 | 1.8976 | 20.00 | 0.00 | 0.00 | 0.00 | 20.00 | Mkt | m09009777 |
| | | | 3/21/05 3:52 PM | | | 20.00 | 0.00 | 0.00 | 0.00 | 20.00 | C | m09009777 |
| 04253801 | GBP/USD | 20K | 3/21/05 12:13 PM | 1.8986 | 1.8981 | 70.00 | 0.00 | 0.00 | 0.00 | 70.00 | Mkt | m09009777 |
| 04255050 | GBP/USD | 20K | 3/21/05 3:50 PM | 1.8986 | 1.8660 | 32.00 | 0.00 | 0.00 | 0.00 | 32.00 | LE | m09009777 |
| 04258900 | GBP/USD | 20K | 3/21/05 9:11 PM | 1.8998 | 1.8911 | 32.00 | 0.00 | 0.00 | 0.00 | 32.00 | C | m09009777 |
| 04258982 | GBP/USD | 50K | 3/22/05 2:28 PM | 1.8923 | 1.8900 | 24.00 | 0.00 | 0.00 | 0.00 | 24.00 | Mkt | m09009777 |
| | | | 3/22/05 2:30 PM | | | 24.00 | 0.00 | 0.00 | 0.00 | 24.00 | C | m09009777 |
| 04270622 | GBP/USD | 10K | 3/22/05 2:17 PM | 1.8799 | 1.8799 | -505.00 | 0.00 | 0.00 | 0.00 | -505.00 | LE | m09009777 |
| | | | 3/22/05 3:12 PM | | | -505.00 | 0.00 | 0.00 | 0.00 | -505.00 | MC | m09009777 |
| 04270622 | GBP/USD | 40K | 3/22/05 2:56 PM | 1.8835 | 1.8845 | -10.00 | 0.00 | 0.00 | 0.00 | -10.00 | LE | m09009777 |
| | | | 3/22/05 3:08 PM | | | -10.00 | 0.00 | 0.00 | 0.00 | -10.00 | C | m09009777 |
| 04271718 | GBP/USD | 10K | 3/22/05 2:56 PM | 1.8799 | 1.8845 | -184.00 | 0.00 | 0.00 | 0.00 | -184.00 | LE | m09009777 |
| | | | 3/22/05 3:12 PM | | | -184.00 | 0.00 | 0.00 | 0.00 | -184.00 | MC | m09009777 |
| 04318811 | EUR/USD | 10K | 3/27/05 8:39 PM | 1.2898 | 1.2895 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | Mkt | m09009777 |
| | | | 3/27/05 9:48 PM | | | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | C | m09009777 |
| 04318817 | GBP/USD | 10K | 3/27/05 9:40 PM | 1.8545 | 1.8612 | 33.00 | 0.00 | 0.00 | 0.00 | 33.00 | Mkt | m09009777 |
| | | | 3/28/05 8:33 AM | | | 33.00 | 0.00 | 0.00 | 0.00 | 33.00 | C | m09009777 |
| 04320329 | GBP/USD | 10K | 3/28/05 6:35 AM | 1.8643 | 1.8643 | -77.00 | 0.00 | -1.05 | 0.00 | -78.05 | S | m09009777 |
| 04523874 | GBP/USD | 10K | 3/29/05 1:50 AM | 1.8805 | 1.8770 | 8.00 | 0.00 | 0.95 | 0.00 | 8.95 | Mkt | m09009777 |
| | | | 4/14/05 1:53 PM | | | 8.00 | 0.00 | 0.95 | 0.00 | 8.95 | C | m09009777 |
| 04554710 | EUR/USD | 10K | 4/14/05 5:12 PM | 1.2885 | 1.8797 | 11.00 | 0.00 | 2.66 | 0.00 | 13.66 | Mkt | m09009777 |
| | | | 4/17/05 11:43 PM | | | 11.00 | 0.00 | 2.66 | 0.00 | 13.66 | C | m09009777 |
| 04565640 | GBP/USD | 10K | 5/1/05 2:44 PM | 1.9070 | 1.2874 | 30.00 | 0.00 | 0.95 | 0.00 | 30.95 | Mkt | m09009777 |
| | | | 4/18/05 4:49 PM | | | 30.00 | 0.00 | 0.95 | 0.00 | 30.95 | C | m09009777 |
| 04576116 | GBP/USD | 10K | 4/18/05 5:08 AM | 1.9089 | 1.9040 | -15.00 | 0.00 | 12.35 | 0.00 | -2.85 | Mkt | m09009777 |
| | | | 4/19/05 5:05 AM | | | -15.00 | 0.00 | 12.35 | 0.00 | -2.85 | C | m09009777 |
| 04725078 | USD/JPY | 10K | 5/1/05 2:43 PM | 104.88 | 1.9104 | -30.42 | 0.00 | 0.00 | 0.00 | -30.42 | S | m09009777 |
| 04729431 | USD/CAD | 10K | 5/1/05 2:47 PM | 1.2616 | 105.20 | 44.59 | 0.00 | 0.00 | 0.00 | 44.59 | Mkt | m09009777 |
| | | | 5/25/05 9:29 PM | | | 44.59 | 0.00 | 0.00 | 0.00 | 44.59 | S | m09009777 |
| 04735068 | GBP/USD | 10K | 5/2/05 1:49 AM | 1.8923 | 1.2560 | -27.00 | 0.00 | 0.96 | 0.00 | -26.05 | Mkt | m09009777 |
| | | | 5/2/05 3:23 PM | | | -27.00 | 0.00 | 0.96 | 0.00 | -26.05 | C | m09009777 |
| 04796641 | EUR/USD | 10K | 5/2/05 2:13 PM | 1.2828 | 1.8950 | 2.00 | 0.00 | -0.35 | 0.00 | 1.65 | Mkt | m09009777 |
| | | | 5/2/05 11:19 PM | | | 2.00 | 0.00 | -0.35 | 0.00 | 1.65 | C | m09009777 |
| 04878522 | GBP/USD | 10K | 5/8/05 11:08 AM | 1.8355 | 1.2826 | -153.00 | 0.00 | 20.24 | 0.00 | -132.78 | Mkt | m09009777 |
| | | | 5/8/05 7:32 AM | | | -153.00 | 0.00 | 20.24 | 0.00 | -132.78 | C | m09009777 |
| 04896787 | EUR/USD | 10K | 5/15/05 8:10 PM | 1.2605 | 1.8508 | 205.00 | 0.00 | 4.50 | 0.00 | 209.50 | Mkt | m09009777 |
| | | | 8/7/05 10:47 PM | | | 205.00 | 0.00 | 4.50 | 0.00 | 209.50 | C | m09009777 |
| 04922892 | USD/CHF | 10K | 5/16/05 7:43 AM | 1.2178 | 1.2400 | -18.03 | 0.00 | -1.95 | 0.00 | -19.98 | S | m09009777 |
| 04950035 | EUR/USD | 10K | 5/18/05 1:38 PM | 1.2550 | 1.2200 | 232.00 | 0.00 | 2.40 | 0.00 | 234.40 | Mkt | m09009777 |
| | | | 5/18/05 5:07 AM | | | 232.00 | 0.00 | 2.40 | 0.00 | 234.40 | C | m09009777 |
| 05030226 | EUR/USD | 10K | 5/22/05 4:52 PM | 1.2346 | 1.2318 | 27.00 | 0.00 | 0.00 | 0.00 | 27.00 | Mkt | m09009777 |
| 05033057 | EUR/USD | 10K | 5/31/05 1:45 PM | 1.2310 | 1.2319 | 27.00 | 0.00 | 0.00 | 0.00 | 27.00 | LE | m09009777 |

# ASA-64

| Account | Pair | Lots | Date/Time | Rate 1 | Rate 2 | Col A | Col B | Col C | Col D | Result | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05041871 | EUR/USD | 10K | 5/31/05 10:14 PM | 1.2328 | | 16.60 | 0.00 | -0.35 | 0.00 | 17.85 C | m08009777 |
| 05054085 | GBP/USD | 10K | 6/1/05 4:04 AM | 1.2290 | 1.2227 | 63.00 | 0.00 | 0.00 | 0.00 | 63.00 C | m08009777 |
| 05056956 | EUR/USD | 10K | 6/1/05 12:22 PM | 1.8182 | 1.6110 | 72.00 | 0.00 | 3.52 | 0.00 | 75.62 C | m09009777 |
| 05092393 | EUR/USD | 10K | 6/2/05 10:43 PM | 1.2280 | 1.2223 | 37.00 | 0.00 | 0.30 | 0.00 | 37.30 C | m08009777 |
| 05126286 | GBP/USD | 10K | 6/2/05 6:19 AM | 1.2249 | 1.2230 | 19.00 | 0.00 | 0.60 | 0.00 | 19.60 C | m09009777 |
| 05128465 | EUR/USD | 10K | 6/3/05 3:52 PM | 1.8255 | 1.0261 | -6.00 | 0.00 | 3.52 | 0.00 | -2.48 Mkt | m09009777 |
| 05128506 | GBP/USD | 10K | 6/5/05 10:58 PM | 1.2223 | 1.2118 | 107.00 | 0.00 | 1.50 | 0.00 | 108.50 C | m08009777 |
| 05129139 | EUR/USD | 10K | 6/8/05 2:17 PM | 1.8254 | 1.6249 | 5.00 | 0.00 | 2.64 | 0.00 | 7.84 C | m08009777 |
| 05129171 | EUR/USD | 10K | 6/8/05 2:11 PM | 1.2240 | 1.2239 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 C | m08009777 |
| 05129172 | GBP/USD | 10K | 6/9/05 5:59 AM | 1.2235 | 1.2195 | 40.00 | 0.00 | 0.00 | 0.00 | 40.00 C | m08009777 |
| 05138168 | EUR/USD | 10K | 6/9/05 2:18 PM | 1.8257 | 1.8259 | -2.00 | 0.00 | 0.88 | 0.00 | -1.12 Mkt | m09009777 |
| 05152931 | EUR/USD | 10K | 8/12/05 7:09 PM | 1.2220 | 1.2133 | 87.00 | 0.00 | 0.30 | 0.00 | 87.30 Mkt | m09009777 |
| 05154652 | USD/JPY | 10K | 6/8/05 2:19 PM | 1.2121 | 1.2042 | 79.00 | 0.00 | 0.30 | 0.00 | 79.30 Mkt | m08009777 |
| 05162373 | GBP/USD | 10K | 6/9/05 8:12 AM | 109.56 | 108.63 | 86.69 | 0.00 | 0.00 | 0.00 | 86.69 C | m08009777 |
| 05170534 | EUR/USD | 10K | 6/8/05 8:18 PM | 1.8000 | 1.8025 | -25.00 | 0.00 | 0.00 | 0.00 | -25.00 S | m09009777 |
| 05174426 | USD/JPY | 10K | 6/8/05 8:20 PM | 1.2141 | 1.2128 | 15.00 | 0.00 | 0.00 | 0.00 | 15.00 C | m08009777 |
| 05175815 | GBP/USD | 10K | 6/9/05 10:59 AM | 109.29 | 109.29 | 0.00 | 0.00 | 0.82 | 0.00 | 0.82 C | m09009777 |
| 05183828 | EUR/USD | 10K | 6/8/05 5:40 AM | 1.8188 | 1.8131 | 57.00 | 0.00 | 0.88 | 0.00 | 57.88 C | m08009777 |
| 05187220 | USD/JPY | 10K | 6/9/05 12:12 PM | 1.2021 | 1.2057 | -36.00 | 0.00 | 3.00 | 0.00 | -33.00 Mkt | m09009777 |
| 05199214 | GBP/USD | 10K | 8/10/05 11:53 AM | 109.15 | 109.28 | -10.08 | 0.00 | 2.46 | 0.00 | -7.62 C | m08009777 |
| 05201069 | EUR/USD | 10K | 6/10/05 1:02 PM | 1.8223 | 1.8202 | 21.00 | 0.00 | 0.00 | 0.00 | 21.00 C | m09009777 |
| 05201000 | GBP/USD | 10K | 6/10/05 12:02 PM | 1.2069 | 1.2090 | -21.00 | 0.00 | 0.00 | 0.00 | -21.00 C | m08009777 |
| 05210223 | GBP/USD | 10K | 6/12/05 4:19 PM | 1.8223 | 1.8174 | 48.00 | 0.00 | 0.00 | 0.00 | 49.00 C | m09009777 |
| 05237701 | GBP/USD | 10K | 8/13/05 11:42 AM | 1.8231 | 1.8220 | 18.00 | 0.00 | 1.78 | 0.00 | 17.76 Mkt | m09009777 |

# ASA-65

| Account | Trans ID | Currency | Size | Date / Time | Price A | Price B | Net | Amount | Type |
|---|---|---|---|---|---|---|---|---|---|
| m09009777 | 05238926 | GBP/USD | 10K | 6/20/05 10:31 PM | 1.8231 | 1.8238 | | 11.00 | C |
| m09009777 | 05238003 | GBP/USD | 10K | 6/21/05 2:01 AM | 1.8183 | 1.8183 | 3.52 | -55.00 | Mkt |
| m09009777 | 05242204 | EUR/USD | 10K | 6/23/05 11:48 AM | 1.8198 | 1.8200 | | -2.00 | LE |
| m09009777 | 05276482 | EUR/USD | 10K | 6/21/05 8:11 AM | 1.2100 | 1.2115 | | -15.00 | C |
| m09009777 | 05298148 | GBP/USD | 10K | 6/21/05 9:29 AM | 1.2056 | 1.2050 | 6.80 | 12.90 | C |
| m09009777 | 05328928 | EUR/USD | 10K | 6/24/05 5:03 AM | 1.7524 | 1.8245 | 18.30 | -704.70 | Mkt |
| m09009777 | 05328284 | GBP/USD | 10K | 7/17/05 9:56 PM | 1.2085 | 1.2088 | 2.75 | -0.25 | C |
| m09009777 | 05328764 | EUR/USD | 10K | 8/27/05 1:11 AM | 1.7750 | 1.7905 | 7.04 | -147.98 | L |
| m09009777 | 05330921 | EUR/USD | 10K | 7/15/05 1:57 PM | 1.2094 | 1.1999 | 1.50 | 66.50 | C |
| m09009777 | 05345833 | EUR/USD | 10K | 6/30/05 11:24 PM | 1.2034 | 1.1928 | | 106.00 | MM |
| m09009777 | 05346088 | EUR/USD | 10K | 7/13/05 3:28 PM | 1.1930 | 1.1931 | 1.50 | 0.50 | C |
| m09009777 | 05376971 | EUR/USD | 10K | 8/30/05 11:36 PM | 1.1930 | 1.1970 | | -40.00 | S |
| m09009777 | 05379357 | EUR/USD | 10K | 7/12/05 11:54 AM | 1.2009 | 1.1999 | | 10.00 | C |
| m09009777 | 05390724 | GBP/USD | 10K | 7/1/05 12:53 AM | 1.1926 | 1.1920 | 34.41 | 40.41 | C |
| m09009777 | 05395004 | GBP/USD | 10K | 7/1/05 3:35 AM | 1.7364 | 1.7404 | | 40.00 | C |
| m09009777 | 05405872 | GBP/USD | 10K | 7/4/05 1:29 AM | 1.7381 | 1.7572 | 0.88 | 211.88 | Mkt |
| m09009777 | 05411283 | GBP/USD | 10K | 7/4/05 3:22 AM | 1.7578 | 1.7681 | 0.88 | 103.88 | LE |
| m09009777 | 05430707 | EUR/JPY | 10K | 7/7/09 9:20 AM | 1.7900 | 1.7542 | | -56.00 | C |
| m09009777 | 05440289 | EUR/USD | 10K | 7/6/05 5:01 AM | 135.50 | 135.15 | -2.92 | -34.23 | S |
| m09009777 | 05450633 | GBP/USD | 10K | 7/7/05 6:49 AM | 1.2045 | 1.2086 | 0.70 | 41.70 | C |
| m09009777 | 05649533 | EUR/USD | 10K | 7/7/05 6:54 AM | 1.7522 | 1.7522 | | 0.00 | Mkt |
| m09009777 | 05852825 | EUR/USD | 10K | 7/7/05 9:10 AM | 1.2458 | 1.2474 | 0.44 | 18.44 | C |
| m09009777 | 05657532 | EUR/USD | 10K | 10/18/05 9:07 AM | 1.2400 | 1.2473 | | 73.00 | L |
| m09009777 | 05865665 | GBP/USD | 10K | 7/8/05 8:52 AM | 1.2437 | 1.2431 | | -6.00 | C |

# ASA-66

| Transaction ID | Pair | Size | Date/Time | Rate | Amount | P/L | Status | Ref |
|---|---|---|---|---|---|---|---|---|
| 05786026 | GBP/USD | 10K | 8/17/05 3:33 AM | 1.8037 | 10.00 | 10.00 | C | m090097?? |
| 05785358 | GBP/USD | 10K | 9/1/05 10:44 AM | 1.8243 | -104.00 | -107.64 | Mkt | m090097?? |
| 05654363 | GBP/USD | 10K | 9/1/05 11:08 PM | 1.8232 | -19.00 | -19.48 | C | m090097?? |
| 05677044 | GBP/USD | 10K | 9/1/05 10:57 AM | 1.8311 | 21.00 | 21.38 | C | m090097?? |
| 05883087 | GBP/USD | 10K | 9/1/05 11:30 PM | 1.8198 | 23.00 | 23.39 | L | m090097?? |
| 05883344 | GBP/USD | 10K | 8/12/05 2:01 PM | 1.8219 | -78.00 | -77.62 | Mkt | m090097?? |
| 05884433 | GBP/USD | 10K | 9/12/05 9:51 PM | 1.8120 | 7.00 | 7.00 | C | m090097?? |
| 05885061 | GBP/USD | 10K | 9/15/05 5:24 AM | 1.8013 | 0.00 | 0.00 | C | m090097?? |
| 05885422 | GBP/USD | 10K | 9/15/05 12:27 AM | 1.8135 | 4.00 | 4.00 | C | m090097?? |
| 05868197 | EUR/USD | 10K | 9/15/05 11:24 PM | 1.8110 | -169.00 | -168.72 | S | m090097?? |
| 05895789 | EUR/USD | 10K | 8/19/05 3:38 AM | 1.8110 | 72.00 | 72.47 | C | m090097?? |
| 05919564 | GBP/USD | 10K | 9/18/05 12:28 AM | 1.8114 | 19.00 | 21.82 | C | m090097?? |
| 05921323 | GBP/USD | 10K | 9/16/05 1:10 AM | 1.7950 | 26.00 | 26.00 | C | m090097?? |
| 05922352 | GBP/USD | 10K | 9/16/05 2:25 AM | 1.2212 | -27.00 | -27.00 | S | m090097?? |
| 05930103 | GBP/USD | 10K | 9/16/05 4:44 AM | 1.2140 | -3.00 | -3.00 | C | m090097?? |
| 05931280 | EUR/USD | 10K | 9/16/05 4:49 AM | 1.2117 | 20.00 | 20.00 | Mkt | m090097?? |
| 05932168 | GBP/USD | 10K | 9/16/05 6:08 AM | 1.8103 | 0.00 | 0.00 | C | m090097?? |
| 05932172 | EUR/USD | 10K | 9/2/05 8:48 AM | 1.8077 | -6.00 | -5.00 | C | m090097?? |
| 05945548 | EUR/USD | 10K | 9/18/05 10:28 AM | 1.8050 | 22.00 | 22.53 | C | m090097?? |
| 05980601 | USD/CHF | 10K | 5/19/05 3:34 AM | 1.6021 | 0.00 | 0.00 | M | m090097?? |
| 05997071 | USD/CHF | 10K | 9/19/05 5:37 AM | 1.7860 | 88.48 | 54.72 | C | m090097?? |
| 05908334 | EUR/USD | 10K | 9/23/05 7:25 AM | 1.2087 | 39.52 | 38.00 | C | m090097?? |
| 05908396 | USD/CAD | 10K | 10/5/05 8:48 PM | 1.1823 | 53.00 | 48.73 | C | m090097?? |
| 06898528 | USD/CAD | 10K | 10/5/05 7:04 PM | 1.1920 | 11.86 | 11.86 | C | m090097?? |

# ASA-67

| Trade ID | Pair | Size | Opened | Closed | Price 1 | Price 2 | Amount | | Adj | | Net | Type | Account |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06007143 | EUR/USD | 10K | 10/5/05 8:55 PM | 10/6/05 1:13 PM | 1.2153 | 1.1810 | 8.47 | 0.00 | 0.00 | 0.00 | 8.47 | C | m09009777 |
| 06007190 | USD/JPY | 10K | 10/6/05 7:28 PM | 10/6/05 1:22 PM | 113.35 | 118.66 | -17.00 | 0.00 | 0.53 | 0.00 | -16.47 | Mkt | m09009777 |
| 06007394 | EUR/JPY | 10K | 10/6/05 1:48 PM | 10/9/05 4:34 PM | 138.01 | 137.72 | -282.87 | 0.00 | -24.15 | 0.00 | -307.02 | C | m09009777 |
| 06017315 | USD/CHF | 10K | 10/9/05 2:27 PM | 10/13/05 11:11 PM | 1.2796 | 1.3002 | 24.61 | 0.00 | -25.55 | 0.00 | -0.94 | C | m09009777 |
| 06048023 | EUR/USD | 10K | 10/17/05 6:40 AM | 10/17/05 6:44 AM | 1.2030 | 1.2039 | -158.44 | 0.00 | -7.04 | 0.00 | -165.48 | MM | m09009777 |
| 06061240 | USD/CHF | 10K | 10/21/05 10:10 AM | 10/18/05 6:04 AM | 1.2902 | 1.2848 | -8.00 | 0.00 | -0.60 | 0.00 | -8.60 | C | m09009777 |
| 06068563 | USD/JPY | 10K | 10/18/05 8:50 AM | 10/18/05 7:13 PM | 115.78 | 115.83 | 42.03 | 0.00 | -5.28 | 0.00 | 36.75 | C | m09009777 |
| 06072153 | EUR/USD | 10K | 10/19/05 2:09 AM | 10/19/05 2:34 AM | 1.1941 | 1.1940 | -4.32 | 0.00 | 0.00 | 0.00 | -4.32 | C | m09009777 |
| 06074486 | EUR/USD | 10K | 10/20/05 8:30 AM | 10/19/05 2:39 AM | 1.1925 | 1.1962 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | LE | m09009777 |
| 06074063 | EUR/USD | 10K | 10/11/05 7:25 AM | 10/23/05 3:18 PM | 1.1897 | 1.1887 | -37.00 | 0.00 | -1.80 | 0.00 | -38.80 | Mkt | m09009777 |
| 06097335 | GBP/USD | 10K | 11/13/05 11:34 PM | 10/23/05 4:49 PM | 1.7658 | 1.7451 | 200.00 | 0.00 | -10.40 | 0.00 | 189.60 | C | m09009777 |
| 06097535 | GBP/USD | 10K | 1/18/05 3:12 PM | 10/25/05 5:27 PM | 1.7656 | 1.7362 | 207.00 | 0.00 | -7.84 | 0.00 | 199.10 | C | m09009777 |
| 06112974 | EUR/USD | 10K | 10/30/05 3:12 PM | 10/26/05 6:13 PM | 1.2111 | 1.2062 | 234.00 | 0.00 | -8.28 | 0.00 | 287.72 | C | m09009777 |
| 06121173 | USD/JPY | 10K | 10/26/05 8:37 PM | 10/30/05 11:33 PM | 115.90 | 115.81 | 49.00 | 0.00 | -3.00 | 0.00 | 46.00 | C | m09009777 |
| 06137735 | USD/CHF | 10K | 10/30/05 10:54 AM | 10/30/05 11:38 PM | 1.2815 | 1.2925 | 7.77 | 0.00 | 0.00 | 0.00 | 7.77 | SE | m09009777 |
| 06137744 | USD/CHF | 10K | 10/31/05 10:03 AM | 10/31/05 10:14 AM | 1.2816 | 1.2892 | -85.11 | 0.00 | 0.00 | 0.00 | -85.11 | C | m09009777 |
| 06141354 | USD/CHF | 10K | 10/31/05 2:17 PM | 10/31/05 10:55 AM | 1.2898 | 1.2898 | -58.95 | 0.00 | 0.00 | 0.00 | -58.95 | C | m09009777 |
| 06141822 | USD/CHF | 10K | 10/31/05 3:01 PM | 10/31/05 1:07 PM | 1.2919 | 1.2889 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | C | m09009777 |
| 06142590 | EUR/USD | 10K | 10/31/05 10:36 PM | 10/31/05 1:51 PM | 1.1980 | 1.1943 | 23.28 | 0.00 | 0.00 | 0.00 | 23.28 | Mkt | m09009777 |
| 06142720 | USD/JPY | 10K | 11/1/05 10:24 AM | 10/31/05 7:34 PM | 116.38 | 118.03 | 37.00 | 0.00 | -3.60 | 0.00 | 33.40 | C | m09009777 |
| 06143568 | USD/JPY | 10K | 11/15/05 7:17 AM | 1/1/05 2:30 AM | 116.43 | 119.39 | -139.79 | 0.00 | -14.13 | 0.00 | -153.92 | MM | m09009777 |
| 06144654 | EUR/USD | 10K | 11/3/05 10:34 PM | 11/1/05 12:07 PM | 1.1991 | 1.1941 | -247.83 | 0.00 | -15.34 | 0.00 | -263.27 | MM | m09009777 |
| 06148768 | USD/JPY | 10K | 11/15/05 7:22 AM | 11/3/05 12:00 PM | 116.64 | 119.35 | 50.00 | 0.00 | -3.00 | 0.00 | 47.00 | C | m09009777 |
| 06163298 | GBP/USD | 10K | 11/3/05 12:00 PM | | 1.7715 | | -227.68 | 0.00 | -15.34 | 0.00 | -243.22 | Mkt | m09009777 |

# ASA-68

| Account | Pair | Size | Date/Time (1 / 2) | Rate A | Rate B | Qty | | P/L | | Value | Type | Mkt | Ref |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06172014 | EUR/USD | 10K | 11/3/05 10:31 PM | 1.1900 | 1.7663 | 22.00 | 0.00 | -0.43 | 0.09 | 21.57 | C | Mkt | mr09009777 |
| 06172832 | EUR/USD | 10K | 11/4/05 10:14 AM | 1.1750 | 1.1750 | 150.00 | 0.00 | -1.24 | 0.00 | 148.76 | L | Mkt | mr09009777 |
| 06173829 | EUR/USD | 10K | 11/7/05 8:10 PM | 1.1835 | 1.1745 | 90.00 | 0.00 | 0.97 | 0.00 | 80.97 | C | Mkt | mr09009777 |
| 06187129 | EUR/USD | 10K | 11/4/05 3:14 AM | 1.1631 | 1.1764 | 67.00 | 0.00 | 0.97 | 0.00 | 87.97 | C | Mkt | mr09009777 |
| 06186076 | GBP/USD | 10K | 11/4/05 11:19 AM | 1.1741 | 1.1692 | 49.00 | 0.00 | 1.64 | 0.00 | 50.64 | LE | Mkt | mr09009777 |
| 06184263 | GBP/USD | 10K | 11/4/05 4:08 AM | 1.7390 | 1.7388 | 4.00 | 0.00 | -1.56 | 0.00 | 2.44 | C | Mkt | mr09009777 |
| 06206294 | GBP/USD | 10K | 11/6/05 4:47 AM | 1.7395 | 1.7388 | 7.00 | 0.00 | -1.30 | 0.00 | 5.70 | C | Mkt | mr09009777 |
| 06207911 | GBP/USD | 10K | 11/10/05 3:02 PM | 1.7412 | 1.7388 | 24.00 | 0.00 | -0.26 | 0.00 | 23.74 | C | Mkt | mr09009777 |
| 06216102 | EUR/USD | 10K | 11/6/05 9:05 AM | 1.7430 | 1.7385 | 42.00 | 0.00 | -0.28 | 0.00 | 41.74 | C | Mkt | mr09009777 |
| 06216239 | EUR/USD | 10K | 11/14/05 9:39 AM | 1.1705 | 1.1698 | 7.00 | 0.00 | 0.00 | 0.00 | 7.00 | C | Mkt | mr09009777 |
| 06216241 | EUR/USD | 10K | 11/9/05 7:42 AM | 1.1701 | 1.1702 | -1.00 | 0.00 | 0.00 | 0.00 | -1.00 | C | Mkt | mr09009777 |
| 06216243 | EUR/USD | 10K | 11/14/05 9:36 AM | 1.1701 | 1.1694 | 7.00 | 0.00 | 0.57 | 0.00 | 7.57 | C | Mkt | mr09009777 |
| 06216276 | GBP/USD | 10K | 11/10/05 3:05 PM | 1.1702 | 1.1702 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | C | Mkt | mr09009777 |
| 06216665 | EUR/USD | 10K | 11/14/05 9:36 AM | 1.7390 | 1.7392 | -2.00 | 0.00 | 0.00 | 0.00 | -2.00 | C | Mkt | mr09009777 |
| 06217401 | EUR/USD | 10K | 11/14/05 11:47 AM | 1.1695 | 1.1693 | 2.00 | 0.00 | 1.14 | 0.00 | 3.14 | C | Mkt | mr09009777 |
| 06217915 | EUR/USD | 10K | 1/6/08 7:57 PM | 1.1960 | 1.2060 | -420.00 | 0.00 | 37.64 | 0.00 | -382.36 | LE | Mkt | mr09009777 |
| 06219487 | EUR/USD | 10K | 4/4/08 10:51 AM | 1.1986 | 1.2259 | -573.00 | 0.00 | 77.45 | 0.00 | -495.55 | | Mkt | mr09009777 |
| 06220954 | EUR/USD | 10K | 4/4/08 10:51 AM | 1.1690 | 1.2259 | -569.00 | 0.00 | 77.45 | 0.00 | -491.55 | | Mkt | mr09009777 |
| 06224029 | EUR/USD | 10K | 4/4/08 10:51 AM | 1.1688 | 1.2259 | -573.00 | 0.00 | 76.88 | 0.00 | -486.12 | | Mkt | mr09009777 |
| 06224579 | EUR/USD | 10K | 4/4/08 10:51 AM | 1.1663 | 1.2259 | -508.00 | 0.00 | 76.88 | 0.00 | -519.12 | | Mkt | mr09009777 |
| 06228330 | EUR/USD | 10K | 4/4/08 10:51 AM | 1.1660 | 1.2259 | -566.00 | 0.00 | 76.88 | 0.00 | -492.12 | | Mkt | U1013_EXOTIC |
| 06232224 | EUR/USD | 10K | 5/10/08 8:58 AM | 1.1700 | 1.2662 | -982.00 | 0.00 | 56.09 | 0.00 | -905.91 | MC | Mkt | U1013_EXOTIC |
| 06232361 | GBP/USD | 10K | 5/10/08 8:58 AM | 1.7110 | 1.2682 | -1,002.00 | 0.00 | 55.52 | 0.00 | -946.48 | MC | Mkt | mr09009777 |
| 06238456 | EUR/USD | 10K | 11/16/05 11:31 PM | 1.1671 | 1.7173 | -3.00 | 0.00 | 0.00 | 0.00 | -3.00 | C | Mkt | mr09009777 |

Case 2:13-cv-06073-ESK-JAD   Document 111   Filed 01/04/22   Page 35 of 66 PageID: 143

| ID | Pair | Size | Date/Time | Price 1 | Price 2 | | | | MC | Type | U10R3_EXOTIC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06251402 | EUR/USD | 10K | 5/1/06 8:56 AM | 1.1748 | 1.2662 | 53.81 | | -931.00 | -937.19 | MC | mb009077 |
| 06251736 | EUR/USD | 10K | 11/18/05 11:58 AM | 1.1748 | 1.1746 | 0.00 | 0.00 | 2.00 | 2.00 | Mkt | mb009077 |
| 06258748 | GBP/USD | 10K | 11/18/05 12:30 PM | 1.1748 | 1.1746 | 0.00 | 0.00 | -18.00 | 2.00 | C | mb009077 |
| 06268748 | GBP/USD | 10K | 11/18/05 2:48 PM | 1.7220 | 1.1786 | 0.00 | 0.00 | -4.00 | -18.00 | C | mb009077 |
| 06269472 | GBP/USD | 10K | 11/22/05 11:27 PM | 1.7195 | 1.7224 | 0.84 | 0.00 | 9.00 | -3.38 | C | mb009077 |
| 06270808 | GBP/USD | 10K | 11/22/05 7:29 PM | 1.7252 | 1.7188 | 0.00 | 0.00 | 1.00 | 9.00 | C | mb009077 |
| 06271528 | GBP/USD | 10K | 11/22/05 10:00 PM | 1.7249 | 1.7251 | 0.00 | 0.00 | 1.00 | 1.00 | Mkt | mb009077 |
| 06275640 | EUR/USD | 10K | 11/23/05 1:24 AM | 1.1811 | 1.7248 | 0.00 | 0.00 | 11.00 | 1.00 | Mkt | mb009077 |
| 06275673 | EUR/USD | 10K | 11/24/05 7:02 AM | 1.1801 | 1.1800 | 0.00 | 0.00 | 0.00 | 11.00 | C | mb009077 |
| 06294985 | GBP/USD | 10K | 11/24/05 3:11 AM | 1.7244 | 1.1801 | 0.00 | 0.00 | 0.00 | 0.00 | C | mb009077 |
| 06297095 | GBP/USD | 10K | 11/24/05 6:18 AM | 1.7160 | 1.7244 | 0.00 | 0.00 | -40.00 | 0.00 | Mkt | mb009077 |
| 06335402 | GBP/USD | 10K | 11/23/05 12:37 PM | 1.7343 | 1.7220 | 0.00 | 0.00 | 20.00 | -40.00 | S | mb009077 |
| 06336618 | GBP/USD | 10K | 11/23/05 1:52 PM | 1.7400 | 1.7333 | 0.00 | 0.00 | 25.00 | 20.00 | Mkt | mb009077 |
| 06338830 | GBP/USD | 10K | 11/23/05 2:07 PM | 1.7450 | 1.7375 | 0.00 | 0.00 | 30.00 | 25.00 | Mkt | mb009077 |
| 06343491 | GBP/USD | 10K | 11/24/05 6:14 AM | 1.7311 | 1.7428 | 0.84 | 0.00 | -15.00 | 30.64 | Mkt | mb009077 |
| 06348331 | GBP/USD | 10K | 11/28/05 8:55 PM | 1.7448 | 1.7328 | 0.00 | 0.00 | 18.00 | -15.00 | LE | mb009077 |
| 06412884 | EUR/USD | 10K | 11/28/05 6:19 AM | 1.1882 | 1.7430 | 0.00 | 0.00 | 37.00 | 18.00 | C | mb009077 |
| 06417482 | EU/USD | 10K | 11/29/05 6:31 AM | 1.1814 | 1.1825 | 0.81 | 0.00 | 4.00 | 37.61 | C | mb009077 |
| 06419199 | EUR/USD | 10K | 11/29/05 10:01 AM | 1.1634 | 1.1810 | 0.00 | 0.00 | -39.00 | 4.00 | Mkt | mb009077 |
| 06422061 | EUR/USD | 10K | 12/6/05 5:32 AM | 1.1831 | 1.1873 | 2.44 | 0.00 | -831.00 | -36.58 | C | mb009077 |
| 06425324 | EUR/USD | 10K | 12/6/05 9:09 AM | 1.1870 | 1.2662 | 33.05 | 0.00 | 0.00 | -797.95 | MC | mb009077 |
| 06428422 | EUR/USD | 10K | 12/6/05 9:14 AM | 1.1971 | 1.1870 | 0.81 | 0.00 | 0.00 | 0.61 | Mkt | mb009077 |
| 06426715 | EUR/USD | 10K | 12/6/05 11:18 AM | 1.1880 | 1.1671 | 0.00 | 0.00 | 0.00 | 0.00 | L | mb009077 |
| 06426910 | EUR/USD | 10K | 12/6/05 1:01 PM | 1.1874 | 1.1670 | 0.00 | 0.00 | 10.00 | 10.00 | C | mb009077 |
| 06428657 | EUR/USD | 10K | 12/6/05 4:10 AM | 1.1970 | 1.1874 | 0.00 | 0.00 | 0.00 | 0.00 | C | mb009077 |

# ASA-70

| ID | Pair | Size | Date/Time | Price 1 | Price 2 | | | | | Total | Account |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09437067 | EUR/USD | 10K | 12/28/05 12:05 PM | 1.1923 | 1.1855 | 15.00 | 0.00 | 1.22 | 0.00 | 16.22 C | m09009777 |
| 09437758 | EUR/USD | 10K | 12/28/05 3:15 AM | 1.1915 | 1.1910 | 13.00 | 0.00 | 0.00 | 0.00 | 13.00 C | m09009777 |
| 09438785 | EUR/USD | 10K | 12/28/05 3:58 AM | 1.1917 | 1.1915 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 C | m09009777 |
| 09439944 | EUR/USD | 10K | 12/28/05 6:11 AM | 1.1871 | 1.1697 | 20.00 | 0.00 | 0.00 | 0.00 | 0.00 C | m09009777 |
| 09440267 | EUR/USD | 10K | 12/28/05 8:22 AM | 1.1832 | 1.1855 | 16.00 | 0.00 | 0.00 | 0.00 | 20.00 C | m09009777 |
| 09440853 | EUR/USD | 10K | 12/28/05 11:50 AM | 1.1640 | 1.2062 | -830.00 | 0.00 | 0.00 | 0.00 | 16.00 C | m09009777 |
| 09443112 | EUR/USD | 10K | 12/28/05 11:57 AM | 1.1848 | 1.2662 | -822.00 | 0.00 | 31.22 | 0.00 | -798.78 MC | m09009777 |
| 09444820 | EUR/USD | 10K | 12/28/05 12:05 PM | 1.1829 | 1.1837 | 11.00 | 0.00 | 31.22 | 0.00 | -790.78 MC | m09009777 |
| 09449703 | EUR/USD | 10K | 12/28/05 12:08 PM | 1.1845 | 1.2652 | -533.00 | 0.00 | 28.78 | 0.00 | 11.00 C | m09009777 |
| 09451239 | EUR/USD | 10K | 5/1/08 8:56 AM | 1.1760 | 1.2662 | -817.00 | 0.00 | 28.17 | 0.00 | -804.22 MC | m09009777 |
| 09483425 | EUR/USD | 10K | 12/28/05 12:27 PM | 1.2070 | 1.2662 | -882.00 | 0.00 | 28.17 | 0.00 | -788.83 MC | m09009777 |
| 09470192 | EUR/USD | 10K | 5/1/08 8:56 AM | 1.2135 | 1.2044 | 28.00 | 0.00 | 0.00 | 0.00 | -853.83 MC | m09009777 |
| 09504611 | EUR/USD | 10K | 12/20/05 12:32 AM | 1.2110 | 1.2127 | 8.00 | 0.00 | 0.00 | 0.00 | 26.00 C | m09009777 |
| 09530197 | EUR/USD | 10K | 12/29/05 7:43 AM | 1.2081 | 1.2120 | -10.00 | 0.00 | 0.00 | 0.00 | 8.00 C | m09009777 |
| 09635381 | EUR/USD | 10K | 12/29/05 7:31 AM | 1.2034 | 1.1285 | 96.00 | 0.00 | 3.93 | 0.00 | -10.00 S | m09009777 |
| 09637697 | EUR/USD | 10K | 5/1/08 6:56 AM | 1.1989 | 1.1941 | 93.00 | 0.00 | 13.11 | 0.00 | 99.93 C | m09009777 |
| 09652699 | EUR/USD | 10K | 12/30/05 4:04 AM | 1.1931 | 1.1987 | 2.00 | 0.00 | 0.69 | 0.00 | 108.11 C | m09009777 |
| 09666369 | EUR/USD | 10K | 5/1/08 8:59 AM | 1.2016 | 1.1913 | 18.00 | 0.00 | 2.76 | 0.00 | 2.69 C | m09009777 |
| 09666658 | EUR/USD | 10K | 12/30/05 9:24 AM | 1.1932 | 1.1947 | 69.00 | 0.00 | 0.00 | 0.00 | 20.76 C | m09009777 |
| 09674115 | EUR/USD | 10K | 5/1/08 8:56 AM | 1.1980 | 1.1925 | 7.00 | 0.00 | 2.07 | 0.00 | 69.00 C | m09009777 |
| 09819495 | EUR/USD | 10K | 1/3/08 10:02 PM | 1.1903 | 1.1881 | 9.00 | 0.00 | 0.69 | 0.00 | 9.07 C | m09009777 |
| 09714002 | GBP/USD | 10K | 1/4/06 2:36 AM | 1.7456 | 1.1900 | 3.00 | 0.00 | 5.52 | 0.00 | 8.69 C | m09009777 |
| 09725702 | GBP/USD | 10K | 1/4/06 1:09 PM | 1.7494 | 1.7455 | 1.00 | 0.00 | 0.01 | 0.00 | 8.52 C | m09009777 |
| 09728541 | GBP/USD | 10K | 1/4/06 1:29 PM | 1.7504 | 1.7493 | 1.00 | 0.00 | 0.00 | 0.00 | 1.01 C | m09009777 |

# ASA-71

| Account | Type | | | | Amount | Price A | Price B | Timestamp | Size | Currency | ID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| m09009777 | 15.00 C | 0.00 | 0.00 | 0.00 | 15.00 | 1.7469 | 1.7507 | 2/23/06 10:26 AM | 10K | GBP/USD | 06729204 |
| m09009777 | 106.02 C | 0.00 | 0.02 | 0.00 | 106.00 | 1.7401 | 1.7397 | 2/23/06 10:55 AM | 10K | GBP/USD | 06738310 |
| m09009777 | 108.02 Mkt | 0.00 | 0.12 | 0.00 | 19.00 | 1.7376 | 1.7397 | 2/26/06 6:54 PM | 10K | GBP/USD | 06738322 |
| m09009777 | 19.12 LE | 0.00 | 0.09 | 0.00 | 15.00 | 1.7405 | 1.7420 | 2/26/06 2:59 AM | 10K | GBP/USD | 06739370 |
| m09009777 | 15.09 Mkt | 0.00 | 0.00 | 0.00 | 18.09 | 115.85 | 115.06 | 2/25/06 8:01 PM | 10K | USD/JPY | 06739776 |
| m09009777 | 18.09 Mkt | 0.00 | 0.00 | 0.00 | 9.47 | 118.07 | 116.18 | 2/26/08 2:40 AM | 10K | USD/JPY | 06747682 |
| m09009777 | 9.47 C | 0.00 | 0.00 | 0.00 | -69.00 | 1.7530 | 1.7461 | 2/28/09 9:31 PM | 10K | GBP/USD | 06711996 |
| m09009777 | -69.00 S | 0.00 | 0.00 | 0.00 | 20.09 | 1.2941 | 1.2967 | 2/26/06 10:03 PM | 10K | USD/CHF | 06773297 |
| m09009777 | 20.09 C | 0.00 | -1.04 | 0.00 | -78.60 | 1.3021 | 1.2921 | 2/27/08 1:52 PM | 10K | USD/CHF | 06776948 |
| m09009777 | -69.13 C | 0.00 | -1.04 | 0.00 | -68.08 | 1.3071 | 1.2982 | 2/28/09 9:34 AM | 10K | USD/CHF | 06782173 |
| m09009777 | 50.01 Mkt | 0.00 | 0.01 | 0.00 | 50.00 | 1.7365 | 1.7415 | 2/28/06 11:13 AM | 10K | GBP/USD | 06784480 |
| m09009777 | 12.45 LE | 0.00 | 3.45 | 0.00 | 9.00 | 1.1892 | 1.1901 | 3/5/08 2:30 PM | 10K | EUR/USD | 06784220 |
| m09009777 | 30.03 C | 0.00 | 0.03 | 0.00 | 30.00 | 1.7370 | 1.7400 | 3/5/06 6:14 PM | 10K | GBP/USD | 06793356 |
| m09009777 | 24.69 C | 0.00 | 0.69 | 0.00 | 24.00 | 1.1903 | 1.1927 | 3/5/08 7:29 PM | 10K | EUR/USD | 06802820 |
| m09009777 | 10.14 C | 0.00 | 0.00 | 0.00 | 10.14 | 116.39 | 118.51 | 3/6/08 6:08 PM | 10K | USD/JPY | 06803304 |
| m09009777 | 79.17 Mkt | 0.00 | -2.50 | 0.00 | 81.87 | 117.54 | 118.50 | 3/6/06 6:56 AM | 10K | USD/JPY | 06804002 |
| m09009777 | -31.91 Mkt | 0.00 | 0.00 | 0.00 | -31.91 | 119.08 | 118.70 | 3/7/06 3:34 AM | 10K | USD/JPY | 06805554 |
| U1r3_EXOr03 | -777.06 MC | 0.00 | -9.06 | 0.00 | -788.00 | 1.2682 | 1.1894 | 3/7/08 9:21 PM | 10K | EUR/USD | 06808880 |
| U1r3_EXOr03 | -726.75 MC | 0.00 | -8.75 | 0.00 | -717.00 | 1.2662 | 1.1945 | 3/7/08 9:23 AM | 10K | EU/USD | 06820085 |
| m09009777 | 36.40 C | 0.00 | -3.75 | 0.00 | 40.15 | 117.05 | 117.53 | 3/10/06 6:17 AM | 10K | USD/JPY | 06822470 |
| m09009777 | 46.72 C | 0.00 | -3.75 | 0.00 | 50.47 | 116.90 | 117.49 | 3/8/06 2:39 AM | 10K | USD/JPY | 06831081 |
| m09009777 | -9.39 C | 0.00 | 0.61 | 0.00 | -10.00 | 1.2170 | 1.2160 | 3/9/06 1:40 AM | 10K | EUR/USD | 06833439 |
| m09009777 | -177.77 S | 0.00 | -0.77 | 0.00 | -177.00 | 1.7570 | 1.7393 | 3/8/06 10:18 PM | 10K | GBP/USD | 06836830 |
| m09009777 | 0.89 Mkt | 0.00 | -0.11 | 0.00 | 1.00 | 1.7548 | 1.7549 | 3/8/06 7:11 PM | 10K | GBP/USD | 06836713 |

# ASA-72

| Ref# | Pair | Size | Date/Time | Price A | Price B | Pips | | Comm | | Value | Type | ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00637344 | USD/JPY | 10K | 3/19/06 8:01 PM | 116.18 | 116.18 | 5.16 | 0.00 | -1.25 | 0.00 | 3.91 | C | m09009777 |
| 00637558 | USD/JPY | 10K | 3/17/06 9:02 AM | 115.98 | 115.93 | 2.59 | 0.00 | 0.00 | 0.00 | 2.59 | Mkt | m09009777 |
| 00637470 | EUR/USD | 10K | 3/17/06 9:28 AM | 1.2176 | 1.2132 | 0.00 | 0.00 | 0.00 | 0.00 | -1.25 | C | m09009777 |
| 00638202 | EUR/USD | 10K | 3/19/06 6:09 PM | 1.2143 | 1.2089 | 44.00 | 0.00 | -1.34 | 0.00 | 42.86 | C | m09009777 |
| 00638215 | EUR/USD | 10K | 3/20/06 11:55 PM | 1.2148 | 1.2128 | 54.00 | 0.00 | -1.34 | 0.00 | 52.86 | C | m09009777 |
| 00638442 | USD/JPY | 10K | 3/17/06 10:04 AM | 115.86 | 115.82 | 16.00 | 0.00 | -1.34 | 0.00 | 16.66 | Mkt | m09009777 |
| 00840802 | GBP/USD | 10K | 3/17/06 12:13 PM | 1.7450 | 1.7563 | 3.45 | 0.00 | -1.25 | 0.00 | 2.20 | C | m09009777 |
| 00841425 | USD/JPY | 10K | 3/19/06 2:28 PM | 116.31 | 116.27 | -113.00 | 0.00 | -0.11 | 0.00 | -113.11 | S | m09009777 |
| 00844050 | USD/JPY | 10K | 3/19/06 6:17 PM | 115.88 | 115.71 | 3.44 | 0.00 | 0.00 | 0.00 | 3.44 | C | m09009777 |
| 00844244 | GBP/USD | 10K | 3/19/06 8:24 PM | 1.7555 | 1.7960 | 14.87 | 0.00 | 0.00 | 0.00 | 14.67 | C | m09009777 |
| 00846408 | USD/JPY | 10K | 3/20/06 8:53 AM | 116.35 | 116.25 | -5.00 | 0.00 | -0.11 | 0.00 | -5.11 | C | m09009777 |
| 00846533 | USD/JPY | 10K | 3/20/06 9:38 AM | 118.46 | 118.38 | 8.60 | 0.00 | 0.00 | 0.00 | 8.60 | C | m09009777 |
| 00846828 | GBP/USD | 10K | 3/20/06 5:12 PM | 1.7538 | 1.7556 | 8.59 | 0.00 | 0.00 | 0.00 | 8.59 | C | m09009777 |
| 00847494 | GBP/USD | 10K | 3/20/06 6:08 PM | 1.7437 | 1.7544 | -18.00 | 0.00 | 0.00 | 0.00 | -18.00 | C | m09009777 |
| 00847834 | EUR/USD | 10K | 3/20/06 7:01 PM | 1.2140 | 1.2133 | -107.00 | 0.00 | -0.44 | 0.00 | -107.44 | C | m09009777 |
| 00848276 | EUR/USD | 10K | 3/20/06 8:19 PM | 1.2140 | 1.2140 | 7.00 | 0.00 | 0.00 | 0.00 | 7.00 | C | m09009777 |
| 00849784 | EUR/USD | 10K | 3/20/06 11:14 PM | 1.2141 | 1.1966 | 152.00 | 0.00 | 2.44 | 0.00 | 154.44 | C | m09009777 |
| 00863457 | EUR/USD | 10K | 3/23/06 10:31 AM | 1.2094 | 1.2071 | 70.00 | 0.00 | 2.44 | 0.00 | 72.44 | C | m09009777 |
| 00863462 | GBP/USD | 10K | 3/21/06 2:40 PM | 1.2066 | 1.7474 | 8.00 | 0.00 | 0.00 | 0.00 | 6.00 | C | m09009777 |
| 00857098 | GBP/USD | 10K | 3/22/06 9:32 AM | 1.7496 | 1.7488 | 22.00 | 0.00 | -0.11 | 0.00 | 21.89 | C | m09009777 |
| 00859911 | EUR/USD | 10K | 3/23/06 10:27 AM | 1.7358 | 1.7060 | -130.00 | 0.00 | -0.33 | 0.00 | -130.33 | C | m09009777 |
| 00863346 | EUR/USD | 10K | 3/23/06 10:08 AM | 1.2060 | 1.2020 | 40.00 | 0.00 | 0.61 | 0.00 | 40.61 | C | m09009777 |
| 00865081 | GBP/USD | 10K | 3/23/06 11:43 AM | 1.2032 | 1.2031 | 1.00 | 0.00 | 0.61 | 0.00 | 1.61 | C | m09009777 |
| 00865101 | GBP/USD | 10K | 3/23/06 11:46 AM | 1.7362 | 1.7336 | 28.00 | 0.00 | 0.00 | 0.00 | 26.00 | Mkt | m09009777 |

# ASA-73

Case 1:21-cv-09680-JPC-DLC   Document 50-1   Filed 01/04/22   Page 89 of 66
Case 2:13-cv-06073-ESJAD   Document 11-1   Filed 08/06/14   Page 39 of 66   PageID: 147

| ID | Pair | Lot | Date/Time 1 | Date/Time 2 | Val A | Val B | Val C | Z1 | Val E | Z2 | Val G | Flag | Account |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D56f7590 | USD/JPY | 10K | 3/28/06 8:22 PM | 3/28/06 10:09 AM | 118.41 | 1.7386 | -4.00 | 0.00 | 0.07 | 0.00 | -3.93 | C | m00009777 |
| D56875f6 | EUR/USD | 10K | 3/24/06 1:18 AM | 3/28/06 6:40 AM | 1.1960 | 117.86 | 36.31 | 0.00 | 0.00 | 0.00 | 38.31 | Mkt | m00009777 |
| D5867572 | GBP/USD | 10K | 3/24/06 9:39 AM | 3/29/06 6:29 AM | 1.7421 | 1.2207 | -247.00 | 0.00 | 1.82 | 0.00 | -245.18 | Mkt | m00009777 |
| D5872077 | GBP/USD | 10K | 3/24/06 2:56 AM | 3/28/06 10:36 AM | 1.7422 | 1.7361 | 60.00 | 0.00 | 0.03 | 0.00 | 60.03 | C | m00009777 |
| D5873218 | USD/CHF | 10K | 4/7/06 2:28 AM | 3/28/06 10:38 AM | 1.3094 | 1.7385 | 57.00 | 0.00 | 0.08 | 0.00 | 57.08 | Mkt | m00009777 |
| D5873302 | USD/CHF | 10K | 3/24/06 10:42 AM | 3/28/06 2:21 PM | 1.3096 | 1.3094 | 0.00 | 0.00 | -1.07 | 0.00 | -1.07 | C | m00009777 |
| D5873326 | AUD/CAD | 10K | 3/28/06 8:43 AM | 3/28/06 2:57 PM | 0.8238 | 1.3094 | 1.53 | 0.00 | -1.07 | 0.00 | 0.46 | Mkt | m00009777 |
| D5676399 | GBP/USD | 10K | 3/24/06 11:43 AM | 3/28/06 10:42 PM | 1.7467 | 0.8297 | 0.95 | 0.00 | 1.50 | 0.00 | 2.35 | C | m00009777 |
| D5877689 | GBP/USD | 10K | 3/29/06 8:22 PM | 5/1/08 8:56 AM | 1.7460 | 1.7463 | 4.00 | 0.00 | 0.00 | 0.00 | 4.00 | Mkt | m00009777 |
| D58b0103 | GBP/USD | 10K | 3/28/06 3:28 PM | 3/28/08 10:42 PM | 1.7451 | 1.7469 | 11.00 | 0.00 | 0.01 | 0.00 | 11.01 | C | m00009777 |
| D5681703 | USD/CHF | 10K | 3/27/06 8:40 PM | 3/29/08 8:53 AM | 1.3038 | 1.7456 | -5.00 | 0.00 | 0.00 | 0.00 | -5.00 | Mkt | m00009777 |
| D5681765 | USD/CHF | 10K | 3/2/06 4:12 PM | 3/28/06 8:39 AM | 1.3036 | 1.3017 | 16.13 | 0.00 | 0.00 | 0.00 | 16.13 | C | m00009777 |
| D5682692 | USD/CHF | 10K | 3/27/06 8:40 PM | 3/28/06 8:56 AM | 1.2992 | 1.3020 | 13.92 | 0.00 | 0.00 | 0.00 | 13.62 | Mkt | m00009777 |
| D5683696 | USD/CHF | 10K | 3/28/06 4:31 PM | 3/28/06 6:20 PM | 1.3016 | 1.3107 | -87.74 | 0.00 | -1.07 | 0.00 | -88.81 | Mkt | m00009777 |
| D5685420 | USD/CHF | 10K | 3/29/06 8:21 PM | 5/1/08 8:56 AM | 1.3056 | 1.3016 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Mkt | m00009777 |
| D5686280 | EUR/USD | 10K | 3/27/06 4:26 AM | 3/28/08 9:29 PM | 1.2003 | 1.3103 | -35.87 | 0.00 | 0.00 | 0.00 | -35.87 | C | m00009777 |
| D5688281 | GBP/USD | 10K | 3/27/06 5:01 AM | 4/3/06 12:44 AM | 1.7434 | 1.2882 | -659.00 | 0.00 | -16.95 | 0.00 | -675.85 | MC | U10R3_EXOTIC |
| D5680398 | EUR/USD | 10K | 3/27/06 10:45 AM | 3/28/08 9:51 PM | 1.2010 | 1.7365 | 69.00 | 0.00 | 0.00 | 0.00 | 69.00 | Mkt | m00009777 |
| D5893979 | EUR/USD | 10K | 3/27/06 8:41 PM | 3/30/06 3:30 AM | 1.2037 | 1.2882 | -652.00 | 0.00 | -16.95 | 0.00 | -669.95 | MC | U10R3_EXOTIC |
| D5684290 | EUR/USD | 10K | 3/27/06 11:50 PM | 3/30/06 3:12 AM | 1.2047 | 1.2662 | -625.00 | 0.00 | -18.76 | 0.00 | -643.78 | MC | U10R3_EXOTIC |
| D5694389 | EUR/USD | 10K | 3/28/06 2:24 PM | 3/30/06 7:23 AM | 1.2057 | 1.2046 | 1.00 | 0.00 | 1.31 | 0.00 | 2.31 | Mkt | m00009777 |
| D5695814 | GBP/USD | 10K | 3/28/06 6:05 AM | 3/30/06 8:23 AM | 1.7408 | 1.2066 | -9.00 | 0.00 | 0.00 | 0.00 | -9.00 | Mkt | m00009777 |
| D5696530 | GBP/USD | 10K | 3/28/06 10:09 AM | 3/30/06 8:31 AM | 1.7392 | 1.7379 | 29.00 | 0.00 | 0.00 | 0.00 | 29.00 | C | m00009777 |
| C5696825 | EUR/USD | 10K | 3/28/06 6:08 AM | 3/30/06 7:28 AM | 1.2084 | 1.7409 | -17.00 | 0.00 | 0.00 | 0.00 | -17.00 | Mkt | m00009777 |

# ASA-74

| ID | Pair | Qty | Date/Time 1 | Date/Time 2 | Price 1 | Price 2 | Col | Col | Col | Col | Amount | P/L | Ref |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08897087 | GBP/USD | 10K | 3/30/06 6:58 AM | | | 1.2077 | 0.00 | 0.03 | 0.00 | 0.00 | 7.00 | 7.00 C | m08009777 |
| 08900817 | GBP/USD | 50K | 3/30/06 8:03 AM | 1.7397 | 1.7397 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Mkt | m08009777 |
| 08901495 | GBP/USD | 10K | 3/30/06 8:08 AM | 1.7469 | 1.7468 | | 0.00 | 0.00 | 0.00 | 5.00 | 5.00 | 0.00 C | m08009777 |
| 08907895 | GBP/USD | 10K | 3/30/06 2:10 PM | 1.7378 | 1.7469 | | 0.00 | 0.00 | 0.00 | | | Mkt | m08009777 |
| 08907960 | GBP/USD | 10K | 3/30/06 4:19 PM | 1.7375 | 1.7469 | | 0.00 | 0.00 | 0.00 | -91.00 | -91.00 | 5.00 C | m08009777 |
| 08915809 | GBP/USD | 20K | 3/30/06 10:09 AM | 1.7383 | 1.7469 | | 0.00 | 0.00 | 0.00 | -94.00 | -94.00 | Mkt | m08009777 |
| 08801080 | EUR/USD | 50K | 3/30/06 5:00 PM | 1.7379 | 1.7469 | | 0.00 | -0.21 | 0.00 | -86.00 | -86.21 | -91.00 C | m08009777 |
| 08902376 | EUR/USD | 50K | 3/31/06 10:21 AM | 1.2165 | 1.2158 | | 0.00 | -0.42 | 0.00 | -160.00 | -160.42 | -84.00 C | m08009777 |
| 08903191 | EUR/USD | 10K | 3/30/06 5:00 PM | 1.2163 | 1.2163 | | 0.00 | 0.00 | 0.00 | 35.00 | 35.00 | -86.21 C | m08009777 |
| 08903310 | EUR/USD | 10K | 4/3/06 11:33 AM | 1.2147 | 1.2121 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Mkt | m08009777 |
| 08904380 | EUR/USD | 10K | 3/30/06 5:00 PM | 1.2148 | 1.2101 | | 0.00 | 0.00 | 0.00 | 26.00 | 26.00 | -160.42 C | m08009777 |
| 08906048 | GBP/USD | 10K | 4/3/06 12:11 PM | 1.2102 | 1.2072 | | 0.00 | 0.70 | 0.00 | 45.00 | 45.00 | Mkt | m08009777 |
| 08908228 | EUR/USD | 10K | 3/30/06 5:51 PM | 1.7393 | 1.7376 | | 0.00 | 0.00 | 0.00 | 30.00 | 30.70 | 35.00 C | m08009777 |
| 08908359 | EUR/GBP | 10K | 3/6/06 7:15 PM | 1.2107 | 1.2071 | | 0.00 | -0.21 | 0.00 | 15.00 | 14.79 | Mkt | m08009777 |
| 08910806 | GBP/USD | 10K | 3/30/06 8:04 PM | 0.8973 | 0.6945 | | 0.00 | 0.70 | 0.00 | 36.00 | 38.70 | 0.00 C | m08009777 |
| 08911705 | EUR/USD | 10K | 3/30/06 10:41 PM | 1.7326 | 1.7347 | | 0.00 | -3.10 | 0.00 | 46.66 | 45.76 | Mkt | m08009777 |
| 08911828 | GBP/USD | 10K | 3/31/06 12:55 AM | 1.2055 | 1.2042 | | 0.00 | 0.00 | 0.00 | -21.00 | -21.00 | 26.00 C | m08009777 |
| 08911870 | GBP/USD | 10K | 3/31/06 10:10 AM | 1.7304 | 1.7301 | | 0.00 | 0.00 | 0.00 | 13.00 | 13.00 | Mkt | m08009777 |
| 08911921 | EUR/USD | 10K | 3/31/06 1:22 AM | 1.7332 | 1.7309 | | 0.00 | 0.00 | 0.00 | 3.00 | 3.00 | 45.00 C | m08009777 |
| 08911987 | GBP/USD | 10K | 3/31/06 10:01 AM | 1.2046 | 1.2062 | | 0.00 | 0.00 | 0.00 | 23.00 | 23.00 | Mkt | m08009777 |
| 08912086 | GBP/USD | 10K | 3/31/08 4:21 AM | 1.7332 | 1.7311 | | 0.00 | -20.09 | 0.00 | -616.00 | -536.09 | NC | U1OR1_EXOTIC |
| 08912291 | EUR/USD | 10K | 4/3/06 12:02 AM | 1.7332 | 1.7296 | | 0.00 | 0.00 | 0.00 | 21.00 | 21.00 | Mkt | m08009777 |
| 08912381 | EUR/USD | 10K | 3/31/06 10:18 AM | 1.2050 | 1.2862 | | 0.00 | 0.00 | 0.00 | 36.00 | 36.00 | NC | m08009777 |
| 08912370 | GBP/USD | 10K | 4/3/06 11:21 AM | 1.2049 | 1.2048 | | 0.00 | -20.09 | 0.00 | -612.00 | -532.09 | -536.09 NC | U1OR1_EXOTIC |

# ASA-75

| Account | ID / Pair | Size | Timestamp | Open | Close | Amount | | | | Type |
|---|---|---|---|---|---|---|---|---|---|---|
| m09009777 | 06912854 GBP/USD | 10K | 4/3/06 10:47 AM | 1.7340 | | 58.00 | 0.00 | 0.00 | 0.00 | 58.00 C |
| m09009777 | 06912914 GBP/USD | 10K | 4/3/06 3:17 AM | 1.7278 | 1.7275 | 3.00 | 0.00 | 0.00 | 0.00 | 3.00 Mkt |
| m09009777 | 06919266 GBP/USD | 10K | 4/3/06 3:55 AM | 1.7279 | 1.7268 | 3.00 | 0.00 | 0.00 | 0.00 | 3.00 C |
| m09009777 | 06919266 GBP/USD | 10K | 4/3/06 10:48 AM | 1.7334 | 1.7400 | 65.00 | 0.00 | 0.00 | 0.00 | 65.00 C |
| m09009777 | 06919323 GBP/USD | 10K | 4/4/06 1:53 AM | 1.7455 | 1.7389 | 55.00 | 0.00 | 0.00 | 0.00 | 55.00 C |
| m09009777 | 06921444 GBP/USD | 10K | 4/4/06 2:10 AM | 1.7518 | 1.7505 | 119.00 | 0.00 | 0.00 | 0.00 | 119.00 Mkt |
| m09009777 | 06921592 GBP/USD | 10K | 4/4/06 6:43 AM | 1.7554 | 1.7466 | 49.00 | 0.00 | 0.00 | 0.00 | 49.00 C |
| m09009777 | 06921642 GBP/USD | 10K | 4/4/06 10:52 AM | 1.7559 | 1.7495 | 81.00 | 0.00 | 0.00 | 0.00 | 81.00 Mkt |
| m09009777 | 06921686 GBP/USD | 10K | 4/4/06 8:13 AM | 1.7512 | 1.7466 | 17.00 | 0.00 | 0.00 | 0.00 | 17.00 C |
| m09009777 | 06821782 GBP/USD | 10K | 4/4/06 8:54 AM | 1.7512 | 1.7526 | 16.00 | 0.00 | 0.00 | 0.00 | 16.00 C |
| m09009777 | 06921878 GBP/USD | 10K | 4/4/06 6:18 AM | 1.7520 | 1.7528 | -6.00 | 0.00 | 0.00 | 0.00 | -6.00 C |
| m09009777 | 06921928 GBP/USD | 10K | 4/4/06 9:05 AM | 1.7549 | 1.7535 | 23.00 | 0.00 | 0.00 | 0.00 | 23.00 Mkt |
| m09009777 | 06922055 GBP/USD | 20K | 4/4/06 8:21 AM | 1.7555 | 1.7545 | 40.00 | 0.00 | 0.00 | 0.00 | 40.00 C |
| m09009777 | 06822312 GBP/USD | 20K | 4/4/06 8:26 AM | 1.7558 | 1.7523 | 26.00 | 0.00 | 0.00 | 0.00 | 26.00 Mkt |
| m09009777 | 06922318 GBP/USD | 10K | 4/4/06 11:17 AM | 1.7553 | 1.7529 | 30.00 | 0.00 | 0.00 | 0.00 | 30.00 C |
| m09009777 | 06922403 GBP/USD | 10K | 4/4/06 11:19 AM | 1.7554 | 1.7522 | 26.00 | 0.00 | 0.00 | 0.00 | 26.00 C |
| m09009777 | 06922560 GBP/USD | 50K | 4/4/06 10:58 AM | 1.7552 | 1.7530 | 30.00 | 0.00 | 0.00 | 0.00 | 30.00 C |
| m09009777 | 06922847 GBP/USD | 50K | 4/4/06 9:44 AM | 1.7533 | 1.7543 | 15.00 | 0.00 | 0.00 | 0.00 | 15.00 C |
| m09009777 | 06923343 GBP/USD | 50K | 4/4/06 10:11 AM | 1.7556 | 1.7556 | 65.00 | 0.00 | 0.00 | 0.00 | 65.00 NMkt |
| m09009777 | 06923862 GBP/USD | 50K | 4/4/06 11:06 AM | 1.7547 | 1.7554 | -45.00 | 0.00 | 0.00 | 0.00 | -45.00 C |
| m09009777 | 06924100 GBP/USD | 50K | 4/4/06 11:53 AM | 1.7555 | 1.7554 | 5.00 | 0.00 | 0.00 | 0.00 | 5.00 C |
| m09009777 | 06924247 GBP/USD | 50K | 4/4/06 12:20 PM | 1.7544 | 1.7555 | -50.00 | 0.00 | 0.00 | 0.00 | -50.00 C |
| m09009777 | 06924325 GBP/USD | 10K | 4/4/06 12:34 PM | 1.7556 | 1.7565 | 5.00 | 0.00 | 0.00 | 0.00 | 5.00 C |
| m09009777 | 06924345 GBP/USD | 10K | 4/4/06 10:23 PM | 1.7555 | 1.7569 | -10.00 | 0.00 | 0.00 | 0.00 | -10.00 Mkt |
| m09009777 | 06924503 GBP/USD | 10K | 4/4/06 1:22 PM | 1.7569 | 1.7553 | -0.21 | 0.00 | -0.21 | 0.00 | -0.21 Mkt |

## ASA-76

| Account | Type | | | | Qty | Price 1 | Price 2 | Date/Time | Size | Trans ID | Pair |
|---|---|---|---|---|---|---|---|---|---|---|---|
| m09009777 | 4.00 C | 0.00 | 0.00 | 0.00 | 4.00 | 1.7551 | 1.7557 | 4/4/06 4:25 PM | 10K | 06925082 | GBP/USD |
| m09009777 | 1.00 Mkt | 0.00 | 0.00 | 0.00 | 1.00 | 1.7552 | 1.7552 | 4/4/06 5:13 PM | 10K | 06925348 | GBP/USD |
| m09009777 | 1.00 C | 0.00 | 0.00 | 0.00 | 13.00 | 1.7554 | 1.7567 | 4/4/06 5:17 PM | 10K | 06925400 | GBP/USD |
| m09009777 | 13.00 C | 0.00 | 0.00 | 0.00 | 3.00 | 1.2252 | 1.2255 | 4/4/06 9:24 PM | 10K | 06925400 | EUR/USD |
| m09009777 | 3.00 C | 0.00 | 0.00 | 0.00 | -8.00 | 1.7581 | 1.7573 | 4/4/06 7:44 PM | 10K | 06926570 | GBP/USD |
| m09009777 | -8.00 C | 0.00 | 0.00 | 0.00 | 1.00 | 1.7590 | 1.7590 | 4/4/06 11:37 PM | 10K | 06927038 | GBP/USD |
| m09009777 | 1.00 Mkt | 0.00 | 0.00 | 0.00 | 29.00 | 1.7569 | 1.7610 | 4/5/06 2:07 AM | 10K | 06927293 | GBP/USD |
| m09009777 | 28.00 C | 0.00 | 0.00 | 0.00 | 0.00 | 1.7581 | 1.7571 | 4/5/06 1:14 AM | 10K | 06927308 | GBP/USD |
| m09009777 | 0.00 Mkt | 0.00 | 0.00 | 0.00 | 0.00 | 1.7571 | 1.7520 | 4/5/06 1:49 AM | 10K | 06929000 | GBP/USD |
| m09009777 | 0.00 C | 0.00 | 0.00 | 0.00 | 46.00 | 1.7520 | 1.7570 | 4/5/06 2:07 AM | 10K | 06926012 | GBP/USD |
| m09009777 | 45.37 L | 0.00 | -0.83 | 0.00 | 38.00 | 1.7524 | 1.7571 | 4/5/06 2:11 AM | 10K | 06929753 | GBP/USD |
| m09009777 | 37.37 Mkt | 0.00 | -0.63 | 0.00 | 54.00 | 1.7533 | 1.7500 | 4/5/06 2:12 AM | 10K | 06931177 | GBP/USD |
| m09009777 | 53.37 L | 0.00 | -0.63 | 0.00 | 41.00 | 1.7508 | 1.7540 | 4/5/06 6:41 AM | 10K | 06931033 | GBP/USD |
| m09009777 | 41.00 C | 0.00 | 0.00 | 0.00 | 47.00 | 1.7499 | 1.7540 | 4/5/06 7:11 AM | 10K | 06932034 | GBP/USD |
| m09009777 | 47.00 Mkt | 0.00 | 0.00 | 0.00 | 29.00 | 1.7493 | 1.7561 | 4/5/06 6:46 AM | 10K | 06933354 | GBP/USD |
| m09009777 | 29.00 C | 0.00 | 0.00 | 0.00 | 40.00 | 1.7532 | 1.7585 | 4/5/06 4:56 AM | 10K | 06933389 | GBP/USD |
| m09009777 | 40.00 C | 0.00 | 0.00 | 0.00 | 10.00 | 1.7525 | 1.7587 | 4/5/06 6:39 AM | 10K | 06936234 | GBP/USD |
| m09009777 | 10.00 Mkt | 0.00 | 0.00 | 0.00 | 9.00 | 1.7577 | 1.7577 | 4/6/06 8:13 AM | 10K | 06936338 | GBP/USD |
| m09009777 | 9.00 C | 0.00 | 0.00 | 0.00 | 10.00 | 1.7587 | 1.2316 | 4/5/06 10:18 AM | 10K | 06936401 | EUR/USD |
| m09009777 | 10.00 C | 0.00 | 0.00 | 0.00 | 8.00 | 1.7588 | 1.7584 | 4/6/06 4:56 AM | 10K | 06938456 | GBP/USD |
| m09009777 | 8.00 C | 0.00 | 0.00 | 0.00 | 5.00 | 1.2308 | 1.7580 | 4/5/06 10:25 AM | 10K | 06936554 | GBP/USD |
| m09009777 | 5.00 C | 0.00 | 0.00 | 0.00 | 28.00 | 1.7576 | 1.7561 | 4/5/06 4:33 PM | 10K | 06937026 | GBP/USD |
| m09009777 | 28.00 C | 0.00 | 0.00 | 0.00 | 14.00 | 1.7575 | 1.7547 | 4/5/06 11:48 AM | 10K | 06937109 | GBP/USD |
| m09009777 | 14.00 C | 0.00 | 0.00 | 0.00 | 3.00 | 1.7532 | 1.7550 | 4/5/06 4:34 PM | 10K | 06937754 | GBP/USD |
| m09009777 | 3.00 Mkt | 0.00 | 0.00 | 0.00 | | 1.7533 | 1.7553 | 4/5/06 6:19 PM | 10K | 06937862 | GBP/USD |

# ASA-77

| Ref# | Pair | Size | Date/Time | Rate 1 | Rate 2 | Amount | | | | | Amount | Type | Account |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06938184 | GBP/USD | 10K | 4/6/08 8:50 AM | 1.7536 | 1.7547 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 | C | m09009777 |
| 06938424 | GBP/USD | 10K | 4/6/08 8:55 AM | 1.7536 | 1.7526 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | Mkt | m09009777 |
| 06938753 | GBP/USD | 10K | 4/6/08 8:57 AM | 1.7531 | 1.7527 | 11.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11.00 | C | m09009777 |
| 06938618 | GBP/USD | 10K | 4/6/08 9:08 AM | 1.7537 | 1.7531 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | C | m09009777 |
| 06939100 | GBP/USD | 10K | 4/6/08 9:07 AM | 1.7531 | 1.7538 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | Mkt | m09009777 |
| 06939150 | EUR/USD | 10K | 4/6/08 9:15 AM | 1.2230 | 1.7529 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | C | m09009777 |
| 06939156 | GBP/USD | 10K | 4/6/08 9:09 AM | 1.7484 | 1.2226 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | Mkt | m09009777 |
| 06939156 | GBP/USD | 10K | 4/6/08 9:30 AM | 1.2230 | 1.7540 | -56.00 | 0.00 | -0.83 | 0.00 | 0.00 | -56.63 | Mkt | m09009777 |
| 06939157 | EUR/USD | 10K | 4/6/08 9:23 AM | 1.7529 | 1.2225 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | C | m09009777 |
| 06939368 | GBP/USD | 10K | 4/6/08 9:23 AM | 1.2219 | 1.7523 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 | C | m09009777 |
| 06939486 | EUR/USD | 10K | 4/6/08 9:26 AM | 1.7523 | 1.2224 | -6.00 | 0.00 | 0.00 | 0.00 | 0.00 | -5.00 | LE | m09009777 |
| 06939940 | GBP/USD | 10K | 4/6/08 9:30 AM | 1.7525 | 1.7500 | 23.00 | 0.00 | 0.00 | 0.00 | 0.00 | 23.00 | C | m09009777 |
| 06941030 | GBP/USD | 10K | 4/6/08 9:27 AM | 1.7507 | 1.7525 | 0.0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Mkt | m09009777 |
| 06942074 | GBP/USD | 10K | 4/11/08 2:75 PM | 1.7510 | 1.7504 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | LE | m09009777 |
| 06939416 | GBP/USD | 10K | 4/6/08 9:27 AM | 1.7461 | 1.7466 | 26.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 | C | m09009777 |
| 06940196 | GBP/USD | 10K | 4/6/08 9:30 AM | 1.7439 | 1.7615 | -34.00 | 0.00 | -0.42 | 0.00 | 0.00 | -34.42 | C | m09009777 |
| 06940136 | GBP/USD | 10K | 4/6/08 9:37 AM | 1.2103 | 1.7436 | 3.00 | 0.00 | -0.21 | 0.00 | 0.00 | 2.79 | Mkt | m09009777 |
| 06951728 | EUR/USD | 10K | 4/9/08 4:57 PM | 1.2106 | 1.2166 | -63.00 | 0.00 | -1.54 | 0.00 | 0.00 | -54.54 | C | m09009777 |
| 06954350 | EUR/USD | 10K | 4/10/08 7:58 AM | 1.2100 | 1.2106 | 1.00 | 0.00 | -0.77 | 0.00 | 0.00 | 0.23 | Mkt | m09009777 |
| 06960319 | EUR/USD | 10K | 4/11/08 6:19 AM | 1.7531 | 1.2100 | 0.00 | 0.00 | -0.77 | 0.00 | 0.00 | -0.77 | C | m09009777 |
| 06964607 | GBP/USD | 10K | 4/11/08 6:38 AM | 1.7542 | 1.7488 | 33.00 | 0.00 | 0.00 | 0.00 | 0.00 | 33.00 | Mkt | m09009777 |
| 06965361 | GBP/USD | 10K | 4/12/08 3:28 AM | 1.7556 | 1.7526 | 16.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16.00 | C | m09009777 |
| 06965459 | GBP/USD | 10K | 4/12/08 4:46 AM | 1.7532 | 1.7549 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | C | m09009777 |
| 06965311 | GBP/USD | 10K | 4/12/08 6:13 AM | 1.7502 | 1.7466 | 46.00 | 0.00 | 0.00 | 0.00 | 0.00 | 46.00 | Mkt | m09009777 |
| 06966833 | GBP/USD | 10K | 4/12/08 8:34 AM | | | | | | | | | | m09009777 |

## ASA-78

| ID | Pair | Vol | Timestamp | Price1 | Price2 | Amount | | | | Amount2 | Type | Ref |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08067058 | GBP/USD | 10K | 4/12/08 8:38 AM | 1.7491 | 1.7484 | 18.00 | 0.00 | 0.00 | 0.00 | 18.00 | C | m09009777 |
| 08067108 | GBP/USD | 10K | 4/12/08 1:14 PM | 1.7524 | 1.7482 | -1.00 | 0.00 | 0.00 | 0.00 | -1.00 | Mkt | m09009777 |
| 08067108 | GBP/USD | 10K | 4/12/08 10:05 AM | 1.7524 | 1.7508 | 16.00 | 0.00 | 0.00 | 0.00 | 16.00 | LE | m09009777 |
| 00908461 | GBP/USD | 50K | 4/12/08 12:00 PM | 1.7510 | 1.7506 | 16.00 | 0.00 | 0.00 | 0.00 | 16.00 | C | m09009777 |
| 08068545 | GBP/USD | 40K | 4/12/08 12:41 PM | 1.7505 | 1.7492 | 20.00 | 0.00 | 0.00 | 0.00 | 20.00 | Mkt | m09009777 |
| 08069656 | GBP/USD | 50K | 4/12/08 1:00 PM | 1.7504 | 1.7497 | 52.00 | 0.00 | 0.00 | 0.00 | 52.00 | C | m09009777 |
| 08971268 | GBP/USD | 50K | 4/12/08 2:51 PM | 1.7526 | 1.7524 | 36.00 | 0.00 | 0.00 | 0.00 | 35.00 | C | m09009777 |
| 08971504 | GBP/USD | 50K | 4/12/08 1:30 PM | 1.7536 | 1.7530 | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 | Mkt | m09009777 |
| 08990861 | GBP/USD | 50K | 4/12/08 2:58 PM | 1.7550 | 1.7538 | 30.00 | 0.00 | 0.00 | 0.00 | 30.00 | Mkt | m09009777 |
| 08971820 | GBP/USD | 50K | 4/13/08 1:16 AM | 1.7544 | 1.7540 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 | LE | m09009777 |
| 08971692 | GBP/USD | 50K | 4/13/08 8:38 AM | 1.7542 | 1.7541 | 15.00 | 0.00 | 0.00 | 0.00 | 15.00 | C | m09009777 |
| 08972371 | GBP/USD | 50K | 4/13/08 2:30 AM | 1.7527 | 1.7528 | 70.00 | 0.00 | 0.00 | 0.00 | 70.00 | Mkt | m09009777 |
| 08972383 | GBP/USD | 50K | 4/13/08 6:13 AM | 1.7528 | 1.7524 | 15.00 | 0.00 | 0.00 | 0.00 | 15.00 | C | m09009777 |
| 08972462 | GBP/USD | 50K | 4/13/08 3:18 AM | 1.7517 | 1.7524 | 20.00 | 0.00 | 0.00 | 0.00 | 20.00 | C | m09009777 |
| 08972708 | GBP/USD | 50K | 4/13/08 3:26 AM | 1.7528 | 1.7509 | 40.00 | 0.00 | 0.00 | 0.00 | 40.00 | Mkt | m09009777 |
| 08972856 | GBP/USD | 50K | 4/13/08 3:31 AM | 1.7522 | 1.7516 | 60.00 | 0.00 | 0.00 | 0.00 | 60.00 | C | m09009777 |
| 08973554 | GBP/USD | 50K | 4/13/08 3:34 AM | 1.7507 | 1.7515 | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | Mkt | m09009777 |
| 08973656 | GBP/USD | 50K | 4/13/08 3:53 AM | 1.7510 | 1.7507 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | C | m09009777 |
| 08973838 | GBP/USD | 50K | 4/13/08 6:11 AM | 1.7592 | 1.7508 | 20.00 | 0.00 | 0.00 | 0.00 | 20.00 | C | m09009777 |
| 08974245 | GBP/USD | 50K | 4/13/08 8:38 AM | 1.75C3 | 1.7498 | 30.00 | 0.00 | 0.00 | 0.00 | 30.00 | Mkt | m09009777 |
| 08974824 | GBP/USD | 50K | 4/13/08 6:21 AM | 1.7510 | 1.7805 | -1,510.00 | 0.00 | -1.05 | 0.00 | -1,511.05 | C | m09009777 |
| 08977516 | GBP/USD | 50K | 4/16/08 2:31 PM | 1.7543 | 1.7516 | -30.00 | 0.00 | 0.00 | 0.00 | -30.00 | Mkt | m09009777 |
| 08977835 | GBP/USD | 50K | 4/16/08 2:17 PM | 1.7551 | 1.7803 | -1,300.00 | 0.00 | -1.05 | 0.00 | -1,301.05 | C | m09009777 |
| 08977884 | GBP/USD | 50K | 4/16/08 6:25 PM | 1.7575 | 1.7580 | -145.00 | 0.00 | 0.00 | 0.00 | -145.00 | Mkt | m09009777 |
| 08978176 | GBP/USD | 50K | 4/16/08 9:07 PM | 1.7595 | 1.7584 | -45.00 | 0.00 | 0.00 | 0.00 | -45.00 | C | m09009777 |

# ASA-79

| ID | Pair | Size | Timestamp | Price A | Price B | Qty | Col1 | Col2 | Col3 | Amount | Type | Ref |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07029671 | GBP/USD | 10K | 4/25/06 8:41 AM | 1.7920 | 1.7945 | 23.00 | 0.00 | 0.00 | 0.00 | 23.00 | C | m08009777 |
| 07029747 | GBP/USD | 10K | 4/25/06 9:37 AM | 1.7987 | | 42.00 | 0.00 | -1.05 | 0.00 | 40.95 | Mkt | m08009777 |
| 07029866 | GBP/USD | 10K | 4/27/06 10:31 AM | 1.7685 | 1.7928 | -43.00 | 0.00 | 0.00 | 0.00 | -43.00 | C | m08009777 |
| 07029886 | GBP/USD | 10K | 4/25/06 10:03 AM | 1.7919 | 1.7928 | -9.00 | 0.00 | 0.00 | 0.00 | -9.00 | C | m08009777 |
| 07028941 | EUR/USD | 10K | 4/25/06 9:57 AM | 1.2431 | 1.2392 | 39.00 | 0.00 | 0.00 | 0.00 | 39.00 | C | m08009777 |
| 07029858 | EUR/USD | 10K | 4/25/06 9:58 AM | 1.2425 | 1.2396 | 29.00 | 0.00 | 0.00 | 0.00 | 29.00 | C | m08009777 |
| 07030151 | GBP/USD | 10K | 4/25/06 10:01 AM | 1.7878 | 1.7871 | 7.00 | 0.00 | 0.00 | 0.00 | 7.00 | C | m08009777 |
| 07030351 | EUR/USD | 10K | 4/25/06 10:00 AM | 1.2411 | 1.2402 | 9.00 | 0.00 | 0.00 | 0.00 | 9.00 | Mkt | m08009777 |
| 07030351 | GBP/USD | 10K | 4/25/06 10:03 AM | 1.7883 | 1.7877 | 8.00 | 0.00 | 0.00 | 0.00 | 6.00 | C | m08009777 |
| 07033531 | GBP/USD | 10K | 4/25/06 10:05 AM | 1.7835 | 1.7853 | -18.00 | 0.00 | 0.00 | 0.00 | -18.00 | C | m08009777 |
| 07030705 | GBP/USD | 10K | 4/25/08 10:07 AM | 1.7872 | 1.7857 | 15.00 | 0.00 | 0.00 | 0.00 | 15.00 | C | m08009777 |
| 07030857 | USD/CAD | 10K | 4/25/06 10:09 AM | 1.1320 | 1.1533 | -11.48 | 0.00 | -0.31 | 0.00 | -11.79 | Mkt | m08009777 |
| 07031086 | EUR/USD | 10K | 4/25/06 10:24 AM | 1.2384 | 1.2381 | 3.00 | 0.00 | 0.00 | 0.00 | 3.00 | C | m08009777 |
| 07031355 | GBP/USD | 10K | 4/25/06 10:12 AM | 1.7871 | 1.7857 | 14.00 | 0.00 | 0.00 | 0.00 | 14.00 | Mkt | m08009777 |
| 07031602 | GBP/USD | 10K | 4/25/06 10:53 AM | 1.7873 | 1.7884 | 9.00 | 0.00 | 0.00 | 0.00 | 9.00 | C | m08009777 |
| 07032570 | EUR/USD | 10K | 4/25/06 10:19 AM | 1.2408 | 1.2408 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Mkt | m08009777 |
| 07032720 | GBP/USD | 10K | 4/28/06 3:40 AM | 1.7930 | 1.7881 | -51.00 | 0.00 | -0.21 | 0.00 | -51.21 | S | m08009777 |
| 07033808 | EUR/USD | 10K | 4/25/06 10:27 AM | 1.2431 | 1.2415 | 18.00 | 0.00 | -0.77 | 0.00 | 15.23 | C | m08009777 |
| 07033809 | EUR/USD | 10K | 4/25/06 10:38 AM | 1.2419 | 1.2416 | 3.00 | 0.00 | 0.00 | 0.00 | 3.00 | Mkt | m08009777 |
| 07035072 | EUR/USD | 10K | 4/25/08 10:54 AM | 1.2407 | 1.2840 | -233.00 | 0.00 | -3.85 | 0.00 | -235.85 | S | m08009777 |
| 07035649 | GBP/USD | 10K | 4/25/08 11:46 AM | 1.7931 | 1.7842 | 89.00 | 0.00 | -0.84 | 0.00 | 88.16 | C | m08009777 |
| 07035981 | GBP/USD | 10K | 4/25/06 12:05 PM | 1.7924 | 1.7852 | 72.00 | 0.00 | -0.84 | 0.00 | 7.1 | C | m08009777 |
| 07037381 | GBP/USD | 10K | 4/25/06 12:06 PM | 1.7926 | 1.7655 | 71.00 | 0.00 | -0.84 | 0.00 | 70.16 | C | m08009777 |
| 07042922 | GBP/USD | 10K | 4/25/06 12:15 PM | 1.7960 | 1.8019 | 11.00 | 0.00 | 0.00 | 0.00 | 11.00 | Mkt | m08009777 |

# ASA-80

| Order | Currency | Size | Date/Time | Price | Price | Value | Adj | Type | Account |
|---|---|---|---|---|---|---|---|---|---|
| 07056654 | GBP/USD | 10K | 4/27/06 11:45 AM | 1.8025 | 1.8016 | 6.00 | 0.00 | 6.00 C | m09009777 |
| 07056703 | GBP/USD | 10K | 4/27/06 11:15 AM | 1.8025 | 1.8016 | 8.00 | 0.00 | 6.00 C | m09009777 |
| 07050703 | GBP/USD | 10K | 4/27/06 11:18 AM | 1.8010 | 1.8010 | 0.00 | 0.00 | 0.00 Mkt | m09009777 |
| 07051377 | EUR/USD | 10K | 4/27/06 12:04 PM | 1.2545 | 1.2538 |  | 0.00 | 0.00 Mkt | m09009777 |
| 07052520 | GBP/USD | 10K | 4/27/06 12:19 PM | 1.8091 | 1.8016 | 7.00 | 0.00 | 7.00 C | m09009777 |
| 07053327 | GBP/USD | 10K | 4/27/06 5:14 PM | 1.8085 | 1.8006 | 75.00 | 0.00 | 75.00 Mkt | m09009777 |
| 07054776 | GBP/USD | 10K | 4/28/06 8:43 AM | 1.8085 | 1.8053 | 79.00 | 0.00 | 79.00 C | m09009777 |
| 07056760 | GBP/USD | 10K | 4/27/06 10:07 PM | 1.6082 | 1.8105 | 9.00 | 0.00 | 9.00 Mkt | m09009777 |
| 07057448 | GBP/USD | 10K | 4/28/06 8:35 AM | 1.6087 | 1.8116 | -18.00 | 0.00 | -18.00 S | m09009777 |
| 07058353 | GBP/USD | 10K | 4/28/06 9:47 AM | 1.8123 | 1.8114 | 7.00 | 0.00 | 7.00 C | m09009777 |
| 07058495 | GBP/USD | 10K | 4/28/06 9:48 AM | 1.8123 | 1.8123 | 8.00 | 0.00 | 9.00 Mkt | m09009777 |
| 07058697 | GBP/USD | 10K | 4/28/06 9:53 AM | 1.8132 | 1.8132 | 0.00 | 0.00 | 0.00 Mkt | m09009777 |
| 07059018 | GBP/USD | 10K | 4/28/06 10:27 AM | 1.8150 | 1.8171 | -21.00 | 0.00 | -21.00 Mkt | m09009777 |
| 07060365 | GBP/USD | 10K | 4/28/06 10:35 AM | 1.8179 | 1.8200 | -21.00 | 0.00 | -21.00 S | m09009777 |
| 07060766 | GBP/USD | 10K | 4/28/06 10:39 AM | 1.8215 | 1.8213 | 2.00 | 0.00 | 2.00 C | m09009777 |
| 07066441 | GBP/USD | 20K | 4/28/06 10:46 AM | 1.8230 | 1.8212 | 16.00 | 0.00 | 18.00 L | m09009777 |
| 07069448 | EUR/USD | 30K | 4/28/06 10:53 AM | 1.8521 | 1.8328 | 390.00 | -2.10 | 387.90 Mkt | m09009777 |
| 07070313 | EUR/USD | 30K | 4/28/06 10:57 AM | 1.2826 | 1.2612 | 42.00 | 0.00 | 42.00 C | m09009777 |
| 07104730 | GBP/USD | 30K | 4/28/06 11:04 AM | 1.2597 | 1.2782 | -555.00 | -16.17 | -57.17 MC | U10R3_EXOTI |
| 07108056 | GBP/USD | 30K | 4/28/06 11:07 AM | 1.8570 | 1.8577 | -21.00 | 0.00 | -21.00 C | m09009777 |
| 07113662 | GBP/USD | 30K | 4/28/06 11:50 AM | 1.8573 | 1.8585 | -336.00 | -0.63 | -336.63 MC | U10R3_EXOTI |
| 07118316 | GBP/USD | 10K | 4/28/06 11:56 AM | 1.8642 | 1.8856 | 86.00 | 0.00 | 86.00 C | m09009777 |
| 07119464 | GBP/USD | 15K | 4/28/06 12:37 PM | 1.8563 | 1.8558 | 11.00 | 0.00 | 11.00 C | m09009777 |
| 07121690 | GBP/USD | 15K | 4/28/06 2:14 PM | 1.8552 | 1.9552 | -404.00 | -1.17 | -405.17 MC | U10R3_EXOTI |
| 07122587 | GBP/USD | 10K | 5/1/06 10:57 AM | 1.8525 | 1.8929 | -47.00 | -0.21 | -47.21 C | m09009777 |

| ID | Pair | Qty | DateTime | Price1 | Price2 | V1 | V2 | V3 | V4 | P&L | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0124823 | GBP/USD | 10K | 5/9/06 11:39 AM | 1.8664 | 1.8631 | 37.00 | 0.00 | 0.00 | 0.00 | 37.00 C | m00009777 |
| 0127292 | EUR/USD | 10K | 5/9/06 2:19 PM | 1.8712 | 1.8712 | -48.00 | 0.00 | -0.21 | 0.00 | -48.21 Mkt | m00009777 |
| 0131017 | EUR/USD | 10K | 5/10/06 3:07 AM | 1.2805 | 1.2765 | 20.00 | 0.00 | 0.00 | 0.00 | 20.00 C | m00009777 |
| 0131149 | EUR/USD | 10K | 5/10/06 10:20 AM | 1.2807 | 1.2803 | 4.00 | 0.00 | 0.00 | 0.00 | 4.00 C | m00009777 |
| 0131567 | EUR/USD | 10K | 5/10/06 10:32 AM | 1.2797 | 1.2798 | -1.00 | 0.00 | 0.00 | 0.00 | -1.00 C | m00009777 |
| 0132660 | EUR/USD | 10K | 5/10/06 10:57 AM | 1.2786 | 1.2811 | -25.00 | 0.00 | 0.00 | 0.00 | -25.00 Mkt | m00009777 |
| 0133521 | EUR/USD | 10K | 5/10/06 11:32 AM | 1.2760 | 1.2786 | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 C | m00009777 |
| 0140123 | EUR/USD | 10K | 5/10/06 12:25 PM | 1.2781 | 1.2760 | 51.00 | 0.00 | -2.31 | 0.00 | 58.69 C | m00009777 |
| 0140132 | EUR/USD | 10K | 5/10/06 2:16 PM | 1.2790 | 1.2700 | 76.00 | 0.00 | 0.00 | 0.00 | 76.00 C | m00009777 |
| 0140286 | EUR/USD | 10K | 5/10/06 2:23 PM | 1.2789 | 1.2714 | 74.00 | 0.00 | 0.00 | 0.00 | 74.00 C | m00009777 |
| 0141168 | GBP/USD | 10K | 5/10/06 2:24 PM | 1.2769 | 1.2715 | 87.00 | 0.00 | 0.00 | 0.00 | 87.00 C | m00009777 |
| 0144239 | GBP/USD | 10K | 5/11/06 4:08 AM | 1.8655 | 1.2722 | 13.00 | 0.00 | 0.00 | 0.00 | 13.00 C | m00009777 |
| 0144281 | GBP/USD | 10K | 5/11/06 4:10 AM | 1.8739 | 1.8842 | -190.00 | 0.00 | -0.33 | 0.00 | -190.33 MC | U1OR3_EXOTIC |
| 0144633 | GBP/USD | 10K | 5/11/06 10:23 AM | 1.8747 | 1.9928 | -182.00 | 0.00 | -0.33 | 0.00 | -182.33 MC | U1OR3_EXOTIC |
| 0145676 | EUR/USD | 10K | 5/11/06 10:23 AM | 1.8759 | 1.8929 | -74.00 | 0.00 | -0.33 | 0.00 | -74.33 C | m00009777 |
| 0146561 | EUR/USD | 10K | 5/11/06 4:29 AM | 1.2845 | 1.8863 | -9.00 | 0.00 | 0.00 | 0.00 | -9.00 C | m00009777 |
| 0146873 | EUR/USD | 10K | 5/11/06 7:20 AM | 1.2839 | 1.2854 | -25.00 | 0.00 | 0.00 | 0.00 | -25.00 Mkt | m00009777 |
| 0147047 | EUR/USD | 10K | 5/11/06 10:23 AM | 1.2855 | 1.2864 | 5.00 | 0.00 | 0.00 | 0.00 | 5.00 Mkt | m00009777 |
| 0147239 | EUR/USD | 10K | 5/12/06 4:59 AM | 1.2849 | 1.2860 | -9.00 | 0.00 | 0.00 | 0.00 | -9.00 Mkt | m00009777 |
| 0147241 | GBP/USD | 10K | 5/11/06 10:28 AM | 1.2849 | 1.2858 | -1.00 | 0.00 | 0.00 | 0.00 | -1.00 Mkt | m00009777 |
| 0147985 | EUR/USD | 10K | 5/12/06 4:59 PM | 1.8841 | 1.2850 | -15.00 | 0.00 | -0.33 | 0.00 | -15.33 C | m00009777 |
| 0147981 | EUR/USD | 10K | 5/11/06 10:43 AM | 1.2857 | 1.8868 | -6.00 | 0.00 | 0.00 | 0.00 | -6.00 C | m00009777 |
| 0150165 | EUR/USD | 10K | 5/12/06 3:30 AM | 1.2896 | 1.2863 | 33.00 | 0.00 | 0.00 | 0.00 | 33.00 MC | U1OR3_EXOTIC |
| 0150084 | GBP/USD | 10K | 5/12/06 5:00 AM | 1.6925 | 1.2896 | -2.00 | 0.00 | 0.00 | 0.00 | -2.00 MC | m00009777 |

# ASA-82

| ID | Pair | Size | Date/Time | Price 1 | Price 2 | Value | | | | Value | Type | | Account |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07150928 | GBP/USD | 10K | 5/12/06 5:41 AM | 1.8922 | 1.9000 | -75.00 | 0.00 | 0.00 | 0.00 | -75.00 | MC | Mkt | m09009777 |
| 07153297 | GBP/USD | 10K | 5/12/06 5:05 AM | 1.8914 | 1.9000 | -78.00 | 0.00 | 0.00 | 0.00 | -78.00 | MC | Mkt | m09009777 |
| 07153416 | GBP/USD | 10K | 5/12/06 5:41 AM | 1.8999 | 1.8938 | -24.00 | 0.00 | 0.00 | 0.00 | -24.00 | C | Mkt | m09009777 |
| 07153745 | GBP/USD | 10K | 5/12/06 9:07 AM | 1.8890 | 1.8949 | -50.00 | 0.00 | 0.00 | 0.00 | -50.00 | C | Mkt | m09009777 |
| 07233483 | GBP/USD | 20K | 5/12/06 8:33 AM | 1.8990 | 1.8846 | 40.70 | 0.00 | -3.30 | 0.00 | 44.00 | C | Mkt | m09009777 |
| 07169504 | GBP/USD | 10K | 5/12/06 8:34 AM | 1.8762 | 1.8714 | 342.10 | 0.00 | -9.50 | 0.00 | 352.00 | C | Mkt | m09009777 |
| 07182551 | EUR/USD | 10K | 5/24/08 4:13 AM | 1.2877 | 1.8763 | -2.98 | 0.00 | -1.98 | 0.00 | -1.00 | C | Mkt | m09009777 |
| 07183563 | EUR/USD | 10K | 5/12/06 6:36 AM | 1.2882 | 1.2691 | -14.00 | 0.00 | 0.00 | 0.00 | -14.00 | C | Mkt | m09009777 |
| 07164587 | EUR/USD | 10K | 5/28/06 2:03 AM | 1.2775 | 1.2866 | -4.00 | 0.00 | 0.00 | 0.00 | -4.00 | C | Mkt | m09009777 |
| 07148856 | GBP/USD | 10K | 5/16/06 3:46 PM | 1.8936 | 1.2884 | -108.00 | 0.00 | 0.00 | 0.00 | -108.00 | C | Mkt | m09009777 |
| 07185304 | GBP/USD | 10K | 5/18/06 3:30 PM | 1.8805 | 1.8922 | 14.00 | 0.00 | 0.00 | 0.00 | 14.00 | C | Mkt | m09009777 |
| 07187228 | EUR/USD | 10K | 5/17/06 7:02 AM | 1.2818 | 1.6805 | 59.00 | 0.00 | 0.00 | 0.00 | 59.00 | C | Mkt | m09009777 |
| 07187107 | GBP/USD | 10K | 5/17/06 8:53 AM | 1.8823 | 1.2778 | 37.30 | 0.00 | -2.70 | 0.00 | 40.00 | C | Mkt | m09009777 |
| 07199157 | EUR/USD | 10K | 5/17/06 8:52 AM | 1.2846 | 1.8713 | 106.04 | 0.00 | -3.96 | 0.00 | 110.00 | C | Mkt | m09009777 |
| 07199026 | EUR/USD | 10K | 5/17/06 9:03 AM | 1.2945 | 1.2822 | 24.00 | 0.00 | 0.00 | 0.00 | 24.00 | C | Mkt | m09009777 |
| 07200016 | EUR/USD | 10K | 5/17/06 11:03 AM | 1.2942 | 1.2829 | 16.00 | 0.00 | 0.00 | 0.00 | 16.00 | C | Mkt | m09009777 |
| 07200361 | EUR/USD | 10K | 5/17/06 8:17 AM | 1.2727 | 1.2862 | -20.90 | 0.00 | -0.90 | 0.00 | -20.00 | C | Mkt | m09009777 |
| 07200373 | EUR/USD | 10K | 5/17/06 9:33 AM | 1.2825 | 1.2862 | -135.00 | 0.00 | 0.00 | 0.00 | -135.00 | C | Mkt | m09009777 |
| 07200417 | EUR/USD | 10K | 5/17/06 9:33 AM | 1.2857 | 1.2858 | -34.60 | 0.00 | -1.60 | 0.00 | -33.00 | C | Mkt | m09009777 |
| 07200868 | EUR/USD | 10K | 5/17/06 11:04 AM | 1.2855 | 1.2857 | -1.80 | 0.00 | -1.80 | 0.00 | 0.00 | L | Mkt | m09009777 |
| 07200797 | EUR/USD | 10K | 5/16/06 11:34 AM | 1.2866 | 1.2648 | 7.00 | 0.00 | 0.00 | 0.00 | 7.00 | C | Mkt | m09009777 |
| 07233929 | EUR/USD | 10K | 5/17/06 11:34 AM | 1.2836 | 1.2857 | 10.10 | 0.00 | -0.90 | 0.00 | 11.00 | C | Mkt | m09009777 |
| 07230081 | GBP/USD | 10K | 5/23/06 9:57 PM | 1.8779 | 1.2845 | -9.00 | 0.00 | 0.00 | 0.00 | -0.00 | C | Mkt | m09009777 |
| 07237215 | EUR/USD | 10K | 5/24/06 10:31 AM | 1.2785 | 1.8714 | 63.35 | 0.00 | -1.65 | 0.00 | 65.00 | C | Mkt | m09009777 |

# ASA-83

| Order # | Pair | Size | Date/Time | Rate | Rate | Amt | | | | Amt | Type | Account |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07243305 | EUR/USD | 10K | 5/24/06 4:24 PM | | 1.2786 | 19.00 | 0.00 | 0.00 | 0.00 | 19.00 | C | m090909777 |
| 07251744 | GBP/USD | 10K | 5/25/06 5:37 AM | 1.2784 | 1.2774 | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 | Mkt | m090909777 |
| 07251745 | EUR/USD | 10K | 5/25/06 6:42 AM | 1.8705 | 1.8717 | -12.00 | 0.00 | 0.00 | 0.00 | -12.00 | Mkt | m090909777 |
| 07259440 | GBP/USD | 10K | 5/26/06 2:15 AM | | 1.2775 | 26.00 | 0.00 | 0.00 | 0.00 | 28.00 | C | m090909777 |
| 07260079 | GBP/USD | 10K | 5/26/06 3:47 AM | 1.2801 | 1.8402 | 192.00 | 0.00 | -3.96 | 0.00 | 188.04 | Mkt | m090909777 |
| 07263080 | GBP/USD | 10K | 5/28/06 9:14 PM | 1.8554 | 1.8421 | 181.00 | 0.00 | -3.96 | 0.00 | 177.04 | C | m090909777 |
| 07265910 | GBP/USD | 10K | 5/29/06 2:22 AM | 1.8602 | 1.8672 | -21.00 | 0.00 | 0.00 | 0.00 | -21.00 | C | m090909777 |
| 07266715 | GBP/USD | 10K | 6/6/06 9:03 AM | 1.8551 | 1.8729 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | MM | m090909777 |
| 07266934 | GBP/USD | 10K | 6/8/06 1:14 PM | 1.8757 | 1.8745 | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 | Mkt | m090909777 |
| 07287062 | GBP/USD | 10K | 5/29/06 11:02 PM | 1.8746 | 1.8439 | 261.00 | 0.00 | 0.00 | 0.00 | 277.04 | C | m090909777 |
| 07270388 | EUR/USD | 10K | 5/30/06 12:02 AM | 1.8720 | 1.8626 | -88.00 | 0.00 | 0.00 | 0.00 | -88.00 | Mkt | m090909777 |
| 07270738 | EUR/USD | 10K | 5/30/06 5:39 AM | 1.5760 | 1.2966 | 15.00 | 0.00 | 0.00 | 0.00 | 15.00 | C | m090909777 |
| 07285208 | GBP/USD | 10K | 5/30/06 8:27 AM | | 1.2960 | 47.00 | 0.00 | -4.50 | 0.00 | 42.50 | Mkt | m090909777 |
| 07290093 | GBP/USD | 10K | 5/30/06 8:15 AM | 1.2881 | 1.5676 | -107.00 | 0.00 | 0.00 | 0.00 | -107.00 | C | m090909777 |
| 07298726 | EUR/USD | 10K | 6/1/08 9:38 AM | 1.2927 | 1.8559 | -35.00 | 0.00 | 0.00 | 0.00 | -35.00 | S | m090909777 |
| 07331123 | EUR/USD | 10K | 8/1/06 11:30 AM | 1.8559 | 1.8700 | 21.00 | 0.00 | 0.00 | 0.00 | 21.00 | C | m090909777 |
| 07345324 | GBP/USD | 10K | 6/2/06 6:59 AM | 1.6665 | 1.2937 | -13.00 | 0.00 | -8.30 | 0.00 | -19.30 | Mkt | m090909777 |
| 07362573 | GBP/USD | 10K | 6/2/06 9:30 AM | | 1.2858 | 98.00 | 0.00 | -0.33 | 0.00 | 97.87 | C | m090909777 |
| 07371828 | GBP/USD | 10K | 6/4/06 9:29 PM | 1.2958 | 1.8350 | -66.00 | 0.00 | -0.99 | 0.00 | -65.99 | S | m090909777 |
| 07375950 | EUR/USD | 10K | 6/5/06 9:18 AM | 1.2845 | 1.9550 | 71.00 | 0.00 | -0.86 | 0.00 | 70.34 | C | m090909777 |
| 07364258 | GBP/USD | 10K | 6/8/06 5:22 PM | 1.8448 | 1.6397 | -37.00 | 0.00 | 0.00 | 0.00 | -37.00 | LE | m090909777 |
| 07399835 | GBP/USD | 10K | 6/19/06 10:44 PM | 1.8464 | 1.2810 | 53.00 | 0.00 | -4.62 | 0.00 | 46.36 | Mkt | m090909777 |
| 07399846 | EUR/USD | 10K | 6/22/06 10:08 AM | | 1.8403 | 12.00 | 0.00 | 0.00 | 0.00 | 12.00 | C | m090909777 |
| 07400312 | EUR/USD | 10K | 8/22/06 10:46 AM | 1.2576 | 1.2559 | 5.00 | 0.00 | 0.00 | 0.00 | 5.00 | MM | m090909777 |

## ASA-84

| Transaction | Pair | Size | Date/Time | Rate 1 | Rate 2 | Qty | | | | Value | Account |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07401829 | GBP/USD | | 6/20/08 11:05 AM | | 1.2573 | 3.00 | 0.00 | 0.00 | 0.00 | 3.00 C | n09009777 |
| | | | 6/22/08 3:40 PM | | 1.6281 | | 0.00 | | 0.00 | Mkt | n09009777 |
| 07405094 | GBP/USD | 10K | 6/30/08 11:05 AM | 1.8405 | 1.8171 | 204.00 | 0.00 | -2.84 | 0.00 | 201.38 Mkt | n09009777 |
| 07442785 | GBP/USD | 10K | 6/30/08 8:34 AM | 1.8394 | 1.8438 | 223.00 | 0.00 | -2.31 | 0.00 | 220.69 C | n09009777 |
| 07453498 | GBP/USD | 10K | 7/3/08 5:49 AM | 1.5280 | 1.6392 | -158.00 | 0.00 | -5.72 | 0.00 | -163.72 C | n09009777 |
| | | | 7/5/08 8:48 AM | 1.8400 | | 8.00 | 0.00 | -4.51 | | 3.49 MM | n09009777 |
| 07461746 | GBP/USD | 10K | 7/14/05 5:09 AM | 1.8400 | 1.8448 | | | | | Mkt | n09009777 |
| | | | 7/11/08 6:03 PM | 1.8420 | 1.8446 | -28.00 | 0.02 | -3.08 | | -31.08 Mkt | n09009777 |
| 07499385 | EUR/USD | 10K | 7/19/06 1:00 PM | 1.2820 | 1.2688 | -88.00 | 0.03 | -0.90 | | -68.90 C | n09009777 |
| 0750c3855 | EUR/USD | 10K | 7/14/06 5:23 AM | 1.2820 | | | | | | Mkt | n09009777 |
| 07513899 | EUR/USD | 10K | 7/17/08 3:58 AM | | 1.2525 | 95.00 | 0.00 | 0.00 | 0.00 | 95.00 Mkt | n09009777 |
| 07514340 | EUR/USD | 10K | 7/17/06 3:58 AM | 1.2508 | 1.2511 | -5.00 | 0.00 | 0.00 | | -5.00 C | n09009777 |
| 07515555 | EUR/USD | 10K | 7/17/06 9:27 AM | 1.2499 | 1.2487 | 12.00 | 0.00 | 0.00 | | 12.00 C | n09009777 |
| 07519115 | EUR/USD | 10K | 7/16/06 2:51 PM | 1.2506 | 1.2487 | 39.00 | 0.00 | -0.90 | | 38.10 Mkt | n09009777 |
| 07519738 | EUR/USD | 10K | 7/19/08 3:32 AM | 1.2480 | 1.2476 | 2.00 | 0.00 | 0.00 | | 2.00 C | n09009777 |
| | | | 7/19/06 8:46 AM | 1.2480 | 1.2730 | -250.00 | 0.00 | -23.26 | | -273.26 Mkt | n09009777 |
| | | | 7/19/06 8:08 AM | | | | | | | Mkt | n09009777 |
| 07545986 | GBP/USD | 10K | 7/19/08 9:45 AM | 1.8483 | 1.8416 | 77.00 | 0.00 | 0.00 | | 77.00 C | n09009777 |
| 07550742 | GBP/USD | 10K | 8/14/08 3:39 AM | 1.8536 | | -8.00 | 0.00 | -1.32 | | -9.32 Mkt | n09009777 |
| 07551994 | GBP/USD | 10K | 7/25/06 11:38 PM | 1.8669 | 1.8544 | 124.00 | 0.00 | -1.32 | | 122.68 C | n09009777 |
| 07572703 | GBP/USD | 10K | 7/26/08 1:30 PM | 1.8690 | 1.8545 | 36.00 | 0.00 | 0.00 | | 36.00 L | n09009777 |
| 07572715 | GBP/USD | 10K | 7/26/08 3:56 PM | 1.8772 | 1.8652 | 72.00 | 0.00 | -0.44 | | 71.56 SE | n09009777 |
| 07580508 | GBP/USD | 10K | 7/26/08 7:24 PM | | 1.8700 | | | | | Mkt | n09009777 |
| | | | 7/27/06 12:05 AM | 1.9089 | 1.8804 | 165.00 | 0.00 | -0.86 | | 164.12 C | n09009777 |
| 07800637 | GBP/USD | 10K | 8/1/08 8:33 AM | 1.9092 | 1.9054 | 38.00 | 0.00 | -0.44 | | 37.56 C | n09009777 |

**Total:**
Posted at statement period of time: -31,868.65 / -31,868.65 ... -583.42 / -583.42 ... 0.00 / 0.00 ... -32,291.47

**OUTSTANDING ORDERS**

No data found for the statement period

**OPEN / FLOATING POSITION**

# ASA-85

| | | |
|---|---|---|
| Depos | Deposit | 11,500.00 |
| Wdrnl | Withdrawal | 0.00 |
| Bal Adj | Balance Adustment | 399.50 |
| Tx | Funds transfer | 23,012.66 |
| Option | Options Payout | 0.00 |
| Comm | Options Commission | 0.00 |
| WithdFee | Withdrawal Fee | 0.00 |
| MngFee | Management Fee | 0.00 |
| PerfFee | Performance Fee | 0.00 |
| Void | Deposit Rollback | 0.00 |
| | Ending Balance | 2,456.27 |
| | Floating P/L | 576.00 |
| | **Equity** | **3,032.27** |
| | Necessary Margin | 250.00 |
| | Usable Margin | 2,782.27 |

Notes:

Under normal market conditions, the FCM's prices are 1 to 2 pips above interbank market rates, of which up to 0.50 pip may be rebated to the introducer(s) of the account. FXCM 32 Old Slip 10th Fl New York, NY 10005

# ASA-86

| ID | Pair | Size | DateTime | Val1 | Val2 | Val3 | | | | P/L | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02744167 | USDCAD | 100K | 9/21/04 7:05 AM | 1.2843 | 1.2903 | 0.78 | 0.00 | 0.00 | 0.00 | 0.78 C | MM09009777 |
| 02744403 | USDCAD | 100K | 9/20/04 6:00 AM | | 1.2850 | -54.47 | 0.00 | 0.00 | 0.00 | -54.47 C | MM09009777 |
| 02744047 | USDCAD | 100K | 9/22/04 6:15 AM | 1.2855 | 1.2949 | 46.67 | 0.00 | 0.00 | 0.00 | 46.67 Mkt | MM09009777 |
| 02744047 | USDCAD | 100K | 8/22/04 6:30 AM | 1.2860 | 1.2863 | -23.32 | 0.00 | 0.00 | 0.00 | -23.32 Mkt | MM09009777 |
| 06064818 | EURUSD | 10K | 9/22/04 7:46 AM | 1.2025 | 1.1974 | 51.00 | 0.00 | 0.00 | 0.00 | 51.00 C | MM09009777 |
| 06084819 | USDCHF | 10K | 10/17/05 5:04 PM | 1.2919 | 1.2891 | -47.78 | 0.00 | 0.00 | 0.00 | -47.78 C | MM09009777 |
| 06087208 | EURUSD | 10K | 10/18/05 4:43 PM | | 1.1974 | 15.00 | 0.00 | 0.00 | 0.00 | 15.00 Mkt | MM09009777 |
| 06068007 | USDCHF | 10K | 10/17/05 5:04 PM | 1.1989 | 1.2981 | 23.08 | 0.00 | 0.00 | 0.00 | 23.08 C | MM09009777 |
| 06069381 | USDCHF | 10K | 10/18/05 4:37 AM | 1.3011 | | 25.38 | 0.00 | 0.00 | 0.00 | 25.38 C | MM09009777 |
| 06063364 | EURUSD | 10K | 10/18/05 5:58 AM | 1.3033 | 1.3000 | 20.00 | 0.00 | 0.00 | 0.00 | 20.00 C | MM09009777 |
| 06072005 | USDCHF | 10K | 10/18/05 8:26 AM | 1.1956 | 1.1938 | 0.77 | 0.00 | 0.00 | 0.00 | 0.77 C | MM09009777 |
| 06076931 | EURUSD | 10K | 10/18/05 8:28 AM | 1.3000 | 1.2998 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 Mkt | MM09009777 |
| 06076714 | USDCHF | 10K | 10/18/05 3:48 PM | 1.1971 | 1.1971 | 46.51 | 0.00 | -2.64 | 0.00 | 43.87 L | MM09009777 |
| 06097612 | USDJPY | 10K | 10/18/05 2:50 PM | 1.2860 | 1.2900 | -4.32 | 0.00 | 0.00 | 0.00 | -4.32 C | MM09009777 |
| 06098302 | GBPUSD | 10K | 10/18/05 3:07 PM | 115.85 | 115.90 | 277.00 | 0.00 | -8.28 | 0.00 | 270.72 C | MM09009777 |
| 06086304 | EURUSD | 10K | 10/19/05 6:56 AM | 1.7661 | 1.7384 | 21.00 | 0.00 | 0.00 | 0.00 | 21.00 C | MM09009777 |
| 06088816 | EURJPY | 10K | 10/19/05 2:45 PM | 1.1960 | 1.1839 | -5.19 | 0.00 | 0.00 | 0.00 | -5.19 C | MM09009777 |
| 06110945 | USDJPY | 10K | 10/19/05 12:48 PM | 138.22 | 136.28 | -147.74 | 0.00 | -8.30 | 0.00 | -154.04 MM | MM09009777 |
| 06173891 | USDJPY | 10K | 10/20/05 3:16 PM | 114.70 | 118.42 | 30.35 | 0.00 | -8.96 | 0.00 | 21.39 C | MM09009777 |
| 06191142 | GBPUSD | 10K | 11/4/05 11:22 AM | 118.63 | 118.27 | 54.00 | 0.00 | 0.00 | 0.00 | 54.00 C | MM09009777 |
| 06207598 | EURUSD | 10K | 11/1/05 8:17 AM | 7.437 | 1.7383 | 3.00 | 0.00 | 0.00 | 0.00 | 3.00 C | MM09009777 |
| 06215638 | EURUSD | 10K | 11/8/05 5:43 PM | 1.1695 | 1.1692 | -1.00 | 0.00 | 0.00 | 0.00 | -1.00 C | MM09009777 |
| 06218717 | USDJPY | 10K | 11/14/05 5:16 PM | 1.1705 | 1.1706 | 11.77 | 0.00 | 0.00 | 0.00 | 11.77 C | MM09009777 |
| 06218710 | USDJPY | 10K | 11/15/05 5:17 PM | 118.94 | 118.80 | 10.09 | 0.00 | 0.00 | 0.00 | 10.09 C | MM09009777 |
| 06221053 | USDJPY | 10K | 11/15/05 5:33 AM | 118.94 | 118.99 | | 0.00 | 0.00 | 0.00 | | MM09009777 |

Case 23-845, Document 137, 11/21/2023, 3592405, Page92 of 227

Case 1:21-cv-09680-JPC-JLC   Document 50-1   Filed 01/04/22   Page 53 of 66
Case 2:13-cv-06073-ESW-AD   Document 11   Filed 08/08/14   Page 53 of 60   PageID: 161

# ASA-87

| ID | Pair | Lot | Date/Time | Rate | Rate | Value | | | Adj | | Amount | Type | Doc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08258428 | EURUSD | | 11/15/05 10:27 AM | 119.14 | | 12.59 | 0.00 | 0.00 | 0.00 | 0.00 | 12.59 | 12.59 | C | m08009777 |
| 08259057 | EURUSD | 10K | 11/2/05 10:13 AM | 1.1775 | 1.1767 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 8.00 | Mkt | m08009777 |
| 08268524 | EURUSD | 10K | 11/2/05 10:34 AM | 1.1738 | 1.1787 | -29.00 | 0.00 | 0.00 | 0.00 | 0.00 | -29.00 | -29.00 | C / Mkt | m08009777 |
| 08279973 | EURUSD | 10K | 11/2/05 10:59 AM | 1.1812 | 1.1808 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | 4.00 | C / Mkt | m08009777 |
| 08330176 | EURUSD | 10K | 11/22/05 3:03 PM | 1.1760 | 1.1787 | -27.00 | 0.00 | 0.00 | -0.84 | 0.00 | -27.00 | -27.64 | S | m08009777 |
| 08330228 | EURUSD | 10K | 11/22/05 3:42 PM | 1.1752 | 1.1764 | -12.00 | 0.00 | 0.00 | 0.00 | 0.00 | -12.00 | -12.00 | C / Mkt | m08009777 |
| 08332053 | EURUSD | 10K | 11/24/05 1:51 PM | 1.1773 | 1.1767 | 6.00 | 0.00 | 0.00 | -0.84 | 0.00 | 6.00 | 5.38 | C | m08009777 |
| 08332095 | EURUSD | 10K | 11/24/05 9:06 PM | 1.1773 | 1.1772 | 1.00 | 0.00 | 0.00 | -0.64 | 0.00 | 1.00 | 0.36 | Mkt | m08009777 |
| 08337890 | EURUSD | 10K | 12/5/05 9:27 AM | 1.1836 | 1.1816 | 20.00 | 0.00 | 0.00 | -3.20 | 0.00 | 20.00 | 16.80 | C / Mkt | m08009777 |
| 08342047 | GBPUSD | 10K | 12/5/05 10:53 AM | 1.1797 | 1.1775 | 22.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22.00 | 22.00 | C / Mkt | m08009777 |
| 08342785 | GBPUSD | 10K | 12/5/06 9:36 AM | 1.7305 | 1.7277 | 28.00 | 0.00 | 0.00 | -4.74 | 0.00 | 28.00 | 23.28 | C | m08009777 |
| 08348247 | EURUSD | 10K | 12/6/05 4:52 AM | 1.7327 | 1.7321 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 8.00 | C / Mkt | m08009777 |
| 08352358 | EURUSD | 10K | 12/5/05 9:39 AM | 1.1836 | 1.1776 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.00 | 60.00 | C / Mkt | m08009777 |
| 08352457 | EURUSD | 10K | 12/6/05 4:52 AM | 1.1883 | 1.1817 | 66.00 | 0.00 | 0.00 | -1.28 | 0.00 | 66.00 | 84.72 | Mkt | m08009777 |
| 08353263 | EURUSD | 10K | 12/5/05 1:10 PM | 1.1838 | 1.1816 | 22.00 | 0.00 | 0.00 | -1.28 | 0.00 | 22.00 | 20.72 | C / Mkt | m08009777 |
| 08355602 | EURUSD | 10K | 12/8/05 12:10 PM | 1.1806 | 1.1798 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | 10.00 | C / Mkt | m08009777 |
| 08359196 | EURUSD | 10K | 12/8/05 10:54 AM | 1.1822 | 1.1799 | 23.00 | 0.00 | 0.00 | 0.00 | 0.00 | 23.00 | 23.00 | C / Mkt | m08009777 |
| 08359857 | EURUSD | 10K | 12/8/05 1:02 PM | 1.1791 | 1.1782 | 9.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9.00 | 9.00 | C | m08009777 |
| 08380633 | EURUSD | 10K | 12/7/05 5:03 AM | 1.1829 | 1.1799 | 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | 30.00 | C / Mkt | m08009777 |
| 08363273 | EURUSD | 10K | 12/8/05 10:39 AM | 1.1862 | 1.1827 | 55.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55.00 | 55.00 | C / Mkt | m08009777 |
| 08363394 | EURUSD | 10K | 12/7/05 9:26 AM | 1.1981 | 1.1676 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 2.00 | C / Mkt | m08009777 |
| 08363433 | EURUSD | 10K | 12/7/05 9:28 AM | 1.1920 | 1.1685 | 25.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 | 25.00 | C / Mkt | m08009777 |
| 08363828 | EURUSD | 10K | 12/8/05 4:37 AM | 1.1954 | 1.1898 | 58.00 | 0.00 | 0.00 | 0.00 | 0.00 | 58.00 | 56.00 | C | m08009777 |
| 05364840 | EURUSD | 10K | 12/8/05 12:09 PM | 1.1955 | 1.1957 | 36.00 | 0.00 | 0.00 | 0.00 | 0.00 | 36.00 | 36.00 | C / Mkt | m08009777 |

# ASA-88

| Ticket | Pair | Lot | Date/Time | Price | Price | Value | | Value | | Net | Account |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06565136 | EUR/USD | 10K | 12/12/05 9:15 AM / 12/12/05 9:37 AM | 1.1963 | 1.1949 | 6.00 | 0.00 | 0.00 | 0.00 | 6.00 C | m09009777 |
| 06565968 | EUR/USD | 10K | 12/12/05 11:31 AM / 12/12/05 11:38 AM | 1.1972 | 1.1972 | 23.00 | 0.00 | 0.00 | 0.00 | 23.00 Mkt | m09009777 |
| 06565928 | GBP/USD | 10K | 12/12/05 11:12 PM / 12/12/05 12:32 PM | 1.7737 | 1.7748 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 Mkt | m09009777 |
| 06566216 | EUR/USD | 10K | 12/13/05 10:43 PM / 2/7/06 1:41 AM | 1.2022 | 1.1981 | -11.00 | 0.00 | -0.26 | 0.00 | -11.26 C | m09009777 |
| 06566922 | CAD/JPY | 10K | 12/12/05 3:27 PM / 12/12/05 5:37 PM | 103.65 | 104.03 | 41.00 | 0.00 | -1.26 | 0.00 | 39.72 C | m09009777 |
| 06567189 | EUR/USD | 10K | 12/13/05 8:37 PM / 12/13/06 3:52 AM | 1.1982 | 1.1959 | -31.96 | 0.00 | -45.27 | 0.00 | -77.23 C | m09009777 |
| 06568032 | EUR/USD | 10K | 12/13/05 8:30 PM / 12/13/05 10:27 PM | 1.1972 | 1.1925 | 23.00 | 0.00 | -0.84 | 0.00 | 22.36 C | m09009777 |
| 06575984 | EUR/USD | 10K | 12/20/05 2:37 PM / 12/13/05 10:30 PM | 1.1862 | 1.2019 | 47.00 | 0.00 | -0.64 | 0.00 | 46.36 LE | m09009777 |
| 06578005 | EUR/USD | 10K | 12/20/05 3:23 AM / 12/13/05 10:40 PM | 1.1856 | 1.2023 | -157.00 | 0.00 | -3.88 | 0.00 | -180.88 C | m09009777 |
| 06576083 | EUR/USD | 10K | 12/20/05 6:50 PM / 12/13/05 10:58 PM | 1.1843 | 1.2023 | -167.00 | 0.00 | -12.04 | 0.00 | -179.04 C | m09009777 |
| 06576010 | EUR/USD | 10K | 12/13/05 11:32 PM / 12/18/05 2:22 PM | 1.2020 | 1.2013 | -180.00 | 0.00 | -12.04 | 0.00 | -192.04 C | m09009777 |
| 06576344 | EUR/USD | 10K | 12/20/05 4:39 PM / 12/16/05 12:10 AM | 1.1884 | 1.2020 | 7.00 | 0.00 | -3.20 | 0.00 | 3.80 C | m09009777 |
| 06584048 | EUR/USD | 10K | 12/16/05 1:17 AM / 12/18/05 5:22 AM | 1.1974 | 1.1984 | -156.00 | 0.00 | -3.68 | 0.00 | -159.88 C | m09009777 |
| 06587136 | EUR/USD | 10K | 12/16/05 12:29 PM / 12/16/05 3:36 PM | 1.2009 | 1.1989 | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 C | m09009777 |
| 06604965 | EUR/USD | 10K | 12/19/05 6:43 PM / 12/20/05 2:57 PM | 1.2004 | 1.2010 | 20.00 | 0.00 | 0.00 | 0.00 | 20.00 C | m09009777 |
| 06612600 | EUR/USD | 10K | 12/20/05 2:59 PM / 12/21/05 10:28 AM | 1.1854 | 1.1870 | -6.00 | 0.00 | -0.68 | 0.00 | -6.86 C | m09009777 |
| 06617843 | EUR/USD | 10K | 12/21/05 10:46 AM / 12/21/05 12:33 PM | 1.1813 | 1.1805 | -6.00 | 0.00 | 0.00 | 0.00 | -6.00 C | m09009777 |
| 06616888 | EUR/USD | 10K | 12/21/05 1:28 PM / 12/28/05 4:29 AM | 1.1825 | 1.1815 | 8.00 | 0.00 | 0.00 | 0.00 | 8.00 C | m09009777 |
| 06637451 | EUR/USD | 10K | 12/28/05 5:23 AM / 1/3/06 11:59 AM | 1.1910 | 1.1909 | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 C | m09009777 |
| 06659620 | EUR/USD | 10K | 1/3/06 6:48 PM / 1/3/06 2:02 PM | 1.2032 | 1.1981 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 C | m09009777 |
| 06659816 | EUR/USD | 10K | 1/3/06 8:47 PM / 1/4/06 3:01 AM | 1.2032 | 1.2200 | 51.00 | 0.00 | -0.88 | 0.00 | 50.32 SE | m09009777 |
| 06664669 | EUR/USD | 10K | 1/4/06 7:27 AM / 1/4/06 6:19 AM | 1.2048 | 1.2078 | 32.00 | 0.00 | -0.68 | 0.00 | 31.32 C | m09009777 |
| 06687078 | EUR/USD | 10K | 1/4/06 8:48 AM | 1.2081 | 1.2078 | 33.00 | 0.00 | 0.00 | 0.00 | 33.00 Mkt | m09009777 |
| 06675298 | EUR/USD | 10K | 1/5/06 8:45 AM | 1.2094 | 1.2079 | 16.00 | 0.00 | 0.00 | 0.00 | 16.00 C | m09009777 |

# ASA-89

| ID | Symbol | Lot | Date/Time | Price 1 | Price 2 | | | | | Pips | | Amount | Type | Ref |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00475829 | EUR/USD | 10K | 1/5/08 10:02 AM | 1.2078 | 1.2089 | -1.00 | 0.00 | 0.00 | 0.00 | -1.00 | C | | | n09009777 |
| 00484077 | EUR/USD | 10K | 1/5/08 10:05 AM | 1.2091 | 1.2089 | 2.00 | 0.00 | -0.88 | 0.00 | 1.32 | Mkt | | | n09009777 |
| 00484677 | EUR/USD | 10K | 1/6/06 11:08 AM | 1.2156 | 1.2149 | 7.00 | 0.00 | 0.00 | 0.00 | 7.00 | Mkt | | | n09009777 |
| 05487063 | EUR/USD | 10K | 1/8/06 12:08 PM | 1.2147 | 1.2135 | 12.00 | 0.00 | -4.08 | 0.00 | 7.92 | C | | | n09009777 |
| 00486572 | EUR/USD | 10K | 1/8/08 7:37 PM | 1.2147 | 1.2134 | 13.00 | 0.00 | -4.08 | 0.00 | 8.92 | MM | | | n09009777 |
| 00487110 | EUR/USD | 10K | 1/10/08 9:03 PM | 1.2080 | 1.2105 | -25.00 | 0.00 | 0.00 | 0.00 | -25.00 | LE | | | n09009777 |
| 06504582 | EUR/USD | 10K | 1/9/06 1:51 AM | 1.2129 | 1.2119 | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 | C | | | n09009777 |
| 06508325 | EUR/USD | 10K | 1/11/08 9:03 PM | 1.2136 | 1.2139 | -3.00 | 0.00 | -0.68 | 0.00 | -3.68 | Mkt | | | n09009777 |
| 06513030 | EUR/USD | 10K | 1/8/06 3:22 AM | 1.2030 | 1.2063 | -23.00 | 0.00 | 0.00 | 0.00 | -23.00 | MM | | | n09009777 |
| 06524411 | EUR/USD | 10K | 1/9/06 12:42 PM | 1.2242 | 1.2154 | 88.00 | 0.00 | -4.76 | 0.00 | 63.24 | Mkt | | | n09009777 |
| 06531108 | EUR/USD | 10K | 1/11/09 9:55 AM | 1.2231 | 1.2112 | 119.00 | 0.00 | -4.08 | 0.00 | 114.82 | C | | | n09009777 |
| 06583943 | EUR/USD | 10K | 1/11/06 1:42 PM | 1.2218 | 1.2218 | | | | | 14.00 | Mkt | | | n09009777 |
| 06506535 | EUR/USD | 10K | 1/11/06 11:57 PM | 1.2232 | 1.2257 | 14.00 | 0.00 | 0.00 | 0.00 | 14.00 | C | | | n09009777 |
| 06586210 | EUR/USD | 10K | 1/13/08 12:46 PM | 1.1959 | 1.2210 | -296.00 | 0.00 | -7.04 | 0.00 | -305.04 | C | | | n09009777 |
| 06599698 | EUR/USD | 10K | 1/12/09 9:27 AM | 1.2017 | 1.2127 | -193.00 | 0.00 | -6.28 | 0.00 | -199.26 | LE | | | n09009777 |
| 06612888 | EUR/USD | 10K | 1/12/09 9:28 AM | 1.2200 | 1.2133 | -127.00 | 0.00 | -4.84 | 0.00 | -131.84 | C | | | n09009777 |
| 06679916 | GBP/USD | 10K | 1/15/08 5:50 PM | 1.2119 | 1.2119 | -14.00 | 0.00 | 0.00 | 0.00 | -14.00 | Mkt | | | n09009777 |
| 06680048 | GBP/USD | 10K | 1/22/06 7:45 PM | 1.7371 | 1.7360 | 11.00 | 0.00 | -0.11 | 0.00 | 10.89 | C | | | n09009777 |
| 06680623 | EUR/USD | 10K | 1/16/06 11:26 PM | 1.7330 | 1.7358 | -28.00 | 0.00 | 0.00 | 0.00 | -28.00 | Mkt | | | n09009777 |
| 06880772 | EUR/USD | 10K | 1/22/08 7:43 PM | 1.1870 | 1.1870 | -6.00 | 0.00 | 0.00 | 0.00 | -5.00 | S | | | n09009777 |
| 06881440 | GBP/USD | 10K | 1/22/06 7:55 PM | 1.1854 | 1.1675 | -19.00 | 0.00 | -10.64 | 0.00 | -29.64 | C | | | n09009777 |
| 06686185 | GBP/USD | 10K | 1/22/06 10:05 PM | 1.1883 | 1.1883 | 67.00 | 0.00 | -0.11 | 0.00 | 66.89 | C | | | n09009777 |
| 06686538 | GBP/USD | 10K | 1/25/08 9:49 PM | 1.7370 | 1.7303 | 9.00 | 0.00 | 0.00 | 0.00 | 6.00 | L | | | n09009777 |
| 06730923 | USD/CHF | 10K | 2/6/08 7:01 PM | 1.7398 | 1.7389 | 57.00 | 0.00 | -2.20 | 0.00 | 54.80 | Mkt | | | n09009777 |
| 06786831 | EUR/USD | 10K | 1/26/08 1:09 PM | 1.7406 | 1.7349 | 0.00 | 0.00 | -3.12 | 0.00 | -3.12 | C | | | n09009777 |
| | | | 2/6/06 10:35 PM | 1.3074 | 1.3074 | | | | | | Mkt | | | n09009777 |
| | | | 1/27/06 12:11 PM | | 1.2018 | | | | | | | | | n09009777 |

# ASA-90

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08775183 | USD/CHF | 10K | 1.2060 | | 3/5/06 8:13 PM | 42.00 | | 0.00 | -0.76 | 0.00 | 41.24 L | m09009777 |
| 08815061 | EUR/USD | 10K | 1.2930 | 1.3133 | 3/6/06 3:13 AM | -154.57 | | 0.00 | -1.04 | 0.00 | -155.61 C | m09009777 Mkt |
| 08817336 | EUR/USD | 10K | 1.1953 | 1.1948 | 3/7/08 9:05 AM | 5.00 | | 0.00 | 0.00 | 0.00 | 5.00 L | m09009777 |
| 08828154 | EUR/USD | 10K | 1.2052 | 1.1998 | 3/14/06 7:23 AM | 54.00 | | 0.00 | -0.67 | 0.00 | 53.33 C | m09009777 Mkt |
| 08823247 | EUR/USD | 10K | 1.2113 | 1.2088 | 3/14/06 10:07 AM | 24.00 | | 0.00 | 0.00 | 0.00 | 24.00 C | m09009777 Mkt |
| 08830937 | EUR/USD | 10K | 1.2135 | 1.2110 | 3/15/06 12:35 PM | 25.00 | | 0.00 | 0.00 | 0.00 | 25.00 SE | m09009777 |
| 08834450 | EUR/USD | 10K | 1.2159 | 1.2138 | 3/16/06 8:33 AM | 21.00 | | 0.00 | 0.00 | 0.00 | 21.00 C | m09009777 Mkt |
| | | | 1.2164 | | 3/16/06 8:59 AM | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 C | m09009777 |

**Total:** 198.32 0.00 -181.62 14.70

Posted at statement period of time: 198.32 0.00 -181.62

**OUTSTANDING ORDERS:**

No data found for the statement period

**OPEN / FLOATING POSITION:**

No data found for the statement period

**ACCOUNT ACTIVITY:**

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/4/04 3:37 PM | Depo | Deposit | 09016854 | | 1,000.00 | 1,000.00 |
| 9/14/04 5:04 PM | Intr | Interest Fee | 09016854 | | -0.36 | 999.64 |
| 9/14/04 5:04 PM | Intr | Interest Fee | 09016854 | | -0.18 | 999.46 |
| 9/15/04 9:26 AM | Intr | Partial closing 2704060 | 09016854 | | 0.18 | 999.64 |
| 9/15/04 9:26 AM | Intr | Partial closing 2709389 | 09016854 | | -0.18 | 999.46 |
| 9/15/04 9:28 AM | PnL | Prof/Loss of Trade | 09016854 | | -54.59 | 944.87 |
| 9/15/04 5:04 PM | Intr | Interest Fee | 09016854 | | -0.54 | 944.33 |
| 9/15/04 5:04 PM | Intr | Interest Fee | 09016854 | | -1.08 | 943.25 |
| 9/15/04 5:08 PM | Intr | Interest Fee | 09016854 | | -0.54 | 942.71 |
| 9/15/04 5:08 PM | Intr | Interest Fee | 09016854 | | -1.08 | 941.63 |
| 9/15/04 5:08 PM | Intr | Interest Fee | 09016854 | | -0.54 | 941.09 |
| 9/16/04 7:26 AM | PnL | Prof/Loss of Trade | 09016854 | | 34.03 | 975.12 |
| 9/16/04 7:26 AM | PnL | Prof/Loss of Trade | 09016854 | | 26.29 | 1,001.41 |
| 9/16/04 7:26 AM | PnL | Prof/Loss of Trade | 09016854 | | 1.55 | 1,002.94 |
| 9/16/04 7:27 AM | PnL | Prof/Loss of Trade | 09016854 | | 0.77 | 1,003.73 |
| 9/16/04 7:28 AM | PnL | Prof/Loss of Trade | 09016854 | | 20.10 | 1,023.83 |

# ASA-91

| Date/Time | Type | Account | Description | Trans# | Amount | Balance |
|---|---|---|---|---|---|---|
| 9/16/04 5:00 PM | Intr | 09016854 | Interest Fee | 02720394 | -0.18 | 1,023.65 |
| 9/16/04 7:36 PM | PnL | 09016854 | Profit/Loss of Trade | 02720394 | 0.00 | 1,023.65 |
| 9/17/04 11:32 AM | PnL | 09016854 | Profit/Loss of Trade | 02724597 | 11.52 | 1,035.17 |
| 9/17/04 11:44 AM | PnL | 09016054 | Profit/Loss of Trade | 02724490 | 10.78 | 1,045.95 |
| 9/17/04 5:03 PM | intr | 09016854 | Interest Fee | 02722945 | -0.18 | 1,045.76 |
| 9/20/04 3:15 AM | PnL | 09016854 | Profit/Loss of Trade | 02727083 | 3.85 | 1,049.62 |
| 9/20/04 4:26 AM | PnL | 08016854 | Profit/Loss of Trade | 02728415 | 5.39 | 1,054.99 |
| 9/20/04 11:44 AM | PnL | 09016854 | Profit/Loss of Trade | 02722945 | -19.28 | 1,035.70 |
| 9/21/04 5:33 AM | PnL | 09016854 | Profit/Loss of Trade | 02733072 | 30.16 | 1,065.86 |
| 9/21/04 5:33 AM | PnL | 09016854 | Profit/Loss of Trade | 02732959 | 13.14 | 1,079.00 |
| 9/21/04 5:48 AM | PnL | 08016854 | Profit/Loss of Trade | 02732940 | 24.00 | 1,103.00 |
| 9/21/04 7:05 AM | PnL | 09016854 | Profit/Loss of Trade | 02735415 | 0.76 | 1,103.76 |
| 9/22/04 6:15 AM | PnL | 09016854 | Profit/Loss of Trade | 02744167 | -54.47 | 1,049.31 |
| 9/22/04 6:30 AM | PnL | 08016854 | Profit/Loss of Trade | 02744403 | 46.67 | 1,095.98 |
| 9/22/04 7:48 AM | PnL | 09016854 | Profit/Loss of Trade | 02744647 | -23.32 | 1,072.66 |
| 8/22/04 10:36 AM | Tx | 09016854 | Transfer fund between acct#09016854 and acct#09009777 | | -1,000.00 | 72.66 |
| 9/30/04 8:29 PM | Tx | 09016854 | Transfer fund between acct#09009777 and acct#09016854 | | 500.00 | 572.66 |
| 10/1/04 11:02 AM | Tx | 09016854 | Transfer fund between acct#09016854 and acct#09009777 | | -500.00 | 72.66 |
| 10/6/04 6:44 AM | Tx | 09016854 | Transfer fund between acct#09009777 and acct#09016854 | | 1,000.00 | 1,072.66 |
| 10/6/04 2:54 PM | Tx | 09016854 | Transfer fund between acct#09016854 and acct#09016854 | | -1,000.00 | 72.66 |
| 10/13/04 9:35 AM | Tx | 09016854 | Transfer fund between acct#09009777 and acct#09016854 | | 1,000.00 | 1,072.66 |
| 10/13/04 9:18 PM | Tx | 09016854 | Transfer fund between acct#09016854 and acct#09009777 | | -1,000.00 | 72.66 |
| 10/17/04 11:31 PM | Tx | 09016854 | Creditcard Deposit for Sohel Zain - 080007 DEP107976154125 | | 2,000.00 | 2,072.66 |
| 10/20/04 9:12 AM | Tx | 09016854 | Transfer fund between acct#09016854 and acct#09009777 | | -2,000.00 | 72.66 |
| 10/27/04 11:33 PM | Tx | 09016854 | Transfer fund between acct#09016854 and acct#09009777 | | -72.66 | 0.00 |
| 10/17/05 11:07 AM | Tx | 09016854 | Transfer fund between acct#09009777 and acct#09016854 | | 200.00 | 200.00 |
| 10/18/05 4:37 AM | PnL | 09016854 | Profit/Loss of Trade | 06064818 | 51.00 | 251.00 |
| 10/18/05 4:37 AM | PnL | 09016854 | Profit/Loss of Trade | 06064819 | -47.78 | 203.22 |
| 10/18/05 4:37 AM | PnL | 09016854 | Profit/Loss of Trade | 06067206 | 15.00 | 218.24 |
| 10/18/05 5:56 AM | PnL | 09016854 | Profit/Loss of Trade | 06066007 | 23.06 | 241.30 |
| 10/18/05 2:25 PM | PnL | 09016854 | Profit/Loss of Trade | 06069391 | 25.39 | 266.68 |
| 10/18/05 3:07 PM | PnL | 09016854 | Profit/Loss of Trade | 06072005 | 0.77 | 267.45 |

# ASA-92

Case 1:16-cv-09620-AJP-OLC Document 50-1 Filed 01/04/22 Page 68 of 66

| Date/Time | Type | Description | Ref 1 | Ref 2 | Amount | Balance |
|---|---|---|---|---|---|---|
| 10/18/05 3:48 PM | PnL | Prof/Loss of Trade | 08060384 | 09016654 | 20.00 | 287.45 |
| 10/18/05 2:45 PM | PnL | Prof/Loss of Trade | 06076931 | 08016654 | 0.00 | 287.45 |
| 10/19/05 5:09 PM | Intr | Interest Fee | 08079714 | 09016654 | -2.84 | 284.61 |
| 10/20/05 3:16 PM | PnL | Prof/Loss of Trade | 08079714 | 08016654 | 45.51 | 331.32 |
| 10/23/05 6:47 PM | PnL | Prof/Loss of Trade | 08079712 | 09016654 | -4.32 | 327.00 |
| 10/24/05 9:08 AM | PnL | Prof/Loss of Trade | 08098304 | 09016854 | 21.00 | 348.00 |
| 10/24/05 9:20 AM | PnL | Prof/Loss of Trade | 08098919 | 09016654 | -5.19 | 342.81 |
| 10/24/05 5:07 PM | Intr | Interest Fee | 08098302 | 08016654 | -0.43 | 342.38 |
| 10/25/05 1:51 PM | Tx | Transfer fund between acct#09009777 and acct#09016854 | 09016854 | | 100.00 | 442.38 |
| 10/25/05 5:07 PM | Intr | Interest Fee | 08110945 | 09016654 | -1.05 | 441.33 |
| 10/25/05 5:07 PM | Intr | Interest Fee | 08093202 | 09016654 | -0.43 | 440.90 |
| 10/26/05 5:07 PM | Intr | Interest Fee | 08098302 | 00016654 | -1.29 | 439.61 |
| 10/26/05 5:07 PM | Intr | Interest Fee | 08110945 | 09016654 | -3.15 | 436.46 |
| 10/27/05 5:07 PM | Intr | Interest Fee | 08110945 | 09016654 | -1.05 | 435.41 |
| 10/27/05 5:07 PM | Intr | Interest Fee | 08098302 | 03016854 | -0.43 | 434.98 |
| 10/28/05 5:06 PM | Intr | Interest Fee | 08098302 | 09016654 | -0.43 | 434.55 |
| 10/28/05 5:06 PM | Intr | Interest Fee | 08110945 | 09016654 | -1.05 | 433.50 |
| 10/31/05 1:51 PM | PnL | Prof/Loss of Trade | 08110945 | 09016654 | -147.74 | 285.76 |
| 10/31/05 5:14 PM | Intr | Interest Fee | 08098302 | 08018854 | -0.43 | 285.33 |
| 11/1/05 5:09 PM | Intr | Interest Fee | 08098302 | 09016854 | -0.43 | 284.90 |
| 11/2/05 5:10 PM | Intr | Interest Fee | 08098322 | 09016854 | -1.29 | 283.61 |
| 11/3/05 5:08 PM | Intr | Interest Fee | 08098302 | 09016654 | -0.43 | 283.18 |
| 11/4/05 5:10 PM | Intr | Interest Fee | 08173891 | 09016854 | -1.05 | 282.13 |
| 11/4/05 5:10 PM | Intr | Interest Fee | 08098302 | 09016654 | -0.43 | 281.70 |
| 11/7/05 5:17 PM | Intr | Interest Fee | 08173891 | 09016654 | -1.13 | 280.57 |
| 11/7/05 5:17 PM | Intr | Interest Fee | 08098302 | 09016654 | -0.26 | 280.31 |
| 11/8/05 12:28 AM | PnL | Prof/Loss of Trade | 08098302 | 09016054 | 277.00 | 557.31 |
| 11/8/05 5:11 PM | Intr | Interest Fee | 05173891 | 08015854 | -1.13 | 556.18 |
| 11/9/05 12:42 AM | Tx | Transfer fund between acct#09009777 and acct#09016854 | 09016654 | | 500.00 | 1,056.18 |
| 11/9/05 6:51 AM | PnL | Prof/Loss of Trade | 08191142 | 09016654 | 54.00 | 1,110.18 |
| 11/9/05 5:07 PM | Intr | Interest Fee | 08173891 | 09018854 | -4.52 | 1,105.66 |
| 11/11/05 9:40 AM | PnL | Prof/Loss of Trade | 08207598 | 08016654 | 3.00 | 1,108.66 |
| 11/11/05 5:08 PM | Intr | Interest Fee | 08173891 | 09016854 | -1.13 | 1,107.53 |
| 11/14/05 6:17 AM | PnL | Prof/Loss of Trade | 08173891 | 00016854 | 30.35 | 1,137.88 |
| 11/14/05 9:13 AM | PnL | Prof/Loss of Trade | 06215938 | 09016854 | -1.00 | 1,136.88 |
| 11/15/05 5:23 AM | PnL | Prof/Loss of Trade | 08218719 | 09016654 | 10.09 | 1,146.97 |
| 11/15/05 5:23 AM | PnL | Prof/Loss of Trade | 08218717 | 09018854 | 11.77 | 1,158.74 |
| 11/1/05 10:27 AM | PnL | Prof/Loss of Trade | 08221053 | 09016654 | 12.59 | 1,171.33 |
| 11/21/06 10:28 AM | PnL | Prof/Loss of Trade | 08258428 | 00018854 | 8.00 | 1,179.33 |
| 11/22/05 10:59 AM | PnL | Prof/Loss of Trade | 08259057 | 09016654 | -29.00 | 1,150.33 |
| 11/22/05 3:42 PM | PnL | Prof/Loss of Trade | 06268624 | 09016654 | 4.00 | 1,154.33 |
| 11/24/05 5:07 PM | Intr | Interest Fee | 08279673 | 09016654 | -0.84 | 1,153.69 |
| 11/24/05 9:06 PM | PnL | Prof/Loss of Trade | 08279973 | 09016654 | -27.00 | 1,126.69 |

# ASA-93

Case Case 1:21-cv-09650-JPC-SLC Document 50-1 Filed 01/04/22 Page 59 of 66

| Date/Time | Type | Description | Account | Ref | Amount | Balance |
|---|---|---|---|---|---|---|
| 12/5/05 10:53 AM | PnL | Profit/Loss of Trade | 09016854 | 06330176 | -12.00 | 1,114.99 |
| 12/5/05 5:12 PM | Intr | Interest Fee | 09016854 | 06332095 | -0.64 | 1,114.35 |
| 12/5/05 5:12 PM | Intr | Interest Fee | 09016854 | 06330226 | -0.64 | 1,113.71 |
| 12/5/05 5:12 PM | Intr | Interest Fee | 09016854 | 06332253 | -0.64 | 1,113.07 |
| 12/6/05 4:52 AM | PnL | Profit/Loss of Trade | 09016854 | 06330253 | 1.00 | 1,113.72 |
| 12/6/05 4:52 AM | PnL | Profit/Loss of Trade | 09016854 | 06330226 | 6.00 | 1,119.72 |
| 12/6/05 1:02 PM | PnL | Profit/Loss of Trade | 09016854 | 06331890 | 22.00 | 1,141.72 |
| 12/6/05 5:08 PM | Intr | Interest Fee | 09016854 | 06332095 | -0.64 | 1,141.08 |
| 12/7/05 9:26 AM | PnL | Profit/Loss of Trade | 09016854 | 06342766 | 6.00 | 1,145.12 |
| 12/7/05 5:07 PM | Intr | Interest Fee | 09016854 | 06332095 | -1.92 | 1,144.42 |
| 12/7/05 5:07 PM | Intr | Interest Fee | 09016854 | 06334247 | -0.78 | 1,145.21 |
| 12/8/05 12:09 PM | PnL | Profit/Loss of Trade | 09016854 | 06348247 | 60.00 | 1,204.09 |
| 12/8/05 12:10 PM | PnL | Profit/Loss of Trade | 09016854 | 06332095 | 20.00 | 1,224.43 |
| 12/8/05 5:07 PM | Intr | Interest Fee | 09016854 | 06352359 | -0.64 | 1,223.79 |
| 12/8/05 5:07 PM | Intr | Interest Fee | 09016854 | 06352457 | -0.64 | 1,223.15 |
| 12/8/05 5:07 PM | Intr | Interest Fee | 09016854 | 06342047 | -0.26 | 1,222.89 |
| 12/9/05 6:09 AM | PnL | Profit/Loss of Trade | 09016854 | 06353283 | 10.00 | 1,222.63 |
| 12/9/05 11:12 AM | PnL | Profit/Loss of Trade | 09016854 | 06355802 | 23.00 | 1,255.83 |
| 12/9/05 5:08 PM | Intr | Interest Fee | 09016854 | 06342047 | -0.26 | 1,255.16 |
| 12/9/05 5:08 PM | Intr | Interest Fee | 09016854 | 06352359 | -0.64 | 1,254.52 |
| 12/9/05 5:08 PM | Intr | Interest Fee | 09016854 | 06352457 | -0.64 | 1,254.52 |
| 12/11/05 7:04 PM | PnL | Profit/Loss of Trade | 09016854 | 06359196 | 9.00 | 1,254.52 |
| 12/11/05 8:50 PM | PnL | Profit/Loss of Trade | 09016854 | 06359857 | 30.00 | 1,283.33 |
| 12/11/05 9:17 PM | PnL | Profit/Loss of Trade | 09016854 | 06352457 | 22.00 | 1,293.33 |
| 12/12/05 7:02 AM | PnL | Profit/Loss of Trade | 09016854 | 06352359 | 66.00 | 1,315.33 |
| 12/12/05 7:02 AM | PnL | Profit/Loss of Trade | 09016854 | 06360633 | 55.00 | 1,381.33 |
| 12/12/05 7:35 AM | PnL | Profit/Loss of Trade | 09016854 | 06363273 | 2.00 | 1,436.33 |
| 12/12/05 7:55 AM | PnL | Profit/Loss of Trade | 09016854 | 06363394 | 25.00 | 1,438.33 |
| 12/12/05 8:20 AM | PnL | Profit/Loss of Trade | 09016854 | 06363433 | 56.00 | 1,463.33 |
| 12/12/05 8:21 AM | PnL | Profit/Loss of Trade | 09016854 | 06363628 | 36.00 | 1,519.33 |
| 12/12/05 9:15 AM | PnL | Profit/Loss of Trade | 09016854 | 06364640 | 8.00 | 1,555.33 |
| 12/12/05 11:32 AM | PnL | Profit/Loss of Trade | 09016854 | 06365136 | 23.00 | 1,561.33 |
| 12/12/05 12:26 PM | PnL | Profit/Loss of Trade | 09016854 | 06365868 | 0.00 | 1,584.33 |
| 12/12/05 5:08 PM | Intr | Interest Fee | 09016854 | 06342047 | -0.28 | 1,584.33 |
| 12/12/05 5:08 PM | Intr | Interest Fee | 09016854 | 06365926 | -0.28 | 1,584.05 |
| 12/12/05 5:08 PM | Intr | Interest Fee | 09016854 | 06366216 | -0.64 | 1,583.77 |
| 12/12/05 5:08 PM | Intr | Interest Fee | 09016854 | 06368922 | -0.78 | 1,583.13 |
| 12/12/05 11:12 PM | PnL | Profit/Loss of Trade | 09016854 | 06365929 | -11.00 | 1,582.35 |
| 12/13/05 5:08 PM | Intr | Interest Fee | 09016854 | 06342047 | -0.28 | 1,571.40 |
| 12/13/05 5:08 PM | Intr | Interest Fee | 09016854 | 06366216 | -0.64 | 1,571.12 |
| 12/13/05 5:08 PM | Intr | Interest Fee | 09016854 | 06366922 | -0.79 | 1,570.48 |
| 12/13/05 5:08 PM | Intr | Interest Fee | 09016854 | 06366032 | -0.64 | 1,569.70 |
| 12/13/05 8:30 PM | PnL | Profit/Loss of Trade | 09016854 | 06368032 | 47.00 | 1,615.43 |
| 12/13/05 8:37 PM | PnL | Profit/Loss of Trade | 09016854 | 06367189 | 23.00 | 1,638.43 |
| 12/13/05 10:43 AM | PnL | Profit/Loss of Trade | 09016854 | 06366216 | 41.00 | 1,679.43 |

# ASA-94

| Date/Time | Type | Description | Account | Ref | Amount | Balance |
|---|---|---|---|---|---|---|
| 12/14/05 5:07 PM | ps | Interest Fee | 09016854 | 06386922 | -2.37 | 1,677.05 |
| 12/14/05 5:07 PM | Intr | Interest Fee | 09016854 | 06375984 | -1.92 | 1,675.05 |
| 12/14/05 5:07 PM | Intr | Interest Fee | 09016854 | 06376005 | -1.92 | 1,673.13 |
| 12/14/05 5:07 PM | Intr | Interest Fee | 09016854 | 06376083 | -1.92 | 1,671.13 |
| 12/14/05 5:07 PM | Intr | Interest Fee | 09016854 | 06376194 | -1.92 | 1,669.13 |
| 12/14/05 5:07 PM | Intr | Interest Fee | 09016854 | 06378344 | -1.92 | 1,667.13 |
| 12/14/05 5:14 PM | Intr | Interest Fee | 09016854 | 08342047 | -0.78 | 1,666.83 |
| 12/15/05 5:14 PM | Intr | Interest Fee | 09016854 | 06386922 | -0.79 | 1,665.23 |
| 12/15/05 5:14 PM | Intr | Interest Fee | 09016854 | 06375984 | -0.64 | 1,664.83 |
| 12/15/05 5:14 PM | Intr | Interest Fee | 09016854 | 06376083 | -0.64 | 1,663.83 |
| 12/15/05 5:14 PM | Intr | Interest Fee | 09018854 | 06378194 | -0.64 | 1,663.83 |
| 12/15/05 5:14 PM | Intr | Interest Fee | 09016854 | 06376344 | -0.64 | 1,662.83 |
| 12/15/05 5:14 PM | Intr | Interest Fee | 00016854 | 08342047 | -0.28 | 1,662.83 |
| 12/16/05 1:17 AM | PnL | Profit/Loss of Trade | 09018854 | 00384046 | 19.00 | 1,872.83 |
| 12/16/05 1:56 AM | Tx | Transfer fund between acct#09016877 and acct#09016854 | 09016854 | | 200.00 | 1,872.83 |
| 12/16/05 12:29 PM | PnL | Profit/Loss of Trade | 09016854 | 06397138 | 20.00 | 1,892.83 |
| 12/16/05 5:06 PM | Intr | Interest Fee | 09016854 | 06386922 | -0.79 | 1,891.83 |
| 12/16/05 5:06 PM | Intr | Interest Fee | 09016854 | 06375984 | -0.64 | 1,891.00 |
| 12/16/05 5:06 PM | Intr | Interest Fee | 09016854 | 06376005 | -0.64 | 1,890.83 |
| 12/16/05 5:06 PM | Intr | Interest Fee | 09016854 | 06376083 | -0.64 | 1,689.83 |
| 12/16/05 5:06 PM | Intr | Interest Fee | 09016854 | 06378194 | -0.64 | 1,689.83 |
| 12/16/05 5:06 PM | Intr | Interest Fee | 09016854 | 06378344 | -0.04 | 1,888.83 |
| 12/16/05 5:06 PM | Intr | Interest Fee | 09016854 | 08342047 | -0.26 | 1,888.83 |
| 12/18/05 2:22 PM | PnL | Profit/Loss of Trade | 09018854 | 06376194 | 7.00 | 1,885.83 |
| 12/19/05 5:07 PM | Intr | Interest Fee | 09016854 | 06386922 | -0.79 | 1,884.83 |
| 12/19/05 5:07 PM | Intr | Interest Fee | 09018854 | 06375994 | -0.68 | 1,993.83 |
| 12/19/05 5:07 PM | Intr | Interest Fee | 00016854 | 06376005 | -0.68 | 1,993.83 |
| 12/19/05 5:07 PM | Intr | Interest Fee | 09016854 | 06378083 | -0.68 | 1,893.83 |
| 12/19/05 5:07 PM | Intr | Interest Fee | 09016854 | 06376344 | -0.68 | 1,892.83 |
| 12/19/05 5:07 PM | Intr | Interest Fee | 09016854 | 06404085 | -0.85 | 1,891.83 |
| 12/19/05 5:07 PM | Intr | Interest Fee | 01016854 | 06342047 | -0.18 | 1,860.83 |
| 12/19/05 5:54 PM | Tx | Schel Zaerpour - CP - A1414710877776238 | 09018854 | | 2,000.00 | 1,690.83 |
| 12/19/05 8:43 PM | PnL | Profit/Loss of Trade | 09016854 | 08404085 | -6.00 | 3,684.83 |
| 12/20/05 2:37 PM | PnL | Profit/Loss of Trade | 09016854 | 06375984 | -157.00 | 3,727.84 |
| 12/20/05 2:58 PM | PnL | Profit/Loss of Trade | 09016854 | 06412609 | -6.00 | 3,721.84 |
| 12/20/05 4:39 PM | PnL | Profit/Loss of Trade | 09016854 | 06378344 | -156.00 | 3,565.84 |
| 12/20/05 5:13 PM | Intr | Interest Fee | 09016854 | 06342047 | -0.18 | 3,565.68 |
| 12/20/05 5:13 PM | Intr | Interest Fee | 09016854 | 06386922 | -0.79 | 3,564.84 |
| 12/20/05 5:13 PM | Intr | Interest Fee | 09016854 | 06376005 | -0.68 | 3,564.15 |
| 12/20/05 5:13 PM | Intr | Interest Fee | 09016854 | 06376083 | -0.68 | 3,563.46 |
| 12/21/05 10:46 AM | PnL | Profit/Loss of Trade | 09016854 | 05417843 | 8.00 | 3,571.46 |
| 12/21/05 1:28 PM | PnL | Profit/Loss of Trade | 09016854 | 06418686 | 10.00 | 3,581.46 |
| 12/21/05 5:12 PM | Intr | Interest Fee | 09016854 | 06378005 | -2.72 | 3,578.78 |

# ASA-95

| Date/Time | Type | Description | Account | Account | Amount | Balance |
|---|---|---|---|---|---|---|
| 12/21/05 5:12 PM | Intr | Interest Fee | 09016854 | 08376083 | -2.72 | 3,576.04 |
| 12/21/05 5:12 PM | Intr | Interest Fee | 09016854 | 08342047 | -0.90 | 3,575.14 |
| 12/21/05 5:12 PM | Intr | Interest Fee | 09016854 | 08368922 | -4.74 | 3,570.40 |
| 12/22/05 5:13 PM | Intr | Interest Fee | 09016854 | 08342047 | -0.18 | 3,570.22 |
| 12/22/05 5:13 PM | Intr | Interest Fee | 09016854 | 08376005 | -0.68 | 3,569.54 |
| 12/22/05 5:13 PM | Intr | Interest Fee | 09016854 | 08376083 | -0.66 | 3,568.88 |
| 12/27/05 3:04 PM | Intr | Interest Fee | 09016854 | 08376005 | -0.68 | 3,568.20 |
| 12/27/05 3:04 PM | Intr | Interest Fee | 09016854 | 08376083 | -0.88 | 3,567.32 |
| 12/27/05 5:07 PM | Intr | Interest Fee | 09016854 | 08342047 | -0.18 | 3,567.14 |
| 12/27/05 5:07 PM | Intr | Interest Fee | 09016854 | 08368922 | -0.79 | 3,566.35 |
| 12/27/05 5:07 PM | Intr | Interest Fee | 09016854 | 08376005 | -0.68 | 3,565.67 |
| 12/27/05 5:07 PM | Intr | Interest Fee | 09016854 | 08376083 | -0.68 | 3,565.16 |
| 12/28/05 5:23 AM | PnL | Profit/Loss of Trade | 09016854 | 06437451 | 1.00 | 3,566.16 |
| 12/28/05 10:39 AM | PnL | Profit/Loss of Trade | 03018854 | 08342047 | 28.00 | 3,594.16 |
| 12/28/05 5:20 PM | Intr | Interest Fee | 09016854 | 08368922 | -3.65 | 3,590.51 |
| 12/28/05 5:20 PM | Intr | Interest Fee | 09016854 | 08376005 | -2.77 | 3,587.50 |
| 12/28/05 5:20 PM | Intr | Interest Fee | 09016854 | 08376083 | -2.72 | 3,584.78 |
| 12/28/05 6:50 PM | PnL | Profit/Loss of Trade | 00016854 | 03376083 | -160.00 | 3,404.78 |
| 12/29/05 3:23 AM | PnL | Profit/Loss of Trade | 09016854 | 08376005 | -167.00 | 3,237.78 |
| 12/29/05 6:10 PM | Intr | Interest Fee | 09016854 | 08376005 | -0.79 | 3,236.99 |
| 12/30/05 2:12 PM | Tx | Transfer fund between acct#09016854 and acct#090900777 | 09016854 | 08368922 | -2,000.00 | 1,238.99 |
| 1/3/06 5:10 PM | Intr | Interest Fee | 09016854 | 06366922 | -0.79 | 1,238.20 |
| 1/3/06 5:16 PM | Intr | Interest Fee | 00016854 | 06459620 | -0.68 | 1,235.52 |
| 1/3/06 5:16 PM | Intr | Interest Fee | 00016854 | 06459918 | -0.68 | 1,234.94 |
| 1/3/06 6:48 PM | PnL | Profit/Loss of Trade | 03018854 | 06459620 | 51.00 | 1,285.94 |
| 1/3/06 8:47 PM | PnL | Profit/Loss of Trade | 03016854 | 06459818 | 32.00 | 1,317.88 |
| 1/4/06 7:27 AM | PnL | Profit/Loss of Trade | 09016854 | 06484869 | 33.00 | 1,350.84 |
| 1/4/06 8:46 AM | PnL | Profit/Loss of Trade | 00016864 | 06487078 | 18.00 | 1,368.84 |
| 1/4/06 5:07 PM | Intr | Interest Fee | 09018854 | 06366622 | -3.16 | 1,365.84 |
| 1/5/06 10:02 AM | PnL | Profit/Loss of Trade | 00016854 | 06475288 | -1.00 | 1,363.84 |
| 1/5/06 5:07 PM | Intr | Interest Fee | 03016854 | 06356922 | -0.79 | 1,362.84 |
| 1/5/06 5:07 PM | Intr | Interest Fee | 00016854 | 06475829 | -0.86 | 1,351.98 |
| 1/6/06 6:21 AM | PnL | Profit/Loss of Trade | 00016854 | 06475829 | 2.00 | 1,353.05 |
| 1/6/06 12:08 PM | PnL | Profit/Loss of Trade | 00016854 | 06484677 | 7.00 | 1,370.24 |
| 1/9/06 12:42 PM | PnL | Profit/Loss of Trade | 09016854 | 06487110 | -25.00 | 1,345.03 |
| 1/9/06 5:08 PM | Intr | Interest Fee | 09015859 | 06356922 | -0.79 | 1,344.44 |
| 1/9/06 5:08 PM | Intr | Interest Fee | 09016654 | 06487063 | -0.68 | 1,343.76 |
| 1/10/06 5:08 PM | Intr | Interest Fee | 00016854 | 06460572 | -0.68 | 1,343.08 |
| 1/10/06 5:08 PM | Intr | Interest Fee | 03016854 | 06356922 | -0.70 | 1,342.27 |
| 1/10/06 5:05 PM | Intr | Interest Fee | 00016854 | 06487063 | -0.68 | 1,341.59 |
| 1/11/06 1:42 PM | PnL | Profit/Loss of Trade | 09016854 | 06488572 | -0.86 | 1,340.92 |
| 1/11/06 5:06 PM | Intr | Interest Fee | 09016854 | 06504682 | 10.00 | 1,350.91 |
| 1/11/06 5:06 PM | Intr | Interest Fee | 09018854 | 06356922 | -3.16 | 1,347.75 |
| 1/11/06 5:08 PM | Intr | Interest Fee | 09016854 | 06487063 | -2.72 | 1,345.03 |
| 1/11/06 5:08 PM | Intr | Interest Fee | 09016851 | 06488572 | -2.72 | 1,342.31 |

## ASA-96

| Date/Time | Type | Description | Acct | Ref | Amount | Balance |
|---|---|---|---|---|---|---|
| 1/11/06 9:03 PM | PnL | Profit/Loss of Trade | 09016854 | 06498572 | 13.00 | 1,355.31 |
| 1/11/06 9:03 PM | PnL | Profit/Loss of Trade | 09016854 | 06487063 | 12.00 | 1,367.12 |
| 1/12/06 9:28 AM | PnL | Profit/Loss of Trade | 09016854 | 06513030 | -23.00 | 1,344.35 |
| 1/12/06 5:07 PM | Intr | Interest Fee | 09016854 | 06366922 | -0.79 | 1,343.56 |
| 1/20/06 5:07 PM | Intr | Interest Fee | 09016854 | 06508325 | -0.68 | 1,342.86 |
| 1/13/06 12:48 PM | PnL | Profit/Loss of Trade | 09016854 | 05508325 | -3.00 | 1,339.76 |
| 1/16/06 5:10 PM | Intr | Interest Fee | 09016854 | 06524411 | -0.68 | 1,338.37 |
| 1/16/06 5:10 PM | Intr | Interest Fee | 09016854 | 06366922 | -0.76 | 1,338.12 |
| 1/17/06 5:16 PM | Intr | Interest Fee | 09016854 | 06531188 | -0.68 | 1,337.68 |
| 1/17/06 5:18 PM | Intr | Interest Fee | 09016854 | 06366922 | -0.79 | 1,306.98 |
| 1/17/06 5:16 PM | Intr | Interest Fee | 09016854 | 06524411 | -0.68 | 1,336.20 |
| 1/18/06 5:19 PM | Intr | Interest Fee | 09016854 | 06366922 | -2.37 | 1,333.88 |
| 1/18/06 5:19 PM | Intr | Interest Fee | 09016854 | 06524411 | -2.04 | 1,331.84 |
| 1/18/06 5:19 PM | Intr | Interest Fee | 09016854 | 06531188 | -0.68 | 1,329.97 |
| 1/18/06 5:11 PM | Intr | Interest Fee | 09016854 | 06524411 | -0.68 | 1,329.00 |
| 1/19/06 5:11 PM | Intr | Interest Fee | 09016854 | 06531188 | -0.79 | 1,328.44 |
| 1/19/06 5:11 PM | Intr | Interest Fee | 09016854 | 06366922 | -0.79 | 1,328.16 |
| 1/20/06 5:13 PM | Intr | Interest Fee | 09016854 | 06524411 | -0.68 | 1,327.68 |
| 1/20/06 5:13 PM | Intr | Interest Fee | 09016854 | 06531188 | -0.68 | 1,326.98 |
| 1/20/06 5:13 PM | Intr | Interest Fee | 09016854 | 06366922 | -0.79 | 1,326.28 |
| 1/22/06 7:43 PM | PnL | Profit/Loss of Trade | 09016854 | 06531188 | 119.00 | 1,325.45 |
| 1/22/06 7:45 PM | PnL | Profit/Loss of Trade | 09016854 | 06524411 | 88.00 | 1,444.40 |
| 1/22/06 7:59 PM | Tx | Transfer fund between acct#03016854 and acct#03009777 | 09016854 | | -500.00 | 1,532.42 |
| | | | | | | 1,032.47 |
| 1/22/06 10:05 PM | PnL | Profit/Loss of Trade | 09016854 | 06563943 | 14.00 | 1,046.47 |
| 1/23/06 5:08 PM | Intr | Interest Fee | 09016854 | 06366922 | -0.79 | 1,045.68 |
| 1/24/06 5:08 PM | Intr | Interest Fee | 09016854 | 06366922 | -0.70 | 1,044.98 |
| 1/25/06 5:19 PM | Intr | Interest Fee | 09016854 | 06366922 | -2.37 | 1,042.61 |
| 1/26/06 5:08 PM | Intr | Interest Fee | 09016854 | 06366535 | -0.68 | 1,042.68 |
| 1/26/06 5:06 PM | Intr | Interest Fee | 09016854 | 06508210 | -0.79 | 1,041.88 |
| 1/26/06 5:06 PM | Intr | Interest Fee | 09016854 | 06566210 | -0.68 | 1,041.10 |
| 1/27/06 5:11 PM | Intr | Interest Fee | 09016854 | 06590698 | -0.68 | 1,040.37 |
| 1/27/06 5:11 PM | Intr | Interest Fee | 09016854 | 06366922 | -0.68 | 1,039.69 |
| 1/27/06 5:11 PM | Intr | Interest Fee | 09016854 | 06366922 | -0.79 | 1,039.01 |
| 1/27/06 5:11 PM | Intr | Interest Fee | 09016854 | 06590598 | -0.68 | 1,038.22 |
| 1/30/06 5:18 PM | Intr | Interest Fee | 09016854 | 06566210 | -0.68 | 1,037.54 |
| 1/30/06 5:18 PM | Intr | Interest Fee | 09016854 | 06366922 | -0.68 | 1,036.96 |
| 1/30/06 5:18 PM | Intr | Interest Fee | 09016854 | 06366535 | -0.79 | 1,036.16 |
| 1/31/08 2:32 PM | PnL | Profit/Loss of Trade | 09016854 | 06612888 | -14.00 | 1,035.39 |
| 1/31/06 5:22 PM | Intr | Interest Fee | 09016854 | 06366922 | -0.79 | 1,034.71 |
| 1/31/06 5:22 PM | Intr | Interest Fee | 09016854 | 06566210 | -0.68 | 1,020.79 |
| 1/31/06 5:22 PM | Intr | Interest Fee | 09016854 | 06366922 | -0.68 | 1,019.92 |
| 1/31/06 5:22 PM | Intr | Interest Fee | 09016854 | 06586535 | -0.68 | 1,019.24 |
| 2/1/06 5:07 PM | Intr | Interest Fee | 09016854 | 06599598 | -2.04 | 1,018.56 |
| 2/1/06 5:07 PM | Intr | Interest Fee | 09016854 | 06366922 | -2.37 | 1,017.88 |
| | | | | | | 1,017.68 |
| | | | | | | 1,015.84 |
| | | | | | | 1,013.47 |

# ASA-97

| Date/Time | Type | Description | Acct 1 | Acct 2 | Amount | Balance |
|---|---|---|---|---|---|---|
| 2/1/06 5:07 PM | Intr | Interest Fee | 09016554 | 06599598 | -2.04 | 1,011.43 |
| 2/1/06 5:07 PM | Intr | Interest Fee | 09016054 | 06566210 | -2.04 | 1,009.39 |
| 2/2/06 5:07 PM | Intr | Interest Fee | 09016854 | 06586535 | -0.76 | 1,008.65 |
| 2/2/06 5:07 PM | Intr | Interest Fee | 09016854 | 06599598 | -0.76 | 1,007.86 |
| 2/2/06 5:07 PM | Intr | Interest Fee | 09016654 | 06566210 | -0.76 | 1,007.11 |
| 2/2/06 5:07 PM | Intr | Interest Fee | 00016654 | 08366922 | -0.87 | 1,006.24 |
| 2/3/06 9:03 AM | PnL | Profit/Loss of Trade | 09016654 | 06599598 | -127.00 | 879.24 |
| 2/3/06 5:15 PM | Intr | Interest Fee | 09016054 | 06566210 | -0.76 | 878.48 |
| 2/3/06 5:15 PM | Intr | Interest Fee | 09016654 | 06586535 | -0.76 | 877.72 |
| 2/3/06 5:15 PM | Intr | Interest Fee | 09016554 | 08366922 | -0.87 | 876.85 |
| 2/5/06 10:35 PM | PnL | Profit/Loss of Trade | 00016654 | 08561210 | -193.00 | 683.85 |
| 2/6/06 5:14 PM | Intr | Interest Fee | 09016854 | 06586535 | -0.76 | 683.09 |
| 2/6/06 5:14 PM | Intr | Interest Fee | 09016554 | 08366922 | -0.87 | 682.22 |
| 2/6/06 7:01 PM | PnL | Profit/Loss of Trade | 09016654 | 06586535 | -298.00 | 384.22 |
| 2/7/06 1:41 AM | PnL | Profit/Loss of Trade | 09016654 | 08366922 | -31.96 | 352.26 |
| 2/14/06 8:30 AM | PnL | Profit/Loss of Trade | 09016654 | 06860049 | -28.00 | 324.26 |
| 2/14/06 10:54 AM | PnL | Profit/Loss of Trade | 09016654 | 06930823 | -5.00 | 319.26 |
| 2/14/06 5:19 PM | Intr | Interest Fee | 09016554 | 06679918 | -0.11 | 319.15 |
| 2/14/06 5:19 PM | Intr | Interest Fee | 09016654 | 06860772 | -0.76 | 318.39 |
| 2/14/06 5:19 PM | Intr | Interest Fee | 09018654 | 06861440 | -0.11 | 318.28 |
| 2/14/06 6:17 PM | PnL | Profit/Loss of Trade | 09016654 | 06861440 | 67.00 | 385.28 |
| 2/15/06 5:35 AM | PnL | Profit/Loss of Trade | 09016654 | 06679918 | 11.00 | 396.28 |
| 2/15/06 6:25 AM | PnL | Profit/Loss of Trade | 09016654 | 06861185 | 9.00 | 405.28 |
| 2/15/06 5:16 PM | Intr | Interest Fee | 09016654 | 06860772 | -3.04 | 402.24 |
| 2/15/06 5:18 PM | Intr | Interest Fee | 09016654 | 06860538 | -0.44 | 401.80 |
| 2/16/06 5:10 PM | Intr | Interest Fee | 09016554 | 06860772 | -0.76 | 401.04 |
| 2/16/06 5:10 PM | Intr | Interest Fee | 09016854 | 06888538 | -0.11 | 400.93 |
| 2/20/06 5:07 PM | Intr | Interest Fee | 09016854 | 06860772 | -0.76 | 400.17 |
| 2/20/06 5:07 PM | Intr | Interest Fee | 00016654 | 06860538 | -0.11 | 400.06 |
| 2/21/06 5:16 PM | Intr | Interest Fee | 09016554 | 06860538 | -0.11 | 399.95 |
| 2/21/06 5:16 PM | Intr | Interest Fee | 09016654 | 06860772 | -0.76 | 399.19 |
| 2/22/06 5:10 PM | Intr | Interest Fee | 09016654 | 06860772 | -2.26 | 396.91 |
| 2/22/06 5:10 PM | Intr | Interest Fee | 09016654 | 06566538 | -0.33 | 396.58 |
| 2/23/06 5:08 PM | Intr | Interest Fee | 09016854 | 06860772 | -0.76 | 395.82 |
| 2/23/06 5:08 PM | Intr | Interest Fee | 0/016654 | 06860538 | -0.11 | 395.71 |
| 2/23/06 6:26 PM | Tx | Transfer fund between acc#09009977 enc acc#06016654 | 09016554 | 06860538 | 100.00 | 495.71 |
| 2/24/06 5:11 PM | Intr | Interest Fee | 09016554 | 06860772 | -0.76 | 494.95 |
| 2/24/06 5:11 PM | Intr | Interest Fee | 09016654 | 06888538 | -0.11 | 494.84 |
| 2/24/06 5:11 PM | Intr | Interest Fee | 09016654 | 06730923 | -1.04 | 493.80 |
| 2/27/06 5:19 PM | Intr | Interest Fee | 09016654 | 06860772 | -0.76 | 493.04 |
| 2/27/06 5:19 PM | Intr | Interest Fee | 09016854 | 06888538 | -0.11 | 492.93 |
| 2/27/06 5:19 PM | Intr | Interest Fee | 08016554 | 06730923 | -1.04 | 491.89 |
| 2/28/06 6:38 AM | PnL | Profit/Loss of Trade | 09016554 | 06840772 | -19.00 | 472.89 |
| 2/28/06 5:15 PM | Intr | Interest Fee | 69016554 | 06730923 | -1.04 | 471.65 |
| 2/28/06 5:15 PM | Intr | Interest Fee | 09016554 | 06888538 | -0.11 | 471.74 |

# ASA-98

| Date/Time | Type | Description | Acct | Acct | Amount | Balance |
|---|---|---|---|---|---|---|
| 3/1/05 10:06 AM | PnL | Profit/Loss of Trade | 03016654 | 08730923 | 0.00 | 471.74 |
| 3/1/05 5:12 PM | Intr | Interest Fee | 09016654 | 06686538 | -0.33 | 471.41 |
| 3/2/05 5:17 PM | Intr | Interest Fee | 09016654 | 06686538 | -0.11 | 471.30 |
| 3/3/05 5:12 PM | Intr | Interest Fee | 05016654 | 06889558 | -0.11 | 471.19 |
| 3/3/05 5:12 PM | Intr | Interest Fee | 08016654 | 06769831 | -0.76 | 470.43 |
| 3/5/06 6:13 PM | PnL | Profit/Loss of Trade | 09016654 | 06769831 | 42.00 | 512.49 |
| 3/6/06 5:14 PM | Intr | Interest Fee | 09016654 | 06686538 | -0.11 | 512.38 |
| 3/6/06 5:14 PM | Intr | Interest Fee | 09016654 | 06775183 | -1.04 | 511.28 |
| 3/7/06 8:06 AM | PnL | Profit/Loss of Trade | 09016654 | 06775183 | +154.57 | 356.71 |
| 3/7/06 9:07 AM | PnL | Profit/Loss of Trade | 09016854 | 06686538 | 57.00 | 413.71 |
| 3/14/06 8:21 AM | PnL | Profit/Loss of Trade | 09016654 | 06815681 | 5.00 | 418.71 |
| 3/14/06 5:14 PM | Intr | Interest Fee | 09016654 | 06817326 | -0.67 | 418.03 |
| 3/15/06 12:35 PM | PnL | Profit/Loss of Trade | 03016654 | 06817326 | 54.00 | 472.00 |
| 3/16/06 8:33 AM | PnL | Profit/Loss of Trade | 08016654 | 06826154 | 24.00 | 496.00 |
| 3/18/06 9:58 AM | PnL | Profit/Loss of Trade | 09016654 | 06822347 | 25.00 | 521.00 |
| 3/18/06 10:08 AM | PnL | Profit/Loss of Trade | 05016654 | 06830937 | 21.00 | 542.00 |
| 3/18/06 10:09 PM | PnL | Profit/Loss of Trade | 03016654 | 06834450 | 0.00 | 542.00 |
| 3/21/06 3:32 PM | Tx | Transfer fund between acc#09016654 and acc#09008777 | 09016854 | | -540.00 | 2.00 |

**Total:** 2.04

## ACCOUNT SUMMARY

| | | Amount |
|---|---|---|
| | Beginning Balance | 0.00 |
| Comm | Trading Commission | 0.00 |
| Intr | Interest Fee | -181.62 |
| PnL | Profit/Loss of Trade | 196.32 |
| Depos | Deposit | 1,000.00 |
| Wthd | Withdrawal | 0.00 |
| Tx | Funds transfer | -1,012.66 |
| Option | Options Payout | 0.00 |
| Comm | Options Commission | 0.00 |
| WthdFee | Withdrawal Fee | 0.00 |
| MngFee | Management Fee | 0.00 |
| PerFee | Performance Fee | 0.00 |
| Void | Deposit Rollback | 0.00 |
| | Ending Balance | 2.04 |
| | Floating P/L | 0.00 |
| | Equity | 2.04 |
| | Necessary Margin | 0.00 |
| | Usable Margin | 2.04 |

Notes:

Under normal market conditions, the FCM's prices are 1 to 2 pips above interbank market rates of which up to 0.50 pip may be rebated to the introducer(s) of the account. FXCM 32 Old Slip 10m Fl. New York, NY 10005

# ASA-99

| Date/Time | Type | Description | Account | Ref Acct | Amount | Balance |
|---|---|---|---|---|---|---|
| 2/1/06 5:07 PM | Intr | Interest Fee | 09018854 | 06589598 | -2.04 | 1,011.43 |
| 2/1/06 5:07 PM | Intr | Interest Fee | 09016854 | 06562210 | -2.04 | 1,009.39 |
| 2/2/06 5:07 PM | Intr | Interest Fee | 09016854 | 06585535 | -0.76 | 1,008.63 |
| 2/2/06 5:07 PM | Intr | Interest Fee | 09016854 | 05509596 | -0.76 | 1,007.87 |
| 2/2/06 5:07 PM | Intr | Interest Fee | 09016854 | 05598210 | -0.87 | 1,007.11 |
| 2/2/06 6:07 PM | Intr | Interest Fee | 09016854 | 00360922 | -0.87 | 1,006.24 |
| 2/3/06 9:03 AM | Intr | Profit/Loss of Trade | 09016854 | 06589598 | -127.00 | 879.24 |
| 2/3/06 5:15 PM | Intr | Interest Fee | 09016854 | 06562210 | -0.78 | 878.46 |
| 2/3/06 5:15 PM | Intr | Interest Fee | 09016854 | 06585535 | -0.78 | 877.68 |
| 2/3/06 5:15 PM | Intr | Interest Fee | 09018854 | 06306922 | -0.87 | 876.81 |
| 2/5/06 10:35 PM | PnL | Profit/Loss of Trade | 09018654 | 06562210 | -193.00 | 683.81 |
| 2/6/06 5:14 PM | Intr | Interest Fee | 09016854 | 06585535 | -0.76 | 683.05 |
| 2/6/06 5:14 PM | Intr | Interest Fee | 09016854 | 06306922 | -0.87 | 682.22 |
| 2/6/06 7:01 PM | PnL | Profit/Loss of Trade | 09015854 | 06598535 | -298.00 | 384.22 |
| 2/7/06 1:41 AM | PnL | Profit/Loss of Trade | 09016854 | 00356922 | -31.99 | 352.23 |
| 2/7/06 6:30 AM | PnL | Profit/Loss of Trade | 09018854 | 06600048 | -28.00 | 324.40 |
| 2/14/06 10:54 AM | PnL | Profit/Loss of Trade | 09016854 | 06680623 | -5.00 | 319.40 |
| 2/14/06 5:19 PM | Intr | Interest Fee | 09016854 | 06579918 | -0.11 | 319.29 |
| 2/14/06 5:19 PM | Intr | Interest Fee | 09016854 | 06680772 | -0.78 | 318.51 |
| 2/14/06 5:19 PM | Intr | Interest Fee | 09016854 | 06651440 | -0.11 | 318.24 |
| 2/14/06 6:17 PM | PnL | Profit/Loss of Trade | 09018854 | 06681440 | 67.00 | 385.24 |
| 2/15/06 5:35 AM | PnL | Profit/Loss of Trade | 09016854 | 06079918 | 11.00 | 396.24 |
| 2/15/06 6:25 AM | PnL | Profit/Loss of Trade | 09018854 | 06686185 | 9.00 | 405.24 |
| 2/15/06 5:18 PM | Intr | Interest Fee | 09018854 | 06680772 | -3.04 | 402.21 |
| 2/15/06 5:18 PM | Intr | Interest Fee | 09016854 | 06686538 | -0.44 | 401.43 |
| 2/16/06 5:10 PM | Intr | Interest Fee | 09016854 | 06680772 | -0.76 | 401.32 |
| 2/19/06 5:10 PM | Intr | Interest Fee | 09016854 | 06686536 | -0.11 | 400.56 |
| 2/20/06 5:07 PM | Intr | Interest Fee | 09016854 | 06680772 | -0.76 | 400.45 |
| 2/20/06 5:07 PM | Intr | Interest Fee | 09016854 | 06686538 | -0.11 | 399.69 |
| 2/21/06 5:18 PM | Intr | Interest Fee | 09018854 | 06686538 | -0.11 | 399.58 |
| 2/21/06 5:18 PM | Intr | Interest Fee | 09016854 | 05880772 | -0.78 | 309.16 |
| 2/22/06 5:10 PM | Intr | Interest Fee | 09016854 | 06580772 | -2.28 | 396.55 |
| 2/22/06 5:10 PM | Intr | Interest Fee | 09018854 | 06586538 | -0.33 | 396.56 |
| 2/23/06 5:08 PM | Intr | Interest Fee | 09018854 | 06680772 | -0.76 | 395.56 |
| 2/23/06 5:08 PM | Intr | Interest Fee | 09018854 | 06686538 | -0.11 | 395.23 |
| 2/23/06 8:29 PM | Tx | Transfer fund between acct#09009777 and acct#09016854 | 09018854 | | 100.00 | 495.3 |
| 2/24/06 5:11 PM | Intr | Interest Fee | 09018854 | 06680772 | -0.76 | 494.58 |
| 2/24/06 5:11 PM | Intr | Interest Fee | 09016854 | 06686538 | -0.11 | 494.46 |
| 2/24/06 5:11 PM | Intr | Interest Fee | 09016854 | 06730923 | -1.04 | 493.80 |
| 2/27/06 5:19 PM | Intr | Interest Fee | 09018854 | 06680772 | -0.78 | 493.04 |
| 2/27/06 5:19 PM | Intr | Interest Fee | 09016854 | 06686538 | -0.11 | 492.53 |
| 2/27/06 5:19 PM | Intr | Interest Fee | 09016854 | 06730923 | -1.04 | 491.89 |
| 2/28/06 8:38 AM | PnL | Profit/Loss of Trade | 08018854 | 06680772 | -19.00 | 472.89 |
| 2/28/06 5:15 PM | Intr | Interest Fee | 09018854 | 06730923 | -1.04 | 471.85 |
| 2/28/06 5:15 PM | Intr | Interest Fee | 09018854 | 06608533 | -0.11 | 471.74 |

# ASA-100

| Date/Time | Type | Description | Account | Ref | Amount | Balance |
|---|---|---|---|---|---|---|
| 3/1/06 10:06 AM | PnL | Profit/Loss of Trade | 08730923 | 09018054 | 0.00 | 471.74 |
| 3/1/06 5:12 PM | Intr | Interest Fee | 08686538 | 09018054 | -0.33 | 471.41 |
| 3/2/06 5:17 PM | Intr | Interest Fee | 08686538 | 09018054 | -0.11 | 471.30 |
| 3/3/06 5:12 PM | Intr | Interest Fee | 08686538 | 09018054 | -0.11 | 471.19 |
| 3/3/06 5:12 PM | Intr | Interest Fee | 08766831 | 09018054 | -0.76 | 470.97 |
| 3/5/06 6:13 PM | PnL | Profit/Loss of Trade | 08766831 | 09018054 | 42.00 | 512.07 |
| 3/6/06 5:14 PM | Intr | Interest Fee | 08686538 | 09018054 | -0.11 | 512.08 |
| 3/6/06 5:14 PM | intr | Interest Fee | 08775183 | 09018054 | -1.04 | 511.97 |
| 3/7/06 9:06 AM | PnL | Profit/Loss of Trade | 08775183 | 09018054 | -154.57 | 356.51 |
| 3/7/06 9:07 AM | PnL | Profit/Loss of Trade | 08686538 | 09018054 | 57.00 | 413.08 |
| 3/14/08 8:21 AM | PnL | Profit/Loss of Trade | 08815681 | 09018054 | 5.00 | 418.08 |
| 3/14/06 5:14 PM | Intr | Interest Fee | 08817328 | 09018054 | -0.67 | 418.58 |
| 3/15/06 12:35 PM | PnL | Profit/Loss of Trade | 08817328 | 09018054 | 54.00 | 472.58 |
| 3/16/06 8:33 AM | PnL | Profit/Loss of Trade | 08828154 | 09018054 | 24.00 | 498.58 |
| 3/16/09 9:58 AM | PnL | Profit/Loss of Trade | 08823247 | 09018054 | 25.00 | 521.58 |
| 3/16/06 10:08 AM | PnL | Profit/Loss of Trade | 08830937 | 09018054 | 21.00 | 542.58 |
| 3/16/06 10:09 PM | PnL | Profit/Loss of Trade | 08834450 | 09018054 | 0.00 | 542.58 |
| 3/21/06 3:32 PM | Tx | Transfer fund between acct#09018054 and acct#09000777 | | | -540.00 | 2.... |

**Total:** 2.04

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| | Beginning Balance | 0.00 |
| Comm | Trading Commission | 0.00 |
| Intr | Interest Fee | -181.62 |
| PnL | Profit/Loss of Trade | 198.32 |
| Depos | Deposit | 1,000.00 |
| Wdrwl | Withdrawal | 0.00 |
| Tx | Funds transfer | -1,012.86 |
| Option | Options Payout | 0.00 |
| Comm | Options Commission | 0.00 |
| WdrlFee | Withdrawal Fee | 0.00 |
| MngFee | Management Fee | 0.00 |
| PerfFee | Performance Fee | 0.00 |
| Void | Deposit Rollback | 0.00 |
| | Ending Balance | 2.04 |
| | Floating P/L | 0.00 |
| | **Equity** | **2.04** |
| | Necessary Margin | 0.00 |
| | Usable Margin | 2.04 |

Notes:

Under normal market conditions, the FCM's prices are 1 to 2 pips above interbank market rates, of which up to 0.50 pip may be rebated to the introducing broker(s) of the account. FXCM 32 Old Slip 10th Fl, New York, NY 10005.

# ASA-101

THE UNIVERSAL HOUSE OF JUSTICE

October 1985

To the Peoples of the World

The Great Peace towards which people of goodwill throughout the centuries have inclined their hearts, of which seers and poets for countless generations have expressed their vision, and for which from age to age the sacred scriptures of mankind have constantly held the promise, is now at long last within the reach of the nations. For the first time in history it is possible for everyone to view the entire planet, with all its myriad diversified peoples, in one perspective. World peace is not only possible but inevitable. It is the next stage in the evolution of this planet—in the words of one great thinker, "the planetization of mankind."

Whether peace is to be reached only after unimaginable horrors precipitated by humanity's stubborn clinging to old patterns of behavior, or is to be embraced now by an act of consultative will, is the choice before all who inhabit the earth. At this critical juncture when the intractable problems confronting nations have been fused into one common concern for the whole world, failure to stem the tide of conflict and disorder would be unconscionably irresponsible.

Among the favorable signs are the steadily growing strength of the steps towards world order taken initially near the beginning of this century in the creation of the League of Nations, succeeded by the more broadly based United Nations Organization; the achievement since the Second World War of independence by the majority of all the nations on earth, indicating the completion of the process of nation building, and the involvement of these fledgling nations with older ones in matters of mutual concern; the consequent vast increase in cooperation among hitherto isolated and antagonistic peoples and groups in international undertakings in the scientific, educational, legal, economic and cultural fields; the rise in recent decades of an unprecedented number of international humanitarian organizations; the spread of women's and youth movements calling for an end to war; and the spontaneous spawning of widening networks of ordinary people seeking understanding through personal communication.

The scientific and technological advances occurring in this unusually blessed century portend a great surge forward in the social evolution of the planet, and indicate the means by which the practical problems of humanity may be solved. They provide, indeed, the very means for the administration of the complex life of a united world. Yet barriers persist. Doubts, misconceptions, prejudices, suspicions and narrow self-interest beset nations and peoples in their relations one to another.

It is out of a deep sense of spiritual and moral duty that we are impelled at this opportune moment to invite your attention to the penetrating insights first communicated to the rulers of mankind more than a century ago by Bahá'u'lláh, Founder of the Bahá'í Faith, of which we are the Trustees.

"The winds of despair," Bahá'u'lláh wrote, "are, alas, blowing from every direction, and the strife that divides and afflicts the human race is daily increasing. The signs of impending convulsions and chaos can now be discerned, inasmuch as the prevailing order appears to be lamentably defective." This prophetic judgment has been amply confirmed by the common experience of humanity. Flaws in the prevailing order are conspicuous in the inability of sovereign states organized as United Nations to exorcise the specter of war, the threatened collapse of the international economic order, the spread of anarchy and terrorism, and the intense suffering which these and other afflictions are causing to increasing millions. Indeed, so much have aggression and conflict come to characterize our social, economic and religious systems, that many have succumbed to the view that such behavior is intrinsic to human nature and therefore ineradicable.

# ASA-102

With the entrenchment of this view, a paralyzing contradiction has developed in human affairs. On the one hand, people of all nations proclaim not only their readiness but their longing for peace and harmony, for an end to the harrowing apprehensions tormenting their daily lives. On the other, uncritical assent is given to the proposition that human beings are incorrigibly selfish and aggressive and thus incapable of erecting a social system at once progressive and peaceful, dynamic and harmonious, a system giving free play to individual creativity and initiative but based on cooperation and reciprocity.

As the need for peace becomes more urgent, this fundamental contradiction, which hinders its realization, demands a reassessment of the assumptions upon which the commonly held view of mankind's historical predicament is based. Dispassionately examined, the evidence reveals that such conduct, far from expressing man's true self, represents a distortion of the human spirit. Satisfaction on this point will enable all people to set in motion constructive social forces which, because they are consistent with human nature, will encourage harmony and cooperation instead of war and conflict.

To choose such a course is not to deny humanity's past but to understand it. The Bahá'í Faith regards the current world confusion and calamitous condition in human affairs as a natural phase in an organic process leading ultimately and irresistibly to the unification of the human race in a single social order whose boundaries are those of the planet. The human race, as a distinct, organic unit, has passed through evolutionary stages analogous to the stages of infancy and childhood in the lives of its individual members, and is now in the culminating period of its turbulent adolescence approaching its long-awaited coming of age.

A candid acknowledgement that prejudice, war and exploitation have been the expression of immature stages in a vast historical process and that the human race is today experiencing the unavoidable tumult which marks its collective coming of age is not a reason for despair but a prerequisite to undertaking the stupendous enterprise of building a peaceful world. That such an enterprise is possible, that the necessary constructive forces do exist, that unifying social structures can be erected, is the theme we urge you to examine.

Whatever suffering and turmoil the years immediately ahead may hold, however dark the immediate circumstances, the Bahá'í community believes that humanity can confront this supreme trial with confidence in its ultimate outcome. Far from signalizing the end of civilization, the convulsive changes towards which humanity is being ever more rapidly impelled will serve to release the "potentialities inherent in the station of man" and reveal "the full measure of his destiny on earth, the innate excellence of his reality."

## I

The endowments which distinguish the human race from all other forms of life are summed up in what is known as the human spirit; the mind is its essential quality. These endowments have enabled humanity to build civilizations and to prosper materially. But such accomplishments alone have never satisfied the human spirit, whose mysterious nature inclines it towards transcendence, a reaching towards an invisible realm, towards the ultimate reality, that unknowable essence of essences called God. The religions brought to mankind by a succession of spiritual luminaries have been the primary link between humanity and that ultimate reality, and have galvanized and refined mankind's capacity to achieve spiritual success together with social progress.

No serious attempt to set human affairs aright, to achieve world peace, can ignore religion. Man's perception and practice of it are largely the stuff of history. An eminent historian described religion as a "faculty of human nature." That the perversion of this faculty has contributed to much of the confusion in society and the conflicts in and between individuals can hardly be denied. But neither can any fair-minded observer discount the preponderating influence exerted by

# ASA-103

religion on the vital expressions of civilization. Furthermore, its indispensability to social order has repeatedly been demonstrated by its direct effect on laws and morality.

Writing of religion as a social force, Bahá'u'lláh said: "Religion is the greatest of all means for the establishment of order in the world and for the peaceful contentment of all that dwell therein." Referring to the eclipse or corruption of religion, he wrote: "Should the lamp of religion be obscured, chaos and confusion will ensue, and the lights of fairness, of justice, of tranquillity and peace cease to shine." In an enumeration of such consequences the Bahá'í writings point out that the "perversion of human nature, the degradation of human conduct, the corruption and dissolution of human institutions, reveal themselves, under such circumstances, in their worst and most revolting aspects. Human character is debased, confidence is shaken, the nerves of discipline are relaxed, the voice of human conscience is stilled, the sense of decency and shame is obscured, conceptions of duty, of solidarity, of reciprocity and loyalty are distorted, and the very feeling of peacefulness, of joy and of hope is gradually extinguished."

If, therefore, humanity has come to a point of paralyzing conflict it must look to itself, to its own negligence, to the siren voices to which it has listened, for the source of the misunderstandings and confusion perpetrated in the name of religion. Those who have held blindly and selfishly to their particular orthodoxies, who have imposed on their votaries erroneous and conflicting interpretations of the pronouncements of the Prophets of God, bear heavy responsibility for this confusion—a confusion compounded by the artificial barriers erected between faith and reason, science and religion. For from a fair-minded examination of the actual utterances of the Founders of the great religions, and of the social milieus in which they were obliged to carry out their missions, there is nothing to support the contentions and prejudices deranging the religious communities of mankind and therefore all human affairs.

The teaching that we should treat others as we ourselves would wish to be treated, an ethic variously repeated in all the great religions, lends force to this latter observation in two particular respects: it sums up the moral attitude, the peace-inducing aspect, extending through these religions irrespective of their place or time of origin; it also signifies an aspect of unity which is their essential virtue, a virtue mankind in its disjointed view of history has failed to appreciate.

Had humanity seen the Educators of its collective childhood in their true character, as agents of one civilizing process, it would no doubt have reaped incalculably greater benefits from the cumulative effects of their successive missions. This, alas, it failed to do.

The resurgence of fanatical religious fervor occurring in many lands cannot be regarded as more than a dying convulsion. The very nature of the violent and disruptive phenomena associated with it testifies to the spiritual bankruptcy it represents. Indeed, one of the strangest and saddest features of the current outbreak of religious fanaticism is the extent to which, in each case, it is undermining not only the spiritual values which are conducive to the unity of mankind but also those unique moral victories won by the particular religion it purports to serve.

However vital a force religion has been in the history of mankind, and however dramatic the current resurgence of militant religious fanaticism, religion and religious institutions have, for many decades, been viewed by increasing numbers of people as irrelevant to the major concerns of the modern world. In its place they have turned either to the hedonistic pursuit of material satisfactions or to the following of man-made ideologies designed to rescue society from the evident evils under which it groans. All too many of these ideologies, alas, instead of embracing the concept of the oneness of mankind and promoting the increase of concord among different peoples, have tended to deify the state, to subordinate the rest of mankind to one nation, race or class, to attempt to suppress all discussion and interchange of ideas, or to callously abandon starving millions to the operations of a market system that all too clearly is aggravating the plight of the majority of mankind, while enabling small sections to live in a condition of affluence scarcely dreamed of by our forebears.

# ASA-104

How tragic is the record of the substitute faiths that the worldly-wise of our age have created. In the massive disillusionment of entire populations who have been taught to worship at their altars can be read history's irreversible verdict on their value. The fruits these doctrines have produced, after decades of an increasingly unrestrained exercise of power by those who owe their ascendancy in human affairs to them, are the social and economic ills that blight every region of our world in the closing years of the twentieth century. Underlying all these outward afflictions is the spiritual damage reflected in the apathy that has gripped the mass of the peoples of all nations and by the extinction of hope in the hearts of deprived and anguished millions.

The time has come when those who preach the dogmas of materialism, whether of the east or the west, whether of capitalism or socialism, must give account of the moral stewardship they have presumed to exercise. Where is the "new world" promised by these ideologies? Where is the international peace to whose ideals they proclaim their devotion? Where are the breakthroughs into new realms of cultural achievement produced by the aggrandizement of this race, of that nation or of a particular class? Why is the vast majority of the world's peoples sinking ever deeper into hunger and wretchedness when wealth on a scale undreamed of by the Pharaohs, the Caesars, or even the imperialist powers of the nineteenth century is at the disposal of the present arbiters of human affairs?

Most particularly, it is in the glorification of material pursuits, at once the progenitor and common feature of all such ideologies, that we find the roots which nourish the falsehood that human beings are incorrigibly selfish and aggressive. It is here that the ground must be cleared for the building of a new world fit for our descendants.

That materialistic ideals have, in the light of experience, failed to satisfy the needs of mankind calls for an honest acknowledgement that a fresh effort must now be made to find the solutions to the agonizing problems of the planet. The intolerable conditions pervading society bespeak a common failure of all, a circumstance which tends to incite rather than relieve the entrenchment on every side. Clearly, a common remedial effort is urgently required. It is primarily a matter of attitude. Will humanity continue in its waywardness, holding to outworn concepts and unworkable assumptions? Or will its leaders, regardless of ideology, step forth and, with a resolute will, consult together in a united search for appropriate solutions?

Those who care for the future of the human race may well ponder this advice. "If long-cherished ideals and time-honored institutions, if certain social assumptions and religious formulae have ceased to promote the welfare of the generality of mankind, if they no longer minister to the needs of a continually evolving humanity, let them be swept away and relegated to the limbo of obsolescent and forgotten doctrines. Why should these, in a world subject to the immutable law of change and decay, be exempt from the deterioration that must needs overtake every human institution? For legal standards, political and economic theories are solely designed to safeguard the interests of humanity as a whole, and not humanity to be crucified for the preservation of the integrity of any particular law or doctrine."

## II

Banning nuclear weapons, prohibiting the use of poison gases, or outlawing germ warfare will not remove the root causes of war. However important such practical measures obviously are as elements of the peace process, they are in themselves too superficial to exert enduring influence. Peoples are ingenious enough to invent yet other forms of warfare, and to use food, raw materials, finance, industrial power, ideology, and terrorism to subvert one another in an endless quest for supremacy and dominion. Nor can the present massive dislocation in the affairs of humanity be resolved through the settlement of specific conflicts or disagreements among nations. A genuine universal framework must be adopted.

Certainly, there is no lack of recognition by national leaders of the worldwide character of the problem, which is self-evident in the mounting issues that confront them daily. And there are the

# ASA-105

accumulating studies and solutions proposed by many concerned and enlightened groups as well as by agencies of the United Nations, to remove any possibility of ignorance as to the challenging requirements to be met. There is, however, a paralysis of will; and it is this that must be carefully examined and resolutely dealt with. This paralysis is rooted, as we have stated, in a deep-seated conviction of the inevitable quarrelsomeness of mankind, which has led to the reluctance to entertain the possibility of subordinating national self-interest to the requirements of world order, and in an unwillingness to face courageously the far-reaching implications of establishing a united world authority. It is also traceable to the incapacity of largely ignorant and subjugated masses to articulate their desire for a new order in which they can live in peace, harmony and prosperity with all humanity.

The tentative steps towards world order, especially since World War II, give hopeful signs. The increasing tendency of groups of nations to formalize relationships which enable them to cooperate in matters of mutual interest suggests that eventually all nations could overcome this paralysis. The Association of South East Asian Nations, the Caribbean Community and Common Market, the Central American Common Market, the Council for Mutual Economic Assistance, the European Communities, the League of Arab States, the Organization of African Unity, the Organization of American States, the South Pacific Forum—all the joint endeavors represented by such organizations prepare the path to world order.

The increasing attention being focused on some of the most deep-rooted problems of the planet is yet another hopeful sign. Despite the obvious shortcomings of the United Nations, the more than two score declarations and conventions adopted by that organization, even where governments have not been enthusiastic in their commitment, have given ordinary people a sense of a new lease on life. The Universal Declaration of Human Rights, the Convention on the Prevention and Punishment of the Crime of Genocide, and the similar measures concerned with eliminating all forms of discrimination based on race, sex or religious belief; upholding the rights of the child; protecting all persons against being subjected to torture; eradicating hunger and malnutrition; using scientific and technological progress in the interest of peace and the benefit of mankind—all such measures, if courageously enforced and expanded, will advance the day when the specter of war will have lost its power to dominate international relations. There is no need to stress the significance of the issues addressed by these declarations and conventions. However, a few such issues, because of their immediate relevance to establishing world peace, deserve additional comment.

Racism, one of the most baneful and persistent evils, is a major barrier to peace. Its practice perpetrates too outrageous a violation of the dignity of human beings to be countenanced under any pretext. Racism retards the unfoldment of the boundless potentialities of its victims, corrupts its perpetrators, and blights human progress. Recognition of the oneness of mankind, implemented by appropriate legal measures, must be universally upheld if this problem is to be overcome.

The inordinate disparity between rich and poor, a source of acute suffering, keeps the world in a state of instability, virtually on the brink of war. Few societies have dealt effectively with this situation. The solution calls for the combined application of spiritual, moral and practical approaches. A fresh look at the problem is required, entailing consultation with experts from a wide spectrum of disciplines, devoid of economic and ideological polemics, and involving the people directly affected in the decisions that must urgently be made. It is an issue that is bound up not only with the necessity for eliminating extremes of wealth and poverty but also with those spiritual verities the understanding of which can produce a new universal attitude. Fostering such an attitude is itself a major part of the solution.

Unbridled nationalism, as distinguished from a sane and legitimate patriotism, must give way to a wider loyalty, to the love of humanity as a whole. Bahá'u'lláh's statement is: "The earth is but one country, and mankind its citizens." The concept of world citizenship is a direct result of the contraction of the world into a single neighborhood through scientific advances and of the indisputable interdependence of nations. Love of all the world's peoples does not exclude love of

# ASA-106

one's country. The advantage of the part in a world society is best served by promoting the advantage of the whole. Current international activities in various fields which nurture mutual affection and a sense of solidarity among peoples need greatly to be increased.

Religious strife, throughout history, has been the cause of innumerable wars and conflicts, a major blight to progress, and is increasingly abhorrent to the people of all faiths and no faith. Followers of all religions must be willing to face the basic questions which this strife raises, and to arrive at clear answers. How are the differences between them to be resolved, both in theory and in practice? The challenge facing the religious leaders of mankind is to contemplate, with hearts filled with the spirit of compassion and a desire for truth, the plight of humanity, and to ask themselves whether they cannot, in humility before their Almighty Creator, submerge their theological differences in a great spirit of mutual forbearance that will enable them to work together for the advancement of human understanding and peace.

The emancipation of women, the achievement of full equality between the sexes, is one of the most important, though less acknowledged prerequisites of peace. The denial of such equality perpetrates an injustice against one half of the world's population and promotes in men harmful attitudes and habits that are carried from the family to the workplace, to political life, and ultimately to international relations. There are no grounds, moral, practical, or biological, upon which such denial can be justified. Only as women are welcomed into full partnership in all fields of human endeavor will the moral and psychological climate be created in which international peace can emerge.

The cause of universal education, which has already enlisted in its service an army of dedicated people from every faith and nation, deserves the utmost support that the governments of the world can lend it. For ignorance is indisputably the principal reason for the decline and fall of peoples and the perpetuation of prejudice. No nation can achieve success unless education is accorded all its citizens. Lack of resources limits the ability of many nations to fulfill this necessity, imposing a certain ordering of priorities. The decision-making agencies involved would do well to consider giving first priority to the education of women and girls, since it is through educated mothers that the benefits of knowledge can be most effectively and rapidly diffused throughout society. In keeping with the requirements of the times, consideration should also be given to teaching the concept of world citizenship as part of the standard education of every child.

A fundamental lack of communication between peoples seriously undermines efforts towards world peace. Adopting an international auxiliary language would go far to resolve this problem and necessitates the most urgent attention.

Two points bear emphasizing in all these issues. One is that the abolition of war is not simply a matter of signing treaties and protocols; it is a complex task requiring a new level of commitment to resolving issues not customarily associated with the pursuit of peace. Based on political agreements alone, the idea of collective security is a chimera. The other point is that the primary challenge in dealing with issues of peace is to raise the context to the level of principle, as distinct from pure pragmatism. For, in essence, peace stems from an inner state supported by a spiritual or moral attitude, and it is chiefly in evoking this attitude that the possibility of enduring solutions can be found.

There are spiritual principles, or what some call human values, by which solutions can be found for every social problem. Any well-intentioned group can in a general sense devise practical solutions to its problems, but good intentions and practical knowledge are usually not enough. The essential merit of spiritual principle is that it not only presents a perspective which harmonizes with that which is immanent in human nature, it also induces an attitude, a dynamic, a will, an aspiration, which facilitate the discovery and implementation of practical measures. Leaders of governments and all in authority would be well served in their efforts to solve problems if they would first seek to identify the principles involved and then be guided by them.

# ASA-107

<center>III</center>

The primary question to be resolved is how the present world, with its entrenched pattern of conflict, can change to a world in which harmony and cooperation will prevail.

World order can be founded only on an unshakable consciousness of the oneness of mankind, a spiritual truth which all the human sciences confirm. Anthropology, physiology, psychology, recognize only one human species, albeit infinitely varied in the secondary aspects of life. Recognition of this truth requires abandonment of prejudice—prejudice of every kind—race, class, color, creed, nation, sex, degree of material civilization, everything which enables people to consider themselves superior to others.

Acceptance of the oneness of mankind is the first fundamental prerequisite for reorganization and administration of the world as one country, the home of humankind. Universal acceptance of this spiritual principle is essential to any successful attempt to establish world peace. It should therefore be universally proclaimed, taught in schools, and constantly asserted in every nation as preparation for the organic change in the structure of society which it implies.

In the Bahá'í view, recognition of the oneness of mankind "calls for no less than the reconstruction and the demilitarization of the whole civilized world—a world organically unified in all the essential aspects of its life, its political machinery, its spiritual aspiration, its trade and finance, its script and language, and yet infinite in the diversity of the national characteristics of its federated units."

Elaborating the implications of this pivotal principle, Shoghi Effendi, the Guardian of the Bahá'í Faith, commented in 1931 that: "Far from aiming at the subversion of the existing foundations of society, it seeks to broaden its basis, to remold its institutions in a manner consonant with the needs of an ever-changing world. It can conflict with no legitimate allegiances, nor can it undermine essential loyalties. Its purpose is neither to stifle the flame of a sane and intelligent patriotism in men's hearts, nor to abolish the system of national autonomy so essential if the evils of excessive centralization are to be avoided. It does not ignore, nor does it attempt to suppress, the diversity of ethnical origins, of climate, of history, of language and tradition, of thought and habit, that differentiate the peoples and nations of the world. It calls for a wider loyalty, for a larger aspiration than any that has animated the human race. It insists upon the subordination of national impulses and interests to the imperative claims of a unified world. It repudiates excessive centralization on one hand, and disclaims all attempts at uniformity on the other. Its watchword is unity in diversity."

The achievement of such ends requires several stages in the adjustment of national political attitudes, which now verge on anarchy in the absence of clearly defined laws or universally accepted and enforceable principles regulating the relationships between nations. The League of Nations, the United Nations, and the many organizations and agreements produced by them have unquestionably been helpful in attenuating some of the negative effects of international conflicts, but they have shown themselves incapable of preventing war. Indeed, there have been scores of wars since the end of the Second World War; many are yet raging.

The predominant aspects of this problem had already emerged in the nineteenth century when Bahá'u'lláh first advanced his proposals for the establishment of world peace. The principle of collective security was propounded by him in statements addressed to the rulers of the world. Shoghi Effendi commented on his meaning: "What else could these weighty words signify," he wrote, "if they did not point to the inevitable curtailment of unfettered national sovereignty as an indispensable preliminary to the formation of the future Commonwealth of all the nations of the world? Some form of a world superstate must needs be evolved, in whose favor all the nations of the world will have willingly ceded every claim to make war, certain rights to impose taxation and all rights to maintain armaments, except for purposes of maintaining internal order within their respective dominions. Such a state will have to include within its orbit an international executive

# ASA-108

adequate to enforce supreme and unchallengeable authority on every recalcitrant member of the commonwealth; a world parliament whose members shall be elected by the people in their respective countries and whose election shall be confirmed by their respective governments; and a supreme tribunal whose judgment will have a binding effect even in such cases where the parties concerned did not voluntarily agree to submit their case to its consideration.

"… A world community in which all economic barriers will have been permanently demolished and the interdependence of Capital and Labor definitely recognized; in which the clamor of religious fanaticism and strife will have been forever stilled; in which the flame of racial animosity will have been finally extinguished; in which a single code of international law—the product of the considered judgment of the world's federated representatives—shall have as its sanction the instant and coercive intervention of the combined forces of the federated units; and finally a world community in which the fury of a capricious and militant nationalism will have been transmuted into an abiding consciousness of world citizenship—such indeed, appears, in its broadest outline, the Order anticipated by Bahá'u'lláh, an Order that shall come to be regarded as the fairest fruit of a slowly maturing age."

The implementation of these far-reaching measures was indicated by Bahá'u'lláh: "The time must come when the imperative necessity for the holding of a vast, an all-embracing assemblage of men will be universally realized. The rulers and kings of the earth must needs attend it, and, participating in its deliberations, must consider such ways and means as will lay the foundations of the world's Great Peace amongst men."

The courage, the resolution, the pure motive, the selfless love of one people for another—all the spiritual and moral qualities required for effecting this momentous step towards peace are focused on the will to act. And it is towards arousing the necessary volition that earnest consideration must be given to the reality of man, namely, his thought. To understand the relevance of this potent reality is also to appreciate the social necessity of actualizing its unique value through candid, dispassionate and cordial consultation, and of acting upon the results of this process. Bahá'u'lláh insistently drew attention to the virtues and indispensability of consultation for ordering human affairs. He said: "Consultation bestows greater awareness and transmutes conjecture into certitude. It is a shining light which, in a dark world, leads the way and guides. For everything there is and will continue to be a station of perfection and maturity. The maturity of the gift of understanding is made manifest through consultation." The very attempt to achieve peace through the consultative action he proposed can release such a salutary spirit among the peoples of the earth that no power could resist the final, triumphal outcome.

Concerning the proceedings for this world gathering, 'Abdu'l-Bahá, the son of Bahá'u'lláh and authorized interpreter of his teachings, offered these insights: "They must make the Cause of Peace the object of general consultation, and seek by every means in their power to establish a Union of the nations of the world. They must conclude a binding treaty and establish a covenant, the provisions of which shall be sound, inviolable and definite. They must proclaim it to all the world and obtain for it the sanction of all the human race. This supreme and noble undertaking—the real source of the peace and well-being of all the world—should be regarded as sacred by all that dwell on earth. All the forces of humanity must be mobilized to ensure the stability and permanence of this Most Great Covenant. In this all-embracing Pact the limits and frontiers of each and every nation should be clearly fixed, the principles underlying the relations of governments towards one another definitely laid down, and all international agreements and obligations ascertained. In like manner, the size of the armaments of every government should be strictly limited, for if the preparations for war and the military forces of any nation should be allowed to increase, they will arouse the suspicion of others. The fundamental principle underlying this solemn Pact should be so fixed that if any government later violate any one of its provisions, all the governments on earth should arise to reduce it to utter submission, nay the human race as a whole should resolve, with every power at its disposal, to destroy that

government. Should this greatest of all remedies be applied to the sick body of the world, it will assuredly recover from its ills and will remain eternally safe and secure."

The holding of this mighty convocation is long overdue.

With all the ardor of our hearts, we appeal to the leaders of all nations to seize this opportune moment and take irreversible steps to convoke this world meeting. All the forces of history impel the human race towards this act which will mark for all time the dawn of its long-awaited maturity.

Will not the United Nations, with the full support of its membership, rise to the high purposes of such a crowning event?

Let men and women, youth and children everywhere recognize the eternal merit of this imperative action for all peoples and lift up their voices in willing assent. Indeed, let it be this generation that inaugurates this glorious stage in the evolution of social life on the planet.

IV

The source of the optimism we feel is a vision transcending the cessation of war and the creation of agencies of international cooperation. Permanent peace among nations is an essential stage, but not, Bahá'u'lláh asserts, the ultimate goal of the social development of humanity. Beyond the initial armistice forced upon the world by the fear of nuclear holocaust, beyond the political peace reluctantly entered into by suspicious rival nations, beyond pragmatic arrangements for security and coexistence, beyond even the many experiments in cooperation which these steps will make possible lies the crowning goal: the unification of all the peoples of the world in one universal family.

Disunity is a danger that the nations and peoples of the earth can no longer endure; the consequences are too terrible to contemplate, too obvious to require any demonstration. "The well-being of mankind," Bahá'u'lláh wrote more than a century ago, "its peace and security, are unattainable unless and until its unity is firmly established." In observing that "mankind is groaning, is dying to be led to unity, and to terminate its agelong martyrdom," Shoghi Effendi further commented that: "Unification of the whole of mankind is the hallmark of the stage which human society is now approaching. Unity of family, of tribe, of city-state, and nation have been successively attempted and fully established. World unity is the goal towards which a harassed humanity is striving. Nation-building has come to an end. The anarchy inherent in state sovereignty is moving towards a climax. A world, growing to maturity, must abandon this fetish, recognize the oneness and wholeness of human relationships, and establish once for all the machinery that can best incarnate this fundamental principle of its life."

All contemporary forces of change validate this view. The proofs can be discerned in the many examples already cited of the favorable signs towards world peace in current international movements and developments. The army of men and women, drawn from virtually every culture, race and nation on earth, who serve the multifarious agencies of the United Nations, represent a planetary "civil service" whose impressive accomplishments are indicative of the degree of cooperation that can be attained even under discouraging conditions. An urge towards unity, like a spiritual springtime, struggles to express itself through countless international congresses that bring together people from a vast array of disciplines. It motivates appeals for international projects involving children and youth. Indeed, it is the real source of the remarkable movement towards ecumenism by which members of historically antagonistic religions and sects seem irresistibly drawn towards one another. Together with the opposing tendency to warfare and self-aggrandizement against which it ceaselessly struggles, the drive towards world unity is one of the dominant, pervasive features of life on the planet during the closing years of the twentieth century.

# ASA-110

The experience of the Bahá'í community may be seen as an example of this enlarging unity. It is a community of some three to four million people drawn from many nations, cultures, classes and creeds, engaged in a wide range of activities serving the spiritual, social and economic needs of the peoples of many lands. It is a single social organism, representative of the diversity of the human family, conducting its affairs through a system of commonly accepted consultative principles, and cherishing equally all the great outpourings of divine guidance in human history. Its existence is yet another convincing proof of the practicality of its Founder's vision of a united world, another evidence that humanity can live as one global society, equal to whatever challenges its coming of age may entail. If the Bahá'í experience can contribute in whatever measure to reinforcing hope in the unity of the human race, we are happy to offer it as a model for study.

In contemplating the supreme importance of the task now challenging the entire world, we bow our heads in humility before the awesome majesty of the divine Creator, who out of His infinite love has created all humanity from the same stock; exalted the gemlike reality of man; honored it with intellect and wisdom, nobility and immortality; and conferred upon man the "unique distinction and capacity to know Him and to love Him," a capacity that "must needs be regarded as the generating impulse and the primary purpose underlying the whole of creation."

We hold firmly the conviction that all human beings have been created "to carry forward an ever-advancing civilization"; that "to act like the beasts of the field is unworthy of man"; that the virtues that befit human dignity are trustworthiness, forbearance, mercy, compassion and loving-kindness towards all peoples. We reaffirm the belief that the "potentialities inherent in the station of man, the full measure of his destiny on earth, the innate excellence of his reality, must all be manifested in this promised Day of God." These are the motivations for our unshakable faith that unity and peace are the attainable goal towards which humanity is striving.

At this writing, the expectant voices of Bahá'ís can be heard despite the persecution they still endure in the land in which their Faith was born. By their example of steadfast hope, they bear witness to the belief that the imminent realization of this age-old dream of peace is now, by virtue of the transforming effects of Bahá'u'lláh's revelation, invested with the force of divine authority. Thus we convey to you not only a vision in words: we summon the power of deeds of faith and sacrifice; we convey the anxious plea of our coreligionists everywhere for peace and unity. We join with all who are the victims of aggression, all who yearn for an end to conflict and contention, all whose devotion to principles of peace and world order promotes the ennobling purposes for which humanity was called into being by an all-loving Creator.

In the earnestness of our desire to impart to you the fervor of our hope and the depth of our confidence, we cite the emphatic promise of Bahá'u'lláh: "These fruitless strifes, these ruinous wars shall pass away, and the 'Most Great Peace' shall come."

[signed: The Universal House of Justice]

This document has been downloaded from the Bahá'í Reference Library. You are free to use its content subject to the terms of use found at www.bahai.org/legal



## ASA-112



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SOHEIL ZAERPOUR & THE PEOPLE OF THE UNITED STATES, <br><br>            Plaintiffs, <br><br>     v. <br><br> JP MORGAN CHASE BANK, BANK OF AMERICA, UBS, CREDIT SUISSE, CITIBANK, HSBC, GOLDMAN SACHS, DEUTSCHE BANK, ROYAL BANK OF SCOTLAND, ET AL., <br><br>           Defendants. | Case No. 1:21-cv-09680-JPC-JLC <br><br> **DECLARATION OF ANDREW A. RUFFINO** |

ANDREW A. RUFFINO declares pursuant to 28 U.S.C. § 1746:

1.      My firm is counsel to defendant Citibank, N.A. in this action.  I submit this declaration in order to put documents before the Court in connection with defendants' joint motion to dismiss plaintiff's Complaint.  This declaration is based on my personal knowledge, information, and belief, and on documents in the possession of my firm.

2.      Attached hereto are true and correct copies of the following documents:

| Exhibit # | Date | Description |
|---|---|---|
| 1. | 10/8/13 | Complaint in *Soheil Zaerpour v. Federal Bureau of Investigation*, D.N.J. Civil Action No. 13-6073 (ES) (JAD) |
| 2. | 11/14/06 | Soheil Zaerpour, "Warning: You Are About to Enter the 4th Dimension of Your Life (A conspiracy that has been mathematically demonstrated)," PRWeb (Nov. 14, 2006), *available at* https://www.prweb.com/releases/world/peace/prweb449517.htm |
| 3. | 7/23/14 | Report & Recommendation in *Soheil Zaerpour v. Federal Bureau of Investigation*, D.N.J. Civil Action No. 13-6073 (ES) (JAD) |

1

# ASA-114

| Exhibit # | Date | Description |
|-----------|------|-------------|
| 4. | 8/11/14 | Letter Order in *Soheil Zaerpour v. Federal Bureau of Investigation*, D.N.J. Civil Action No. 13-6073 (ES) (JAD) |

I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 10, 2022 at Summit, New Jersey

<u>s/ Andrew A. Ruffino</u>

# EXHIBIT 1

1    **Soheil Zaerpour, Pro Se**
2    **16 C Thornton Place**
3    **Clifton, New Jersey 07012**
4    **Telephone: (646) 712-3172**
5    **Email: soheil.zaerpour@njwg.cap.gov**

6

7

8                    # UNITED STATES DISTRICT COURT

9                                **for the**

10                            **District of New Jersey**

11

12

13    **Soheil Zaerpour,**          Civil Action No. $13-6073\,(ES)$

14                                   (Violations of the U.S. Constitution Amendment
15                  **Plaintiff,**   I, IV & XIV; 42 U.S.C. § 1983, 1985; 15 U.S.C.
16              -vs-                  § 1-7)

17    **Federal Bureau of Investigation,**

18                  **Defendant.**   **COMPLAINT AND DEMAND FOR JURY**
19                                   **TRIAL**

20

21

22

23                            **I. INTRODUCTION**

24          This complaint seeks to remedy the Federal Bureau of Investigation's failure to act after receiving
25    proof of a major crime, including illegal surveillance of the Plaintiff's online communications, illegal
26    access to his FOREX transactions and manipulation of the global FOREX market in reverse accordingly.

27          The proof of these allegations is in the Plaintiff's legal account statements produced by two
28    independent financial brokers in New York which state factually the time of purchase of the commodity;
29    the market price at that time and the type of transaction (i.e. "buy" or "sell").

30          Simply explained, the market at large was doing the opposite of the Plaintiff's actions - all the
31    time, without discontinuity. The causality between the recorded Plaintiff's actions and the market at large
32    is indisputable, mathematically speaking, where there should be none if there was no conspiracy.

1    The statistical probability that FOREX at large would mirror in reverse the Plaintiff's trades -
2  without a causality relationship between the Plaintiff's own trades and FOREX - is low; the probability is
3  may be less than 0.00000000000000000000000000000000000000001% or to paraphrase it is like
4  guessing all the lottery numbers correctly and continuously. This can be done for one person only.

5    Plaintiff started trading the financial markets professionally in 2002. Plaintiff's damage in terms
6  of lost opportunity (i.e. Opportunity Cost) due to the F.B.I.'s non-action is estimated at over $ 10 trillion.

7

8                                    **II. PARTIES**

9    The Federal Bureau of Investigation (F.B.I.) is a governmental agency belonging to the United
10  States Department of Justice that serves as a federal criminal investigative body.

11    The F.B.I.'s mission and priorities as per its website at http://www.fbi.gov are:

12    1.  Protect the United States from terrorist attacks;

13    2.  Protect the United States against foreign intelligence operations and espionage;

14    3.  Protect the United States against cyber-based attacks and high-technology crimes;

15    4.  Combat public corruption at all levels;

16    5.  Protect civil rights;

17    6.  Combat transnational/national criminal organizations and enterprises;

18    7.  Combat major white-collar crime;

19    8.  Combat significant violent crime.

20

21    The F.B.I. is known to have conspired against the people of the United States in the past (e.g.
22  COINTELPRO among others.)

23    Presently, the Plaintiff is a current U.S. Private Pilot studying in Caldwell/N.J. towards an
24  Instrument rating (with G-1000). The Plaintiff has obtained a Master of Science degree from Iowa State
25  University, in Iowa (U.S.A.) as an Exchange Student in 1993 and a Bachelor degree in Economics from
26  the University of Lausanne in Switzerland in 1989 (& a Baccalaureate degree in Math and Sciences in
27  Pully, Switzerland in 1986). The Plaintiff has participated in the start-up of a biomedical software
28  company with 3 Swiss Medical Doctors between 1997 and 2000 before emigrating.

29    The Plaintiff has obtained several securities licenses from the financial industry in New York,
30  between 2000 and 2001, and a "General Securities Principal" which qualifies individuals to manage or
31  supervise the member's investment banking or securities business for corporate securities, direct
32  participation programs, and investment company products/variable contracts. The Plaintiff was recruited
33  by Investec Bank in 2001 (who also sponsored his H-1B visa). Plaintiff has a clean record as attested by
34  his C.R.D. (Central Registry Depository) record.

2

# ASA-118

1      In 2002, Plaintiff participated in a global FOREX (Foreign Exchange) real-time trading Contest
2 for one full year and obtained the best results three times among all participants with a R.O.I. (Return on
3 Investment) of 30% per month on average; based on six hundred trades in all types of market conditions
4 and thanks to the Plaintiff's expertise of the FOREX market and economics, the proper use of leverage
5 and novel risk management techniques.

6      Plaintiff has worked as an Independent Financial Trader from 2002 until 2012. Plaintiff has
7 successfully developed computer algorithm programs to trade the financial markets automatically by use
8 of Artificial Neural Networks and other sophisticated computer programs for back-testing but has
9 refrained from investing real-money since his trades are illegally monitored, as proven by his real-money
10 accounts; and the fact that the F.B.I. refuses him the protection under the law he is entitled to.

11      Plaintiff has been a volunteer-Teacher in Finance and Entrepreneurship from 2002 until 2006 and
12 a volunteer-Editor from 2006 until now; with over twenty thousand academic edits and has contributed to
13 create the equivalent of a reference book on the economy. Plaintiff has been invited by the University of
14 Oxford to take part in an International Conference in Egypt, with all expenses paid by the University of
15 Oxford itself.

16      Plaintiff has been a volunteer-Finance Officer with the Civil Air Patrol in New Jersey (i.e. the
17 United States Air Force Official Auxiliary) since 2008 and a Mission Scanner since 2013 with the grade
18 of First Lieutenant.

19      Plaintiff is fluent in English, French and Persian and has a good working knowledge of German.
20 Plaintiff is a U.S. citizen. Plaintiff practices several sports on a regular basis and is in good health as per
21 his aviation medical certificate. The Plaintiff is a very peaceful citizen with no criminal record. Plaintiff
22 has no debt either.

23

24              **III. DEFINITIONS**

25      Several terms or expressions of particular importance will be repeated in the course of this
26 Complaint. These terms, as used in this Complaint, are defined or explained in the following paragraphs
27 so that they will be more readily understood in the text:
28
29      a. The **Foreign Exchange Market** (**FOREX** or **currency market**) is a global market for the
30 trading of currencies. The main participants in this market are the larger international banks. London is by
31 far the world's biggest market for foreign currency trading, with 41% of global turnover, according to the
32 Bank for International Settlements. New York has a 19% share, followed by Singapore, Tokyo and Hong
33 Kong. Switzerland accounts for 3.2% of foreign exchange trading. FOREX rates are unique globally since
34 any discrepancy would become a riskless arbitrage opportunity.
35
36      b. The **Opportunity Cost** is defined by the New Oxford American Dictionary as the loss of
37 potential gain from other alternatives when one alternative is chosen. Opportunity Cost is a key concept in
38 economics. In the context of this Complaint it refers to the difference between the real-time Contest and
39 the real-money account results.
40
41      c. **Instrument rating** refers to the qualifications that a pilot must have in order to fly under I.F.R.
42 (Instrument Flight Rules). It requires additional training and instruction beyond what is required for a

3

1 Private Pilot certificate or Commercial Pilot certificate, including rules and procedures specific to
2 instrument flying, additional instruction in meteorology, and more intensive training in flight solely by
3 reference to instruments.
4
5     d. **FINMA** is the Swiss government body responsible for financial regulation. This includes the
6 supervision of banks, insurance companies, stock exchanges and securities dealers as well as other
7 financial intermediaries in Switzerland.
8
9     e. The **London Interbank Offered Rate (L.I.B.O.R.)** is the average interest rate estimated by
10 leading banks in London that they would be charged if borrowing from other banks. At least \$350 trillion
11 in derivatives and other financial products are tied to the L.I.B.O.R.

12     f. The **Central Registration Depository (C.R.D.)** is a database of financial firms and individuals
13 maintained by the United States Financial Industry Regulatory Authority.

14     g. **COINTELPRO** was a series of covert, and at times illegal, projects conducted by the Federal
15 Bureau of Investigation aimed at surveying, infiltrating, discrediting, and disrupting domestic political
16 organizations.

17

18                       **IV. JURIDICTION AND VENUE**

19     This Court has jurisdiction over this matter because the Defendant is a Federal Agency of the
20 United States Government and also because the Plaintiff is a citizen of the United States, Switzerland and
21 Iran.

22     Venue is proper because the cause of action stated herein arose in this judicial district. Venue is
23 further proper in this Court because:

24         a. The Defendant resides in Essex County in New Jersey.

25         b. The Plaintiff resides in the county of Passaic in New Jersey.

26

27                       **V. STATUTORY BACKGROUND**

28     The Equal Protection Clause of the 14th amendment of the U.S. Constitution prohibits states from
29 denying any person within its jurisdiction the equal protection of the laws.

30     The U.S. Bill of Rights of the U.S. Constitution protects freedom of speech and religion, and
31 guarantees due process.

32     The U.S. Constitution and U.S. Civil Code allow a citizen to sue the government in court in case
33 of deprivation of civil rights by any government agency or group of persons in the U.S. government.

34     The U.S. Constitution and civil laws forbids the invasion of privacy, illegal access to financial
35 records, illegal surveillance of U.S. citizens, illegal monitoring of their communications.

4

# ASA-120

1         According to the U.S. anti-trust law, it is illegal for any cartel to control the financial markets or
2   other market in the United States.

3         Because FOREX is used in U.S. derivatives markets, an attempt to manipulate FOREX is also an
4   attempt to manipulate the U.S. derivatives markets, and thus a violation of American law.

5         Since obligations and other financial products often use FOREX as a reference rate, the
6   manipulation of submissions used to calculate those rates can have significant negative effects on
7   consumers and financial stock and bond markets worldwide, as in the case of the L.I.B.O.R. manipulation
8   involving several major international banks.

9         In 2013, the Swiss authority FINMA in conjunction with the British authorities has launched a
10   probe regarding alleged manipulation of FOREX by several major international banks, including UBS.

11

12                                    **VI. FACTS**

13         The F.B.I. has been given undisputable statistical evidence and legal proof through account
14   statements by the Plaintiff since 2005; and legal account statements by two independent Financial
15   Institutions in New York of a major crime; but has refused to investigate or arrest the people who are
16   responsible for it.

17         This crime affects indirectly the citizens of the United States through FOREX. The Plaintiff has
18   provided the F.B.I. with indisputable and verifiable statistical proof of the crime against Plaintiff. The
19   F.B.I. has had no comment or question regarding the allegations since 2006. The Defendant is neither
20   disputing the evidence nor asking for more explanation from the Plaintiff. The Plaintiff has exhausted all
21   administrative venues for a dispute resolution as stated hereafter.

22         Plaintiff has contacted the Southern District Attorney's Office in Manhattan and the F.B.I. in
23   New York in 2005 by registered mail and phone, without any written response or investigation.

24         Plaintiff has contacted the Inspector General of the U.S. Department of Justice and the Inspection
25   Division of the F.B.I. in Washington D.C. in 2005 by mail and phone, since the F.B.I. New York field
26   office was not taking action.

27         The Inspection Division of the F.B.I. in Washington D.C. has told the Plaintiff by phone that it
28   has requested the New York - F.B.I. to review the case and open an investigation. Plaintiff has been told
29   that the New York - F.B.I. has refused to do so. Later, the Plaintiff has been told by the F.B.I. that the
30   person in charge of the dossier at the Inspection Division has left the F.B.I.

31         The F.B.I. in New Jersey has received the complaint and the account statements of the Plaintiff
32   with explanations by registered mail in May 2011. The F.B.I. has not responded at to the Plaintiff nor has
33   taken any action.

34         The F.B.I. has stated initially in 2005 by phone to the Plaintiff that an investigation could take "6
35   months or more…possibly years depending on the case". To date, Plaintiff assumes that absolutely
36   nothing has been done to identify or arrest these criminals.

1    This crime involves the manipulation of the FOREX market which has a daily turnover of over 5
2    trillion U.S. dollars according to the Bank of International Settlements. Plaintiff states that FOREX has
3    been manipulated against him individually, daily for 10 years, to block his progress.

4    According to a survey by EUROMONEY, the biggest FOREX dealers are UBS, Deutsche Bank,
5    Citigroup, Barclays, HSBC, JP Morgan, Royal Bank of Scotland and Credit Suisse.

6    UBS paid a record $1 billion in December 2012 to settle allegations that it manipulated
7    L.I.B.O.R. Two of the Swiss-based bank's former traders face charges brought by the U.S. Department of
8    Justice over L.I.B.O.R. manipulation. According to the Wall Street Journal, Tom Hayes, one of the
9    traders, is expected to indicate a plea to separate British charges at a court hearing later this month.

10

11                         **VII. FIRST CAUSE OF ACTION**

12                        (Equal protection under the law)

13    The Equal Protection Clause of the 14th amendment of the U.S. Constitution prohibits states from
14    denying any person within its jurisdiction the equal protection of the laws. Facts prove this has not been
15    the case.

16

17                        **VIII. SECOND CAUSE OF ACTION**

18                  (Depravation of rights and economic tort)

19    42 U.S.C. § 1983 stipulates that any citizen of the United States or other person within the
20    jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution
21    and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding
22    for redress. Facts stated above prove that this has been the case.

23

24                        **IX. THIRD CAUSE OF ACTION**

25                  (Conspiracy to interfere with civil rights)

26    According to 42 U.S.C. § 1985, conspiracy to interfere with civil rights occurs when two or more
27    persons in any State or Territory conspire, for the purpose of depriving, either directly or indirectly, any
28    person or class of persons of the equal protection of the laws, or of equal privileges and immunities under
29    the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory
30    from giving or securing to all persons within such State or Territory the equal protection of the laws.
31    Facts stated above prove this has been the case.

32

33

1                                   **X. PRAYER FOR RELIEF**

2          Pursuant to the First through the Second and Third Causes of Action, grant civil penalties

3 according to proof;

4          Plaintiff is entitled to relief from Defendant under the above facts.

5          Plaintiff requests the court to order an investigation. Wherefore, Plaintiff requests judgment

6 against Defendant for damages, together with attorney's fees, if applicable, cost of suit, and any other

7 relief as the court may deem proper.

8

9 Dated: October 8, 2013                            Respectfully Submitted,

10

11

12

13                                 Soheil Zaerpour

# EXHIBIT  2

LOGIN

CREATE A FREE ACCOUNT

**HOME**    **NEWS CENTER**    **BLOG**

Thursday, February 10, 2022

# Warning: You Are About to Enter the 4th Dimension of Your Life (A conspiracy that has been mathematically demonstrated)

## Share Article

    

This is the astounding story of a commodities trader of Iranian origin - Soheil Zaerpour - who has come to New York from Switzerland with the intention to initiate a movement toward world peace. He is the object of a conspiracy by the international bankers and other powerful actors who don't want him to succeed while trying to prevent him from promoting justice, world unity, security, and prosperity for all through a concrete plan which has been presented to 160 heads of state by the Baha'i international community since 1985.

**(PRWEB) NOVEMBER 14, 2006**

Montclair, New Jersey The following exceptional story has some elements of the movies "the Matrix", "Enemy of the State", "Conspiracy Theory", "the Pelican Brief" and "Wall Street"; yet this is the real story of a person whose life has been affected by this saga for more than 10 years. In fact, this true story resembles more "David and Goliath" or some chapters of the Book of Revelation than anything else.

This is the unique story of an individual who has been targeted in his personal life and more recently through his foreign exchange (forex) trading activity by a shadowy world power - the International Bankers - in order to prevent him from achieving this historic dream of World Peace and the ushering of this long awaited new era of world unity and reconciliation for all mankind.

His new homepage at: http://planforworldpeace.org references a weblog at the currency company Oanda that contains a chapter of his story, including the statistical evidence and facts reported in real-time of his trades for 6 months, coinciding with the market's continuous opposition. Incredibly, the market - with a volume of 2 trillion (2 thousand billion) U.S. dollars per day - is exactly mirroring his own trades in the opposite direction up to his margin calls and then reverses again each time, as he is being personally targeted by the international bankers. So much so, that he has been able to predict the Forex market with certainty and continuously for 4 years according to his own positions/trades.

At first, the reader who is not familiar with the global currency markets or with the world of high finance in general might find his story abstract, extraordinary and unbelievable but the irrefutable statistical proof

## ASA-125

Watching Your God about to Enter the 4th Dimension of your Life (as it has been mathematically demonstrated) has been provided in the open for 6 months for everyone to see the truth - see the attached files first (numbered 1 to 16), and the important evidence provided therein.

The first two questions one might ask in relation to this incredible story are: 1. "Can a Forex trader be targeted individually with two trillion dollars each day for four years in the currency markets to make him lose money and block his progress, after he has demonstrated his undeniable, consistent and uncommon ability to compound money in real-time during a global contest for one full year before trading with real money?" 2. "Can a person's ideas and actions be considered so important for the future of the world to deserve such unique treatment by its opponents?"

The following blog, to be read and researched with an open mind, contains the actions of that single trader in the world's financial markets, since he has been trading with his own money, reported in real-time, and who has been able to predict the market flawlessly based on his own trades, after he had discovered that he was surveilled and personally targeted by the secretive international banking establishment in Switzerland and beyond, each time when he trades with real money. This blog is also a brief recollection of the life of this person outside of Forex and his persecution before his immigration to the United States in 2000, including during his work as the Administrator of the ICRC in Geneva.

To the reader, this story provides the undeniable, material and scientific proof for six months, continually, in real-time, that the financial markets have been constantly manipulated, including its largest market, Forex. However, the part of this story that is truly mesmerizing is that it has been done with the sole intention to destroy ONE individual trader for 4 years - namely himself - so he could not reach his democratic plans relating to the establishment of World Peace. Because of the intrinsic and global nature of Forex, this story also provides evidence that there is a force that controls all the world's governments already.
###

---

Share article on social media or email:

    

View article via:

    **PDF**     **PRINT**

---

## Contact Author

**SOHEIL ZAERPOUR**

(646) 712-3172
Email >

---

**VISIT WEBSITE**

## Media

# ASA-126

Evidence no 5. - Account Statement for the ONLY LIVE GAME contest I participated in, anytime, anywhere.

Live May_2002 Contest Results. 1 month Return on Investment: 300%. This is a realtime fee based game Contest (not real money). I participated in this monthly global contest at MGForex for 1 year (13 X 1 month). Note: time stamps of my trades span across the New York, London and Japanese trade/timeline, because Forex is a GLOBAL 2 trillion dollars a day; 24 hours a day/6 days a week Interbank market with most of the volume (over 1 trillion dollar per day according the Bank of International Settlements "BIS" in Basel, Switzerland) concentrated on the Euro (the Eurodollar exchange rate or "EURUSD") and correlated major currencies (like the British Pound, Swiss Franc and Japanese Yen).


Evidence no 6. - Live Game Contest results in August 2002. (real-time but not real money) Live August_2002 Contest Results. An astonishing 1 month Return on Investment of 1500%!! This is a realtime game contest. I was intentionally** margin called because my broker didn't want me to win the first prize of 1000.- dollars in a live real money a/c. (**those rates were never reached by the Interbank market.) After I complained, my broker had to deposit the virtual amount lost ($53,657.-) back into my a/c. Initial amount in the a/c was 10K and NOT $51,654 as stated ($51,654 was the amount left in the a/c after the false margin call in the middle of the contest). Also ask yourself if ANYBODY comes to you with results like this, if they have the actual trade record to prove it over a long period of time (over 1 YEAR, like me) and if they had to prove their indentity before taking part in the realtime contest (like me). Otherwise it might just be a PARTIAL representation of the facts, like trading MULTIPLE accounts but only releasing ONE result, etc. In my case, MGForex verified/received my I.D. (they got a copy of my ppt) and I had to pay a fee through check deposit before taking part in the Contest (like for ALL other contestants at the BEGINNING of the game, as per their offical rules posted on their website at that time) because there was a REAL prize of $ 1000.- for the best trader at the end of each month. I say this because there are people out there with the intention to confuse and manipulate the "truth seeker" who wouldn't know about those important "details" (see Oanda's blog for examples). Last but not least, ask yourself WHY the person is NOT able to obtain the same results in his/her REAL MONEY account over a long period of time, if they trade DAILY (like me). I doubt they would have a story like mine WITH HARD EVIDENCE (like me) to backup any discrepency between realtime demo and realtime, real-money, results. In fact, people who follow ALL the rules explained above, and given my unique COMPREHENSIVE strategies, should have APPROXIMATELY THE SAME RESULTS in both cases over the SAME period of time (+1 YEAR), especially if you trade small amounts and if you do it SERIOUSLY, Professionally and FULL-TIME like I did with my style & unique/proprietary strategy, with over 600 (six hundred) trades (30-50 trades per month) in the real-time Contest WITHIN ONE YEAR of DAILY trading activity.


Evidence no 2. -My 7 reported market entries & market reversals and margin call at the end (real money accounts). Part of the six months realtime exposure on Oanda's public forum. 100% CAUSALITY RELATIONSHIP between my trades and the market at large, where there should be NONE (if there was no conspiracy). It has been like that for 4 years - CONTINOUSLY.

All market entries on this chart coincide EXACTLY with the FX market reversals including My Margin Call at the end. This during the 6 months of my real time reporting/exposure at Oanda of my live real money trades. I can sell in oversold situation, buy in oversold markets, or trade with the trend that the market reaction would be the SAME. This cannot be a coincidence in any way, statistically speaking, given it has been like that for 4 years continuously until June 2006 (date of my last post on Oanda.com). My opponents can modify at anytime what they will do in the future (i.e. in order to mislead the public or independent investigators or simply to make my Forex positions in the market/information ineffective, money wise, for any observer) but they cannot modify what has already happened until the present press document was released to the public on November 14, 2006, since day one of my first live trades in 2002 for 4 years continuously in all my real money accounts. This is VERIFIABLE material information and in March 2005, I have asked the Southern District Attorney's office in New York City (Mrs. Deirdre McEvoy, Assistant Attorney) to look into repeatedly; which they have refused to do, WITHOUT ANY EXPLANATIONS GIVEN. The FBI has also called me at the request of the DA's office around the same time (Mrs. Jennifer May, Officer/Agent) and the DoJ Inspector General in Washington DC after that (Mr. Glenn A. Fine) without ANY results for me or ANY credible/understandable reason given for their non-action. They have NEVER EVER questioned my allegations and/or evidence nor are they asking more evidence/documents from me. Most probably, the White House/DoJ/FBI are working against the U.S. Constitution and laws in this case and they are under the control of my opponents (i.e. the International Bankers) and they know that my evidence is indisputable. This is the ONLY plausible reason, given the

# ASA-127

(achieving your goal about RACE, gender, or 4D dimension of your life will not be automatically demonstrated)
material and verifiable facts/evidence as it has been reported to them (and given the fact that I am
INNOCENT of ANY crime). For info and separately from my case, the FBI in NYC investigated a case of
Forex fraud in 2002 for 2 years for what came out to be a much lesser crime committed by the some
relatively minor banking professionals (some traders in some major banks were manipulating the time
stamps on their trades, not the rates/markets themselves, to defraud their customers, which is "nothing"
in comparison to what is done against me here, in terms of amounts of money involved. Please refer to
the FBI press release made available online, around that time for more info). I have come to realize more
recently that I will not be able to work in any normal environment, anywhere, anytime in the future, in any
field because my FUNDAMENTAL rights to justice and protection under the law are not respected
(AGAINST the collective will of the American people), and the FBI/US "justice" department knows it and
supports it. In fact, it is a form of ASSASSINATION by the "satanists" who illegally/deceptively control the
economy and this country.



Evidence no 3. - British Pound chart with my entry and margin call before the +1800
points move (Real money account). Exposure of the events during 6 months at
Oanda's public forum.
Margin Call at 1.7250 exactly before the +1800 points move to 1.90 EXACTLY when I
decided not to hedge anymore my live account (because at some point you HAVE TO
assume risk to get any reward). Then, Margin Call at 1.8930 and again at 1.90 (not shown on the chart,
but reported in the Forum in real time) and reversal of the market at 1.90 exactly. Then, short again at
1.8890 and reversal of the market at that time EXACTLY, & back to ~1.9050 level, point at which I had to
close my shorts for risk of a margin call in my account (the market reacts the same way by reversing,
also in my a/c statement it is not labeled as a "margin call"). Then again, reversal of the market all the way
down to 1.82!! This is (only one sample of) what has happened to my trading activity alone for a few days
and it has been like that for 4 YEARS continuously. This is what is meant by "being individually targeted in
this 2 trillion dollars per day Forex market" and this CANNOT be sequences of coincidences or bad luck,
statistically/scientifically speaking (JUST IMPOSSIBLE). Incredible? BUT TRUE. For them, I AM THE ONE,
as testified by their own repeated and verifiable actions against me over many years (Whether they want
to admit it or not, their verifiable "ACTIONS speak louder than WORDS").

Evidence no 4. - British Pound chart - not depicted is one more margin calls with
exact reversal at 1.90 exactly and one more reversal after that. around 1.89 (real
money, online account)
Same as the other British Pound chart below, but showing a longer time frame. 2
weeks move outside of the 2 standard deviation "Bollinger bands". This is less than
5% probability by itself, mathematically speaking. Moreover, as described in the attached FAQ document,
manipulating the Forex market continuously as it has been shown in all the other Forex charts, CAN BE
DONE FOR ONE PERSON ONLY - ON EARTH (OUT OF ITS 6 BILLION INHABITANTS, including your
neigbor next door, all the Baha'is, the President of the United States, the Pope and the Rockefeller
Dynasty/family) simply because you have ONE global Interbank currency rate for any major currency pair.
You should ask yourself what I have that the other 6 billion people don't have. For one I am
INDEPENDENT from any organization, country, money, special interest groups, organized religion, media
and politics and I have no secret agenda and my opponents know they cannot control me to neutralize
this peace plan as they have done for EVERYONE else. This also proves that what I am doing for the
world is FEASIBLE AND VERY IMPORTANT in their views, otherwise they would not oppose me and this
plan in this way (as explained above). De facto, their opposition has worked until now. I have beared their
grave injustices almost IN SILENCE during the past 20 YEARS (injustices to the world and me, including
to the vast majority of the US citizens). At its core, this force that opposes me continuously/individually is
Evil in its essence and mode of action in the Biblical sense of the term, including (repeated)
lies/deceit/domination/envy/control/distortion of the facts and the truth/slander/manipulation/RACIAL,
NATIONAL, gender, social, religious DISCRIMINATIONS/injustices; supported by a controlled/paid media
that constantly feds/manipulates the general public with lies/distortion/distraction/censorship, and a
system/matrix run/controlled through special interests groups/corruption/FEAR/intimidation through
employment/blackmail/past politicians/national intelligence/social networks/professional
networks/religious networks/secret societies. This, in function of the situation or the event at hand, and
as a means to reach the endless goal of SUPREMACY OVER OTHERS. Democracy is increasingly being
replaced by a PLUTOCRACY run by a few immensely rich at the top & in charge, and acting behind the
scenes and in concert. It is/has become de facto a GLOBAL PYRAMIDAL CONTROL MECHANISM in its
organization and functioning, and directed by a diabolic PLAN for world domination (Symbolized by the
Pyramid on the one US dollar bill with an "all seeing eye" at the top, and with the words "New Order of the

World Peace (about ReliGiver, the 4th Dimension of Your Life Principles) (Already mathematically demonstrated) ages" at the bottom). The plan itself however is NOT AMERICAN and NOT CHRISTIAN. On the contrary, the Christians are to become SLAVES upon completion of this PLAN. It is a PEACEFUL/gradual/secret conquest of the world, principally through economic means and social engineering. I LOVE America and do not want to see the world (America included) being destroyed like that.

Document no. 8 - Promise of World Peace
"Released in October 1985, on the eve of the United Nations International Year of Peace, this statement of the Universal House of Justice , the international governing council of the Bahá'í Faith and its international community, was addressed "To the Peoples of the World." Presented to over 160 heads of state and government over the past 10 years, it outlines the major prerequisites for, as well as the obstacles working against, the establishment of world peace." Source: www.bahai.org (I have distributed this document to all economic and political representatives in Switzerland and abroad since 1988 until today, including the President of the United States, Bill Clinton in Washington DC, in 2000). My support for this plan and my relentless actions for its immediate IMPLEMENTATION are some of the reasons why I have been continuously persecuted and smeared/ostracized since 1989, date I finished college in Lausanne, Switzerland (among other reasons stemming directly from defending economic, social and international justice, truth, world unity, peace, and fight against poverty & corruption, continuously and uncompromisingly), because I want to see the recommendations explained in this document come to pass in a democratic, peaceful and open manner, because I strongly believe it is in the profound interest of mankind as a whole, including all the citizens of the United States. This document's recommendations, if applied, will undoubtedly HEAL and change the WORLD ORDER profoundly and for the better, and some very powerful people behind the scenes, like the International Bankers, do NOT want that to happen at any cost (UNLESS it falls under their satanic control), as explained in the attached FAQ file below, because of the gigantic amount of MONEY (in trillions of dollars) and power they think they will lose, if this happens and if the (artificial/fabricated) wars/divisions are all ended and the 500 billion dollars per year in drug trafficking/profiteering and the global trillion dollar a year arms dealing are ended as well (run by the Military/Industrial Complex and the Swiss banks). This will happen, eventually, according to the Baha'i message. The central question is HOW? Through a courageous world political LEADERSHIP, consultative will and voluntarily, OR after more sufferings/punishments/devastating wars/ catastrophes for all humanity. This is free choice. Please see "The Money Masters" video on Google for more information on this subject (Weblink given on my homepage at Geocities). They say "divide to conquer" and that's exactly what they do to ALL of you. This situation leads to mutilated children/soldiers in all conflicting areas and counted as "collateral damage" because of wars and other miseries like extreme poverty/hunger/death/loneliness, etc. (and the process where humans become dehumanized and progressively desensitize to the suffering of others). Nevertheless, the Bible predicts that peace will prevail on earth at the end: "The Mountain of the Lord: 1. This is what Isaiah son of Amoz saw concerning Judah and Jerusalem: 2. In the last days the mountain of the LORD's temple will be established as chief among the mountains; it will be raised above the hills, and all nations will stream to it. 3. Many peoples will come and say, "Come, let us go up to the mountain of the LORD, to the house of the God of Jacob. He will teach us his ways, so that we may walk in his paths." The law will go out from Zion, the word of the LORD from Jerusalem. 4. He will judge between the nations and will settle disputes for many peoples. They will beat their swords into plowshares and their spears into pruning hooks. Nation will not take up sword against nation, nor will they train for war anymore. 5. Come, O house of Jacob, let us walk in the light of the LORD." (Isaiah 2)



Evidence no. 7 - Oanda FX Live Game account (not real money but REAL TIME) as of November 2006. (to be used as a point of comparison with my 3 live accounts, & as ADDITIONAL evidence only)
My ONLY realtime LIVE FX Game account used/created. This account was opened 1 year ago (Nov. 2005). Account traded CONSERVATIVELY since April 2006 (date of 1st trade in the a/c). Return on Investment of 75% as of today. Balance never reset since the account's opening and NO money EVER added to the a/c afterwards (today's date: 11/04/06). IMPORTANT: Please note that my live Game & Contest results and my online prediction with "certainty" are exceptional ADDITIONAL evidences submitted in my SCIENTIFIC demonstration of the theory but are NOT NECESSARY per say to prove my case, as the mathematical and statistical demonstration through my live REAL MONEY trades records ALONE/By itself is completely sufficient/indisputable (See attached FAQ document under Q2. regarding Margin call & Reversals - and "Evidence no. 2" in the attached chart below for further explanations).

# ASA-129

Watch in QVGA about Euler (the 4D Dimension of your Life is being mathematically demonstrated)



Document no 9. - FAQ & Background info.

This 8 pages complement document contains important background information and Frequently Asked Questions (FAQ) about this case and Press release. Please note that PRWEB has automatically distributed this PR to its subsidiaries/contacts like Emediawire, Mediaserver and other affiliated blogs on the Web, sometimes WITHOUT the attached files, because this feature is not supported on some of those sites. On the other side, I did not reproduce this press release with any other organization or website, except and only with Indymedia.org around the same time. Also, I have NOT posted ANYTHING (my live trades or related predictions) for the past 12 months (since June 2006) ANYWHERE (at Oanda's or at any other website/blog). Today's date: 21 May 2007. All my electronic communication (including access to ALL my real money, live game and contest accounts) have been made from the same workplace and SAME unique permanent IP address, over the past 5 years. Neither do I have a personal or professional relationship with Oanda nor do I have ANY relation with ANY of its public forum participants. Finally, for the record and for clarity, I had ONE (only) handle at Oanda's forum ("Swiss Alchemist") for the ENTIRE duration of my postings. I HAD NO OTHER HANDLE.



Evidence no 10. - Proof of real-time online (& VoIP) espionage/surveillance
Proof of realtime online surveillance/espionage and illicit/illegal computer access/intrusion despite up-to-date comprehensive computer protection with Microsoft "One Care". Microsoft One Care is a security system that includes a firewall, an Anti-Virus and an Anti-spyware and updates for the Operating System that downloads automatically on a daily basis over the Internet (It's the green icon/sign "1" on the right hand side of the screen's picture.) This spyware would also allow anyone to monitor all my communications, electronic trades and positions in the market in real-time. The FBI in NY was informed about this problem in late 2006, but strangely, again, refused to take any action or simply to provide ANY explanation for their non-action/decision, (also they initially said they would in their email, as required by law, and also because I was physically attacked at night by strangers near my home while I was biking (June 2006, after my postings on Oanda's public forum). I have noticed that there is an armed State police trooper who moved to live next to my home soon afterwards - though I am not sure there is any link between those two events).



Evidence no 11. - May 2003 Live Contest (real-time, not real money) Results - Won 1st Prize
This is my 3rd (and last) best month a/c report in this live (game) global FX trading Contest. I stopped participating in the contest after that, since I won the first prize and was paid for it (at last!), and according to their rules I could not participate again in this contest for 1 year. Please note that my old real money a/c at MGforex was transfered into this newly opened a/c opened for the occasion, so for the disclosure, you know there was a real money trading record that started a few months earlier and which experienced the exact same fate since day 1, as my 2 other accounts opened later at a different brokerage Company. Also, my trading was/is not based on "guesses" (if it means "gambling", because I did NOT gamble), but on PROVEN STATISTICAL ARBITRAGE strategies, novel/proprietary tested strategies, heavy maths/science/quantitative/technical analysis (though not a "mechanical/automated" system for maximum flexibility/adaptability AND NO EXTERNAL SIGNAL PROVIDER EITHER), market psychology, risk management, thanks to back-testing, computers, integrated information systems and Electronic Communications Network (ECN) access to the interbank market. Reuters and a consortium of 90 major banks shut down Atriax exactly when I started my real money trading for no apparent reason (April 2002). I was a member of Atriax company because of my earlier association with a Wall Street currency firm. My opponents probably thought this would blind me somehow but I got my best results in the live Contest (with a return of 1500% per month!!) AFTER I had no more access to all this information given it was an educational tool more than anything else at the end. The same happened with the two other websites I was using at that time, again with no effect on my results in the live Contest.



Evidence no 1. - Margin Call points on EURUSD chart (real money account/Online account)
Two Margin Calls & reversals while EURUSD was trending up to 1.30 approx. It has been like that, exactly for 4 years!!! (please note the problem described here cannot be a problem with my brokers, as they CANNOT move the interbank FOREX market rates against me through their trades). LITERALLY, I DID NOT MAKE ONE CENT (YES ONE CENT!) OF PROFITS IN 4 YEARS, OVERALL (not a floating/unrealized profit either) in ANY of my three real money accounts AT ANY POINT IN TIME, since day one of trading. All 3 live accounts (with two different brokers) have been funded constantly & INCREASINGLY/EXPONENTIALLY over that time and no amount has ever been

# ASA-130

withdrawn from the accounts. Also, statistically speaking, there is absolutely NO reason whatsoever for the market to reverse after my margin calls EXACTLY and CONTINUOUSLY, for four years since day one if there wasn't any CAUSALITY RELATIONSHIP between my own trades and the market at large (as explained in detail in the blog at Oanda). The margin call point is a mathematical function of my account equity level/net asset value and does NOT depend in any way, shape or form on my trading actions/decisions. (This is NOT a stop loss placed at obvious levels where market makers can "hit". These are prices reached by the market after more than 100 points move or more, and not close to any resistance or support levels.) Finally, if a 5 year old child would, AT RANDOM, buy or sell any currency pair, there would be approximately 50% chance to have a (floating) profit in the account at some point in time and more chances if you add money and repeat the same process several times (i.e Martingale), this up to 95% chance to have a (floating) profit at some point (unlike me, AT ANYTIME, not one cent) and not counting the fact that I am a PROFESSIONAL trader with a sucessful one year real time track record before trading with real money (not a child without understanding or experience). Some paid people (and unpaid) are out there trying hard to fool the unsuspecting truth seekers, by spreading information like "90% of traders end up loosing money" (which can be true for the general population and private investors). My answer is: please read again all that I have written above, and if you are not DISHONEST, if you have no AGENDA and if you are not CRAZY, then you MUST understand there is a conspiracy in my case. Moreover, if you examine ALL the "other details" including my consistent results in the only realtime demo account that I have, which has been traded for one year since April 2006 (see a/c details above) in addition to the continous market reversals in my real money accounts (unless my positions were hedged - because one side of the trade would necessarily become profitable - also it was always the side that would INCREASE the loss overall when you take the 3 accounts COMBINED). Otherwise, I am afraid that it simply means that you don't understand the basics of FX trading, statistics and/or probabilities. In fact, the mathematical probability that there is NO conspiracy against me as I describe it is perhaps less than 0.000000000000001%, or to use a metaphor, it is like expecting to reach the moon by jumping with your barefoot (but apparently there are people who believe this is possible, as IDIOCY, DISHONESTY, PREJUDICE and CORRUPTION abounds in our society). For the anecdote, one of the early scientists who discovered that planet earth was not the centre of the universe (heliocentrism) got himself ridiculed, rejected and finally imprisoned for the rest of his life (only because it was contrary to the "belief system" of his time, during the Inquisition). Today, we have the so-called "War on Terror", (when in fact it looks more like a war on democracy, the US Constitution and the American citizens themselves)... I mention this because of the message "the Promise of world peace" cited above and the fact that world peace is NOT an utopia. My opponents know that what they have done makes me UNIQUE and extremely important to the world because of the amount of money involved to stop my progress and this plan and they don't want people to know or realize it, also this has been explained, demonstrated and verified SCIENTIFICALLY beyond any doubt, and more than once. They also don't want the public to know or understand their conspiracy as it has been exposed in the video "The Money Masters - How the International Bankers Gained Control of America" (link also given above). The international bankers don't like THE TRUTH because "TRUTH SHALL MAKE YOU FREE" as Jesus said, and they would like to keep YOU and the rest of the world in a state of BONDAGE. Did Christ not dispute violently with the money changers at the temple? (Matthew 21:13) The message of "the promise of world peace" refers to "economic oppression" in the world and a concentration of wealth in the hands of a "very few, as never seen before". It describes some countries being on the "brink of war" because of poverty, international and domestic oppression and other injustices committed. My opponents own actions against me proves that World PEACE IS NOT AN UTOPIA, otherwise they would not need to do anything about it, certainly not move a trillion dollar per day against me every day for 4 years to prevent it from happening. Also, I think they have a great deal of JEALOUSY for all my blessings. Eventhough I don't consider myself different (because, in essence, I am a human being), we should always remember that the human potential is LIMITLESS. Do not be afraid of anything but God Himself.



Evidence no 12. - INVESTEC's Work Contract (www.investec.com)
Statement by Investec Co. of my professional qualifications to the US authorities. Since 2004, I have been holding permanent resident status in the U.S. (Swiss ppt/Green card). Like for any recruits or officers of an investment bank, I had to undergo a thorough personal, professional and criminal background check by the FBI/SEC in 2000 before my registration with the S.E.C. (series 7/63/24 licenses) and again before the obtention of my Green card in 2004 (including a comprehensive medical examination by a US approved M.D., and a thorough security background check in Washington D.C., as part of the standard procedure). I have been trading Forex independently for the past 5 years (since 2001) after leaving Investec freely (as reported on the U5 form, which has been amended. GKN Securties and Investec are the SAME companies. Investec acquired GKN Securities at the time of my recruitment). I thought also that I could

2/10/22, 8:52 AM    Case 1:20-cv-09300-PC... The 4th Dimension of Life - Financially, scientifically and morally demonstrated)

make it on my own even better; until I realized two years later, in 2003, that my opponents where ABLE and foremost WILLING to manipulate the 2 trillion dollars global FOREX market just FOR ME, CONSTANTLY and FOR AS OFTEN/AS LONG AS I WOULD KEEP TRADING IT (while I remained mostly silent about their actions) and for AS LONG IT WOULD HAVE NO REAL CONSEQUENCES FOR THEM (eventhough my amounts are/were very small in comparison to the size of the Forex market). Also, because when you have a trading RECORD, you can naturally manage funds for others (and share profits like in hedge funds) to make greater profits, beside compounding my own money. I DO have this record however in my LIVE/realtime contest and LIVE Oanda FX game a/c also neither are real money accounts. That's one big mistake they made among others (partly due to their arrogance), since it leaves an undisputed trace in my live real money accounts (including but not limited to, reversing the market after my margin calls each time). Did the Bible not say that Satan is "satan" because he became arrogant in front of God? I guess it is in his essence somehow; he can't help it (or they have no other choice). It is said that "LOVE CONQUERS ALL" (But can LOVE conquer Satan himself or his highest "servants"? That is the question). He can also repent, because that would help. I think we have to work for both: repentence/correction/JUSTICE and LOVE.



Evidence no 13. - Oanda Live Game account (Real time, NOT real money)
This is the same Live Oanda Game account as shown below (I have NO other game account(s) at Oanda or elsewhere.) Account traded CONSERVATIVELY since April 2006 (exactly ONE YEAR as of today, 31st March 2007). This A/C shows a return on investment of over 100% (realized profit). Again, the account was NEVER reset and no money has ever been added to the a/c (initial amount $100K). Given the depth of the commodities & forex market, if anybody would have been trading $100 million with my same SKILLS and mindset, he would have ended with $200 million, in the same way ($100 million as profits within ONE YEAR only). This is representing the real potential in making profits (OR MODESTLY, TO SIMPLY MAKE A LIVING) in financial trading, for top-notch professional traders. Finally, you have in the upper RHS the equity line (image pasted) to show the steady and constant / consistent RISE of the Equity Line/Net Asset Value (NAV) of the same account over time with small retracement indicating execution of stop losses as part of the RISK MANAGEMENT technique to preserve capital, since the first trade in the a/c a year ago exactly (this is an INDICATION/Measure of the relatively LOW LEVEL OF RISK involved in trading that a/c despite the high volatility of the market itself and involving many trades over time). My floating loss NEVER exceeded 10-20% of the account at any time although my floating profits have exceeded 20% at some times. ANY amount (small or big) can be COMPOUNDED in the same fashion in a short period of time, if you can trade FREELY (UNLIKE me in my real money accounts) AND PROFESSIONALLY. Unfortunately, many people will sell themselves, their integrity, friends, family, loyalty, country, ideals and dreams for MONEY, power and social acceptance. They will turn a blind eye or commit injustice if it helps them get ahead materially, even if it leads to the death of millions of innocent children on the other side of the planet. This is the society we live in.



Evidence no 14. - Evaluation report (Employment history verification and education degrees verification) & Police certificate
1. (Rhs) Evaluation and verification of employment history (5 years) and educational degrees while living in Switzerland, for the US immigration application (including graduate degree obtained in Iowa in 1993 as an exchange student from Switzerland).
2. (Lhs) Swiss federal police certificate confirming that I have NEVER had ANY criminal record in Switzerland, or anywhere else for that matter (NO debt either. The document mentions "Swiss origin" which was obtained through a popular vote in 1991 in my Swiss hometown (Lutry/VD) prior to naturalization), attesting of my integration in the country and in consideration of the very favorable communal police report. I NEVER had any PERSONAL business problem with ANY bank in my life while dealing with their legal activities (like lending, mortgage, advisory services, etc). My opponents are the international bankers, tyrants/dictators, corrupt politicians, paid medias, narco-trafficker bankers/money launderers, terrorists, child molesters, and worst of all, fraudulent religious leaders, worshiping money and with the effect of enslaving their followers (whether Jewish, Christian, Muslim, Baha'i or else). They are the worst of all because they CLAIM to be the "moral compass" and example for the country and responsible/paid by all of us to speak the TRUTH and DEFEND JUSTICE and the weak/poor/oppressed but they DON'T (they are impostors and hypocrites indeed). It is said in the Bible that "the LOVE of MONEY is the root of all EVIL" (Timothy, 6:10).

Evidence no 15. - 2 Referral letters for graduate studies in the USA
Two referral letters (one in French) from my University professors in Lausanne, Switzerland for graduate

# ASA-132



Warning - Do NOT Count to Exist the BROutionain to 4uzLife (a conspiracy that has been mathematically demonstrated) studies in the USA (double-click on the image to make it larger).



Evidence no 16. - Testimony (with translation from French given below)
"To whom it may concern: Presently, we the family of Soheil Zaerpour would like to inform and confirm that Soheil has been the object of a conspiracy aiming to destroy him financially through his work and in his private life since his graduation from College in Switzerland in 1989. This conspiracy by the economic establishment started when Soheil committed himself to propagate the principles of justice, peace and unity in the world and this conspiracy continues to this day." Lausanne, March 30, 2004 (signed:) Aman Zaerpour, Mahine Zaerpour, Zohreh Zaerpour (original: edited for spelling check). Please note that I wasn't myself into this "conspiracy thing" until I realized how organized and far reaching it is, and this through my own VERIFIABLE trading records/happenings as described in this press release and after coming in contact with the REAL story of the financial markets and how things work in society, through what is de facto a private central banking system, as attested by many US Presidents and US Courts before me (Please refer to "The Money Masters - How International Bankers Gained control of America" video online for more information on this essential, and often censored subject. Weblink given on my homepage at Yahoo! Geocities)

---

News Center

---

  

**Questions about a news article you've read?**

**Reach out to the author:** contact and available social following information is listed in the top-right of all news releases.

---

**Questions about your PRWeb account** or interested in learning more about our news services?

**Call PRWeb:** 1-866-640-6397

---

 

---

CREATE A FREE ACCOUNT    

©Copyright 1997-2015, Vocus PRW Holdings, LLC. Vocus, PRWeb, and Publicity Wire are trademarks or registered trademarks of Vocus, Inc. or Vocus PRW Holdings, LLC.

---

# EXHIBIT 3

**NOT FOR PUBLICATION**

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

---

**SOHEIL ZAERPOUR,**

      **Plaintiff,**

**v.**

**FEDERAL BUREAU OF
INVESTIGATION,**

      **Defendant.**

---

**Civil Action No. 2:13-cv-06073 (ES)(JAD)**

**REPORT AND RECOMMENDATION**

---

JOSEPH A. DICKSON, U.S.M.J.

This matter comes before the Court upon motion (the "Motion to Dismiss") by defendant, Federal Bureau of Investigation ("Defendant" or "FBI") seeking to dismiss the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).[1] (ECF No. 5). Pursuant to Federal Rule of Civil Procedure 78, no oral argument was heard. After having considered the parties' submissions, and for good cause shown; and

**WHEREAS** Plaintiff, who is proceeding *pro se*, filed a complaint on October 11, 2013 (the "Complaint"), alleging Defendant failed to take action after "receiving proof of a major crime, including illegal surveillance of the Plaintiff's online communications, illegal access to his FOREX transactions and manipulation of the global FOREX market." (Compl., ECF No. 1 at 1). More specifically, Plaintiff alleges that the FBI violated the Equal Protection Clause of the 14th

---

[1] The Court finds that it lacks subject matter jurisdiction and grants the Motion to Dismiss under Fed. R. Civ. P. 12(b)(1) and thus will not undergo a Fed. R. Civ. P. 12(b)(6) analysis.

**ASA-135**

Amendment of the Constitution and that the FBI conspired to interfere with his  civil rights as prohibited by 42 U.S.C. § 1985. (Id. at 4, 6). Plaintiff seeks damages and an order from the Court directing the FBI to conduct an investigation; (Id. at 7); and

**WHEREAS** Defendant filed this Motion to Dismiss in lieu of an answer on December 17, 2013 arguing that Plaintiff's Complaint must be dismissed because: (1) Plaintiff has no constitutional right to  compel an investigation, and (2) the Court lacks jurisdiction over Plaintiff's federal constitutional  and federal statutory claims;  (Def. Br., ECF No. 5-1 at 2); and

**WHEREAS** motions under Rule 12(b)(1) may be "facial" or "factual" challenges to the court's jurisdiction. In re Camden Police Cases, No. 11-1315, 2011 WL 3651318, at *2 (D.N.J. Aug. 18, 2011) (citing Mortensen v. First Fed. Sav. & Loan Ass'n, 549 F.2d 884, 891 (3d Cir. 1977)).  In reviewing a facial challenge, the court must dismiss a plaintiff's claims if "the allegations on the face of the complaint, taken as true, [do not] allege facts sufficient to invoke [its] jurisdiction." Id. (quoting Licata v. U.S. Postal Serv., 33 F.3d 259, 260 (3d Cir. 1994)).  If the moving party makes a factual challenge to the court's jurisdiction, "no presumptive truthfulness attaches to plaintiff's allegations" and the court may consider and weigh evidence outside of the pleadings. Med. Soc'y of N.J. v. Herr, 191 F. Supp. 2d 574, 578 (D.N.J. 2002). When the moving party supports its motion with evidence, "the court should treat the . . . challenge as a factual attack on jurisdiction." Mortensen, 549 F.2d at 891.  Plaintiff bears the burden of proving that subject matter jurisdiction exists. Horton v. United States, 144 Fed. Appx. 931, 932 (3d Cir. 2005); and

**WHEREAS** a court does not have subject matter jurisdiction over a claim against the United States or its agencies unless sovereign immunity is waived. See Fed. Deposit Ins. Co. v. Meyer, 510 U.S. 471, 475 (1994). When a plaintiff sues the United States or it agencies, he or she

2

must identify a specific provision that waives the federal government's sovereign immunity. Clinton Cnty. Comm'rs. v. U.S. Env'l Prot. Agency, 116 F.3d 1019, 1021 (3d Cir. 1997). A waiver of immunity must be "unequivocally expressed," United States v. Nordic Village, Inc., 503 U.S. 30, 33, 112 S.Ct. 1011, 1014, 117 L.Ed.2d 181 (1992) (quoting United States v. Mitchell, 445 U.S. 535, 538, 100 S.Ct. 1349, 1351–52, 63 L.Ed.2d 607 (1980)), and is "construed strictly in favor of the sovereign." Id. (quoting McMahon v. United States, 342 U.S. 25, 27, 72 S.Ct. 17, 19, 96 L.Ed. 26 (1951)); and

**WHEREAS** sovereign immunity bars actions against the United States or an agency of the federal government unless the United States specifically waives its immunity and consents to be sued. See U.S. v. Mitchell, 463 U.S. 206, 212 (1983) ("It is axiomatic that the United States may not be sued without its consent and the existence of consent is a prerequisite for jurisdiction."). The United States' consent to allow suit against it or its agencies must be expressly authorized by statute. See United States v. King, 395 U.S. 1, 4 (1969). In the absence of such a waiver of immunity, a plaintiff cannot proceed in an action for damages against the United States or an agency of the federal government for alleged deprivation of a constitutional right, see FDIC v. Meyer, 510 U.S. 471, 484–87 (1994), or against any of federal officers in their official capacities, see Kentucky v. Graham, 473 U.S. 159, 166 (1985) (suit against government officer in his or her official capacity is suit against the government). See Laoye v. D.H.S., No. 11-1969, 2012 WL 664950, at *2 (D.N.J. Feb. 29, 2012).

**WHEREAS** Plaintiff does not cite, and the Court is not aware of, any authority to suggest that the United States waived its sovereign immunity as to the sort of claims for damages that Plaintiff seeks to assert against the FBI. See Laoye v. D.H.S., 2012 WL 664950 at *2; and

3

**WHEREAS** the FBI's decision whether to prosecute is discretionary, and the FBI does not owe Plaintiff any duty to investigate his claims. See Soobzokov v. Attorney General of the United States, 515 Fed. App'x. 98, 100-101 (3d Cir. 2013) (court without jurisdiction to order plaintiff's request for mandamus relief to order the DOJ's investigation and prosecution of his father's murder because the executive branch has "exclusive authority and absolute discretion to decide whether to prosecute a case" and because "an agency's decision not to prosecute or enforce...is a decision generally committed to an agency's absolution discretion."); Piskanin v. Doe, 349 Fed. App'x 689, 691 (3d Cir. 2009) (affirming District Court's decision to deny plaintiff's request to compel the FBI to investigate his claims, and holding that decision whether to investigate was within FBI's discretion and FBI owed plaintiff no duty to carry out such an investigation); Berry v. FBI, No. 1101949, 2011 WL 5599964, at *1 (Nov. 7, 2011 D.D.C. 2011) (writ of mandamus is not available to compel discretionary acts such as whether or not to prosecute);[2] and

**WHEREAS** the prosecutorial discretion retained by the Attorney General and United States Attorneys to enforce the Nation's criminal laws is broad. See United States v. Armstrong, 517 U.S. 456, 464, 116 S.Ct. 1480, 134 L.Ed.2d 687 (1996). And it is well established "that an agency's decision not to prosecute or enforce, whether through civil or criminal process, is a decision generally committed to an agency's absolute discretion. This recognition of the existence of discretion is attributable in no small part to the general unsuitability for judicial review of agency

---

[2] See also Stolt-Nielsen, S.A. v. United States, stating "The Supreme Court has observed that the executive branch 'has exclusive authority and absolute discretion to decide whether to prosecute a case.' " 442 F.3d 177, 183 (3d Cir.2006) (quoting *United States v. Nixon,* 418 U.S. 683, 693, 94 S.Ct. 3090, 41 L.Ed.2d 1039 (1974)).

4

decisions to refuse enforcement." Heckler v. Chaney, 470 U.S. 821, 831, 105 S.Ct. 1649, 84 L.Ed.2d 714 (1985); and

**WHEREAS** Plaintiff's Complaint derives from the premise that the FBI was obligated to conduct the investigation he requested which is not a valid federal cause of action because Plaintiff has no right to compel an investigation by the FBI, nor does this Court have the authority to direct the FBI to investigate; and

**WHEREAS** based on the foregoing, the Court finds that dismissal of the Complaint is appropriate; and

On this 23rd day of July, 2014,

**IT IS RECOMMENDED** that Plaintiff's Complaint be **dismissed with prejudice** pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction.

<div align="center">

**SO ORDERED**

**JOSEPH A. DICKSON, U.S.M.J.**

</div>

Cc: Hon. Esther Salas, U.S.D.J.

# EXHIBIT 4

# ASA-140

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

CHAMBERS OF
**ESTHER SALAS**
UNITED STATES DISTRICT JUDGE

MARTIN LUTHER KING COURTHOUSE
50 WALNUT ST.
ROOM 2037
NEWARK, NJ 07101
973-297-4887

August 11, 2014

### LETTER ORDER

**Re:**   ***Zaerpour v. Federal Bureau of Investigation***
**Civil Action No. 13-6073 (ES) (JAD)**

Dear Parties:

Pending before this Court is Defendant Federal Bureau of Investigation's motion to dismiss. (D.E. No. 5). On July 23, 2014, Magistrate Judge Joseph A. Dickson issued a Report and Recommendation ("R&R") recommending that this Court grant the instant motion to dismiss with prejudice. (D.E. No. 9). Magistrate Judge Dickson advised the parties that they had until August 6, 2014 to file and serve any objections to the R&R pursuant to L. Civ. R. 72.1(c)(2). To date, parties have not filed any objections.

The Court has considered the parties' submissions, as well as Judge Dickson's R&R, and for the reasons stated therein,

IT IS on this 11th day of August 2014,

ORDERED that this Court adopts Magistrate Judge Dickson's March 17, 2014 R&R in full; and it is further

ORDERED that the Clerk of Court shall terminate D.E. Nos. 5 & 9 and accordingly close the matter.

**SO ORDERED.**

*s/Esther Salas*
**Esther Salas, U.S.D.J**

# ASA-141

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------- X
                                             :

SOHEIL ZAERPOUR,                      :

                                             :

                Plaintiff,       :

                                             :        21 Civ. 9680 (JPC) (JLC)

            -v-               :

                                           :        <u>OPINION AND ORDER</u>

JP MORGAN CHASE BANK *et al.*,     :

                                           :

                Defendants.     :

                                             :

--------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

      Plaintiff Soheil Zaerpour, who is proceeding *pro se*, claims to be a currency trader.  Dkt. 1

("Complaint") at 12.  On November 19, 2021, he filed suit against Defendants, who are "large

international banks in charge of the Forex [foreign exchange] market," accusing them of "market

manipulation against him and computer intrusions, surveillance and other charges motivated by

malice and criminal conspiracy against the American people."  *Id.* at 2.  Zaerpour alleges that

Defendants violated the United States Constitution, manipulated financial markets, violated

federal antitrust laws, illegally spied on communications, and obstructed justice.  *Id.* at 14.

Zaerpour asserts that Defendants' motive against him arose from his "plan[] for World Peace as

communicated to the World leaders since 1985 and the people of the world by the Baha'i

international community in Haifa."  *Id.* at 3.

      On December 13, 2021, Zaerpour filed a document titled "Proof of Service" on the docket.

Dkt. 18.  Zaerpour's Proof of Service indicated that he made a certified mailing via the United

States Postal Service to the nine Defendants on December 6, 2021.  *Id.* at 2-3.  While the Proof of

Service did not reveal what documents he in fact mailed to Defendants, the docket sheet for this

filing indicated that it was for the "Summons and Complaint," *see* ECF Entry for Dkt. 18, so the Court will assume for purposes of this Opinion and Order that those mailings contained the Complaint and Summons for each Defendant.  All Defendants were served at New York addresses. Dkt. 18 at 2-3.  Defendants' initial filing in the case, on December 23, 2021, objected to the sufficiency of Zaerpour's service of process and noted that Defendants reserved the right to contest service despite their appearances.  Dkt. 47.  Defendants then jointly moved to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(5), and 12(b)(6) on February 10, 2022.  Dkt. 53 ("Motion").  Zaerpour opposed the motion on February 16, 2022, Dkt. 57 ("Opposition"), and Defendants replied on March 17, 2022, Dkt. 58.  Because Zaerpour is appearing *pro se*, the Court construes his submissions "liberally" and interprets them "to raise the strongest arguments that they suggest." *Meadows v. United Servs., Inc.,* 963 F.3d 240, 243 (2d Cir. 2020) (quotations omitted).

Defendants argue that dismissal is warranted because "neither New York law nor federal law authorizes service on a corporation by certified mail."  Motion at 7.  "Before a federal court may exercise personal jurisdiction over a defendant, the procedural requirement of service of summons must be satisfied." *Omni Cap. Int'l, Ltd. v. Rudolf Wolff & Co.,* 484 U.S. 97, 104 (1987). The "plaintiff bears the burden of proving adequate service," and the Court "may look to materials outside of the pleadings" to determine whether proper service has occurred. *Boustead Secs., LLC v. Leaping Grp. Co., Ltd.*, No. 20 Civ. 3749 (VEC), 2020 WL 6263754, at *1 (S.D.N.Y. Oct. 22, 2020).

Pursuant to Federal Rule of Civil Procedure 4(h), if "a domestic or foreign corporation" or "unincorporated association" is served "in a judicial district of the United States," that entity "must be served . . . in the manner prescribed by Rule 4(e)(1) for serving an individual; or . . . by

delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process." Fed. R. Civ. P. 4(h)(1).[1] Rule 4(e)(1), in turn, permits service "following state law for serving a summons in an action" in the state courts of "the state where the district court is located or where service is made." Fed. R. Civ. P. 4(e)(1). Rule 4(h) itself does not permit service of process on a corporation by certified mail. *See Jordan v. Forfeiture Support Assocs.*, 928 F. Supp. 2d 588, 595-96 (E.D.N.Y. 2013).

New York, the state in which this Court is located and in which Zaerpour attempted to serve Defendants, provides several mechanisms for serving corporations. These include "[p]ersonal service" "to an officer, director, managing or general agent, or cashier . . . or to any other agent authorized by appointment or by law to receive service," N.Y. C.P.L.R. § 311(a)(1), and "first class mail, postage prepaid" "to the person or entity to be served," *id.* § 312-a(a). When a corporation is served via first class mail, the summons and complaint must be accompanied by "two copies of a statement of service by mail and acknowledgment of receipt . . . with a return envelope." *Id.* New York also allows "a business corporation" to "be served pursuant to" New York Business Corporation Law sections 306 and 307, *id.* § 311(a)(1), which permit service on a registered agent, by an otherwise permissible method, or on the New York Secretary of State, by personal service, *see* N.Y. Bus. Corp. Law §§ 306, 307. But "[s]ervice on a corporation solely by certified mail . . . is insufficient," as New York courts do not consider certified mail equivalent to first class mail. *Conway v. Am. Red Cross*, No. 10 Civ. 1859 (SJF) (ARL), 2010 WL 4722279, at

---

[1] Rule 4(h)(2) provides that such an entity must otherwise be served "at a place not within any judicial district of the United States, in a manner prescribed by Rule 4(f) for serving an individual, except personal delivery under (f)(2)(C)(i)." Fed. R. Civ. P. 4(h)(2). There is no suggestion that this provision would apply, as Zaerpour attempted to serve Defendants in New York.

*4 (E.D.N.Y. Nov. 15, 2010); *accord Saregama India, Ltd. v. Mosley*, No. 12 Misc. 45 (LAK),

2012 WL 955520, at *3 (S.D.N.Y. Mar. 20, 2012) (same); *Terrell v. NBC Universal Media LLC*,

No. 18 Civ. 2354 (NG) (RLM), 2019 WL 3206131, at *2 (E.D.N.Y. July 16, 2019) (same).  And

even if Zaerpour had served Defendants by first class mail, his proof of service did not show that

he included the other documents New York requires to be included in such service.  *See Saregama

India, Ltd.*, 2012 WL 955520, at *3.

Zaerpour responds by arguing that he validly served Defendants via Electronic Case Filing

("ECF") pursuant to Federal Rule of Civil Procedure 5 and this District's ECF Rules 9.1 and 9.2.

Opposition at 2.  Rule 5, though, only applies to documents filed *after* the initial Complaint.  *See*

Fed. R. Civ. P. 5(a)(1); *see also Doe v. Paychex, Inc.*, No. 17 Civ. 2031 (VAB), 2020 WL 219377,

at *9 (D. Conn. Jan. 15, 2020) ("Once the court has asserted jurisdiction over a party [under Rule

4], subsequent papers are served under the less formal methods set forth in Rule 5" (quotation

omitted)).  Similarly, ECF Rules 9.1 and 9.2 concern the service by electronic delivery of

documents to attorneys or *pro se* parties who are "Filing or Receiving Users who are listed as

recipients of notice by electronic mail," which service is complete upon a Notice of Electronic

Filing.  *See* S.D.N.Y. ECF R. 9.1, 9.2.[2]  In other words, when a document is filed on ECF, it is

deemed served on any such "Filing or Receiving User."  At the time the Complaint and the

summonses were filed, however, Defendants were not listed on ECF as recipients by electronic

mail because they had not yet made appearances on ECF.  *Compare* Dkts. 1, 4-12, *with* Dkts. 19,

22, 24-27, 30-34, 36-38, 40-41, 43, 45.  Thus, while certain filings in this case may have been

---

[2] Rule 9.1 provides that "[i]n cases assigned to the ECF system, service is complete provided all parties receive a Notice of Electronic Filing (NEF), which is sent automatically by email from the Court."  S.D.N.Y. ECF R. 9.1.  Rule 9.2 concerns service on attorneys and *pro se* parties who are not "Filing or Receiving Users."  S.D.N.Y. ECF R. 9.2.

electronically served on Defendants pursuant to Rule 9.1 *following* the filing of the summonses and the Complaint, the summonses and the Complaint themselves could not have been served on Defendants by such means.  And regardless, even if somehow the local rules sanctioned electronic service of a summons or complaint, Federal Rule of Civil Procedure 4(h), combined with New York Civil Practice Law and Rule section 311(a)(1), plainly does not.  "[I]t is axiomatic that the Federal Rules of Civil Procedure trump inconsistent interpretations of local rules." *Vermont Teddy Bear Co. v. 1-800 Beargram Co.*, 373 F.3d 241, 246 (2d Cir. 2004); *see also* 28 U.S.C. § 2071(a) (mandating that local rules be consistent with the Federal Rules of Civil Procedure).

Federal Rule of Civil Procedure 4(m) instructs that the Court "must dismiss the action without prejudice . . . or order that service be made within a specified time," and that the Court may extend the time for service "if the plaintiff shows good cause for the failure."  Fed. R. Civ. P. 4(m).  The Court may also extend the time for service in its discretion even absent a finding of good cause.  *See Zapata v. City of New York*, 502 F.3d 192, 196 (2d Cir. 2007).  Zaerpour does not request an extension of his time to serve the summonses and the Complaint, despite being on notice for nearly eight months that Defendants were challenging the sufficiency of service.

"In determining whether a plaintiff has shown good cause, courts weigh the plaintiff's reasonable efforts and diligence against the prejudice to the defendant," and "[g]ood cause is generally found only in exceptional circumstances where the plaintiff's failure . . . was . . . beyond its control." *Vaher v. Town of Orangetown*, 916 F. Supp. 2d 404, 419 (S.D.N.Y. 2013) (quotations omitted).  Zaerpour does not attempt to argue that he had good cause for his failure to properly effect service.  *See generally* Opposition.  Nor has he attempted to serve Defendants properly since Defendants raised with the Court their view that service was defective.  *Cf. Mecca v. Lennon*, No. 16 Civ. 1414 (LDW), 2017 WL 1410790, at *4 (E.D.N.Y. Apr. 18, 2017) (curing late, but

**ASA-146**

otherwise proper, service by granting an extension of the time to serve *nunc pro tunc*).  And "[a]lthough *pro se* litigants should be afforded latitude, they generally are required to inform themselves regarding procedural rules and to comply with them."  *LoSacco v. City of Middletown*, 71 F.3d 88, 92 (2d Cir. 1995) (quotations omitted).  Thus, the Court does not find that Zaerpour had good cause for his failure to serve Defendants.

The Court next considers whether Zaerpour should be granted an extension despite the absence of good cause.  *See Vaher*, 916 F. Supp. 2d at 418.  "[C]ourts in this Circuit generally consider four factors: (1) whether any applicable statutes of limitations would bar the action once re-filed; (2) whether the defendants had actual notice of the claims asserted in the complaint; (3) whether defendants attempted to conceal the defect in service; and (4) whether defendants would be prejudiced."  *Id.* at 420 (alterations and quotations omitted).

As to the first factor, Defendants alternatively argue that Zaerpour's claims are time-barred, *see* Motion at 8-9, so the Court "assume[s] for purposes of this motion that at least some of [Zaerpour]'s claims would be barred," *Vaher*, 916 F. Supp. 2d at 421.  But Defendants' argument is that the statutes of limitations expired many years before Zaerpour filed this suit, *see* Motion at 8-9, so any timeliness issues raised by Defendants would not be triggered by a second, later filing.  Indeed, any additional delay between the original filing of this action and any re-filing would likely be immaterial.  Next, Defendants, who all appeared in this action, evidently received actual notice of Zaerpour's claims.  But far from concealing the service defect, Defendants raised it in their first submission to the Court, one month after the commencement of this action.  *See* Dkt. 47 (noting in an extension request that "plaintiff's purported service of process . . . was facially insufficient . . . and defendants intend to contest service").  Despite that, Zaerpour did nothing.  And he still does nothing, either in terms of requesting an extension of his time to serve or otherwise attempting

to properly effect service.  Defendants have also suffered prejudice by Zaerpour's delay.  The prejudice is particularly heightened when "both the service period and the statute of limitations have long since expired."  *Vaher*, 926 F. Supp. 3d at 421.  While "[i]t is obvious that any defendant would be harmed by a generous extension of the service period beyond the limitations period," and "it is equally obvious that any plaintiff would suffer" the effect of the statute of limitations, "no weighing of the prejudices . . . can ignore that the situation is the result of the plaintiff's neglect."  *Zapata*, 502 F.3d at 198.  Balancing these factors, the Court finds that an extension is inappropriate.  *See Vaher*, 916 F. Supp. 2d at 421 (declining to extend a plaintiff's time to serve when "two factors favor[ed] Plaintiff and two factors favor[ed] Defendants").

For the foregoing reasons, the Complaint is dismissed without prejudice.[3]  The Court does not reach Defendants' remaining arguments for dismissal.  The Clerk of Court is respectfully directed to close the motion pending at Docket Number 52, to close this case, and to enter judgment.

SO ORDERED.

Dated: August 8, 2022
       New York, New York

                                    JOHN P. CRONAN
                                    United States District Judge

---

[3] Zaerpour's request for leave to amend the Complaint, Opposition at 14, is denied as moot, because this dismissal is for lack of service, not because of any substantive defect in his pleading.

7

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
SOHEIL ZAERPOUR,

                        Plaintiff,

        -against-                                       21 **CIVIL** 9680 (JPC)(JLC)

                                                        **JUDGMENT**

JP MORGAN CHASE BANK et al.,

                        Defendants.
-------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated August 8, 2022, the complaint is dismissed without

prejudice.  The Court does not reach Defendants' remaining arguments for dismissal;

accordingly, the case is closed.

**Dated:**  New York, New York

        August 11, 2022

                                                **RUBY J. KRAJICK**
                                        _____
                                                **Clerk of Court**
                        **BY:**
                                        _____
                                                *K. Mango*
                                                **Deputy Clerk**

RECEIVED
~~SDNY PRO SE OFFICE~~

2022 AUG 23  PM 2: 57

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

SOHEIL ZAERPOUR & THE PEOPLE OF THE UNITED STATES OF
AMERICA

_____

Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been
assigned)

-against-

UBS GROUP AG, et al.

_____

(See attached rider).

_____

_____

_____

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☑ Yes    ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

ASA-150

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑   **Federal Question**

☐   **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

U.S. Securities laws, RICO, civil rights laws, criminal laws (incl. computer crimes), foreign corrupt practices law.

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of
                    (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
          (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____  _____

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

| Soheil | | Zaerpour |
|---|---|---|
| First Name | Middle Initial | Last Name |

16-C Thornton Pl.
_____
Street Address

| Passaic, Clifton | New Jersey | 07012 |
|---|---|---|
| County, City | State | Zip Code |

| (862) 668-4036 | soheil.zaerpour@njwg.cap.gov |
|---|---|
| Telephone Number | Email Address (if available) |

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:      See attached rider.
_____
                First Name              Last Name

                Current Job Title (or other identifying information)

                Current Work Address (or other address where defendant may be served)

                County, City              State          Zip Code

Defendant 2:
_____
                First Name              Last Name

                Current Job Title (or other identifying information)

                Current Work Address (or other address where defendant may be served)

                County, City              State          Zip Code

Defendant 3:
_____
                First Name              Last Name

                Current Job Title (or other identifying information)

                Current Work Address (or other address where defendant may be served)

                County, City              State          Zip Code

Defendant 4:

First Name                    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                  State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: **New York City (& globally)**

Date(s) of occurrence: **2002 until present (see 21-CV-09680 for details)**

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Defendant co-conspirator banks coordinated to manipulate foreign exchange prices and benchmark rates against the

people of the United States and abroad and plaintiff. See NYSD 21-CV-09680 for the details.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Loss of principal amount and opportunity costs. See Complaint 21-CV-09680 for the details (ECF no. 50-1).

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Monetary damages and punitive damages. See Compl. 21-CV-09680 for calculation details.

Any other relief deemed just and proper by this Court.

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| August 16, 2022 | | |
| --- | --- | --- |
| Dated | | Plaintiff's Signature |
| Soheil | | Zaerpour |
| First Name | Middle Initial | Last Name |
| 16-C Thornton Pl. | | |
| Street Address | | |
| Passaic, Clifton | | New Jersey | 07012 |
| County, City | | State | Zip Code |
| (862) 668-4036 | | soheil.zaerpour@njwg.cap.gov |
| Telephone Number | | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

**ASA-156**

**RIDER TO CIVIL COVER SHEET**

**PLAINTIFF(S):**

SOHEIL ZAERPOUR & THE PEOPLE OF THE UITED STATES

Plaintiff's address: 16-C Thornton Pl. Clifton, New Jersey 07012, USA.

**DEFENDANTS**:

BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BARCLAYS BANK
PLC; BARCLAYS PLC; BARCLAYS CAPITAL, INC.; BNP PARIBAS GROUP; BNP
PARIBAS USA, INC.; BNP PARIBAS S.A.; BNP PARIBAS SECURITIES CORP.;
CITIGROUP, INC.; CITIBANK, N.A.; CITIGROUP GLOBAL MARKETS, INC.; CREDIT
SUISSE GROUP AG; CREDIT SUISSE AG; CREDIT SUISSE INTERNATIONAL; CREDIT
SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK AG; DEUTSCHE BANK
SECURITIES INC.; THE GOLDMAN SACHS GROUP, INC.; GOLDMAN, SACHS & CO.
LLC; HSBC HOLDINGS PLC; HSBC BANK PLC; HSBC NORTH AMERICA HOLDINGS
INC.; HSBC BANK USA, N.A.; HSBC SECURITIES (USA) INC.; J.P. MORGAN CHASE &
CO.; J.P. MORGAN CHASE BANK, N.A.; J.P. MORGAN SECURITIES LLC; MERRILL
LYNCH, PIERCE, FENNER & SMITH INC.; MUFG BANK, LTD.; MUFG SECURITIES
AMERICAS INC.; MORGAN STANLEY; MORGAN STANLEY & CO., LLC; MORGAN
STANLEY & CO. INTERNATIONAL PLC; NATWEST MARKETS SECURITIES INC.; RBC
CAPITAL MARKETS LLC; THE ROYAL BANK OF CANADA; ROYAL BANK OF
SCOTLAND PLC; SG AMERICAS SECURITIES LLC; SOCIETE GENERALE S.A.;
STANDARD CHARTERED BANK; STANDARD CHARTERED SECURITIES (NORTH
AMERICA), INC.; UBS AG; UBS GROUP AG; and UBS SECURITIES LLC

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES):**

Bank of America Corporation has corporate offices located at 100 N. Tryon St., Charlotte, NC, 28255.

Bank of America, N.A. has corporate offices located at 100 N. Tryon St., Charlotte, NC, 28255.

Barclays Bank PLC has offices located at 745 7th Avenue, New York, NY 10019.

Barclays PLC has corporate offices located at 1 Churchill Place, London E14 5HP, United Kingdom.

Barclays Capital, Inc. has offices located at 745 7th Avenue, New York, NY 10019.

BNP Paribas Group's headquarters is located at 16, boulevard des Italiens, 75009 Paris, France

BNP Paribas USA, Inc. has offices located at 787 Seventh Avenue , New York, NY 10019.

BNP Paribas S.A. has offices located at 787 Seventh Avenue , New York, NY 10019.

BNP Paribas Securities Corp. has offices located at 787 Seventh Avenue , New York, NY 10019.

Citigroup, Inc. has corporate offices located at 388 Greenwich Street New York, NY 10013.

Citibank, N.A. has offices located at 388 Greenwich Street New York, NY 10013.

Citigroup Global Markets, Inc. has offices located at 388 Greenwich Street, New York, NY 10013.

Credit Suisse Group AG has corporate offices located at 11 Madison Avenue, New York, NY 10010.

Credit Suisse AG has offices located at 11 Madison Avenue, New York, NY 10010.

Credit Suisse International has corporate offices located at One Cabot Square, London, E14 4QJ, United Kingdom.

Credit Suisse Securities (USA) LLC has offices located at 11 Madison Avenue, New York, NY 10010.

Deutsche Bank AG has offices located at 60 Wall Street, New York, NY 10005.

Deutsche Bank Securities Inc. has offices located at 60 Wall Street, New York, NY 10005.

The Goldman Sachs Group, Inc. has offices located at 200 West Street, New York, NY 10282.

Goldman, Sachs & Co. LLC has offices located at 200 West Street, New York, NY 10282.

HSBC Holdings PLC has corporate offices located at 8 Canada Square, London, E14 5HQ, United Kingdom.

HSBC Bank PLC has corporate offices located at 8 Canada Square, London, EI4 5HQ, United Kingdom.

HSBC North America Holdings Inc. has an office located at 452 Fifth Ave., New York, NY 10018.

HSBC Bank USA, N.A. has an office located at 452 Fifth Ave., New York, NY 10018.

HSBC Securities (USA) Inc. has an office located at 452 Fifth Ave., New York, NY 10018.

J.P. Morgan Chase & Co. has corporate offices located at 270 Park Avenue, New York, NY 10017.

J.P. Morgan Chase Bank, N.A. has corporate offices located at 1111 Polaris Parkway, Columbus, OH 43240.

J.P. Morgan Securities LLC has offices located at 277 Park Avenue, New York, NY 10172 .

Merrill Lynch, Pierce, Fenner & Smith Inc. has corporate offices located at One Bryant Park, New York, NY 10036.

MUFG Bank, Ltd. has an office located at 1251 Avenue of the Americas, New York, NY 10020-1104.

MUFG Securities Americas Inc. has offices located at 1221 Avenue of the Americas, New York, NY 10020-1001.

Morgan Stanley has corporate offices located at 1585 Broadway Avenue, New York, NY 10036.

Morgan Stanley & Co., LLC has corporate offices located at 1585 Broadway Avenue, New York, NY 10036.

4

Morgan Stanley & Co. International PLC has offices located at Cabot Square, Canary Wharf, London, E14 4QA, United Kingdom.

NatWest Markets Securities Inc. has corporate offices located at 600 Washington Boulevard Stamford, CT 06901.

RBC Capital Markets LLC has offices located at 200 Vesey Street, 9'*' Floor, New York, NY 10281.

The Royal Bank of Canada has corporate offices located at 200 Bay Street, Royal Bank Plaza, Toronto, ON M5J 2J5, Canada.

Royal Bank of Scotland PLC has corporate offices located at 36 St Andrew Square, Edinburgh, United Kingdom, EH2 2YB.

SG Americas Securities LLC has corporate offices located at 245 Park Avenue, New York, NY 10167.

Societe Generale S.A. has corporate offices located at 29 Boulevard Haussmann 75009 Paris, France.

Standard Chartered Bank has corporate offices located at 1 Basinghall Avenue, London, EC2V 5DD, United Kingdom.

Standard Chartered Securities (North America), Inc. has corporate offices located at 1095 Avenue of the Americas, New York, NY 10036.

ASA-161

UBS AG has offices located at 1285 Avenue of the Americas, New York, NY 10019.

UBS Group AG has corporate offices located at Bahnhofstrasse 45, Zurich, 8001 Switzerland.

UBS Securities LLC has offices located at 1285 Avenue of the Americas, New York, NY 10019.

ASA-162

**Our Advertisers Represent Some Of The Most Unique Products & Services On Earth!**

# The Protocols Of Zion

3-17-9

A one page summary

Goyim are mentally inferior to Jews and can't run their nations properly. For their sake and ours, we need to abolish their governments and replace them with a single government. This will take a long time and involve much bloodshed, but it's for a good cause. Here's what we'll need to do:

* Place our agents and helpers everywhere
* Take control of the media and use it in propaganda for our plans
* Start fights between different races, classes and religions
* Use bribery, threats and blackmail to get our way
* Use Freemasonic Lodges to attract potential public officials
* Appeal to successful people's egos
* Appoint puppet leaders who can be controlled by blackmail
* Replace royal rule with socialist rule, then communism, then despotism
* Abolish all rights and freedoms, except the right of force by us
* Sacrifice people (including Jews sometimes) when necessary
* Eliminate religion; replace it with science and materialism
* Control the education system to spread deception and destroy intellect
* Rewrite history to our benefit
* Create entertaining distractions
* Corrupt minds with filth and perversion
* Encourage people to spy on one another
* Keep the masses in poverty and perpetual labor
* Take possession of all wealth, property and (especially) gold
* Use gold to manipulate the markets, cause depressions etc.
* Introduce a progressive tax on wealth
* Replace sound investment with speculation
* Make long-term interest-bearing loans to governments
* Give bad advice to governments and everyone else

Eventually the Goyim will be so angry with their governments (because we'll blame them for the resulting mess) that they'll gladly have us take over. We will then appoint a descendant of David to be king of the world,

**ASA-163**



U.S. POSTAGE PAID
FCM LTR
CLIFTON, NJ
07011
AUG 16 22
AMOUNT
**$15.73**
R2305E123683-3

12007

1000

UNITED STATES DISTRICT COURT
PRO SE INTAKE UNIT (Room 200)
500 PEARL STREET
NEW YORK, N.Y 10007

USMPJ
SDNY

Soheil Zaerpour
16 Thornton Pl, Apt. C
Clifton, NJ 07012

UNITED STATES POSTAL SERVICE ™
**REGISTERED MAIL** ™

RE 265 016 314 US

Label 200, August 2006

PSN 7690-03-000-9311

REG. SECT. NY/ISC
AUG 18 2022
JAMAICA, NY 11430

RECEIVED
SDNY PRO SE OFFICE
2022 AUG 23  PM 2:51

# ASA-164

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SOHEIL ZAERPOUR, The People of the United States of America, | |
| Plaintiff, | 22-CV-7232 (LTS) |
| -against- | ORDER DENYING IFP APPLICATION |
| UBS GROUP AG, et al., | |
| Defendants. | |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Leave to proceed in this Court without prepayment of fees is denied because Plaintiff has sufficient assets to pay the fees. *See* 28 U.S.C. § 1915(a)(1). Plaintiff is directed to pay $402.00 in fees – a $350.00 filing fee and a $52.00 administrative fee – within 30 days of the date of this order. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court denies Plaintiff's application requesting the appointment of *pro bono* counsel, without prejudice, because it is too early in the proceedings for the Court to assess the merits of the action. *See Cooper v. A. Sargenti Co.*, 877 F.2d 170, 172 (2d Cir. 1989).

SO ORDERED.

Dated:    October 24, 2022
             New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge

# ASA-165

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOHEIL ZAERPOUR, | |
| Plaintiff, | 22-CV-7232 (LTS) |
| -against- | ORDER OF DISMISSAL |
| UBS GROUP AG, et al., | |
| Defendants. | |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated December 2, 2022, the Court directed Plaintiff, by December 12, 2022, to submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the $402.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an IFP application or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:   December 21, 2022
          New York, New York

_____
          /s/ Laura Taylor Swain
          LAURA TAYLOR SWAIN
          Chief United States District Judge

**ASA-166**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOHEIL ZAERPOUR,

                              Plaintiff,

                -against-

UBS GROUP AG, ET AL,

                              Defendants.

22-CV-7232 (LTS)

CIVIL JUDGMENT

For the reasons stated in the December 21, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

 Dated:    December 21, 2022
           New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                     Chief United States District Judge

RECEIVED
SDNY PRO SE OFFICE

2023 JAN -3  PM 3: 49 UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOHEIL ZAERPOUR & THE PEOPLE OF THE
_____

UNITED STATES OF AMERICA
_____

Write the full name of each plaintiff.

-against-

UBS GROUP AG, et al.
_____

_____

(see attached rider)
_____

_____

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

_____CV_____

(Include case number if one has been
assigned)

**COMPLAINT**

Do you want a jury trial?
☑ Yes   ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

**ASA-168**

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑   **Federal Question**

☐   **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?
U.S. Securities laws, RICO, civil right laws, criminal laws (including computer crimes),

Foreign corrupt practices law, etc.

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of
                        (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Soheil | | Zaerpour |
|---|---|---|
| First Name | Middle Initial | Last Name |

16-C Thornton Pl.

Street Address

| Passaic, Clifton | | New Jersey | 07012 |
|---|---|---|---|
| County, City | | State | Zip Code |

| (862) 668-4036 | soheil.zaerpour@njwg.cap.gov |
|---|---|
| Telephone Number | Email Address (if available) |

**ASA-170**

**B.  Defendant Information**

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    See attached rider
_____
First Name                    Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                    State             Zip Code

Defendant 2:
_____
First Name                    Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                    State             Zip Code

Defendant 3:
_____
First Name                    Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                    State             Zip Code

**ASA-171**

Defendant 4:

_____
First Name                    Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                 State            Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:  New York City (& globally)

Date(s) of occurrence:  2002 until present (see NYSD 21-CV-09680 for the details)

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Defendant co-conspirator banks coordinated to manipulate foreign exchange prices and

benchmark prices against the People of the United States and Plaintiff.

See NYSD 21-CV-09680 (ECF no. 1) for the details.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Loss of principal amount invested and opportunity costs. See NYSD 21-CV-09680 (ECF no. 50 for the details).

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

Monetary and punitive damages. See NYSD 21-CV-09680 (ECF no.1) for the details.

Any other relief deemed just and proper by this Court.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | | |
|---|---|---|
| 26 December 2022 | | |
| Dated | | Plaintiff's Signature |
| Soheil | | Zaerpour |
| First Name | Middle Initial | Last Name |
| 16-C Thornton Pl. | | |
| Street Address | | |
| Passaic, Clifton | New Jersey | 07012 |
| County, City | State | Zip Code |
| (862) 668-4036 | | soheil.zaerpour@njwg.cap.gov |
| Telephone Number | | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☑ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

# ASA-174

**RIDER TO CIVIL COVER SHEET**

**PLAINTIFF(S):**

SOHEIL ZAERPOUR & THE PEOPLE OF THE UITED STATES

Plaintiff's address: 16-C Thornton Pl. Clifton, New Jersey 07012, USA.

**DEFENDANTS**:

BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BARCLAYS BANK
PLC; BARCLAYS PLC; BARCLAYS CAPITAL, INC.; BNP PARIBAS GROUP; BNP
PARIBAS USA, INC.; BNP PARIBAS S.A.; BNP PARIBAS SECURITIES CORP.;
CITIGROUP, INC.; CITIBANK, N.A.; CITIGROUP GLOBAL MARKETS, INC.; CREDIT
SUISSE GROUP AG; CREDIT SUISSE AG; CREDIT SUISSE INTERNATIONAL; CREDIT
SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK AG; DEUTSCHE BANK
SECURITIES INC.; THE GOLDMAN SACHS GROUP, INC.; GOLDMAN, SACHS & CO.
LLC; HSBC HOLDINGS PLC; HSBC BANK PLC; HSBC NORTH AMERICA HOLDINGS
INC.; HSBC BANK USA, N.A.; HSBC SECURITIES (USA) INC.; J.P. MORGAN CHASE &
CO.; J.P. MORGAN CHASE BANK, N.A.; J.P. MORGAN SECURITIES LLC; MERRILL
LYNCH, PIERCE, FENNER & SMITH INC.; MUFG BANK, LTD.; MUFG SECURITIES
AMERICAS INC.; MORGAN STANLEY; MORGAN STANLEY & CO., LLC; MORGAN
STANLEY & CO. INTERNATIONAL PLC; NATWEST MARKETS SECURITIES INC.; RBC
CAPITAL MARKETS LLC; THE ROYAL BANK OF CANADA; ROYAL BANK OF
SCOTLAND PLC; SG AMERICAS SECURITIES LLC; SOCIETE GENERALE S.A.;
STANDARD CHARTERED BANK; STANDARD CHARTERED SECURITIES (NORTH
AMERICA), INC.; UBS AG; UBS GROUP AG; and UBS SECURITIES LLC

1

## ASA-175

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES):**

Bank of America Corporation has corporate offices located at 100 N. Tryon St., Charlotte, NC, 28255.

Bank of America, N.A. has corporate offices located at 100 N. Tryon St., Charlotte, NC, 28255.

Barclays Bank PLC has offices located at 745 7th Avenue, New York, NY 10019.

Barclays PLC has corporate offices located at 1 Churchill Place, London E14 5HP, United Kingdom.

Barclays Capital, Inc. has offices located at 745 7th Avenue, New York, NY 10019.

BNP Paribas Group's headquarters is located at 16, boulevard des Italiens, 75009 Paris, France

BNP Paribas USA, Inc. has offices located at 787 Seventh Avenue , New York, NY 10019.

BNP Paribas S.A. has offices located at 787 Seventh Avenue , New York, NY 10019.

BNP Paribas Securities Corp. has offices located at 787 Seventh Avenue , New York, NY 10019.

Citigroup, Inc. has corporate offices located at 388 Greenwich Street New York, NY 10013.

Citibank, N.A. has offices located at 388 Greenwich Street New York, NY 10013.

Citigroup Global Markets, Inc. has offices located at 388 Greenwich Street, New York, NY 10013.

## ASA-176

Credit Suisse Group AG has corporate offices located at 11 Madison Avenue, New York, NY 10010.

Credit Suisse AG has offices located at 11 Madison Avenue, New York, NY 10010.

Credit Suisse International has corporate offices located at One Cabot Square, London, E14 4QJ, United Kingdom.

Credit Suisse Securities (USA) LLC has offices located at 11 Madison Avenue, New York, NY 10010.

Deutsche Bank AG has offices located at 60 Wall Street, New York, NY 10005.

Deutsche Bank Securities Inc. has offices located at 60 Wall Street, New York, NY 10005.

The Goldman Sachs Group, Inc. has offices located at 200 West Street, New York, NY 10282.

Goldman, Sachs & Co. LLC has offices located at 200 West Street, New York, NY 10282.

HSBC Holdings PLC has corporate offices located at 8 Canada Square, London, E14 5HQ, United Kingdom.

HSBC Bank PLC has corporate offices located at 8 Canada Square, London, EI4 5HQ, United Kingdom.

HSBC North America Holdings Inc. has an office located at 452 Fifth Ave., New York, NY 10018.

3

# ASA-177

HSBC Bank USA, N.A. has an office located at 452 Fifth Ave., New York, NY 10018.

HSBC Securities (USA) Inc. has an office located at 452 Fifth Ave., New York, NY 10018.

J.P. Morgan Chase & Co. has corporate offices located at 270 Park Avenue, New York, NY 10017.

J.P. Morgan Chase Bank, N.A. has corporate offices located at 1111 Polaris Parkway, Columbus, OH 43240.

J.P. Morgan Securities LLC has offices located at 277 Park Avenue, New York, NY 10172 .

Merrill Lynch, Pierce, Fenner & Smith Inc. has corporate offices located at One Bryant Park, New York, NY 10036.

MUFG Bank, Ltd. has an office located at 1251 Avenue of the Americas, New York, NY 10020-1104.

MUFG Securities Americas Inc. has offices located at 1221 Avenue of the Americas, New York, NY 10020-1001.

Morgan Stanley has corporate offices located at 1585 Broadway Avenue, New York, NY 10036.

Morgan Stanley & Co., LLC has corporate offices located at 1585 Broadway Avenue, New York, NY 10036.

4

Morgan Stanley & Co. International PLC has offices located at Cabot Square, Canary Wharf, London, E14 4QA, United Kingdom.

NatWest Markets Securities Inc. has corporate offices located at 600 Washington Boulevard Stamford, CT 06901.

RBC Capital Markets LLC has offices located at 200 Vesey Street, 9'*' Floor, New York, NY 10281.

The Royal Bank of Canada has corporate offices located at 200 Bay Street, Royal Bank Plaza, Toronto, ON M5J 2J5, Canada.

Royal Bank of Scotland PLC has corporate offices located at 36 St Andrew Square, Edinburgh, United Kingdom, EH2 2YB.

SG Americas Securities LLC has corporate offices located at 245 Park Avenue, New York, NY 10167.

Societe Generale S.A. has corporate offices located at 29 Boulevard Haussmann 75009 Paris, France.

Standard Chartered Bank has corporate offices located at 1 Basinghall Avenue, London, EC2V 5DD, United Kingdom.

Standard Chartered Securities (North America), Inc. has corporate offices located at 1095 Avenue of the Americas, New York, NY 10036.

UBS AG has offices located at 1285 Avenue of the Americas, New York, NY 10019.

UBS Group AG has corporate offices located at Bahnhofstrasse 45, Zurich, 8001 Switzerland.

UBS Securities LLC has offices located at 1285 Avenue of the Americas, New York, NY 10019.

**ASA-180**



Glider Academy

NERGCOE
CIVIL AIR PATROL
HARTNESS STATE AIRPORT
NORTH SPRINGFIELD, VERMONT

This certificate is awarded to

1Lt. Soheil Zaerpour

For completion of the Northeast Region Glider Center of Excellence held at the Hartness State Airport in North Springfield Vermont from Aug. 6 2011 until Aug. 14 2011

SPRINGFIELD COMPOSITE SQUADRON
CIVIL AIR PATROL
HARTNESS STATE AIRPORT
NORTH SPRINGFIELD, VERMONT

_____  8-14-11
Capt. Paul Finestone          Date

_____  8-14-11
Col. Dae Hardy               Date



# King Schools Certification

Training Completion Certificate

*This is to certify that*

## Mr. Soheil Zaerpour, MSc.

has completed the King Schools Course

# Flying the Citation Mustang—Single Pilot

*on*

May 31, 2015

John King
1979365 AIGI

Martha King
1979366 AIGI

King Schools, Inc. • 3840 Calle Fortunada • San Diego, CA 92123 • (858) 541-2200 • www.kingschools.com



**ASA-183**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOHEIL ZAERPOUR; THE PEOPLE OF THE
UNITED STATES OF AMERICA,

                           Plaintiffs,

                    -against-

BANK OF AMERICA CORPORATION, ET AL.,

                           Defendants.

23-CV-0040 (LTS)

ORDER DENYING IFP APPLICATION

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

       Leave to proceed in this Court without prepayment of fees is denied because Plaintiff has sufficient assets to pay the fees. *See* 28 U.S.C. § 1915(a)(1). Plaintiff is directed to pay $402.00 in fees – a $350.00 filing fee and a $52.00 administrative fee – within 30 days of the date of this order. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

SO ORDERED.

Dated:    January 5, 2023
           New York, New York

                             /s/ Laura Taylor Swain
                               LAURA TAYLOR SWAIN
                        Chief United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOHEIL ZAERPOUR; THE PEOPLE OF
THE UNITED STATES,

                                   Plaintiffs,

                        -against-

BANK OF AMERICA CORPORATION, ET
AL.,

                                   Defendants.

---

23-CV-0040 (LTS)

ORDER TO AMEND

LAURA TAYLOR SWAIN, Chief United States District Judge:

> Plaintiff, who proceeds *pro se*, brings this action against more than 20 banks and financial

entities. He alleges that they have violated "criminal laws (including computer crimes)," the

Racketeer Influenced and Corrupt Organizations Act (RICO), unspecified civil rights and

securities laws, and the Foreign Corrupt Practices Act, 15 U.S.C. §§ 78dd-1. Plaintiff moves for

the appointment of *pro bono* counsel.

> The Court dismisses the complaint for the reasons set forth below but grants Plaintiff

leave to file an amended complaint within 30 days of the date of this order.

### STANDARD OF REVIEW

> The Court has the authority to dismiss a complaint, even when the plaintiff has paid the

filing fee, if it determines that the action is frivolous, *Fitzgerald v. First E. Seventh Tenants

Corp.*, 221 F.3d 362, 363-64 (2d Cir. 2000) (*per curiam*) (citing *Pillay v. INS*, 45 F.3d 14, 16-17

(2d Cir. 1995) (*per curiam*) (holding that Court of Appeals has inherent authority to dismiss

frivolous appeal)), or that the Court lacks subject matter jurisdiction, *Ruhrgas AG v. Marathon

Oil Co.*, 526 U.S. 574, 583 (1999). The Court also may dismiss an action for failure to state a

claim, "so long as the plaintiff is given notice and an opportunity to be heard." *Wachtler v.*

**ASA-185**

*County of Herkimer*, 35 F.3d 77, 82 (2d Cir. 1994) (citation and internal quotation marks

omitted). The Court is obliged, however, to construe *pro se* pleadings liberally, *Harris v. Mills*,

572 F.3d 66, 72 (2d Cir. 2009), and interpret them to raise the "strongest [claims] that they

*suggest*," *Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 474 (2d Cir. 2006) (internal

quotation marks and citations omitted) (emphasis in original).

## BACKGROUND

Plaintiff Soheil Zaerpour brings this suit on his own behalf and also purports to bring

claims on behalf of "the people of the United States of America." (ECF 1 at 1.) He alleges that

his claims arose from "2002 until present." (*Id.* at 5.)

Plaintiff's allegations of fact, in their entirety, are as follows:

> Defendant co-conspirator banks coordinated to manipulate foreign exchange
> prices and benchmark prices against the People of the United States and Plaintiff.
> See NYSD 21-CV-09680 (ECF no. 1) for the details.

(*Id.*) Plaintiff seeks monetary and punitive damages. (*Id.* at 6.) The following five pages of the

complaint list the many defendants that he sues.

In the prior suit that Plaintiff seeks to incorporate by reference, *Zaerpour v. JP Morgan*

*Chase Bank, N.A.*, No. 21-CV-9680 (JPC) (S.D.N.Y. Aug. 8, 2022), he had alleged that nine

banks (Bank of America, Citibank, Credit Suisse, Deutsche Bank, Goldman Sachs, HSBC, JP

Morgan, Royal Bank of Scotland, and UBS) engaged in a conspiracy to make prices in the global

foreign currency exchange market move in "an exact reverse" of his individual trades "all the

time" for a period of several years. Plaintiff asserted that defendants engaged in "FOREX market

manipulation against [him] and computer intrusions, surveillance and other charges motivated by

malice and criminal conspiracy against the American people." (ECF 1 at 2:14-16.) He further

argued that defendants were motivated by antipathy to his "plan[] for World Peace as

2

**ASA-186**

communicated to the World leaders since 1985 and the people of the world by the Baha'i international community in Haifa." (*Id.* at 3.)

Defendants moved to dismiss that action for improper service and on the grounds that Plaintiff (1) lacked standing to pursue antitrust claims because he did not transact directly with defendants; (2) failed to plead facts supporting a plausible inference of an antitrust conspiracy and because his antitrust claims were impermissibly extra-territorial; (3) could not state a constitutional tort claim because defendants' conduct was not state action; (4) lacked standing to assert violations of criminal laws; (5) could not, as a non-attorney, bring suit on behalf of a class; (6) asserted claims that were time-barred; and (7) brought claims that should be dismissed as frivolous. By order dated August 8, 2022, District Judge Cronan granted defendants' motion to dismiss for improper service, declined to extend the time for service, and dismissed the action without prejudice, without reaching the merits. Plaintiff now brings this action against the same defendants named in the earlier suit, plus many additional defendants.

## DISCUSSION

### A.    Proceeding Pro Se

Plaintiff, who does not indicate that he is an attorney admitted to practice in this court, names the "people of the United States of America" as additional plaintiffs in this action. "[A]n individual who is not licensed as an attorney 'may not appear on another person's behalf in the other's cause'" *United States v. Flaherty*, 540 F.3d 89, 92 (2d Cir. 2008) (citation omitted). *See also Iannaccone v. Law*, 142 F.3d 553, 558 (2d Cir. 1998) ("[B]ecause *pro se* means to appear for one's self, a person may not appear on another person's behalf in the other's cause."); *Phillips v. Tobin*, 548 F.2d 408, 410 (2d Cir. 1976) (holding that it is plain error to permit a prisoner to bring a class action on behalf of fellow inmates). As a non-attorney proceeding *pro se*, Plaintiff cannot pursue a class action suit on behalf of others. The Court therefore construes the complaint as

asserting claims solely on behalf of Soheil Zaerpour, who is the only signatory to the complaint. If Plaintiff chooses to file an amended complaint *pro se*, he can only bring his own claims and cannot proceed on behalf of others.

**B.    Rule 8**

Rule 8 of the Federal Rules of Civil Procedure requires a complaint to make a short and plain statement showing that the pleader is entitled to relief. A complaint states a claim for relief if the claim is plausible. *Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009) (citing *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007)). To review a complaint for plausibility, the Court accepts all well-pleaded factual allegations as true and draws all reasonable inferences in the pleader's favor. Iqbal, 556 U.S. at 678-79 (citing Twombly, 550 U.S. at 555). The Court need not accept, however, "[t]hreadbare recitals of the elements of a cause of action," which are essentially legal conclusions. *Id*. at 678 (citing *Twombly*, 550 U.S. at 555). After separating legal conclusions from well-pleaded factual allegations, the court must determine whether those facts make it plausible – not merely possible – that the pleader is entitled to relief. *Id.*

Here, the allegations of Plaintiff's complaint are insufficient to satisfy Rule 8. He cannot simply incorporate by reference the entirety of his prior complaint. This is particularly true given that some of the defendants named in this action are new defendants as to whom there were no allegations in the prior complaint. The Court therefore dismisses the complaint for failure to state a claim on which relief can be granted.

**C.    Leave to amend**

Plaintiff proceeds in this matter without the benefit of an attorney. District courts generally should grant a self-represented plaintiff an opportunity to amend a complaint to cure its defects, unless amendment would be futile. *See Hill v. Curcione*, 657 F.3d 116, 123-24 (2d Cir. 2011); *Salahuddin v. Cuomo*, 861 F.2d 40, 42 (2d Cir. 1988). Indeed, the Second Circuit has

**ASA-188**

cautioned that district courts "should not dismiss [a *pro se* complaint] without granting leave to amend at least once when a liberal reading of the complaint gives any indication that a valid claim might be stated." *Cuoco v. Moritsugu*, 222 F.3d 99, 112 (2d Cir. 2000) (quoting *Gomez v. USAA Fed. Sav. Bank*, 171 F.3d 794, 795 (2d Cir. 1999)). The Court therefore grants Plaintiff 30 days' leave to amend hiscomplaint to detail his claims.

The Court notes that, insofar as there is overlap between the claims that Plaintiff seeks to assert in this action and those that he brought in 21-CV-9680 (JPC), he should review the motion to dismiss filed in the earlier action and conduct a good faith investigation into whether his claims are well founded in law.

**D.      Pro Bono Counsel**

Plaintiff moves for the appointment of *pro bono* counsel. The factors to be considered in ruling on an indigent litigant's request for counsel include the merits of the case, Plaintiff's efforts to obtain a lawyer, and Plaintiff's ability to gather the facts and present the case if unassisted by counsel. *See Cooper v. A. Sargenti Co.*, 877 F.2d 170, 172 (2d Cir. 1989); *Hodge v. Police Officers,* 802 F.2d 58, 60-62 (2d Cir. 1986). Of these, the merits are "[t]he factor which command[s] the most attention." *Cooper*, 877 F.2d at 172. Because it is too early in the proceedings for the Court to assess the merits of the action, Plaintiff's motion for counsel is denied without prejudice to renewal at a later date.

**LEAVE TO AMEND**

Plaintiff is granted leave to amend his complaint to provide more facts about his claims. In the "Statement of Claim" section of the amended complaint form, Plaintiff must provide a short and plain statement of the relevant facts supporting each claim against each defendant. If Plaintiff has an address for any named defendant, Plaintiff must provide it. Plaintiff should include all of the information in the amended complaint that Plaintiff wants the Court to consider

**ASA-189**

in deciding whether the amended complaint states a claim for relief. That information should

include:

    a) the names and titles of all relevant people;

    b) a description of all relevant events, including what each defendant did or failed to do, the approximate date and time of each event, and the general location where each event occurred;

    c) a description of the injuries Plaintiff suffered; and

    d) the relief Plaintiff seeks, such as money damages, injunctive relief, or declaratory relief.

Essentially, Plaintiff's amended complaint should tell the Court: who violated his

federally protected rights; how, when, and where such violations occurred; and why Plaintiff is

entitled to relief.

Because Plaintiff's amended complaint will completely replace, not supplement, the

original complaint, any facts or claims that Plaintiff wants to include from the original complaint

must be repeated in the amended complaint.

## CONCLUSION

The Court dismisses Plaintiff's complaint for failure to state a claim on which relief can

be granted. The Court denies Plaintiff's motion for *pro bono* counsel (ECF 3.)

Plaintiff is granted leave to file an amended complaint that complies with the standards

set forth above. Plaintiff must submit the amended complaint to this Court's Pro Se Intake Unit

within 30 days of the date of this order, caption the document as an "Amended Complaint," and

label the document with docket number 23-CV-0040 (LTS). An Amended Complaint form is

attached to this order. No summons will issue at this time. If Plaintiff fails to comply within the

time allowed, and he cannot show good cause to excuse such failure, the complaint will be

dismissed for failure to state a claim upon which relief may be granted.

**ASA-190**

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would

not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant

demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   February 6, 2023
         New York, New York

                                  /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                             Chief United States District Judge

**ASA-191**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____

Write the full name of each plaintiff.

-against-

_____

_____

_____

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

_____CV_____

(Include case number if one has been assigned)

**AMENDED**

**COMPLAINT**

Do you want a jury trial?
☐ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 2/10/17

**ASA-192**

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐   **Federal Question**

☐   **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of
                              (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

**ASA-193**

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
　　　　　　(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_____

First Name　　　　　　　Middle Initial　　　Last Name

_____

Street Address

_____

County, City　　　　　　　　　　　State　　　　　　Zip Code

_____

Telephone Number　　　　　　　Email Address (if available)

**ASA-194**

## B.   Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

First Name                          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                        State                    Zip Code

Defendant 2:

First Name                          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                        State                    Zip Code

Defendant 3:

First Name                          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                        State                    Zip Code

**ASA-195**

Defendant 4: _____

_____
First Name                              Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                    State                Zip Code

## III.  STATEMENT OF CLAIM

Place(s) of occurrence: _____


Date(s) of occurrence: _____

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**ASA-196**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

_____

_____

_____

_____

_____

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

_____

_____

_____

_____

_____

**ASA-197**

### V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| Dated | Plaintiff's Signature |

| | | |
|---|---|---|
| First Name | Middle Initial | Last Name |

Street Address

| | | |
|---|---|---|
| County, City | State | Zip Code |

| | |
|---|---|
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

ASA-198

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOHEIL ZAERPOUR, et al.
_____

_____
Write the full name of each plaintiff.

-against-

UBS GROUP AG, et al.
_____

(See attached rider).
_____

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

23 ___ CV __ 00040-LTS

(Include case number if one has been assigned)

**AMENDED COMPLAINT**

Do you want a jury trial?
☒ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 1/9/17

**ASA-199**

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑   **Federal Question**

☐   **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Securities laws,, computer crimes, and anti-trust laws, and possibly others

(to be determined by this Court based on the facts of this case).

_____

_____

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of

(Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

**ASA-200**

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
        (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

| Soheil | -- | Zaerpour |
|---|---|---|
| First Name | Middle Initial | Last Name |

| 16-C Thornton place | | |
|---|---|---|
| Street Address | | |

| Clifton | New Jersey | 07012 |
|---|---|---|
| County, City | State | Zip Code |

| (862) 668-4036 | soheil.zaerpour@njwg.cap.gov |
|---|---|
| Telephone Number | Email Address (if available) |

Page 3

**ASA-201**

**B.   Defendant Information**

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

| First Name | Last Name | |
|---|---|---|
| UBS Group AG | | |
| Current Job Title (or other identifying information) | | |
| Bahnhofstrasse 45 | | |
| Current Work Address (or other address where defendant may be served) | | |
| Zurich | Switzerland | 8001 |
| County, City | State | Zip Code |

Defendant 2:      See attached list.

| First Name | Last Name | |
|---|---|---|
| | | |
| Current Job Title (or other identifying information) | | |
| | | |
| Current Work Address (or other address where defendant may be served) | | |
| | | |
| County, City | State | Zip Code |

Defendant 3:

| First Name | Last Name | |
|---|---|---|
| | | |
| Current Job Title (or other identifying information) | | |
| | | |
| Current Work Address (or other address where defendant may be served) | | |
| | | |
| County, City | State | Zip Code |

**ASA-202**

Defendant 4:

| | |
|---|---|
| First Name | Last Name |

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

| | | |
|---|---|---|
| County, City | State | Zip Code |

## III. STATEMENT OF CLAIM

Place(s) of occurrence:   New York City (& globally as Forex is global)

Date(s) of occurrence:   2002 until present, foremost for the opportunity costs.

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I have been the target of a criminal conspiracy by the banking cartel since 2002 until today. The proof of this affirmation is in my legal independent account statements by 2 forex brokers which have been so far reviewed by the F.B.I and 2 federal Judges who do not dispute them in any way, shape or form.

Explained simply, I have been the target in my trading activity from 2002 until 2006 approximately when trading live. The reason I know this is that all my trades became predictive of all forex market movements at large for the entire duration of my forex trading activity. This is incredible but this has been recorded factually in my account statements independently for many years now.

The premise of this case is corruption at the DoJ who has apparently never acted to arrest or identify these individuals despite the fact that I am a forex trader with years of experience and education behind me and with no issues of any kind. I was also trained in this field in New York by 2 financial institutions before going live independently. I speak 3-4 languages fluently and have obtained my master's degree in the United States in a record time and in Switzerland for my bachelor degree in economics and management before that. I also hold a private pilot certificate delivered by the US F.A.A. in 2008 and 2014 for the instrument privilege.

Page 5

ASA-203

I have been naturalized citizen of Switzerland since 1992 and the U.S. since 2009. I was born in Iran and emigrated to Switzerland with my family at the age of 7. My family is Baha'i and world peace activity has been an important part of my life.

The Baha'i Faith is established on all continents today and has between 6 and 8 million adherents worldwide. It seeks peace through Justice and increased participation of women in all aspects of the political life. The Baha'i faith exhorts a reduction in armament spendings and the establishment of world peace through a world tribumal and collective security to be decided at the U.N. for all countries. Baha'is have been notoriously persecuted in Iran for their Faith. Baha'is must be obediant to the government in which they live. Baha'is work towards the unification of mankind.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

My immediate injuries are twofold: One is pertaining to the $50k principal amount lost and more importantly and much more consequential are my opportunity costs given that I have proven myself to be one of the best forex traders worldwide through a global contest for 1 full year before going live, independently. Other injuries exists and will be reported later, as needed, so as not lose focus. To note, manipulation of forex rates in this case also affected all US and global consumers and investors.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

Monetary and punitive damages based on proof is what I am requesting. They are calculated as follows: 50k dollars compounded at the rate of 30% monthly for 20 years. For punitive damages, I will let the Court decide what is appropriate; once all the facts of this case are known after discovery.

**ASA-204**

### V.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 24 February 2023 | |
| Dated | Plaintiff's Signature |
| Soheil | Zaerpour |
| First Name            Middle Initial | Last Name |
| 16-C Thornton Place | |
| Street Address | |
| Passaic, Clifton | New Jersey        07012 |
| County, City | State          Zip Code |
| (862) 668-4036 | soheil.zaerpour@njwg.cap.gov |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☑ Yes    ☐ No

    If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

# ASA-205



**United States District Court**
**Southern District of New York**

## Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

### IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

## CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1.  I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2.  I have established a PACER account;

3.  I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4.  I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5.  I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6.  I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

21-cv-09680-JPC-JLC; 22-cv-07232-LTS and 23-cv-00040-LTS.

---

Zaerpour, Soheil
Name (Last, First, MI)

| 16-C Thornton Pl. | Clifton | New Jersey | 07012 |
|---|---|---|---|
| Address | City | State | Zip Code |

| (862) 668-4036 | soheil.zaerpour@njwg.cap.gov |
|---|---|
| Telephone Number | E-mail Address |

| 23 February 2023 | |
|---|---|
| Date | Signature |

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007

# ASA-207

**NYSD 23-cv-00040-LTS**

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES):**

1. Bank of America Corporation has corporate offices located at 100 N. Tryon St., Charlotte, NC, 28255.

2. Bank of America, N.A. has corporate offices located at 100 N. Tryon St., Charlotte, NC, 28255.

3. Barclays Bank PLC has offices located at 745 7th Avenue, New York, NY 10019.

4. Barclays PLC has corporate offices located at 1 Churchill Place, London E14 5HP, United Kingdom.

5. Barclays Capital, Inc. has offices located at 745 7th Avenue, New York, NY 10019.

6. BNP Paribas Group's headquarters is located at 16, boulevard des Italiens, 75009 Paris, France.

7. BNP Paribas USA, Inc. has offices located at 787 Seventh Avenue , New York, NY 10019.

8. BNP Paribas S.A. has offices located at 787 Seventh Avenue , New York, NY 10019.

9. BNP Paribas Securities Corp. has offices located at 787 Seventh Avenue , New York, NY 10019.

10. Citigroup, Inc. has corporate offices located at 388 Greenwich Street New York, NY 10013.

11. Citibank, N.A. has offices located at 388 Greenwich Street New York, NY 10013.

12. Citigroup Global Markets, Inc. has offices located at 388 Greenwich Street, New York, NY 10013.

13. Credit Suisse Group AG has corporate offices located at 11 Madison Avenue, New York, NY 10010.

14. Credit Suisse AG has offices located at 11 Madison Avenue, New York, NY 10010.

15. Credit Suisse International has corporate offices located at One Cabot Square, London, E14 4QJ, United Kingdom.

16. Credit Suisse Securities (USA) LLC has offices located at 11 Madison Avenue, New York, NY 10010.

## ASA-208

17. Deutsche Bank AG has offices located at 60 Wall Street, New York, NY 10005.

18. Deutsche Bank Securities Inc. has offices located at 60 Wall Street, New York, NY 10005.

19. The Goldman Sachs Group, Inc. has offices located at 200 West Street, New York, NY 10282.

20. Goldman, Sachs & Co. LLC has offices located at 200 West Street, New York, NY 10282.

21. HSBC Holdings PLC has corporate offices located at 8 Canada Square, London, E14 5HQ, United Kingdom.

22. HSBC Bank PLC has corporate offices located at 8 Canada Square, London, EI4 5HQ, United Kingdom.

23. HSBC North America Holdings Inc. has an office located at 452 Fifth Ave., New York, NY 10018.

24. HSBC Bank USA, N.A. has an office located at 452 Fifth Ave., New York, NY 10018.

25. HSBC Securities (USA) Inc. has an office located at 452 Fifth Ave., New York, NY 10018.

26. J.P. Morgan Chase & Co. has corporate offices located at 270 Park Avenue, New York, NY 10017.

27. J.P. Morgan Chase Bank, N.A. has corporate offices located at 1111 Polaris Parkway, Columbus, OH 43240.

28. J.P. Morgan Securities LLC has offices located at 277 Park Avenue, New York, NY 10172 .

29. Merrill Lynch, Pierce, Fenner & Smith Inc. has corporate offices located at One Bryant Park, New York, NY 10036.

30. MUFG Bank, Ltd. has an office located at 1251 Avenue of the Americas, New York, NY 10020-1104.

31. MUFG Securities Americas Inc. has offices located at 1221 Avenue of the Americas, New York, NY 10020-1001.

32. Morgan Stanley has corporate offices located at 1585 Broadway Avenue, New York, NY 10036.

33. Morgan Stanley & Co., LLC has corporate offices located at 1585 Broadway Avenue, New York, NY 10036.

# ASA-209

34. Morgan Stanley & Co. International PLC has offices located at Cabot Square, Canary Wharf, London, E14 4QA, United Kingdom.

35. NatWest Markets Securities Inc. has corporate offices located at 600 Washington Boulevard Stamford, CT 06901.

36. RBC Capital Markets LLC has offices located at 200 Vesey Street, 9th Floor, New York, NY 10281.

37. The Royal Bank of Canada has corporate offices located at 200 Bay Street, Royal Bank Plaza, Toronto, ON M5J 2J5, Canada.

38. Royal Bank of Scotland PLC has corporate offices located at 36 St Andrew Square, Edinburgh, United Kingdom, EH2 2YB.

39. SG Americas Securities LLC has corporate offices located at 245 Park Avenue, New York, NY 10167.

40. Societe Generale S.A. has corporate offices located at 29 Boulevard Haussmann 75009 Paris, France.

41. Standard Chartered Bank has corporate offices located at 1 Basinghall Avenue, London, EC2V 5DD, United Kingdom.

42. Standard Chartered Securities (North America), Inc. has corporate offices located at 1095 Avenue of the Americas, New York, NY 10036.

43. UBS AG has offices located at 1285 Avenue of the Americas, New York, NY 10019.

44. UBS Group AG has corporate offices located at Bahnhofstrasse 45, Zurich, 8001 Switzerland.

45. UBS Securities LLC has offices located at 1285 Avenue of the Americas, New York, NY 10019.

# ASA-210

**Subject: Order to Amend  (Case number: NYSD 23-cv-00040-LTS)**

Dear Judge Swain,

Attached, please find my **amended complaint**, which has taken into consideration all the recommendations in your letter. It incorporates the same *facts* as in my original 2021-complaint (NYSD 21-cv-09680) but has been updated as per ECF no. 50 (section 3 referencing an updated *list of the defendants*) and ECF no. 57-1, for the most current source available to the best of my knowledge.

Since it has been referenced in your recent order, I take this opportunity to **add** the following to *all* other filed objections in my response to then-defendants' motion to dismiss (NYSD 21-cv-09680, ECF no. 57) :

1. Sucessfull research and devopment of forex algorithm programs is part of my reported 10 years of forex trading activity and should be taken into account when calculating the opportunity costs (NJD 13-cv-06073-ES-JAD, p.3, lines 6-10) .[1]

2. To my knowledge, a plaintiff can reference criminal laws since *obstruction of justice* has been a premise in this case (NJD 13-cv-06073-ES-JAD). Moreover, *lack of prosecution* in criminal cases has delayed the *identification* of the defendants  by several years  (PAS L-3843-17), so has th*e fraudulent concealment* by the banking industry (NYSD 21-cv-09680, ECF no. 57, pp 3-8).

3. *Unprosecuted but demonstrated* criminal actions should always be taken into consideration in civil cases, since it affects the amount of punitive damages, this according to my understanding of the jurisprudence.[2]

4. The defendants have falsly referenced my response to question no. 7 sub-section in my 2006-FAQ document (21-cv-09680, ECF no. 57-3) as meaning I knew the identity of the defendants then, when it only meant that criminality *also* exists in high-finance (by referencing cases *beside my own example,*  as stated (21-cv-09680, ECF no. 58, p.8). Also they have alledged that I knew the identities of some of the defendants as conspirators in my case by referencing a annual survey of the largest forex dealers made by the magazine Euromoney in 2013 (21-cv-09680, ECF no. 58, p. 8) This list did not assign *any* crime regarding forex specifically. I would have been short of any concrete *evidence* to file a lawsuit against them then. Only a criminal probe by the DoJ uncovered the conspiracy to manipulate forex rates by these banks years later. To note, it is

---

[1] https://en.m.wikipedia.org/wiki/Renaissance_Technologies
[2] https://www.law.cornell.edu/wex/punitive_damages

only in December 2021, after my complaint was filed with this Court, that the European Commission was able to conclude its own investigation regarding forex manipulationsl (21-cv-09680, ECF no. 57, p.3).

5.  The defendants also alledged falsy that I knew precisely the identitiy of the defendants because they come from publicly available sources, and *this undercuts any inference they were self-concealing* according to their memorandum (21-cv-09680, ECF no. 58, p. 9). While the first part is correct (i.e. all the identities of the defendants come from public sources, including court documents and press releases), it is a *ludicrous* argument as demonstrated in 18-cv10364, ECF no. 1. The issue is simply chronology in what they say and it is important: These defendants were effectively  concealing their conspiracy until it became public knowledge through media reports and thanks to lawful intercepts of encrypted chatroom conversations between forex traders at those banks (NYSD 13-cv-07789-ER). I must add that I did not know myself such *powerful enemies* in finance (or else) while trading forex; which also explains why I was reluctant to file a complaint against any corporation then (NJD 13-cv-06073-ES-JAD, ECF no 8).

6.  Private parties *are allowed*  to sue in anti-trust cases according to US laws[3] (NYSD 13-cv-07789-ER, pp 24-25). Also, I have been the <u>direct</u> target of this concealed banking *cartel* and have suffered as a *direct* result of their monopolistic behaviour all those years (21-cv-09680, ECF no. 57, pp.9-11). The fact that I was not a *direct purchaser* does not matter. The reason it shouldn't is because I did not purchase any of the underlying currencies from my 2 brokers either. The exchange rates at which I was transacting was determined directly by the large banks through my brokers automated platform, electronically, in realtime. (21-cv-09680, ECF no. 50-1, p.66).[4]

7.  To note, both of my broker firms (FXCM and MG-Forex) were located in New York City at that time; this as only one *additional* reason why this Court has juridiction over this case (which was omitted in my response then (21-cv-09680, ECF no 57, pp. 11-12). Other reasons include legal statements made by other plaintiffs in other related forex cases (NYSD 18-cv-10364, ECF no. 1, pp. 11-12).


Since you asked me to carefully review the defendants' answers to my objections to dissmiss then (21-cv-09680, ECF no. 58), I am kindly asking this Court to grant me the opportunity to respond more thoroughly to those objections later on, assuming they might be repeated in the current case.


Respectfully submitted,

---

[3] https://www.justice.gov/atr/antitrust-enforcement-and-consumer
[4] Investopedia.com/articles/forex/06/interbank.asp

**ASA-212**

Dated : February 23, 2023                    /s/  Soheil Zaerpour

                                                          16-C Thornton Place

                                                          Clifton, NJ 07012

                                                          (862) 668-4036

                                                          soheil.zaerpour@njwg.cap.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOHEIL ZAERPOUR,

Plaintiff,

-against-

BANK OF AMERICA CORPORATION, ET AL.,

Defendants.

---

23-CV-0040 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff invokes the Court's federal question jurisdiction, and asserts claims for violations of "securities laws" and "antitrust laws," as well as claims based on "computer crimes." (ECF 7 at 2.) By order dated February 8, 2023, the Court directed Plaintiff to amend his complaint to address deficiencies in his original pleading. Plaintiff filed an amended complaint on February 24, 2023, and the Court has reviewed it. The action is dismissed for the reasons set forth below.

**STANDARD OF REVIEW**

The Court has the authority to dismiss a complaint, even when the plaintiff has paid the filing fee, if it lacks subject matter jurisdiction, *Ruhrgas AG v. Marathon Oil Co.*, 526 U.S. 574, 583 (1999), or if the Court it determines that the action is frivolous, *Fitzgerald v. First E. Seventh Tenants Corp.*, 221 F.3d 362, 363-64 (2d Cir. 2000) (*per curiam*) (citing *Pillay v. INS*, 45 F.3d 14, 16-17 (2d Cir. 1995) (per curiam) (holding that Court of Appeals has inherent authority to dismiss frivolous appeal)).

A claim is frivolous when it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 324-25 (1989), *abrogated on other grounds by Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007); *see also Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992)

ASA-214

(holding that "finding of factual frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible"); *Livingston v. Adirondack Beverage Co.*, 141 F.3d 434, 437 (2d Cir. 1998) ("[A]n action is 'frivolous' when either: (1) the factual contentions are clearly baseless . . . ; or (2) the claim is based on an indisputably meritless legal theory.") (internal quotation marks and citation omitted).

The Court also may dismiss an action for failure to state a claim, "so long as the plaintiff is given notice and an opportunity to be heard." *Wachtler v. County of Herkimer*, 35 F.3d 77, 82 (2d Cir. 1994) (citation and internal quotation marks omitted). The Court is obliged, however, to construe *pro se* pleadings liberally, *Harris v. Mills*, 572 F.3d 66, 72 (2d Cir. 2009), and interpret them to raise the "strongest [claims] that they *suggest*," *Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 474 (2d Cir. 2006) (internal quotation marks and citations omitted) (emphasis in original).

## BACKGROUND

In Plaintiff's amended complaint, he brings suit against the following defendants: BNP Paribas Group; BNP Paribas S.A; BNP Paribas Securities Corp.; BNP Paribas USA, Inc.; Bank of America Corporation; Bank of America, N.A.; Barclays Bank PLC; Barclays PLC; Citibank N.A.; Citigroup Global Markets, Inc.; Citigroup, Inc.; Credit Suisse Group AG; Credit Suisse International; Credit Suisse Securities (USA) LLC; Deutsche Bank AG; Deutsche Bank Securities Inc.; Goldman, Sachs & Co. LLC; HSBC Bank PLC; HSBC Bank USA, N.A.; HSBC Holdings PLC; HSBC North America Holding Inc.; HSBC Securities (USA) Inc.; J.P. Morgan Bank & Co.; J.P. Morgan Chase Bank, N.A.; J.P. Morgan Securities LLC; MUFG Bank, Ltd., MUFG Securities Americas Inc.; Merrill Lynch; Pierce Fenner & Smith, Inc.; Morgan Stanley; Morgan Stanley & Co. International PLC; Morgan Stanley & Co., LLC; NatWest Markets Securities Inc.; RBC Capital Markets LLC; Royal Bank of Scotland PLC;SG Americas

Securities LLC; Standard Chartered Securities (North America) Inc.; Société Générale S.A.;

Standard Chartered Bank; The Goldman Sachs Group, Inc.; The People of the United States of

America; The Royal Bank of Canada; UBS AG; UBS Group AG; and UBS Securities LLC.

Plaintiff makes the following allegations in his amended complaint. Since 2002, Plaintiff

has "been the target of a criminal conspiracy by the banking cartel." (ECF 7 at 5.) Two federal

courts and the Federal Bureau of Investigation (FBI) have reviewed "proof" of the conspiracy,

which can be found in Plaintiff's trading account statements. (*Id.*) This appears to be a reference

to Plaintiff's prior suit in New Jersey, *Zaerpour v. FBI*, No.13-CV-06073 (D. N.J. Aug. 11,

2014),[1] and in this district, *Zaerpour v. JP Morgan Chase Bank, N.A.*, No. 21-CV-9680 (JPC)

(S.D.N.Y. Aug. 8, 2022).[2] Plaintiff also filed another suit in this district, which was dismissed

based on his failure to pay the filing fee. *Zaerpour v. UBS Group AG*, No. 22-CV-7232 (LTS)

(S.D.N.Y.).[3]

---

[1] In *Zaerpour v. FBI*, No.13-cv-06073-ES-JAD (D.N.J. Aug. 11, 2014), Plaintiff asserted that the FBI had failed to act after he submitted proof of "illegal access to his FOREX transactions and manipulation of the global FOREX market." The district court adopted the Magistrate Judge's recommendation to dismiss the action on the grounds that the FBI is entitled to sovereign immunity and has discretion in determining whether to initiate a prosecution. The district court thereafter denied Plaintiff's motion for reconsideration.

[2] Defendants moved to dismiss Plaintiff's complaint in *Zaerpour v. JP Morgan Chase Bank, N.A.*, No. 21-CV-9680 (JPC) (S.D.N.Y. Aug. 8, 2022), for improper service and on the grounds that Plaintiff (1) lacked standing to pursue antitrust claims because he did not transact directly with defendants; (2) failed to plead facts supporting a plausible inference of an antitrust conspiracy and because his antitrust claims were impermissibly extra-territorial; (3) could not state a constitutional tort claim because defendants' conduct was not state action; (4) lacked standing to assert violations of criminal laws; (5) could not, as a non-attorney, bring suit on behalf of a class; (6) asserted claims that were time-barred; and (7) brought claims that should be dismissed as frivolous. By order dated August 8, 2022, District Judge Cronan granted defendants' motion to dismiss for improper service, declined to extend the time for service, and dismissed the action without prejudice, without reaching the merits.

[3] In that action, Plaintiff included a document with a list of actions that would ensure that the "Goyim will be so angry with their governments . . . .We will then appoint a descendant of David to be king of the world." *Zaerpour*, No. 22-CV-7232 (ECF 2 at 14.)

3

Between 2002 to 2006, when trading live, "all [of Plaintiff's] trades became predictive of the forex market movements at large for the entire duration of [his] forex trading activity." (ECF 7 at 5.) Plaintiff acknowledges that this "is incredible" but contends that the proof of this is in his account statements. Plaintiff asserts that "[t]he premise of this case is corruption at the DOJ, who has apparently never acted to arrest or identify these individuals." (*Id.*) He asserts that "manipulation of forex rates also affected all US and global consumers and investors." (*Id*. at 6.)

Plaintiff extolls his own credentials – noting that he was awarded his bachelor's degree in Switzerland in economics and management and earned a master's degree "in record time" in the United States. (*Id.* at 5.) He learned to trade after training with two financial institutions in New York, speaks three or four languages fluently, and holds a certificate as a pilot. (*Id.*) Plaintiff also discusses his Baha'i faith, which seeks "the unification of mankind" and the establishment of world peace.[4] (*Id.* at 6.)

Plaintiff seeks to recover the $50,000 in principal that he lost, as well as interest "for 20 years" and punitive damages. (*Id.*)

**DISCUSSION**

Even when read with the "special solicitude" due *pro se* pleadings, *Triestman*, 470 F.3d at 475, the allegations in Plaintiff's amended complaint are insufficient to plausibly allege a violation of his rights. The Court must not dismiss a complaint simply because the set of facts presented by the plaintiff appears to be "unlikely." *Denton*, 504 U.S. at 33. A finding of factual frivolousness is warranted, however, when the facts alleged are "clearly baseless," "fanciful," "fantastic," "delusional" or wholly incredible, "whether or not there are judicially noticeable

---

[4] In *Zaerpour*, No. 21-CV-9680, Plaintiff asserted that "the motive behind this crime is Plaintiff's plans for World Peace as communicated to the World leaders since 1985. . . ." (ECF 1 at 3.)

4

facts available to contradict them." *Denton,* 504 U.S. at 32-33; *see Livingston*, 141 F.3d at 437.

Plaintiff alleges that his trading activity resulted in a loss to him of $50,000. (ECF 7 at 6.)

Plaintiff asserts, in a conclusory manner, that "all [of Plaintiff's] trades became predictive of the

forex market movements at large for the entire duration of [his] forex trading activity." (*Id.* at 5.)

The allegations that Plaintiff's trading activity predicted the movements of the entire Forex

market, due to a banking cartel conspiracy, are wholly incredible. *See Livingston*, 141 F.3d at

437. There is no factual predicate or legal theory on which Plaintiff can rely to state a viable civil

claim arising from these allegations and assertions. The Court therefore dismisses Plaintiff's

amended complaint as frivolous.

District courts generally grant a *pro se* plaintiff leave to amend a complaint to cure its

defects, but leave to amend may be denied if the plaintiff has already been given an opportunity

to amend but has failed to cure the complaint's deficiencies. *See Ruotolo v. City of New York*, 514

F.3d 184, 191 (2d Cir. 2008); *Salahuddin v. Cuomo*, 861 F.2d 40, 42 (2d Cir. 1988). Because

Plaintiff's amended complaint gives no indication that the defects can be cured with a further

amendment, the Court declines to grant Plaintiff another opportunity to amend.

**CONCLUSION**

Plaintiff's amended complaint is dismissed as frivolous.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would

not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). Judgment shall enter.

Dated:    May 3, 2023
          New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

**ASA-218**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOHEIL ZAERPOUR,<br><br>                              Plaintiff,<br><br>          -against-<br><br>BANK OF AMERICA CORPORATION, ET<br>AL.,<br><br>                              Defendants. | 23-CV-0040 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the May 3, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 3, 2023
            New York, New York

                                        _____
                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                        Chief United States District Judge

## ASA-219

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/26/2023

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

SOHEIL ZAERPOUR & THE PEOPLE OF

THE UNITED STATES

(List the full name(s) of the plaintiff(s)/petitioner(s).)

23  CV 00040. ( LTS )(   )

-against-

**NOTICE OF APPEAL**

UBS GROUP AG ET AL

See attached rider

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties:   SOHEIL ZAERPOUR  & THE PEOPLE OF THE U.S.

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the   ☐ judgment   ☒ order   entered on:   05/03/23

(date that judgment or order was entered on docket)

that:   Plaintiff's amended complaint is dismissed .

(If the appeal is from an order, provide a brief description above of the decision in the order.)

05/27/23                                    /s/ SOHEIL ZAERPOUR

Dated                                        Signature*

ZAERPOUR, SOHEIL

Name (Last, First, MI)

16-C THORNTON          CLIFTON        NEW JERSEY        07012

Address                  City            State            Zip Code

(862) 668-4036                    SOHEIL.ZAERPOUR@NJWG.CAP.GOV

Telephone Number                  E-mail Address (if available)

---

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case.  Fed. R. App. P. 3(c)(2).  Attach additional sheets of paper as necessary.

Rev. 12/23/13

**ASA-220**

**NYSD 23-cv-00040-LTS**

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES):**

1. Bank of America Corporation has corporate offices located at 100 N. Tryon St., Charlotte, NC, 28255.

2. Bank of America, N.A. has corporate offices located at 100 N. Tryon St., Charlotte, NC, 28255.

3. Barclays Bank PLC has offices located at 745 7th Avenue, New York, NY 10019.

4. Barclays PLC has corporate offices located at 1 Churchill Place, London E14 5HP, United Kingdom.

5. Barclays Capital, Inc. has offices located at 745 7th Avenue, New York, NY 10019.

6. BNP Paribas Group's headquarters is located at 16, boulevard des Italiens, 75009 Paris, France.

7. BNP Paribas USA, Inc. has offices located at 787 Seventh Avenue , New York, NY 10019.

8. BNP Paribas S.A. has offices located at 787 Seventh Avenue , New York, NY 10019.

9. BNP Paribas Securities Corp. has offices located at 787 Seventh Avenue , New York, NY 10019.

10. Citigroup, Inc. has corporate offices located at 388 Greenwich Street New York, NY 10013.

11. Citibank, N.A. has offices located at 388 Greenwich Street New York, NY 10013.

12. Citigroup Global Markets, Inc. has offices located at 388 Greenwich Street, New York, NY 10013.

13. Credit Suisse Group AG has corporate offices located at 11 Madison Avenue, New York, NY 10010.

14. Credit Suisse AG has offices located at 11 Madison Avenue, New York, NY 10010.

15. Credit Suisse International has corporate offices located at One Cabot Square, London, E14 4QJ, United Kingdom.

16. Credit Suisse Securities (USA) LLC has offices located at 11 Madison Avenue, New York, NY 10010.

# ASA-221

17. Deutsche Bank AG has offices located at 60 Wall Street, New York, NY 10005.

18. Deutsche Bank Securities Inc. has offices located at 60 Wall Street, New York, NY 10005.

19. The Goldman Sachs Group, Inc. has offices located at 200 West Street, New York, NY 10282.

20. Goldman, Sachs & Co. LLC has offices located at 200 West Street, New York, NY 10282.

21. HSBC Holdings PLC has corporate offices located at 8 Canada Square, London, E14 5HQ, United Kingdom.

22. HSBC Bank PLC has corporate offices located at 8 Canada Square, London, EI4 5HQ, United Kingdom.

23. HSBC North America Holdings Inc. has an office located at 452 Fifth Ave., New York, NY 10018.

24. HSBC Bank USA, N.A. has an office located at 452 Fifth Ave., New York, NY 10018.

25. HSBC Securities (USA) Inc. has an office located at 452 Fifth Ave., New York, NY 10018.

26. J.P. Morgan Chase & Co. has corporate offices located at 270 Park Avenue, New York, NY 10017.

27. J.P. Morgan Chase Bank, N.A. has corporate offices located at 1111 Polaris Parkway, Columbus, OH 43240.

28. J.P. Morgan Securities LLC has offices located at 277 Park Avenue, New York, NY 10172 .

29. Merrill Lynch, Pierce, Fenner & Smith Inc. has corporate offices located at One Bryant Park, New York, NY 10036.

30. MUFG Bank, Ltd. has an office located at 1251 Avenue of the Americas, New York, NY 10020-1104.

31. MUFG Securities Americas Inc. has offices located at 1221 Avenue of the Americas, New York, NY 10020-1001.

32. Morgan Stanley has corporate offices located at 1585 Broadway Avenue, New York, NY 10036.

33. Morgan Stanley & Co., LLC has corporate offices located at 1585 Broadway Avenue, New York, NY 10036.

# ASA-222

34. Morgan Stanley & Co. International PLC has offices located at Cabot Square, Canary Wharf, London, E14 4QA, United Kingdom.

35. NatWest Markets Securities Inc. has corporate offices located at 600 Washington Boulevard Stamford, CT 06901.

36. RBC Capital Markets LLC has offices located at 200 Vesey Street, 9th Floor, New York, NY 10281.

37. The Royal Bank of Canada has corporate offices located at 200 Bay Street, Royal Bank Plaza, Toronto, ON M5J 2J5, Canada.

38. Royal Bank of Scotland PLC has corporate offices located at 36 St Andrew Square, Edinburgh, United Kingdom, EH2 2YB.

39. SG Americas Securities LLC has corporate offices located at 245 Park Avenue, New York, NY 10167.

40. Societe Generale S.A. has corporate offices located at 29 Boulevard Haussmann 75009 Paris, France.

41. Standard Chartered Bank has corporate offices located at 1 Basinghall Avenue, London, EC2V 5DD, United Kingdom.

42. Standard Chartered Securities (North America), Inc. has corporate offices located at 1095 Avenue of the Americas, New York, NY 10036.

43. UBS AG has offices located at 1285 Avenue of the Americas, New York, NY 10019.

44. UBS Group AG has corporate offices located at Bahnhofstrasse 45, Zurich, 8001 Switzerland.

45. UBS Securities LLC has offices located at 1285 Avenue of the Americas, New York, NY 10019.