UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-845

**Motion for:** Filing a reply-brief

**Caption [use short title]**

Zaerpour v. UBS Group AG, et al.

Set forth below precise, complete statement of relief sought:

Plaintiff respectfully requests the Court to allow Plaintiff to respond to the Defendants in the above referenced Case as MANY FALSE statements have been made by them, which need to be responded to in the reply-brief.

**MOVING PARTY:** Soheil Zaerpour        **OPPOSING PARTY:** _____

☒ Plaintiff        ☐ Defendant
☒ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** Pro Se        **OPPOSING ATTORNEY:** _____
[name of attorney, with firm, address, phone number and e-mail]

**Court- Judge/ Agency appealed from:** SDNY - Laura Taylor SWAIN

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☐ Yes  ☒ No (explain): Pro Se Plaintiff

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☒ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☒ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has this request for relief been made below?  ☐ Yes  ☒ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No

Requested return date and explanation of emergency: _____

Is the oral argument on motion requested?  ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☒ No  If yes, enter date: _____

**Signature of Moving Attorney:** [signature]

**Date:** 28 December 2023    **Service:** ☒ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# Court of Appeals for The Second Circuit

## Motion to file a reply-brief

<u>Regarding</u> Case: **23-845** / Zaerpour & the People of the United States v. UBS Group AG, et al.

Date: December 21, 2023

Dear Judge Livingston,

This letter serves as a motion to file a Reply-brief in the above referenced case.

I take this opportunity to inform you again that neither the Banks nor then-district Judge Cronan found "**any substantive deficiency**" for the SAME Complaint, FACTS OR PROOF or reasoning in 2022 (Case no. SDNY-21-cv-09680-JPC-JLC, ECF 63).

Moreover NONE the Defendants' Lawyers found ANYTING "frivolous" in my Complaint and Case THEN (SDNY-21-CV-09680-JPC-JLC, ECF 53). To repeat, this Case is entirely based on scientific & **totally independent statistical HARD PROOF** which is totally undisputed by the FBI and two federal Judges before this Case (and Judge LTS herself in her decision). This is **abuse of discretion** and OBSTRUCTION of justice.

Respectfully submitted,

s/ Soheil Zaerpour

Economist

U.S.A.F. AUX.