# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of February, two thousand twenty-four.

Soheil Zaerpour,

    Plaintiff - Appellant,

v.

Bank of America Corporation, et al.,

    Defendants - Appellees.

**ORDER**

Docket No. 23-845

    Appellant, pro se, moves the Court to accept the reply brief with an appendix.

    IT IS HEREBY ORDERED that the motion is REFERRED to the panel that will determine the merits of the appeal.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

