# 23-845

**United States Court of Appeals For the Second Circuit**

**Soheil Zaerpour**,

Plaintiff - Appellant,

v.

**Bank of America Corporation, Bank of America, N.A., Barclays Bank PLC, Barclays PLC, BNP Paribas Group, BNP Paribus USA, Inc., BNP Paribas S.A., BNP Paribas Securities Corp., Citigroup, Inc., Citibank N.A., Citigroup Global Markets Inc, Credit Suisse Group AG, Credit Suisse International, Credit Suisse Securities (USA) LLC, Deutsche Bank AG, Deutsche Bank Securities Incorporated, The Goldman Sachs Group Inc., Goldman, Sachs & Co. LLC, HSBC Holdings PLC, HSBC Bank PLC, HSBC North America Holdings, Inc., HSBC Bank USA, N.A., HSBC Securities (USA) Inc., J.P. Morgan Bank & Co., J.P. Morgan Chase Bank, N.A., J.P. Morgan Securities LLC, Merrill Lynch Pierce Fenner & Smith, Inc., MUFG Bank, Ltd., MUFG Securities Americas Inc., Morgan Stanley, Morgan Stanley & Co., LLC, Morgan Stanley & Co. International, PLC, Natwest Markets Securities Inc., RBC Capital Markets, LLC, Royal Bank of Canada, Royal Bank of Scotland PLC, SG Americas Securities LLC, Societe Generale S.A., Standard Chartered Bank, Standard Chartered Securities (North America) Inc., UBS AG, UBS Securities LLC,**

Defendants - Appellees.

**Petition for En Banc Review by Soheil Zaerpour, Plaintiff – Appellant**

Date: May 21, 2024    i

Dear Judges,

The brochure that I have received says "PROCEDURES FOLLOWING THE COURT'S DECISION: When the Court issues (1) an opinion pursuant to which a final judgment is entered or (2) a summary order and judgment disposing of the appeal, a party may file a petition asking that the panel of three judges rehear the case. A party also may file a petition for rehearing en banc which asks that all the active judges on the Court rehear the case."

Since all that is said in the decision is so far a BIG LIE (sorry to have to say it like this), I respectfully ask this Court to hear this Case "en banc". The reason is SIMPLE: All that is written by the Court clerk is a LIE and it will be EASY for me to prove it FACTUALLY, VERIFIABLY. FOR ONE I DID FILE MY LEGAL STATISTICAL ACCOUNT STATEMENTS WITH THIS COURT AND THEY HAVE BEEN DOCKETED AND THIS CASE IS SOLELY BASED ON THEM AND *NOTHING* ELSE.

**<u>These account statements PROOVE beyond the shadow of a doubt my Case ENTIRELY as explained in all court documents since day 1</u>**. My REPLY BRIEF is also inaccessible as of today for unknown reason and so is my USPS PROOF of mailing stated therein. So is also the mention of "UBS Group AG" in Switzerland as a main defendant, despite repeated request to correct this "mistake" (?) made by the Clerk. This is CORRUPTION within your Institution I must say and this is evident I must add. Sad for our democracy and the good People of the United States who should be represented in this Case IMO (Explained also in the brief and reply-brief with factual details).

Date: May 21, 2024                                       ii

Respectfully,

s/ S. Zaerpour

U.S. Pilot / Economist, Msc.

<u>Soheil.Zaerpour@Njwg.Cap.Gov</u>

Date: May 21, 2024 iii